CRANER, SATKIN, SCHEER, SCHWARTZ & HANNA, P.C.
320 PARK AVENUE, P.O. BOX 367
SCOTCH PLAINS, NJ  07076
(908) 322-2333 - Fax (908) 322-4916
BS-9984
Attorneys for Creditor, Portfolio Recovery Associates, LLC

# United States Bankruptcy Court
## DISTRICT OF NEW JERSEY

In re:

DAVID RISTICK                                                  Case No. 17-19196
                                                                            Chapter 11
                            Debtor.

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #5

Creditor, Harrah's Atlantic City Oper Co., hereby withdraws Proof of Claim #5.

DATED:  June 13, 2017

_____
BRIAN D. SCHWARTZ, ESQ.
Attorney for Creditor

{00146609.1}