UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stark & Stark. P.C.
Jennifer D. Gould, Esquire
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
Attorneys for Vermeer Corporation

In Re:

DAVID RISTICK

Case No.: __17-19196__

Chapter: __11__

Judge: __ABA__

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Vermeer Corporation__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Vermeer Corporation
Attn: Jennifer D. Gould, Esquire
993 Lenox Drive
Lawrenceville, NJ 08648
Email: jgould@stark-stark.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: June 28, 2017

/s/ Jennifer D. Gould
Signature

new.8/1/15