| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JERROLD S. KULBACK, ESQUIRE<br>ARCHER & GREINER<br>A Professional Corporation<br>Three Logan Square, 35th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone: (215) 246-3162<br>Fax: (215) 963-9999<br>*Proposed Attorneys for Debtor* |

**Order Filed on July 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DAVID RISTICK,

                Debtor.

Chapter 11

Case No. 17-19196 (ABA)

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☒ | Followed | ☐ | Modified |

## ORDER AUTHORIZING RETENTION OF ARCHER & GREINER, PC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

**ORDERED**.

**DATED: July 5, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: David Ristick, Debtor

Case No.: 17-19196 (ABA)

Applicant: David Ristick

☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13

☒ Debtor: ☒ Chap. 11 ☐ Chap. 13

☐ Official Committee of

Professional: ARCHER & GREINER, PC

Address: Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103

☒ Attorney for:

☐ Trustee ☒ Debtor-in-Possession

☐ Official Committee of

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Other (specify):

2

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, DAVID RISTICK, is authorized to retain the professional, ARCHER & GREINER, PC (the "Firm") to act as Attorney for David Ristick.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is May 3, 2017.

212669974v1

Case 17-19191-ABA Doc 263-2 Filed 07/06/17 Entered 07/06/17 14:45:29 Desc Main
Proposed Order Page 3 of 3