| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JERROLD S. KULBACK, ESQUIRE<br>ARCHER & GREINER<br>A Professional Corporation<br>Three Logan Square, 35th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone:  (215) 246-3162<br>Fax:  (215) 963-9999<br>*Proposed Attorneys for Debtor* |
| In Re:<br><br>DAVID RISTICK,<br><br>               Debtor. |

Chapter 11

Case No. 17-19196 (ABA)

# CERTIFICATE OF SERVICE

I, JERROLD S. KULBACK:

    ☑ represent David Ristick in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.   On July 5, 2017, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

    A.   **Order Granting Application to Retain Archer & Greiner, PC as Counsel to the Debtor**

3.   I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.

Dated:  July 5, 2017                                        /s/  Jerrold S. Kulback    .
                                                                            JERROLD S. KULBACK

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA  23541 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Alexandra T. Garcia, Esquire<br>McCabe, Weisberg & Conway, PC<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ  08108 | Attorneys for Nationstar Mortgage LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Neal M. Ruben, Esquire<br>Law Office of Neal M. Ruben<br>179 Avenue at the Common, Suite 201<br>Shrewsbury, NJ  07702 | Attorneys for OceanFirst Bank | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| David H. Stein, Esquire<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ  07095 | Attorneys for TCA Global Credit Master Fund, LP | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Rob Saltzman, Esquire<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  08054-4318 | Attorneys for Nationstar Mortgage, LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Nationstar Mortgage LLC<br>FHA/VA/RHS:<br>Nationstar Mortgage<br>PO Box 619096<br>Dallas, TX  75261-9741 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ  08108 | Attorneys for JPMorgan Chase Bank, N.A. | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Ally Capital<br>PO Box 130424<br>Roseville, MN 55113-0004 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Ally Capital<br>PO Box 951<br>Horsham, PA 19044-0951 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Atlantic City Electric<br>PO Box 13610<br>Philadelphia, PA 19101-3610 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Colorado Dept of Revenue<br>Denver, CO  80261-0001 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| GM Financial<br>PO Box 18384<br>Arlington, TX 76096-3834 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Harrah's Atlantic City Operating Co<br>c/o Cranmer Satkin Scheer Schwartz<br>& Hanna PC<br>320 Park Ave.<br>PO Box 367<br>Scotch Plains, NJ  07076-0367 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO 80014-3537 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Barclaycard<br>Card Services<br>PO Box 8802<br>Wilmington, DE 19899-8902 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Comcast<br>PO Box 211008<br>Eagan, MN 55121-2408 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Integral Receivables, Inc.<br>PO Box 1388<br>Englewood, CO 80150-1388 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| TCA Global Credit Master Fund, LP<br>c/o Wilentz Goldman & Spitzer, PA<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Attn: David H. Stain, Esq.<br>Woodbridge, NJ 07095-1155 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Advocare Lerch and Amato Peds<br>PO Box 3001<br>Voorhees, NH 08043-0598 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Allison J. Snyder, Esq.<br>Porter Hedges LLP<br>1000 Main St., 26th Floor<br>Houston, TX 77002-6341 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096-3853 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| Name/Address | Role | Delivery Method |
|---|---|---|
| AmeriHealth Insurance Co of NJ<br>1901 Market Street<br>Philadelphia, PA 19103-1480 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Dietech<br>PO Box 6172<br>Rapid City, SD 57709-6172 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Harrah's Atlantic City Oper Co<br>Cranmer Satkin Scheer Schwartz & Hanna PC<br>320 Park Ave<br>PO Box 367<br>Scotch Plains, NJ 07076-0367 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| JP Morgan Chase Bank, NA<br>PO Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Leonard J. Wood, Esquire<br>Wade Long Wood & Lang, LLC<br>1250 Chews Landing Road<br>Suite 1<br>Laurel Springs, NJ 08021-2816 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Macy's<br>PO Box 8052<br>Mason, OH 45050-8052 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| NJ Skylands Insurance<br>550 Essjay Road<br>Buffalo, NY 14221-8237 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Northeast Communications Group, Inc.<br>242 Route 156<br>Trenton, NJ 08620-1724 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Pioneer Credit Recovery, Inc.