**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
*Proposed Attorneys for Debtor*

Order Filed on July 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID RISTICK,

Debtor.

Chapter 11

Case No. 17-19196 (ABA)

| Recommended Local Form: | ☑ Followed | ☐ Modified |
| --- | --- | --- |

### ORDER AUTHORIZING RETENTION OF ARCHER & GREINER, PC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

**ORDERED**.

**DATED: July 5, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:       David Ristick, Debtor

Case No.:    17-19196 (ABA)

Applicant:   David Ristick

       ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13

       ☒ Debtor:    ☒ Chap. 11   ☐ Chap. 13

       ☐ Official Committee of

Professional:  ARCHER & GREINER, PC

Address:     Three Logan Square, 35th Floor
             1717 Arch Street
             Philadelphia, PA 19103

    ☒ Attorney for:

       ☐ Trustee          ☒ Debtor-in-Possession

       ☐ Official Committee of

    ☐ Accountant for:

       ☐ Trustee          ☐ Debtor-in-Possession

       ☐ Official Committee of

    ☐ Other Professional:

       ☐ Realtor          ☐ Appraiser          ☐ Special Counsel

       ☐ Other (specify):

2

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant, DAVID RISTICK, is authorized to retain the professional,

ARCHER & GREINER, PC (the "Firm") to act as Attorney for David Ristick.

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon

proper application(s) therefore.

3.      The effective date of the retention is May 3, 2017.

212669974v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-19196-ABA
David Ristick                                                                   Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jul 05, 2017
                             Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db              +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty             +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,   1717 Arch Street,
                 Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
            Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
            Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
             bschwartz@css-pc.com,   suzanne.marcela@css-pc.com
            David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
             ciarkowski@wilentz.com
            Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
             mdepietro@stark-stark.com
            Jerrold S. Kulback    on behalf of Debtor David   Ristick jkulback@archerlaw.com,
             mfriedman@archerlaw.com
            Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
            Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
             Mortgage LLC dnj@pbslaw.org
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 9