UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 17-19196-11

DAVID RISTICK  Chapter 11

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

    GM Financial

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 3, 2017 :

JERROLD S KULBACK
1 CENTENNIAL SQ
HADDONFIELD, NJ  08033

US TRUSTEE
US DEPT OF JUSTICE ONE NEWARK CE
NEWARK, NJ  07102

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx83248 / 926996