UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                        NEW JERSEY

IN RE DAVID RISTICK                                  Case No. _____ 17-19196
                                                     Reporting Period: 05/03-05/31/17

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____            07/19/17
Signature of Debtor                        Date


_____            _____
Signature of Joint Debtor                  Date


_____            _____
Signature of Authorized Individual*        Date


_____            _____
Printed Name of Authorized Individual      Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: ___DAVID RISTICK_____  Case No. ____17-19196_____
    Debtor  Reporting Period ___05/03/17 TO 05/31/17_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1523.57 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 0 | 0 |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) |  | 0 |
| **Total Receipts** | 0 | 0 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities | 0 | 0 |
| Insurance | 217.52 | 217.52 |
| Auto Expense | 0 | 0 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses |  |  |
| Household Expenses | 0 | 0 |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 0 | 0 |
| Gifts |  |  |
| reimbursible business expenses | 0 | 0 |
| Total Ordinary Disbursements | 217.52 | 217.52 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items |  | 0 |
| **Total Disbursements (Ordinary + Reorganization)** |  | 217.52 |
| Net Cash Flow (Total Receipts - Total Disbursements) |  | -217.52 |
| Cash - End of Month (Must equal reconciled bank statement) |  | 1306.05 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____  Case No.__17-19196_____
         Debtor                                     Reporting Period:__05/03/17 TO 05/31/17_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)



**investorsBank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**

DAVID J RISTICK
5 NOTTINGHAM WAY
TURNERSVILLE NJ 08012-1436



Investors Bank is now
the Official Bank of
the New Jersey Devils

Member FDIC

## YOURSTYLE CHECKING

| | | | |
|---|---|---|---|
| Account # | XXXXXXX1459 | Beginning Balance | $1,583.57 |
| Statement Period | | Deposits/Credits | $20,643.44 |
| From | 04/17/17 | Interest Paid | $0.00 |
| Through | 05/15/17 | Checks/Debits | -$20,703.44 |
| Average Balance | $1,542.19 | Service Charges | $0.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $1,523.57 |
| YTD Interest | $0.00 | # Deposits/Credits | 3 |
| YTD Withholding | $0.00 | # Checks/Debits | 3 |
| Annual Percentage Yield Earned (APYE) | 0.00% | | |

### ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 04/17 | BEGINNING BALANCE | | | $1,583.57 |
| 04/17 | DEPOSIT | $20,000.00 | | $21,583.57 |
| 04/17 | WITHDRAWAL | | $20,000.00- | $1,583.57 |
| 04/24 | ALLY    ALLY PAYMT 628920135727021 | | $321.72- | $1,261.85 |
| 04/25 | ALLY    ALLY PAYMT 628920135727021 | $321.72 | | $1,583.57 |
| 04/25 | RET HOLD ITEM DEBIT HELD FUNDS | | $30.00- | $1,553.57 |



Investors Bank mobile

Banking at your Fingertips

New!
Enroll on the Go • Log-In with Touch ID • Bill Capture

App Store    Google play

PLEASE EXAMINE YOUR STATEMENT AT ONCE. IF NO ERRORS ARE REPORTED WITHIN 10 DAYS, THE ACCOUNT WILL BE CONSIDERED CORRECT. ALL ITEMS CREDITED SUBJECT TO FINAL PAYMENT.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please contact us at the telephone number or address listed on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt or if you believe a transfer was made using information from your check without your permission. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will credit any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

### LOST OR STOLEN ATM OR VISA CHECK CARD

Contact us immediately if your Investors ATM or VISA Check Card is lost or stolen. During normal business hours, Monday through Friday, call 855-iBank4U. After hours, call 1-800-472-3272.

### THIS SECTION IS DESIGNED TO HELP YOU BALANCE YOUR STATEMENT

| LIST CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT | | ENTER FINAL BALANCE AS PER STATEMENT | $ |
|---|---|---|---|
| CHECK NUMBER | $ AMOUNT | | |
| | | ADD DEPOSITS YOU HAVE MADE SINCE THE DATE ON THIS STATEMENT | $ |
| | | TOTAL | $ |
| | | SUBTRACT CHECKS OUTSTANDING | |
| | | BALANCE | $ |

BALANCE SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER YOU RECORD ALL ITEMS PRINTED ON THIS STATEMENT THAT WERE NOT ENTERED IN YOUR CHECKBOOK.

