UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                           NEW JERSEY

IN RE DAVID RISTICK                                Case No. _____ 17-19196
                                                   Reporting Period: 06/01/17-06/30/17

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____                              Date 07/19/17
Signature of Debtor

_____                              Date
Signature of Joint Debtor

_____                              Date
Signature of Authorized Individual*

_____                              
Printed Name of Authorized Individual                   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. __17-19196_____
         Debtor                                    Reporting Period __06/01/17 TO 06/30/17_____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |  |
|---|---|---|---|
| Cash - Beginning of Month | 1506.05 | 1506.05 | 0 |
| **RECEIPTS** | | | |
| Wages (Net) | 6150.07 | 6150.07 | |
| Interest and Dividend Income | | | |
| Alimony and Child Support | | | |
| Social Security and Pension Income | | | |
| Sale of Assets | | | |
| Other Income (attach schedule) | 985.61 | 1135.61 | |
| **Total Receipts** | 7135.68 | 7335.68 | |
| **DISBURSEMENTS** | | | |
| **ORDINARY ITEMS:** | | | |
| Mortgage Payment(s) | | | |
| Rental Payment(s) | | | |
| Other Secured Note Payments | | | |
| Utilities | | | |
| Insurance | | 217.52 | |
| Auto Expense | 300.19 | 300.19 | |
| Lease Payments | | | |
| IRA Contributions | | | |
| Repairs and Maintenance | | | |
| Medical Expenses | | | |
| Household Expenses | 5992.57 | 5992.57 | |
| Charitable Contributions | | | |
| Alimony and Child Support Payments | | | |
| Taxes - Real Estate | | | |
| Taxes - Personal Property | | | |
| Taxes - Other (attach schedule) | | | |
| Travel and Entertainment | 541.72 | 541.72 | |
| Gifts | | | |
| reimbursible business expenses | 985.61 | 985.61 | |
| Total Ordinary Disbursements | 7820.09 | 8037.61 | |
| **REORGANIZATION ITEMS:** | | | |
| Professional Fees | | | |
| U. S. Trustee Fees | | | |
| Other Reorganization Expenses (attach schedule) | | | |
| Total Reorganization Items | | 0 | |
| **Total Disbursements (Ordinary + Reorganization)** | | 8037.61 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | | -701.93 | |
| Cash - End of Month (Must equal reconciled bank statement) | | 804.12 | |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____  Case No.____17-19196_____
      Debtor                                               Reporting Period:__06/01/17 TO 06/30/17_____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 200 | 200 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

                                                                 FORM MOR-1 (INDV) (CON'T)
                                                                                (9/99)

# TD Bank

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

000055507 01 AV   0.370 FTD01040062517115665 0019 08 04
DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ 08012

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | May 25 2017-Jun 23 2017 |
| Cust Ref #: | 4329638419-039-T-### |
| Primary Account #: | 432-9638419 |

## Chapter 11 Checking

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Account # 432-9638419

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 1,223.73 |
| Deposits | 200.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 7,135.68 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 4,121.27 | Days in Period | 30 |
| Ending Balance | 3,214.41 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/25 | DEPOSIT | 200.00 |
| | Subtotal: | 200.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 2,707.57 |
| 06/06 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 440.23 |
| 06/12 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 862.67 |
| 06/23 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 2,139.60 |
| 06/23 | CCD DEPOSIT, UNITED1127 PAYMENTS DAVID | 985.61 |
| | Subtotal: | 7,135.68 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | DEBIT CARD PURCHASE, *****45182820296, AUT 053117 VISA DDA PUR SHOPRITE WSHNGTNTWP S1   SEWELL   * NJ | 130.90 |
| 06/02 | ACH DEBIT, HARLAND CLARKE CHK ORDERS ***J*50303741L7 | 11.95 |
| 06/06 | DEBIT CARD PURCHASE, *****45182820296, AUT 060517 VISA DDA PUR COMCAST   800 COMCAST   * NJ | 259.74 |
| 06/06 | DEBIT CARD PURCHASE, *****45182820296, AUT 060517 VISA DDA PUR SHOPRITE WASHINGTNTWP   SEWELL   * NJ | 137.13 |
| 06/06 | DEBIT CARD PURCHASE, *****45182820296, AUT 060517 VISA DDA PUR SALINA WINE  LIQUOR   SEWELL   * NJ | 10.14 |
| 06/07 | DEBIT CARD PURCHASE, *****45182820296, AUT 060517 VISA DDA PUR DUNKIN 342850   Q35   SEWELL   * NJ | 14.52 |
| 06/07 | DEBIT CARD PURCHASE, *****45182820296, AUT 060517 VISA DDA PUR GREENTREE TOBACCO   SEWELL   * NJ | 63.55 |
| 06/07 | DEBIT CARD PURCHASE, *****45182820296, AUT 060517 VISA DDA PUR GREENTREE TOBACCO   SEWELL   * NJ | 9.38 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# How to Balance your Account

