44711
Morton & Craig, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc. dba GM Financial
JM5630_____

IN RE:  DAVID RISTICK

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

CHAPTER: 11
CASE NO:  17-19196 (ABA)
HEARING DATE:

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

AmeriCredit Financial Services, Inc. dba GM Financial.hereby enters its appearance and the law firm of Morton & Craig, LLC., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for AmeriCredit Financial Services, Inc. dba GM Financial.with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

AmeriCredit Financial Services, Inc. dba GM Financial., pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to AmeriCredit Financial Services, Inc. dba GM Financial by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
4000 Embarcadero Dr.
Arlington, Texas 76014

AmeriCredit Financial Services, Inc. dba GM Financial, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   John R. Morton, Jr.
John R. Morton, Jr., Esquire
Attorney for AmeriCredit
Financial Services, Inc dba GM Financial

Dated: