Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                              Case No.: 17−19196−ABA  
                              Chapter: 11  
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    David Ristick  
    5 Samantha Court  
    Sewell, NJ 08080

Social Security No.:  
    xxx−xx−2186

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      9/14/17  
Time:     02:00 PM  
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)  
Archer & Greiner, PC, Debtor's Attorney

COMMISSION OR FEES  
$16,135.00

EXPENSES  
$3,772.20

Creditors may be heard before the applications are determined.

      In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 4, 2017  
JAN:

                                                                                      Jeanne Naughton  
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
    Debtor

Case No. 17-19196-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3     Date Rcvd: Aug 04, 2017  
                         Form ID: 137     Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.

```
db          +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty         +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
              Philadelphia, PA 19103-2739
cr          +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
              Arlington, TX 76014-4101
cr          +Harrah's Atlantic City Operating Company, LLC,    c/o Craner Satkin Scheer Schwartz & Hann,
              320 Park Avenue, PO Box 367,    Scotch Plains, NJ 07076-0367
cr          +Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mor,    P.O. Box 619096,    Dallas, TX 75261-9096
cr           OceanFirst Bank,    Toms River, NJ 08753
cr          +TCA Global Credit Master Fund, L.P.,    c/o Wilentz, Goldman & Spitzer, P.A.,
              90 Woodbridge Center Drive,    Suite 900, Box 10,    Attn: David H. Stein, Esq.,
              Woodbridge, NJ 07095-1155
cr          +Vermeer Corporation,    Stark & Stark, P.C.,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
516862887   +Advocare Lerch and Amato Peds,    PO Box 3001,    Voorhees, NJ 08043-0598
516807771   +Alice Maglio,    109 East Memphia Avenue,    Wildwood, NJ 08260-3317
516807772   +Alice Maglio,    109 East Memphis Avenue,    Wildwood, NJ 08260-3317
516862932   +Allison J. Snyder, Esquire,    Porter Hedges LLP,    1000 Main Street, 26th Floor,
              Houston, TX 77002-6341
516849665   +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
516933148   +AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
              Arlington, TX 76096-3853
516862888   +American Express,    PO Box 981535,    El Paso, TX 79998-1535
516841855    American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516862889    Amerihealth Insurance Company of NJ,    1901 Market Street,    Philadelphia, PA  19103-1480
516862891    Barclaycard,    Card Services,    PO Box 8802,    Wilmington, DE  19899-8802
516807773   +Carl F. Schoeppl, Esquire,    Schoeppl Law, P.A.,    4651 North Federal Highway,
              Boca Raton, FL 33431-5133
516862893    Comcast,    PO Box 211008,    Eagan MN  55121-2408
516807774   +Danny Ristick,    3 Samantha Court,    Sewell, NJ 08080-3151
516807775   +DeLage Landen Financial Services, Inc.,    1111 Old Eagle School Road,    Wayne, PA 19087-1453
516880196   +GM Financial,    801 Cherry Street,    Ste. 3600,    Fort Worth, TX 76102-6855
516862894    GM Financial,    PO Box 18384,    Arlington TX  76096-3834
516807776   +Glia Group, LLC,    1662 E. 24th Street,    Brooklyn, NY 11229-2402
516848677   +HARRAH'S ATLANTIC CITY OPER CO,    Craner Satkin Scheer Schwartz & Hanna PC,
              320 Park Avenue, PO Box 367,    Scotch Plains, NJ 07076-0367
516977594   +Harrah's Atlantic City Operating Co., LLC,    dba Harrah's Resort Atlantic City,
              Adam J. Pernsteiner - Lewis Brisbois,    6385 S. Rainbow Blvd., Suite 600,
              Las Vegas, NV 89118-3201
516862895   +Harrah's Atlantic City Operating Company,    c/o Cranmer Satkin Scheer,    Schwartz & Han,
              320 Park Ave.,    PO Box 367,    Scotch Plains, NJ 07076-0367
