**Order Filed on August 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

In re:

DAVID RISTICK,

          Debtor.

Case No.: 17-19196 (ABA)

Chapter 11

Hon. Andrew B. Altenburg, Jr.

**Hearing Date:  August 7, 2017
                            at 10:00 a.m.**

**ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 AND/OR DISCHARGEABILITY OF A DEBT UNDER 11 U.S.C. § 523**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#9327228.1(165685.001)

Page 2
Debtor: David Ristick
Case No.: 17-19196 (ABA)
Caption of Order: Consent Order Extending Time to File a Complaint Objecting to Discharge under 11 U.S.C. § 727 and/or Dischargeability of a Debt under 11 U.S.C. § 523
_____

This matter having been brought before the Court upon the motion of TCA Global Credit Master Fund, LP (the "Movant"), by and through its counsel, Wilentz, Goldman & Spitzer, P.A., for entry of an order extending the time within which the Movant may file a complaint objecting to discharge and/or determining the dischargeability of a debt; and all interested parties having been duly served; and the Court having considered all of the pleadings submitted, together with the arguments of counsel and the Debtor, David Ristick (the "Debtor") if any, and for good cause shown, it is hereby

**ORDERED:**

1. The time within which Movant may file a complaint objecting to the discharge of the Debtor and/or determining dischargeability of a debt pursuant to 11 U.S.C. § 523 and § 727 be and hereby is extended to November 20, 2017, without prejudice to Movant's right to seek any further extension(s).

2. The Movant shall serve a copy of this Order upon the Debtor's counsel, the United States Trustee, the Debtor's twenty largest creditors and any other party who entered an appearance on the within motion.

[END OF ORDER]

#9327228.1(165685.001)