Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−19196−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Ristick
   5 Samantha Court
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−2186

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 11: [In a case in which 1141(d)(3) applies, no later than the date you make your last plan payment.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: August 7, 2017
JAN: admi

                                                            Jeanne Naughton
                                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                                    Case No. 17-19196-ABA
David Ristick                                                             Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Aug 07, 2017
                               Form ID: finmgtc             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
db             +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty            +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,   1717 Arch Street,
                 Philadelphia, PA 19103-2739
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2017 22:27:32      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2017 22:27:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
              Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
               bschwartz@css-pc.com,   suzanne.marcela@css-pc.com
              David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
               ciarkowski@wilentz.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
               Mortgage LLC dnj@pbslaw.org
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```