**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

| | |
|---|---|
| In re:<br><br>DAVID RISTICK,<br><br>     Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 11<br><br>Case No.: 17-19196 (ABA) |

## CERTIFICATION OF SERVICE

1.  I, DAVID H. STEIN, ESQ.:

   ☒ am a shareholder of Wilentz, Goldman & Spitzer, P.A., Attorneys for TCA Global Credit Master Fund, LP in the above-captioned matter.

   ☐ am the secretary/paralegal for David H. Stein, who represents the Debtor-in-Possession in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.  On August 9, 2017, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Order Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 and/or Dischargeability of a Debt Under 11 U.S.C. §523**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 9, 2017

                */s/ David H. Stein*
                _____
                David H. Stein

#9398385.1(165685.001)

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| David Ristick<br>5 Samantha Court<br>Sewell, NJ  08080<br>*Debtor*<br><br>Jerrold Kulback, Esq.<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ  08033<br>*Attorneys for Debtor*<br><br>Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102<br><br>**Secured Creditors**<br>Ally Capital<br>P.O. Box 951<br>Horsham, PA  19044<br><br>Ally Capital<br>P.O. Box 130424<br>Roseville, MN  55113<br><br>Ditech<br>P.O. Box 6172<br>Rapid City, SD  57709<br><br>Glia Group, LLC<br>1662 E. 24th Street<br>Brooklyn, NY  11229<br><br>GM Financial<br>801 Cherry Street, Suite 3600<br>Fort Worth, TX  76012<br><br>JP Morgan Chase Bank, N.A.<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ  85038<br><br>Nationstar Mortgage, LLC<br>8950 Cypress Waters Blvd.<br>Coppell, TX  75019 | | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

2

#9398385.1(165685.001)

Ocean First Bank
975 Hooper Ave.
Toms River, NJ  08753

Santander USA
Attn: Bankruptcy Dept.
P.O. Box 560284
Dallas, TX  75356-0284

Township of Washington Tax Collector
523 Egg harbor Road
Sewell, NJ  08080

US Bk-Cust/Pro Cap II, LLC
50 S. 16th Street, Suite 1950
Philadelphia, PA  19102

WTMUA
152 Whitman Drive
Turnersville, NJ  08012

**Priority**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

New Jersey Division of Taxation
Compliance and Enforcement – Bankruptcy
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ  08695-0267

**Non-Priority**
ADT Security Services
3190 S. Vaughn Way
Aurora, CO  80014

Advocare Lerch and Amato Peds
P.O. Box 3001
Voorhees, NJ  08043-0598

Alice Maglio
109 East Memphia Ave.
Wildwood, NJ  08260

American Express
P.O. Box 981535
El Paso, TX  79998-1535

3

#9398385.1(165685.001)

| | | |
|---|---|---|
| Amerihealth Insurance Company of NJ<br>1901 Market Street<br>Philadelphia, PA  19103-1480<br><br>Atlantic City Electric<br>P.O. Box 13610<br>Philadelphia, PA  19101<br><br>Barclaycard<br>Card Services<br>P.O. Box 8802<br>Wilmington, DE  19899-8802<br><br>Colorado Dept. of Revenue<br>Denver, CO  80261<br><br>Comcast<br>P.O. Box 211008<br>Eagan, MN  55121-2408<br><br>Delage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA  19087<br><br>GM Financial<br>P.O. Box 183834<br>Arlington, TX  76096-3834<br><br>Harrah's Atlantic City Operating Company<br>c/o Cranmer Satkin Scheer<br>320 Park Ave.<br>P.O. Box 367<br>Scotch Plains, NJ  07076<br><br>Integral Receivables<br>P.O. Box 1388<br>Englewood, CO  80150<br><br>Knight Capital Funding<br>Attn: jared Gaitan<br>9 East Loockerman Street, Suite 3A-543<br>Dover, DE  19901<br><br>Laboratory Corporation of America<br>P.O. Box 2240<br>Burlington, NC  27216<br><br>Macy's<br>P.O. Box 8052<br>Mason, OH  45040-8052 | | |

