Case 17-19196-ABA  Doc 30-5  Filed 07/17/17  Entered 07/17/17 13:29:37  Desc
Proposed Order    Page 1 of 2

**Order Filed on August 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

In re:

DAVID RISTICK,

                    Debtor.

Case No.: 17-19196 (ABA)

Chapter 11

Hon. Andrew B. Altenburg, Jr.

**Hearing Date:    August 7, 2017
                    at 10:00 a.m.**

**ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO
DISCHARGE UNDER 11 U.S.C. § 727 AND/OR DISCHARGEABILITY OF A
DEBT UNDER 11 U.S.C. § 523**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#9327228.1(165685.001)

Case 17-19196-ABA Doc 30-5 Filed 07/17/17 Entered 07/17/17 13:49:37 Desc
Proposed Order    Page 2 of 2

Page 2
Debtor:        David Ristick
Case No. :     17-19196 (ABA)
Caption of Order: Consent Order Extending Time to File a Complaint Objecting to Discharge under
        11 U.S.C. § 727 and/or  Dischargeability of a Debt under 11 U.S.C. § 523

This matter having been brought before the Court upon the motion of TCA Global Credit Master Fund, LP (the "Movant"), by and through its counsel, Wilentz, Goldman & Spitzer, P.A., for entry of an order extending the time within which the Movant may file a complaint objecting to discharge and/or determining the dischargeability of a debt; and all interested parties having been duly served; and the Court having considered all of the pleadings submitted, together with the arguments of counsel and the Debtor, David Ristick (the "Debtor") if any, and for good cause shown, it is hereby

**ORDERED:**

1.      The time within which Movant may file a complaint objecting to the discharge of the Debtor and/or determining dischargeability of a debt pursuant to 11 U.S.C. § 523 and § 727 be and hereby is extended to November 20, 2017, without prejudice to Movant's right to seek any further extension(s).

2.      The Movant shall serve a copy of this Order upon the Debtor's counsel, the United States Trustee, the Debtor's twenty largest creditors and any other party who entered an appearance on the within motion.


[END OF ORDER]


#9327228.1(165685.001)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19196-ABA
David Ristick                                                             Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Aug 08, 2017
                             Form ID: pdf903           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db              +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty             +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
                  Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
          Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
           bschwartz@css-pc.com,   suzanne.marcela@css-pc.com
          David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
           ciarkowski@wilentz.com
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
           mfriedman@archerlaw.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
           Mortgage LLC dnj@pbslaw.org
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10