UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____          NEW JERSEY

IN RE DAVID RISTICK                         Case No. _____ 17-19196
                                            Reporting Period: 07/01/2017-0731/2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_[signature]_                                **08/14/17**
Signature of Debtor                          Date


_____                  _____
Signature of Joint Debtor                    Date


_____                  _____
Signature of Authorized Individual*          Date

**David Ristick**
Printed Name of Authorized Individual        Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____     Case No. _17-19196_____
        Debtor     Reporting Period __0 07/01/2017-07/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 804.12 | 804.12 |
| **RECEIPTS** | | |
| Wages (Net) | 6053.32 | 12203.39 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $453.00 | 1588.61 |
| Total Receipts | 6506.32 | 13792.00 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 954.53 | 954.53 |
| Insurance | | 217.52 |
| Auto Expense | 333.47 | 633.66 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 517.06 | 517.06 |
| Household Expenses | 3504.59 | 9497.16 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 541.72 |
| Gifts | 105.19 | 105.19 |
| reimbursible business expenses | 453.00 | 1438.61 |
| Total Ordinary Disbursements | 5867.84 | 13905.45 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 0 |
| Total Disbursements (Ordinary + Reorganization) | | 13905.45 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | 638.48 |
| Cash - End of Month (Must equal reconciled bank statement) | | 1442.60 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____    Case No. ___17-19196_____
        Debtor    07/01/2017-07/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/23/2017 | UNITED1127   PAYROLL | $2,139.60 | $2,336.47 |
| 06/23/2017 | UNITED1127   PAYMENTS | $985.61 | $3,322.08 |
| 06/23/2017 | DDA PURCHASE 30036208  CVS PHARM 00 | $58.66 | $3,263.42 |
| 06/23/2017 | VISA DDA PUR 416407   WAWA 998   000 | $29.00 | $3,234.42 |
| 06/23/2017 | VISA DDA PUR 451239   AUTOSHEEN CAR | $20.01 | $3,214.41 |
| 06/26/2017 | DDA WITHDRAW TW04B095  284 EGG HAR | $400.00 | $2,814.41 |
| 06/26/2017 | VISA DDA PUR 443106   THE DISNEY STOR | $53.28 | $2,761.13 |
| 06/26/2017 | VISA DDA PUR 416407   WAWA 981   000 | $46.08 | $2,715.05 |
| 06/26/2017 | VISA DDA PUR 427539   PIZZA ZEPPOLE | $14.48 | $2,700.57 |
| 06/26/2017 | VISA DDA PUR 423168   CINNABON 281 | $14.18 | $2,686.39 |
| 06/26/2017 | VISA DDA PUR 416407   FOOD COURT AC 1 | $6.72 | $2,679.67 |
| 06/27/2017 | DDA PURCHASE 00M7B110  7 ELEVEN | $12.80 | $2,666.87 |
| 06/27/2017 | VISA DDA PUR 479487   AVIS RENT A CAR | $12.40 | $2,654.47 |
| 06/28/2017 | VISA DDA PUR 449804   VERIZON WRLS 03 | $633.29 | $2,021.18 |
| 06/28/2017 | DDA PURCH W/CB 31132079  TARGET T 4 | $144.72 | $1,876.46 |
| 06/29/2017 | VISA DDA PUR 469216   COMCAST | $450.00 | $1,426.46 |
| 06/29/2017 | DDA PURCHASE 0001   SHOPRITE WSHNG | $203.54 | $1,222.92 |
| 06/29/2017 | VISA DDA PUR 423168   SUNOCO 0368295 | $60.21 | $1,162.71 |
| 06/29/2017 | DDA PURCHASE 01482001  WAWA 981 | $38.14 | $1,124.57 |
| 06/29/2017 | DDA PURCHASE 0102   304 MISURA 1 BO | $26.00 | $1,098.57 |
| 06/30/2017 | VISA DDA PUR 443106   CHEVROLET OF TL | $250.75 | $847.82 |
| 06/30/2017 | VISA DDA PUR 442733   CHICK FIL A 0281 | $30.90 | $816.92 |
| 06/30/2017 | VISA DDA PUR 442733   MCDONALD S F10 | $12.80 | $804.12 |
