**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

| | |
|---|---|
| In re:<br><br>DAVID RISTICK,<br><br>         Debtor. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 11<br><br>Case No.: 17-19196 (ABA) |

### CERTIFICATION OF SERVICE

1. I, DAVID H. STEIN, ESQ.:

    ☒ am a shareholder of Wilentz, Goldman & Spitzer, P.A., Attorneys for TCA Global Credit Master Fund, LP in the above-captioned matter.

    ☐ am the secretary/paralegal for David H. Stein, who represents the Debtor-in-Possession in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On August 17, 2017, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1. **Notice of Motion for Entry of an Order Compelling Attendance for Examination and Production of Documents from Debtor Under Federal Rule of Bankruptcy Procedure 2004(a) (the "Motion")**
    2. **Certification in support of the Motion;**
    3. **Letter Brief; and**
    4. **Proposed order.**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 17, 2017

/s/ David H. Stein
_____
David H. Stein

#9414658.1(165685.001)

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| David Ristick<br>5 Samantha Court<br>Sewell, NJ 08080<br>*Debtor*<br><br>Jerrold Kulback, Esq.<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033<br>*Attorneys for Debtor*<br><br>Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>**Secured Creditors**<br>Ally Capital<br>P.O. Box 951<br>Horsham, PA 19044<br><br>Ally Capital<br>P.O. Box 130424<br>Roseville, MN 55113<br><br>Ditech<br>P.O. Box 6172<br>Rapid City, SD 57709<br><br>Glia Group, LLC<br>1662 E. 24th Street<br>Brooklyn, NY 11229<br><br>GM Financial<br>801 Cherry Street, Suite 3600<br>Fort Worth, TX 76012<br><br>JP Morgan Chase Bank, N.A.<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038<br><br>Nationstar Mortgage, LLC<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019<br><br>Ocean First Bank<br>975 Hooper Ave.<br>Toms River, NJ 08753 | | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

2

#9414658.1(165685.001)

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Santander USA<br>Attn: Bankruptcy Dept.<br>P.O. Box 560284<br>Dallas, TX  75356-0284 | | |
| Township of Washington Tax Collector<br>523 Egg harbor Road<br>Sewell, NJ  08080 | | |
| US Bk-Cust/Pro Cap II, LLC<br>50 S. 16th Street, Suite 1950<br>Philadelphia, PA  19102 | | |
| WTMUA<br>152 Whitman Drive<br>Turnersville, NJ  08012 | | |
| **Priority**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | |
| New Jersey Division of Taxation<br>Compliance and Enforcement – Bankruptcy<br>50 Barrack Street, 9th Floor<br>P.O. Box 245<br>Trenton, NJ  08695-0267 | | |
| **Non-Priority**<br>ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO  80014 | | |
| Advocare Lerch and Amato Peds<br>P.O. Box 3001<br>Voorhees, NJ  08043-0598 | | |
| Alice Maglio<br>109 East Memphia Ave.<br>Wildwood, NJ  08260 | | |
| American Express<br>P.O. Box 981535<br>El Paso, TX  79998-1535 | | |
| Amerihealth Insurance Company of NJ<br>1901 Market Street<br>Philadelphia, PA  19103-1480 | | |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Atlantic City Electric<br>P.O. Box 13610<br>Philadelphia, PA  19101 | | |
| Barclaycard<br>Card Services<br>P.O. Box 8802<br>Wilmington, DE  19899-8802 | | |
| Colorado Dept. of Revenue<br>Denver, CO  80261 | | |
| Comcast<br>P.O. Box 211008<br>Eagan, MN  55121-2408 | | |
| Delage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA  19087 | | |
| GM Financial<br>P.O. Box 183834<br>Arlington, TX  76096-3834 | | |
| Harrah's Atlantic City Operating Company<br>c/o Cranmer Satkin Scheer<br>320 Park Ave.<br>P.O. Box 367<br>Scotch Plains, NJ  07076 | | |
| Integral Receivables<br>P.O. Box 1388<br>Englewood, CO  80150 | | |
| Knight Capital Funding<br>Attn: jared Gaitan<br>9 East Loockerman Street, Suite 3A-543<br>Dover, DE  19901 | | |
| Laboratory Corporation of America<br>P.O. Box 2240<br>Burlington, NC  27216 | | |
| Macy's<br>P.O. Box 8052<br>Mason, OH  45040-8052 | | |

4

#9414658.1(165685.001)

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| New Jersey Skylands Insurance<br>550 Essjay Road<br>Buffalo, NY  14221 | | |
| Northeast Communications Group, Inc.<br>242 Route 156<br>Trenton, NJ  08620 | | |
| Northwestern Mutual<br>P.O. Box 3009<br>Milwaukee, WI  53201-3009 | | |
| QuarterSpot<br>333 7th Ave., Room 1401<br>New York, NY  10001-5092 | | |
| South Jersey Adjustment Bureau<br>P.O. Box 1919<br>142 West Rio Grande Ave.<br>Wildwood, NJ  08260 | | |
| South Jersey Gas<br>P.O. Box 6091<br>Bellmawr, NJ  08099-6091 | | |
| Synchrony Bank<br>Mohawk<br>P.O. Box 960061<br>Orlando, FL  32896-0061 | | |
| TD Ameritrade<br>P.O. Box 2209<br>Omaha, NE  68103-2209 | | |
| United Rentals<br>100 Stamford Place, Suite 700<br>Stamford, CT  06902 | | |
| Utah State Tax Commission<br>GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX  77081 | | |
| Verizon<br>P.O. Box 25505<br>Lehigh Valley, PA  18002 | | |