<br>PO Box 1018<br>Moorestown, NJ 08057-0018 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Santander USA<br>Attn: Bankruptcy Dept.<br>PO Box 560284<br>Dallas, TX 75356-0284 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| JP Morgan Chase Bank, NA<br>PO Box 29505<br>Phoenix, AZ 85038 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Knight Capital Funding<br>Attn: Jared Gaitan<br>9 East Loockerman St.<br>Suite 3A-543<br>Dover, DE 19901-8306 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Louis A. DeLollis, Esq.<br>Monzo Catanese Hillegass PC<br>211 Bayberry Drive<br>Suite 2A<br>Cape May Courthouse, NJ 08210-2460 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Matthew Lakind, Esq.<br>Tesser & Cohen<br>946 Main St.<br>Hackensack, NJ 07601-5136 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Northwestern Mutual<br>PO Box 3009<br>Milwaukee, WI 53201-3009 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| QuaterSpot<br>82 Wall Street<br>Suite 200<br>New York, NY 10005-3685 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| South Jersey Gas<br>PO Box 6091<br>Bellmawr, NJ 08099-6091 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Sychrony Bank<br>Mohawk<br>PO Box 96061<br>Orlando, FL 32896-0061 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Laboratory Corporation of America<br>PO Box 2240<br>Burlington, NC 27216-2240 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| MPI Industries, LLC<br>731 Route 168<br>Blackwood, NJ 08012-1470 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| Name/Address | Role | Method |
|---|---|---|
| Myles Scheer, Esq.<br>Cranmer Satkin Scheer Schwartz & Hanna<br>320 Park Ave.<br>Scotch Plains, NJ 07076-1100 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Ocean First Bank<br>975 Hooper Ave.<br>Toms River, NJ 08753-8320 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Rebecca Hicks, Esq.<br>Hicks Law Group<br>325 N. Saint Paul St.<br>Suite 4400<br>Dallas, TX 75201-3880 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102-5235 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Utah State Tax Commission<br>GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081-1198 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| WTMUA<br>152 Whitman Dr.<br>Turnersville, NJ 08012-1048 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| TD Ameritrade<br>200 S 108th Ave.,<br>Omaha, NE 68154 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Vermeer Equipment of Texas, Inc.<br>7078 Access Rd<br>Kilgore, TX 75662-0517 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| David Ristick<br>5 Samantha Court<br>Sewell, NJ 08080-3151 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| United Rentals<br>100 Stamford Place<br>Suite 700<br>Stamford, CT 06902-9200 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Verizon<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Carl F. Schoeppl, Esquire<br>Schoeppl Law, P.A.<br>4651 North Federal Highway<br>Boca Raton, FL 33431-5133 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Danny Ristick<br>3 Samantha Court<br>Sewell, NJ 08080-3151 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Nationstar Mortgage LLC<br>P.O. Box 619096<br>Dallas, TX 75261-9096 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| Name/Address | Role | Method |
|---|---|---|
| Alice Maglio<br>109 East Memphis Ave.<br>Wildwood, NJ 08260-3317 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| DeLage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Glia Group LLC<br>1662 E. 24th Street<br>Brooklyn, NY 11229-2402 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Jennifer D. Gould, Esquire<br>Stark & Stark<br>777 Township Line Road<br>Suite 120<br>Yardley, PA 19067-5559 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| State of New Jersey<br>Dept of Taxation Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08646-0245 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Shaprio & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054-2242 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Steven A. Jayson, Esquire<br>Law Offices of Alan R. Ackerman<br>1719 Route 10 East, Suite 106<br>Parsippany, NJ 07054-4519 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Joy Leo<br>5 Samantha Court<br>Sewell, NJ 08080-3151 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| South Jersey Adjustment Bureau<br>PO Box 1919<br>142 West Rio Grande Ave.<br>Wildwood, NJ 08260-1518 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Susie Ristick<br>3 Samantha Court<br>Sewell, NJ 08080-3151 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Seth Brookman, Esquire<br>Lucosky Brookman, LLP<br>101 Wood Avenue South, 5th Fl.<br>Woodbridge, NJ 08830-2749 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Township of Washington<br>Tax Collector<br>523 Egg Harbor Road<br>Sewell, NJ 08080-2335 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| US BK-CUST/PRO CAP II, LLC<br>50 S. 16th Street, Suite 1960<br>Philadelphia, PA 19102-2517 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

212813465v1