### FINANCE CHARGE

We figure the **FINANCE CHARGE** on your account by applying the applicable **DAILY PERIODIC RATE** to the **BALANCE SUBJECT TO FINANCE CHARGE** in your account at the end of each day. We get the BALANCE SUBJECT TO FINANCE CHARGE by taking the balance you owed at the end of the previous billing cycle (shown on the statement as the **PREV. BALANCE**). We then reduce that **PREV. BALANCE** by the amount of any unpaid FINANCE CHARGES or other charges included in it and any payments or other credits applied to your account prior to the end of the day in question. We then increase this amount by the amount of any loan advances and adjustments charged to your account prior to the end of the day in question.

### BILLING RIGHTS SUMMARY

In case of errors or questions about your bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the face of the statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information: (1) Your name and account number. (2) The dollar amount of the suspected error. (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### HOW TO MAKE PAYMENT

Payments received prior to 5:00 p.m. at the Bank address shown on the face of your statement will be credited as of day of receipt. Payments made at other locations of the Bank may result in a delay in crediting your payments (but not more than 5 days)


Member FDIC • EQUAL HOUSING LENDER



**investorsBank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

## ACCOUNT ACTIVITY DETAIL (continued)

| Date  | Description                          | Deposits  | Withdrawals | Balance    |
|-------|--------------------------------------|-----------|-------------|------------|
| 04/28 | ALLY        RETRY PYMT 628920135727021 |           | $321.72-    | $1,231.85  |
| 05/01 | ALLY        RETRY PYMT 628920135727021 | $321.72   |             | $1,553.57  |
| 05/01 | RET HOLD ITEM DEBIT HELD FUNDS       |           | $30.00-     | $1,523.57  |
| 05/15 | ENDING BALANCE                       |           |             | $1,523.57  |

## CHECK REGISTER

| Check # | Date  | Amount   | Check # | Date  | Amount   | Check # | Date | Amount |
|---------|-------|----------|---------|-------|----------|---------|------|--------|
| 0       | 04/24 | $321.72# | 0*      | 04/28 | $321.72# |         |      |        |

(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))

## FEE SUMMARY

| Description          | Cycle to Date | Year to Date |
|----------------------|---------------|--------------|
| TOTAL OVERDRAFT FEES | $0.00         | $60.00       |
| RETURNED ITEM FEES   | $60.00        | $90.00       |



## investorsbank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**

DAVID J RISTICK
5 NOTTINGHAM WAY
TURNERSVILLE NJ 08012-1436



Banking in your best interest.

  

Member FDIC

### YOURSTYLE CHECKING

| | | | |
|---|---|---|---|
| Account # | XXXXXXX1459 | Beginning Balance | $1,523.57 |
| Statement Period | | Deposits/Credits | $0.00 |
| From | 05/16/17 | Interest Paid | $0.00 |
| Through | 06/15/17 | Checks/Debits | -$1,523.57 |
| Average Balance | $990.05 | Service Charges | $0.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $0.00 |
| YTD Interest | $0.00 | # Deposits/Credits | 0 |
| YTD Withholding | $0.00 | # Checks/Debits | 2 |
| Annual Percentage Yield Earned (APYE) | 0.00% | | |

### ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 05/16 | BEGINNING BALANCE | | | $1,523.57 |
| 05/19 | NORTHWESTERN MU  REQST TEL XXXXX43-01 | | $217.52- | $1,306.05 |
| 06/08 | CLOSING TRANSACTION | | $1,306.05- | $0.00 |
| 06/15 | ENDING BALANCE | | | $0.00 |

### CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 05/19 | $217.52# | | | | | | |

(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))

# IMPORTANT NOTICE
## ABOUT YOUR EMV CHIP CARD

Investors Bank debit cards with EMV chip can only be used at ATMs that are upgraded with this technology.

To find a non-Investors ATM* that is compatible with the EMV chip cards visit:
www.myinvestorsbank.com/atm

After you search for a location, be sure to select "Chip Enabled" in the filter.

Member FDIC   *Non-Investors ATMs may charge a fee in addition to any fee that Investors Bank might charge.

Page 1 of 4