Page: 2 of 5

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 3,214.41 |
| Total Deposits + | |
| Sub Total | |
| Total Withdrawals - | |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need more information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

87-1-3-100000

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | May 25 2017-Jun 23 2017 |
| Cust Ref #: | 4329638419-039-T-### |
| Primary Account #: | 432-9638419 |

87-2-3-100000

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/08 | DEBIT CARD PURCHASE, *****45182820296, AUT 060617 VISA DDA PUR<br>EXXONMOBIL 47729199   SEWELL   * NJ | 60.30 |
| 06/08 | DEBIT CARD PURCHASE, *****45182820296, AUT 060617 VISA DDA PUR<br>CHICKIES  PETES PACKER   PHILADELPHIA * PA | 160.52 |
| 06/09 | DEBIT CARD PURCHASE, *****45182820296, AUT 060817 VISA DDA PUR<br>UBER  US JUN08 VPYGR   HELP UBER COM * CA | 6.34 |
| 06/09 | DEBIT POS, *****45182820296, AUT 060817 DDA PURCHASE<br>MADISON TPKE W   MADISON   * CT | 13.07 |
| 06/09 | DEBIT POS, *****45182820296, AUT 060817 DDA PURCHASE<br>MADISON TPKE W   MADISON   * CT | 67.58 |
| 06/09 | DEBIT POS, *****45182820296, AUT 060917 DDA PURCHASE<br>FILA OUTLET 154 100 PRE   BLACKWOOD   * NJ | 89.97 |
| 06/12 | DEBIT CARD PURCHASE, *****45182820296, AUT 061017 VISA DDA PUR<br>UNO S CHICAGO GRILL 120   DEPTFORD   * NJ | 108.02 |
| 06/12 | DEBIT POS, *****45182820296, AUT 061017 DDA PURCHASE<br>CLAIRE S 5877 SPACE D14   DEPTFORD   * NJ | 33.08 |
| 06/12 | DEBIT POS, *****45182820296, AUT 061017 DDA PURCHASE<br>WAWA 981   SICKLERVILLE * NJ | 20.40 |
| 06/12 | DEBIT CARD PURCHASE, *****45182820296, AUT 061117 VISA DDA PUR<br>USA IVS VENDING MASSAGE   CLAYTON   * NJ | 1.00 |
| 06/12 | DEBIT CARD PURCHASE, *****45182820296, AUT 061117 VISA DDA PUR<br>USA IVS VENDING MASSAGE   CLAYTON   * NJ | 1.00 |
| 06/12 | DEBIT POS, *****45182820296, AUT 061117 DDA PURCHASE<br>SHOPRITE WSHNGTNTWP S1   SEWELL   * NJ | 112.88 |
| 06/12 | DEBIT POS, *****45182820296, AUT 061117 DDA PURCH W/CB<br>SHOPRITE WSHNGTNTWP S1   SEWELL   * NJ | 245.93 |
| 06/12 | DEBIT POS, *****45182820296, AUT 061117 DDA PURCH W/CB<br>SHOPRITE WSHNGTNTWP S1   SEWELL   * NJ | 42.33 |
| 06/12 | DEBIT POS, *****45182820296, AUT 061217 DDA PURCHASE<br>TARGET T 675 WOODBURY   SEWELL   * NJ | 191.65 |
| 06/15 | DEBIT CARD PURCHASE, *****45182820296, AUT 061417 VISA DDA PUR<br>MANGOS TROPICAL CAFE ORL   ORLANDO   * FL | 367.90 |
| 06/15 | DEBIT CARD PURCHASE, *****45182820296, AUT 061417 VISA DDA PUR<br>MANGOS TROPICAL CAFE ORL   ORLANDO   * FL | 170.97 |
| 06/15 | DEBIT CARD PURCHASE, *****45182820296, AUT 061317 VISA DDA PUR<br>PORTILLOS HOT DOGS 45   TAMPA   * FL | 110.43 |
| 06/15 | DEBIT CARD PURCHASE, *****45182820296, AUT 061317 VISA DDA PUR<br>SPIRIT AIRL 487015264238   MIRAMAR   * FL | 109.00 |