516862896   +Integral Receivables, Inc.,    PO Box 1388,    Englewood CO 80150-1388
516821095    JPMorgan Chase Bank, N.A.,    po box 29505    Phx, AZ 85038
516807778   +Jennifer D. Gould, Esquire,    Stark & Stark,    777 Township Line Road, Suite 120,
              Yardley, PA 19067-5559
516807779   +Joy Leo,    5 Samantha Court,    Sewell, NJ 08080-3151
516862897   +Knight Capital Funding,    attn: Jared Gaitan,    9 East Loockerman Street,    Suite 3A -543,
              Dover, DE 19901-8306
516862898   +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
516807780   +Leonard J. Wood, Esquire,    Wade, Long, Wood & Long, LLC,    1250 Chews Landing Road, Suite 1,
              Laurel Springs, NJ 08021-2816
516862933   +Louis A. DeLollis, Esquire,    Monzo Catanese Hillegass PC,    211 Bayberry Drive, Suite 2A,
              Cape May Courthouse, NJ 08210-2460
516862939   +MPI Industries, LLC,    731 Route 168,    Blackwood, NJ 08012-1470
516862899    Macy's,    PO Box 8052,    Mason, OH  45040-8052
516862934   +Matthew Lakind, Esquire,    Tesser & Cohen,    946 Main Street,    Hackensack, NJ 07601-5136
516862935   +Myles Scheer, Esquire,    Craner, Satkin, Scheer, Schwartz & Hanna,    320 Park Avenue,
              Scotch Plains, NJ 07076-1100
516952264  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
              P.O. Box 619096,    Dallas, TX 75261-9741)
516862900   +NJ Skylands Insurance,    550 Essjay Road,    Buffalo, NY 14221-8237
516807781   +Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
516862901   +Northeast Communications Group, Inc.,    242 Route 156,    Trenton, NJ 08620-1724
516862923   +Nortwestern Mutual,    PO Box 3009,    Milwaukee, WI 53201-3009
516862936   +Pioneer Credit Recovery, Inc.,    PO Box 1018,    Moorestown, NJ 08057-0018
516862937   +Rebecca Hicks, Esquire,    Hicks Law Group,    325 N. Saint Paul Street, Ste. 4400,
              Dallas TX 75201-3880
516807782  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: New Jersey Division of Taxation,
              Compliance and Enforcement - Bankruptcy,    50 Barrack Street, 9th Floor,    P.O. Box 245,
              Trenton, NJ 08695-0267)
516900093   +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
```

```
District/off: 0312-1              User: admin               Page 2 of 3                  Date Rcvd: Aug 04, 2017
                                  Form ID: 137              Total Noticed: 81


516862884        Santander USA,   Attn: Bankruptcy Dept.,   PO Box 560284,   Dallas, TX  75356-0284
516807783       +Seth Brookman, Esquire,   Lucosky Brookman, LLP,   101 Wood Avenue South, 5th Floor,
                  Woodbridge, NJ 08830-2755
516807784       +Shapiro & DeNardo, LLC,   14000 Commerce PArkway, Suite B,   Mount Laurel, NJ 08054-2242
516807785       +South Jersey Adjustment Bureau,   PO Box 1919,   142 West Rio Grande Avenue,
                  Wildwood, NJ 08260-1518
516862925        South Jersey Gas,   PO Box 6091,   Bellmawr, NJ  08099-6091
516807786       +Steven A. Jayson, Esquire,   Law Offices of Alan R. Ackerman,   1719 Route 10 East, Suite 106,
                  Parsippany, NJ 07054-4519
516807787       +Susie Ristick,   3 Samantha Court,   Sewell, NJ 08080-3151
516807788       +TCA Global Credit Master Fund, L.P.,   Attn: Robert PRess, Director,
                  3960 Howard Hughes Parkway, Suite 500,   Las Vegas, NV 89169-5988
516807789       +Township of Washington Tax Collector,   523 Egg Harbor Road,   Sewell, NJ 08080-2335
516807790     ++++US BK-CUST/PRO CAP II, LLC,   50 S 16TH ST STE 1960,   PHILADELPHIA PA  19102-2517
                 (address filed with court: US Bk-Cust/Pro Cap II, LLC,   50 S. 16th Street, Suite 1950,
                  Philadelphia, PA 19102)
516862928       +United Rentals,   100 Stamford Place, Suite 700,   Stamford, CT 06902-9200
516862929       +Utah State Tax Commission,   GC Services Limited Partnership,   6330 Gulfton,
                  Houston, TX 77081-1198
516862930       +Verizon,   PO Box 25505,   Lehigh Valley, PA 18002-5505
516980890       +Vermeer Corporation,   c/o Stark & Stark, P.C.,   P.O. Box 5315,   Princeton, NJ  08543,