4

#9398385.1(165685.001)

| | | |
|---|---|---|
| New Jersey Skylands Insurance<br>550 Essjay Road<br>Buffalo, NY  14221<br><br>Northeast Communications Group, Inc.<br>242 Route 156<br>Trenton, NJ  08620<br><br>Northwestern Mutual<br>P.O. Box 3009<br>Milwaukee, WI  53201-3009<br><br>QuarterSpot<br>333 7th Ave., Room 1401<br>New York, NY  10001-5092<br><br>South Jersey Adjustment Bureau<br>P.O. Box 1919<br>142 West Rio Grande Ave.<br>Wildwood, NJ  08260<br><br>South Jersey Gas<br>P.O. Box 6091<br>Bellmawr, NJ  08099-6091<br><br>Synchrony Bank<br>Mohawk<br>P.O. Box 960061<br>Orlando, FL  32896-0061<br><br>TD Ameritrade<br>P.O. Box 2209<br>Omaha, NE  68103-2209<br><br>United Rentals<br>100 Stamford Place, Suite 700<br>Stamford, CT  06902<br><br>Utah State Tax Commission<br>GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX  77081<br><br>Verizon<br>P.O. Box 25505<br>Lehigh Valley, PA  18002<br><br>Vermeer Equipment of Texas, Inc.<br>707 Access Road<br>Kilgore, TX  75662-0517 | | |

5

#9398385.1(165685.001)

| | | |
|---|---|---|
| **Additional Notice Parties**<br>Allison J. Snyder, Esq.<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br><br>Carl F. Schoeppl, Esq.<br>Schoeppl Law, P.A.<br>4651 North Federal Highway<br>Boca Raton, FL 33431<br><br>Jennifer D. Gould, Esq.<br>Stark & Stark<br>777 Township Line Road, Suite 120<br>Yardley, PA 19067<br><br>Leonard J. Wood, Esq.<br>Wade, Long, Wood & Long, LLC<br>1250 Chews Landing Road, Suite 1<br>Laurel Springs, NJ 08021<br><br>Louis A. DeLollis, ESq.<br>Monzo, Catanese, Hillegass, P.C.<br>211 Batberry Drive, Suite 2A<br>Cape May Court House, NJ 08210<br><br>Matthew Lakind, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ 07601<br><br>Myles Scheer, Esq.<br>Craner, Satkin, Scheer, Schwartz & Hanna<br>320 Park Avenue<br>Scotch Plains, NJ 07076<br><br>Pioneer Credit Recovery, Inc.<br>P.O. Box 1018<br>Moorestown, NJ 08057<br><br>Rebecca Hicks, Esq.<br>Hicks Law Group<br>325 N. Saint Paul Street, Suite 4400<br>Dallas, TX 75201<br><br>Seth Brookman, Esq.<br>Lucosky Brookman, LLP<br>101 Wood Avenue South, 5th Floor<br>Woodbridge, NJ 08830 | | |

6

#9398385.1(165685.001)

Steven A. Jayson, Esq.
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054

**Notices of Appearance**
Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541
Attention: Valerie Smith

Alexandra T. Garcia, Esq.
McCabe, Weisberg & Conway, P.C.
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
*Attorneys for Nationstar Mortgage, LLC*

Neal M. Ruben, Esq.
Law Office of Neal M. Ruben
179 Avenue at the Common, Suite 201
Shrewsbury, NJ 07702
*Attorney for OceanFirst Bank*

Rob Satzman, Esq.
Pluese, Becker & Saltzman, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
*Attorneys for Nationstar Mortgage, LLC*
*FHA/VA/RHS: Nationstar Mortgage, LLC*

Nationstar Mortgage LLC FHA/VA/RHS:
Nationstar Mortgage
P.O. Box 619096
Dallas, TX 75261-9741

KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Attn: Denise Carlon, Eq.
Brian C. Nicholas, Esq.
*Attorneys for JP Morgan Chase bank, N.A.*

Jennifer D. Gould, Esq.
Stark & Stark, P.C.
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648
*Attorneys for Vermeer Corporation*

#9398385.1(165685.001)

| | | |
|---|---|---|
| GM Financial<br>Americredit Financial Services, Inc.<br>dba GM Financial<br>P.O. Box 183853<br>Arlington, TX  76096<br>Attn: Mandy Youngblood | | |