| 07/03/2017 | UNITED1127   PAYROLL | $872.66 | $1,676.78 |
| 07/03/2017 | VISA DDA PUR 401339   INSPIRA URGENT C | $250.00 | $1,426.78 |
| 07/03/2017 | DDA PURCHASE 0001   SHOPRITE WSHNG | $132.41 | $1,294.37 |
| 07/03/2017 | DDA PURCHASE 30036202  CVS PHARM 00 | $111.77 | $1,182.60 |
| 07/03/2017 | DDA PURCHASE 30036202  CVS PHARM 00 | $15.99 | $1,166.61 |
| 07/03/2017 | DDA PURCHASE 30036204  CVS PHARM 00 | $14.57 | $1,152.04 |
| 07/06/2017 | VISA DDA PUR 416407   WAWA 981   000 | $54.00 | $1,098.04 |
| 07/07/2017 | VISA DDA PUR 401339   GREENTREE TOBA | $23.50 | $1,074.54 |
| 07/10/2017 | DDA PURCH W/CB 30036204  CVS PHARM 0 | $62.53 | $1,012.01 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 07/10/2017 | DDA PURCHASE 319998 | BROOKS BROTHE | $57.05 | $954.96 |
| 07/10/2017 | VISA DDA PUR 423168 | SUNOCO 0368299 | $46.86 | $908.10 |
| 07/10/2017 | VISA DDA PUR 442733 | MCDONALD S F10 | $12.37 | $895.73 |
| 07/10/2017 | VISA DDA PUR 427539 | PIZZA ZEPPOLE | $10.79 | $884.94 |
| 07/11/2017 | VISA DDA PUR 476062 | SEVEN STAR DINE | $77.72 | $807.22 |
| 07/11/2017 | VISA DDA PUR 423168 | SUNOCO 0263790 | $20.00 | $787.22 |
| 07/12/2017 | AC ELECTRIC SDPY ATLANTIC C | | $454.53 | $332.69 |
| 07/12/2017 | VISA DDA PUR 449215 | SIGNEASY PRO PL | $119.99 | $212.70 |
| 07/13/2017 | GLOBAL WORLD STA PAYROLL | | $1,936.88 | $2,149.58 |
| 07/13/2017 | VISA DDA PUR 469216 | UBER TECHNOLOC | $29.21 | $2,120.37 |
| 07/14/2017 | VISA DDA PUR 479262 | AMTRAK  19332 | $142.00 | $1,978.37 |
| 07/14/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $33.26 | $1,945.11 |
| 07/17/2017 | VISA DDA PUR 449804 | VERIZON WRLS 03 | $500.00 | $1,445.11 |
| 07/17/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $99.21 | $1,345.90 |
| 07/17/2017 | VISA DDA PUR 443106 | THE DISNEY STOR | $74.60 | $1,271.30 |
| 07/17/2017 | DDA PURCHASE 003 | THE VITAMIN SH | $61.97 | $1,209.33 |
| 07/17/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $47.37 | $1,161.96 |
| 07/17/2017 | VISA DDA PUR 416407 | WAWA 759  000 | $24.04 | $1,137.92 |
| 07/17/2017 | DDA PURCHASE 01479701 | WAWA 975 | $16.53 | $1,121.39 |
| 07/17/2017 | VISA DDA PUR 427539 | PIZZA ZEPPOLE | $14.05 | $1,107.34 |
| 07/17/2017 | VISA DDA PUR 476501 | TONY LUKE S | $13.34 | $1,094.00 |
| 07/17/2017 | VISA DDA PUR 442733 | MCDONALD S F10 | $10.67 | $1,083.33 |
| 07/17/2017 | VISA DDA PUR 469216 | HTTP  WWW GOGC | $9.95 | $1,073.38 |
| 07/17/2017 | DDA PURCHASE 01465101 | WAWA 759 | $7.20 | $1,066.18 |
| 07/17/2017 | VISA DDA PUR 401339 | NAYAX LLC 22 | $4.50 | $1,061.68 |
| 07/17/2017 | VISA DDA PUR 401339 | NAYAX LLC 22 | $4.50 | $1,057.18 |
| 07/17/2017 | VISA DDA PUR 401339 | VENDING GLOBE \ | $2.60 | $1,054.58 |
| 07/17/2017 | DDA PURCHASE 319851 | WAWA 268 | $2.49 | $1,052.09 |
| 07/18/2017 | DDA PURCHASE 476930 | SKY KING FIREW | $123.28 | $928.81 |
| 07/18/2017 | VISA DDA PUR 444500 | WENDY S 3018 | $46.65 | $882.16 |
| 07/18/2017 | VISA DDA PUR 443106 | THE DISNEY STOR | $44.95 | $837.21 |
| 07/18/2017 | DDA PURCHASE 30036205 | CVS PHARM 00 | $29.86 | $807.35 |



| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 07/18/2017 | DDA PURCHASE 00MNGJ01 | 7 ELEVEN | $2.54 | $804.81 |
| 07/19/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $197.32 | $607.49 |
| 07/19/2017 | VISA DDA PUR 423168 | SUNOCO 0011679 | $22.58 | $584.91 |
| 07/20/2017 | VISA DDA PUR 476501 | TURNERSVILLE RI | $28.51 | $556.40 |
| 07/21/2017 | VISA DDA PUR 442733 | MCDONALD S F10 | $14.46 | $541.94 |