#9414658.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Vermeer Equipment of Texas, Inc.<br>707 Access Road<br>Kilgore, TX  75662-0517<br><br>**Additional Notice Parties**<br><br>Allison J. Snyder, Esq.<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX  77002<br><br>Carl F. Schoeppl, Esq.<br>Schoeppl Law, P.A.<br>4651 North Federal Highway<br>Boca Raton, FL  33431<br><br>Jennifer D. Gould, Esq.<br>Stark & Stark<br>777 Township Line Road, Suite 120<br>Yardley, PA  19067<br><br>Leonard J. Wood, Esq.<br>Wade, Long, Wood & Long, LLC<br>1250 Chews Landing Road, Suite 1<br>Laurel Springs, NJ  08021<br><br>Louis A. DeLollis, ESq.<br>Monzo, Catanese, Hillegass, P.C.<br>211 Batberry Drive, Suite 2A<br>Cape May Court House, NJ  08210<br><br>Matthew Lakind, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ  07601<br><br>Myles Scheer, Esq.<br>Craner, Satkin, Scheer, Schwartz & Hanna<br>320 Park Avenue<br>Scotch Plains, NJ  07076<br><br>Pioneer Credit Recovery, Inc.<br>P.O. Box 1018<br>Moorestown, NJ  08057 | | |

6

#9414658.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rebecca Hicks, Esq.<br>Hicks Law Group<br>325 N. Saint Paul Street, Suite 4400<br>Dallas, TX  75201<br><br>Seth Brookman, Esq.<br>Lucosky Brookman, LLP<br>101 Wood Avenue South, 5th Floor<br>Woodbridge, NJ 08830<br><br>Steven A. Jayson, Esq.<br>Law Offices of Alan R. Ackerman<br>1719 Route 10 East, Suite 106<br>Parsippany, NJ  07054<br><br>**Notices of Appearance**<br><br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA  23541<br>Attention: Valerie Smith<br><br>Alexandra T. Garcia, Esq.<br>McCabe, Weisberg & Conway, P.C.<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ  08108<br>*Attorneys for Nationstar Mortgage, LLC*<br><br>Neal M. Ruben, Esq.<br>Law Office of Neal M. Ruben<br>179 Avenue at the Common, Suite 201<br>Shrewsbury, NJ  07702<br>*Attorney for OceanFirst Bank*<br><br>Rob Satzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  08054-4318<br>*Attorneys for Nationstar Mortgage, LLC*<br>*FHA/VA/RHS: Nationstar Mortgage, LLC*<br><br>Nationstar Mortgage LLC FHA/VA/RHS:<br>Nationstar Mortgage<br>P.O. Box 619096<br>Dallas, TX  75261-9741 | | |

7

#9414658.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ  08108<br>Attn: Denise Carlon, Eq.<br>Brian C. Nicholas, Esq.<br>*Attorneys for JP Morgan Chase bank, N.A.*<br><br>Jennifer D. Gould, Esq.<br>Stark & Stark, P.C.<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ  08648<br>*Attorneys for Vermeer Corporation*<br><br>GM Financial<br>Americredit Financial Services, Inc.<br>dba GM Financial<br>P.O. Box 183853<br>Arlington, TX  76096<br>Attn: Mandy Youngblood<br><br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ  08057<br>Attorneys for AmeriCredit Financial Services, Inc.<br>d/b/a GM Financial | | |
| Denise E. Carlon on behalf of Creditor JPMORGAN CHASE BANK, N.A.<br>dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com<br><br>Alexandra T. Garcia on behalf of Creditor Nationstar Mortgage LLC<br>NJECFMAIL@mwc-law.com<br><br>Jennifer D. Gould on behalf of Creditor Vermeer Corporation<br>jgould@stark-stark.com, mdepietro@stark-stark.com<br><br>Jerrold S. Kulback on behalf of Debtor David Ristick<br>jkulback@archerlaw.com, mfriedman@archerlaw.com | | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

8

#9414658.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John R. Morton, Jr. on behalf of Creditor Americredit Financial Services, Inc., d/b/a GM Financial<br>ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com<br><br>Neal M. Ruben on behalf of Creditor OceanFirst Bank<br>rubes13@aol.com<br><br>Robert P. Saltzman on behalf of Creditor Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC<br>dnj@pbslaw.org<br><br>Brian D. Schwartz on behalf of Creditor Harrah's Atlantic City Operating Company, LLC<br>bschwartz@css-pc.com, suzanne.marcela@css-pc.com<br><br>David H. Stein on behalf of Creditor TCA Global Credit Master Fund, L.P.<br>dstein@wilentz.com, ciarkowski@wilentz.com<br><br>U.S. Trustee.<br>USTPRegion03.NE.ECF@usdoj.gov | | |

9

#9414658.1(165685.001)