| 06/15 | DEBIT POS, *****45182820296, AUT 061517 DDA PURCH W/CB<br>CVS PHARM 00362 288 E   SEWELL   * NJ | 52.96 |
| 06/16 | DEBIT CARD PURCHASE, *****45182820296, AUT 061517 VISA DDA PUR<br>AVIS RENT A CAR 1   ORLANDO   * FL | 118.31 |
| 06/16 | DEBIT POS, *****45182820296, AUT 061517 DDA PURCH W/CB<br>SHOPRITE WSHNGTNTWP S1   SEWELL   * NJ | 66.69 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 4 of 5
Statement Period: May 25 2017-Jun 23 2017
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/16 | DEBIT POS, *****45182820296, AUT 061517 DDA PURCHASE<br>WALGREENS STORE 500 EGG   SEWELL   * NJ | 49.92 |
| 06/16 | DEBIT CARD PURCHASE, *****45182820296, AUT 061517 VISA DDA PUR<br>UA WASHINGTON TOWNSHIP 1   SEWELL   * NJ | 45.70 |
| 06/19 | DEBIT POS, *****45182820296, AUT 061817 DDA PURCHASE<br>SHOPRITE WSHNGTNTWP S1   SEWELL   * NJ | 168.85 |
| 06/19 | DEBIT POS, *****45182820296, AUT 061817 DDA PURCHASE<br>WAWA 499   SEWELL   * NJ | 152.65 |
| 06/19 | DEBIT CARD PURCHASE, *****45182820296, AUT 061517 VISA DDA PUR<br>SPIRIT AIRL 487015279983   MIRAMAR   * FL | 109.00 |
| 06/19 | DEBIT CARD PURCHASE, *****45182820296, AUT 061517 VISA DDA PUR<br>OUTBACK 3116   TURNERSVILLE * NJ | 70.64 |
| 06/19 | DEBIT CARD PURCHASE, *****45182820296, AUT 061817 VISA DDA PUR<br>SHOPRITE WINES AND SPIRI   SEWELL   * NJ | 51.24 |
| 06/19 | DEBIT CARD PURCHASE, *****45182820296, AUT 061717 VISA DDA PUR<br>EXXONMOBIL   47729199   SEWELL   * NJ | 49.44 |
| 06/19 | DEBIT CARD PURCHASE, *****45182820296, AUT 061717 VISA DDA PUR<br>CHICK FIL A  02814   TURNERSVILLE * NJ | 25.98 |
| 06/19 | DEBIT POS, *****45182820296, AUT 061817 DDA PURCHASE<br>THE HOME DEPOT 0942   SICKLERVILLE * NJ | 19.97 |
| 06/19 | DEBIT POS, *****45182820296, AUT 061717 DDA PURCHASE<br>WAWA 492   CAPE MAY COUR * NJ | 19.32 |
| 06/19 | DEBIT POS, *****45182820296, AUT 061817 DDA PURCHASE<br>7 ELEVEN   LEVITTOWN   * PA | 9.20 |
| 06/20 | DEBIT CARD PURCHASE, *****45182820296, AUT 061917 VISA DDA PUR<br>SUSSEX COUNTY GENERAL DI   434 2465511   * VA | 349.44 |
| 06/20 | DEBIT CARD PURCHASE, *****45182820296, AUT 061917 VISA DDA PUR<br>PAT S PIZZERIA OF WASHIN   WASHINGTON TO * NJ | 70.60 |
| 06/22 | DEBIT CARD PURCHASE, *****45182820296, AUT 061917 VISA DDA PUR<br>CHICK FIL A  02814   TURNERSVILLE * NJ | 22.51 |
| 06/22 | DEBIT POS, *****45182820296, AUT 062217 DDA PURCHASE<br>WAWA 998   BLACKWOOD   * NJ | 11.50 |
| 06/23 | DEBIT POS, *****45182820296, AUT 062317 DDA PURCHASE<br>CVS PHARM 00362  288 E   SEWELL   * NJ | 58.66 |
| 06/23 | DEBIT CARD PURCHASE, *****45182820296, AUT 062217 VISA DDA PUR<br>WAWA 998   00009985   BLACKWOOD   * NJ | 29.00 |
| 06/23 | DEBIT CARD PURCHASE, *****45182820296, AUT 062217 VISA DDA PUR<br>AUTOSHEEN CAR WASH   BLACKWOOD   * NJ | 20.01 |
| | Subtotal: | 4,121.27 |