                  Attention:  Jennifer D. Gould, Equire 08543-5315
516862885       +WTMUA,   152 Whitman Drive,   Turnersville, NJ 08012-1048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: cio.bncmail@irs.gov Aug 04 2017 22:55:52      Dist Dir of IRS,
                  Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 22:56:20      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 22:56:15      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516862886       +E-mail/Text: amscbankruptcy@adt.com Aug 04 2017 22:57:07      ADT Security Services,
                  3190 S. Vaughn Way,   Aurora, CO 80014-3537
516862879       +E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2017 22:55:00      Ally Capital,   PO Box 951,
                  Horsham, PA 19044-0951
516847514        E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2017 22:55:00      Ally Capital,   PO Box 130424,
                  Roseville MN 55113-0004
516862890       +E-mail/Text: bankruptcy@pepcoholdings.com Aug 04 2017 22:55:57      Atlantic City Electric,
                  PO Box 13610,   Philadelphia, PA 19101-3610
516903472        E-mail/Text: bankruptcy@pepcoholdings.com Aug 04 2017 22:55:58
                  Atlantic City Electric Company,   Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                  Carneys Point, NJ  08069-3600
516862892       +E-mail/PDF: dor_tac_bankruptcy@state.co.us Aug 04 2017 22:51:35      Colorado Dept of Revenue,
                  1375 Sherman St., Rm 504,   Denver CO 80261-2200
516862880        E-mail/Text: bankruptcy.bnc@ditech.com Aug 04 2017 22:55:59      Dietch,   PO Box 6172,
                  Rapid City, SD  57709-6172
516877756        E-mail/Text: bankruptcy.bnc@ditech.com Aug 04 2017 22:55:59
                  Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
516862882        E-mail/Text: bk.notifications@jpmchase.com Aug 04 2017 22:56:04      JP Morgan Chase Bank, NA,
                  PO Box 29505 AZ1-1191,   Phoenix, AZ  85038-9505
516862883       +E-mail/Text: shaak@oceanfirst.com Aug 04 2017 22:57:17      Ocean First Bank,   975 Hooper Ave.,
                  Toms River, NJ 08753-8320
516862926        E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2017 22:51:23      Sychrony Bank,   Mohawk,
                  PO Box 96061,   Orlando, FL  32896-0061
516809606       +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2017 22:51:37      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516862927        E-mail/Text: collections@tdameritrade.com Aug 04 2017 22:57:26      TD Ameritrade,   PO Box 2209,
                  Omaha, NE  68103-2209
516862931        E-mail/Text: crystale@vermeertexas.com Aug 04 2017 22:56:55
                  Vermeer Equipment of Texas, Inc.,   707 Access Road,   Kilgore, TX  75662-0517
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516847238*      +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
                  Philadelphia, PA 19101-7346
516862881*      +Glia Group LLC,   1662 E. 24th Street,   Brooklyn, NY 11229-2402
516807777*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516862938*      +Seth Brookman, Esquire,   Lucosky Brookman, LLP,   101 Wood Avenue, South 5th floor,
                  Woodbridge, NJ 08830-2755
516862924      ##+QuaterSpot,   82 Wall Street, Ste 200,   New York, NY 10005-3685
                                                                                     TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin              Page 3 of 3              Date Rcvd: Aug 04, 2017
                               Form ID: 137             Total Noticed: 81
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
              Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
               bschwartz@css-pc.com,    suzanne.marcela@css-pc.com
              David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
               ciarkowski@wilentz.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
               Mortgage LLC dnj@pbslaw.org
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 9
```