**TD Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ        08012

039 / Chapter 11 Checking        █████8419

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 7/24/2017 | | | $541.94 |
| Plus | 6 | Deposits and Other Credits | $5,621.02 |
| Less | 60 | Checks and Other Debits | $5,519.67 |
| Statement Balance As Of: 08/08/2017 | | | $643.29 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/24/2017 | UNITED1127    PAYROLL | | $882.67 | $1,424.61 |
| 07/24/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $200.00 | | $1,224.61 |
| 07/24/2017 | DDA PURCHASE 01482001   WAWA 981 | $48.33 | | $1,176.28 |
| 07/24/2017 | VISA DDA PUR 422443    SEWELL FUELS | $42.60 | | $1,133.68 |
| 07/24/2017 | VISA DDA PUR 401339    IHOP | $35.07 | | $1,098.61 |
| 07/24/2017 | VISA DDA PUR 469216    STARBUCKS STOR | $15.87 | | $1,082.74 |
| 07/25/2017 | DDA PURCHASE 318198    WALGREENS ST | $86.24 | | $996.50 |
| 07/25/2017 | VISA DDA PUR 443106    THE BORGATA RE | $86.03 | | $910.47 |
| 07/25/2017 | DDA PURCHASE 01440901   WAWA 499 | $80.12 | | $830.35 |
| 07/25/2017 | VISA DDA PUR 479262    MICHAEL KORS  2 | $48.98 | | $781.37 |
| 07/25/2017 | VISA DDA PUR 451239    AUTOSHEEN CAR | $21.00 | | $760.37 |
| 07/26/2017 | GLOBAL WORLD STA PAYROLL | | $1,936.88 | $2,697.25 |
| 07/26/2017 | VISA DDA PUR 426979    NIFTY FIFTY S  TU | $48.97 | | $2,648.28 |
| 07/26/2017 | VISA DDA PUR 442733    CHICK FIL A  0281 | $32.93 | | $2,615.35 |
| 07/26/2017 | VISA DDA PUR 443106    DUNKIN  340438 Q3 | $9.99 | | $2,605.36 |
| 07/27/2017 | UNITED1127    CASH DISB | | $453.00 | $3,058.36 |
| 07/27/2017 | VISA DDA PUR 469216    APPLE STORE  R1 | $105.19 | | $2,953.17 |
| 07/27/2017 | VISA DDA PUR 469216    UBER TECHNOLOG | $29.32 | | $2,923.85 |