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 5 of 5
Statement Period: May 25 2017-Jun 23 2017
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/25 | 0.00 | 06/09 | 2,312.71 |
| 05/25 | 200.00 | 06/12 | 2,419.09 |
| 06/01 | 69.10 | 06/15 | 1,607.83 |
| 06/02 | 57.15 | 06/16 | 1,327.21 |
| 06/05 | 2,764.72 | 06/19 | 650.92 |
| 06/06 | 2,797.94 | 06/20 | 230.88 |
| 06/07 | 2,710.49 | 06/22 | 196.87 |
| 06/08 | 2,489.67 | 06/23 | 3,214.41 |





**Bank**

America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ    08012

039 / Chapter 11 Checking    4329638419

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 6/24/2017 | | | $3,214.41 |
| Plus | 2 | Deposits and Other Credits | $2,809.54 |
| Less | 37 | Checks and Other Debits | $4,078.84 |
| Statement Balance As Of: 07/17/2017 | | | $1,945.11 |

**Transactions By Date**

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 06/26/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $400.00 | | $2,814.41 |
| 06/26/2017 | VISA DDA PUR 443106   THE DISNEY STOR | $53.28 | | $2,761.13 |
| 06/26/2017 | VISA DDA PUR 416407   WAWA 981   000 | $46.08 | | $2,715.05 |
| 06/26/2017 | VISA DDA PUR 427539   PIZZA ZEPPOLE | $14.48 | | $2,700.57 |
| 06/26/2017 | VISA DDA PUR 423168   CINNABON 281 | $14.18 | | $2,686.39 |
| 06/26/2017 | VISA DDA PUR 416407   FOOD COURT AC 1 | $6.72 | | $2,679.67 |
| 06/27/2017 | DDA PURCHASE 00M7BI10   7 ELEVEN | $12.80 | | $2,666.87 |
| 06/27/2017 | VISA DDA PUR 479487   AVIS RENT A CAR | $12.40 | | $2,654.47 |
| 06/28/2017 | VISA DDA PUR 449804   VERIZON WRLS 03 | $633.29 | | $2,021.18 |
| 06/28/2017 | DDA PURCH W/CB 31132079   TARGET T 4 | $144.72 | | $1,876.46 |
| 06/29/2017 | VISA DDA PUR 469216   COMCAST | $450.00 | | $1,426.46 |
| 06/29/2017 | DDA PURCHASE 0001   SHOPRITE WSHNG | $203.54 | | $1,222.92 |
| 06/29/2017 | VISA DDA PUR 423168   SUNOCO 0368295 | $60.21 | | $1,162.71 |
| 06/29/2017 | DDA PURCHASE 01482001   WAWA 981 | $38.14 | | $1,124.57 |
| 06/29/2017 | DDA PURCHASE 0102   304 MISURA 1 BO | $26.00 | | $1,098.57 |
| 06/30/2017 | VISA DDA PUR 443106   CHEVROLET OF TL | $250.75 | | $847.82 |
| 06/30/2017 | VISA DDA PUR 442733   CHICK FIL A 0281 | $30.90 | | $816.92 |
| 06/30/2017 | VISA DDA PUR 442733   MCDONALD S F10 | $12.80 | | $804.12 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 06/23/2017 | UNITED1127 PAYROLL | | $2,139.60 | $2,336.47 |
| 06/23/2017 | UNITED1127 PAYMENTS | | $985.61 | $3,322.08 |
| 06/23/2017 | DDA PURCHASE 30036208 CVS PHARM 00 | $58.66 | | $3,263.42 |
| 06/23/2017 | VISA DDA PUR 416407 WAWA 998 000 | $29.00 | | $3,234.42 |
| 06/23/2017 | VISA DDA PUR 451239 AUTOSHEEN CAR | $20.01 | | $3,214.41 |