**TD Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ    08012

039 / Chapter 11 Checking    8419

| | | |
|---|---|---|
| Statement Beginning Balance As Of: 7/24/2017 | | $541.94 |
| Plus    6 | Deposits and Other Credits | $5,621.02 |
| Less    60 | Checks and Other Debits | $5,519.67 |
| Statement Balance As Of: 08/08/2017 | | $643.29 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/24/2017 | UNITED1127    PAYROLL | | $882.67 | $1,424.61 |
| 07/24/2017 | DDA WITHDRAW TW04B095  284 EGG HAR | $200.00 | | $1,224.61 |
| 07/24/2017 | DDA PURCHASE 01482001  WAWA 981 | $48.33 | | $1,176.28 |
| 07/24/2017 | VISA DDA PUR 422443    SEWELL FUELS | $42.60 | | $1,133.68 |
| 07/24/2017 | VISA DDA PUR 401339    IHOP | $35.07 | | $1,098.61 |
| 07/24/2017 | VISA DDA PUR 469216    STARBUCKS STOR | $15.87 | | $1,082.74 |
| 07/25/2017 | DDA PURCHASE 318198    WALGREENS ST | $86.24 | | $996.50 |
| 07/25/2017 | VISA DDA PUR 443106    THE BORGATA RE | $86.03 | | $910.47 |
| 07/25/2017 | DDA PURCHASE 01440901  WAWA 499 | $80.12 | | $830.35 |
| 07/25/2017 | VISA DDA PUR 479262    MICHAEL KORS  2 | $48.98 | | $781.37 |
| 07/25/2017 | VISA DDA PUR 451239    AUTOSHEEN CAR | $21.00 | | $760.37 |
| 07/26/2017 | GLOBAL WORLD STA PAYROLL | | $1,936.88 | $2,697.25 |
| 07/26/2017 | VISA DDA PUR 426979    NIFTY FIFTY S   TU | $48.97 | | $2,648.28 |
| 07/26/2017 | VISA DDA PUR 442733    CHICK FIL A  0281 | $32.93 | | $2,615.35 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/27/2017 | VISA DDA PUR 449215   UBER   US JUL26 X | $5.00 | $2,918.85 |
| 07/28/2017 | DDA PURCHASE 0001   SHOPRITE WSHNG | $216.57 | $2,702.28 |
| 07/28/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $200.00 | $2,502.28 |
| 07/28/2017 | VISA DDA PUR 479262   AMTRAK   20708 | $196.00 | $2,306.28 |
| 07/28/2017 | DDA PURCHASE 08788354   PUMA GLOUCES | $118.99 | $2,187.29 |
| 07/28/2017 | VISA DDA PUR 426979   STANZA DEI SIGAF | $97.04 | $2,090.25 |
| 07/28/2017 | DDA PURCHASE 84267001   MARSHALLS 3 | $26.98 | $2,063.27 |
| 07/28/2017 | VISA DDA PUR 449215   UBER   US JUL27 Q | $23.52 | $2,039.75 |
| 07/31/2017 | UNITED1127   PAYROLL | $424.23 | $2,463.98 |
| 07/31/2017 | DDA PURCHASE 319356   BEDBATH BEYON | $270.29 | $2,193.69 |
| 07/31/2017 | DDA PURCHASE 31132109   TARGET T 4001 | $198.77 | $1,994.92 |
| 07/31/2017 | VISA DDA PUR 479262   AMTRAK   20894 | $127.00 | $1,867.92 |
| 07/31/2017 | VISA DDA PUR 469216   MARRIOTT COPLE | $105.84 | $1,762.08 |
| 07/31/2017 | VISA DDA PUR 443106   CHEESECAKE CHE | $101.92 | $1,660.16 |
| 07/31/2017 | DDA PURCHASE 01440901   WAWA 499 | $42.76 | $1,617.40 |
| 07/31/2017 | VISA DDA PUR 479262   NEW YORK AND C | $37.47 | $1,579.93 |
| 07/31/2017 | DDA PURCHASE 30036205   CVS PHARM 00 | $32.34 | $1,547.59 |
| 07/31/2017 | VISA DDA PUR 449398   LINDT CHOCOLAT | $26.70 | $1,520.89 |
| 07/31/2017 | VISA DDA PUR 444500   FIVE BELOW 117 | $24.54 | $1,496.35 |
| 07/31/2017 | DDA PURCHASE 319453   NORDSTROM 0 | $21.38 | $1,474.97 |
| 07/31/2017 | DDA PURCHASE 01479701   WAWA 975 | $17.60 | $1,457.37 |
| 07/31/2017 | VISA DDA PUR 449215   SQ AUNTIE ANNE | $14.77 | $1,442.60 |
| 08/01/2017 | VISA DDA PUR 469216   COMCAST | $208.80 | $1,233.80 |
| 08/01/2017 | VISA DDA PUR 444500   FIVE BELOW 117 | $38.37 | $1,195.43 |
| 08/01/2017 | VISA DDA PUR 476501   TURNERSVILLE RI | $28.25 | $1,167.18 |
| 08/01/2017 | VISA DDA PUR 469216   STARBUCKS STOR | $9.94 | $1,157.24 |
| 08/02/2017 | VISA DDA PUR 461043   NJ E ZPASS VIOLA | $321.90 | $835.34 |
| 08/02/2017 | VISA DDA PUR 461043   NEW JERSEY E ZP | $100.00 | $735.34 |
| 08/02/2017 | DDA PURCH W/CB 0001   SHOPRITE LNCO | $53.96 | $681.38 |
| 08/02/2017 | DDA PURCHASE 0001   SHOPRITE WSHNG | $51.72 | $629.66 |
| 08/02/2017 | VISA DDA PUR 443106   ACE HDWE | $45.95 | $583.71 |
| 08/02/2017 | VISA DDA PUR 426979   JAMES STORE 14 | $44.21 | $539.50 |