**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

| | |
|---|---|
| In re:<br><br>DAVID RISTICK,<br><br>                     Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No.: 17-19196 (ABA) |

<u>**CERTIFICATION OF SERVICE**</u>

1.      I, DAVID H. STEIN, ESQ.:

☒ am a shareholder of Wilentz, Goldman & Spitzer, P.A., Attorneys for TCA Global Credit Master Fund, LP in the above-captioned matter.

☐ am the secretary/paralegal for David H. Stein, who represents the Debtor-in-Possession in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On August 18, 2017, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Letter advising of re-scheduling of time of hearing on Motion for Entry of an Order Compelling Attendance for Examination and Production of Documents from Debtor Under Federal Rule of Bankruptcy Procedure 2004(a) to 10:00 a.m.**

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 18, 2017

*/s/ David H. Stein*
_____
David H. Stein

#9416736.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Ristick<br>5 Samantha Court<br>Sewell, NJ  08080<br>*Debtor*<br><br>Jerrold Kulback, Esq.<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ  08033<br>*Attorneys for Debtor*<br><br>Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102<br><br>**Secured Creditors**<br>Ally Capital<br>P.O. Box 951<br>Horsham, PA  19044<br><br>Ally Capital<br>P.O. Box 130424<br>Roseville, MN  55113<br><br>Ditech<br>P.O. Box 6172<br>Rapid City, SD  57709<br><br>Glia Group, LLC<br>1662 E. 24th Street<br>Brooklyn, NY  11229<br><br>GM Financial<br>801 Cherry Street, Suite 3600<br>Fort Worth, TX  76012<br><br>JP Morgan Chase Bank, N.A.<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ  85038<br><br>Nationstar Mortgage, LLC<br>8950 Cypress Waters Blvd.<br>Coppell, TX  75019<br><br>Ocean First Bank<br>975 Hooper Ave.<br>Toms River, NJ  08753 | | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

#9416736.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Santander USA<br>Attn: Bankruptcy Dept.<br>P.O. Box 560284<br>Dallas, TX  75356-0284 | | |
| Township of Washington Tax Collector<br>523 Egg harbor Road<br>Sewell, NJ  08080 | | |
| US Bk-Cust/Pro Cap II, LLC<br>50 S. 16th Street, Suite 1950<br>Philadelphia, PA  19102 | | |
| WTMUA<br>152 Whitman Drive<br>Turnersville, NJ  08012 | | |
| **Priority**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | |
| New Jersey Division of Taxation<br>Compliance and Enforcement – Bankruptcy<br>50 Barrack Street, 9th Floor<br>P.O. Box 245<br>Trenton, NJ  08695-0267 | | |
| **Non-Priority**<br>ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO  80014 | | |
| Advocare Lerch and Amato Peds<br>P.O. Box 3001<br>Voorhees, NJ  08043-0598 | | |
| Alice Maglio<br>109 East Memphia Ave.<br>Wildwood, NJ  08260 | | |
| American Express<br>P.O. Box 981535<br>El Paso, TX  79998-1535 | | |

#9416736.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Amerihealth Insurance Company of NJ<br>1901 Market Street<br>Philadelphia, PA  19103-1480 | | |
| Atlantic City Electric<br>P.O. Box 13610<br>Philadelphia, PA  19101 | | |
| Barclaycard<br>Card Services<br>P.O. Box 8802<br>Wilmington, DE  19899-8802 | | |
| Colorado Dept. of Revenue<br>Denver, CO  80261 | | |
| Comcast<br>P.O. Box 211008<br>Eagan, MN  55121-2408 | | |
| Delage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA  19087 | | |
| GM Financial<br>P.O. Box 183834<br>Arlington, TX  76096-3834 | | |
| Harrah's Atlantic City Operating Company<br>c/o Cranmer Satkin Scheer<br>320 Park Ave.<br>P.O. Box 367<br>Scotch Plains, NJ  07076 | | |
| Integral Receivables<br>P.O. Box 1388<br>Englewood, CO  80150 | | |
| Knight Capital Funding<br>Attn: jared Gaitan<br>9 East Loockerman Street, Suite 3A-543<br>Dover, DE  19901 | | |
| Laboratory Corporation of America<br>P.O. Box 2240<br>Burlington, NC  27216 | | |

#9416736.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Macy's<br>P.O. Box 8052<br>Mason, OH  45040-8052 | | |
| New Jersey Skylands Insurance<br>550 Essjay Road<br>Buffalo, NY  14221 | | |
| Northeast Communications Group, Inc.<br>242 Route 156<br>Trenton, NJ  08620 | | |
| Northwestern Mutual<br>P.O. Box 3009<br>Milwaukee, WI  53201-3009 | | |
| QuarterSpot<br>333 7th Ave., Room 1401<br>New York, NY  10001-5092 | | |
| South Jersey Adjustment Bureau<br>P.O. Box 1919<br>142 West Rio Grande Ave.<br>Wildwood, NJ  08260 | | |
| South Jersey Gas<br>P.O. Box 6091<br>Bellmawr, NJ  08099-6091 | | |
| Synchrony Bank<br>Mohawk<br>P.O. Box 960061<br>Orlando, FL  32896-0061 | | |
| TD Ameritrade<br>P.O. Box 2209<br>Omaha, NE  68103-2209 | | |
| United Rentals<br>100 Stamford Place, Suite 700<br>Stamford, CT  06902 | | |
| Utah State Tax Commission<br>GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX  77081 | | |

#9416736.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Verizon<br>P.O. Box 25505<br>Lehigh Valley, PA  18002<br><br>Vermeer Equipment of Texas, Inc.<br>707 Access Road<br>Kilgore, TX  75662-0517<br><br>**<u>Additional Notice Parties</u>**<br><br>Allison J. Snyder, Esq.<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX  77002<br><br>Carl F. Schoeppl, Esq.<br>Schoeppl Law, P.A.<br>4651 North Federal Highway<br>Boca Raton, FL  33431<br><br>Jennifer D. Gould, Esq.<br>Stark & Stark<br>777 Township Line Road, Suite 120<br>Yardley, PA  19067<br><br>Leonard J. Wood, Esq.<br>Wade, Long, Wood & Long, LLC<br>1250 Chews Landing Road, Suite 1<br>Laurel Springs, NJ  08021<br><br>Louis A. DeLollis, ESq.<br>Monzo, Catanese, Hillegass, P.C.<br>211 Batberry Drive, Suite 2A<br>Cape May Court House, NJ  08210<br><br>Matthew Lakind, Esq.<br>Tesser & Cohen<br>946 Main Street<br>Hackensack, NJ  07601<br><br>Myles Scheer, Esq.<br>Craner, Satkin, Scheer, Schwartz & Hanna<br>320 Park Avenue<br>Scotch Plains, NJ  07076 | | |

#9416736.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pioneer Credit Recovery, Inc.<br>P.O. Box 1018<br>Moorestown, NJ  08057 | | |
| Rebecca Hicks, Esq.<br>Hicks Law Group<br>325 N. Saint Paul Street, Suite 4400<br>Dallas, TX  75201 | | |
| Seth Brookman, Esq.<br>Lucosky Brookman, LLP<br>101 Wood Avenue South, 5th Floor<br>Woodbridge, NJ 08830 | | |
| Steven A. Jayson, Esq.<br>Law Offices of Alan R. Ackerman<br>1719 Route 10 East, Suite 106<br>Parsippany, NJ  07054 | | |
| **<u>Notices of Appearance</u>** | | |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA  23541<br>Attention: Valerie Smith | | |
| Alexandra T. Garcia, Esq.<br>McCabe, Weisberg & Conway, P.C.<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ  08108<br>*Attorneys for Nationstar Mortgage, LLC* | | |
| Neal M. Ruben, Esq.<br>Law Office of Neal M. Ruben<br>179 Avenue at the Common, Suite 201<br>Shrewsbury, NJ  07702<br>*Attorney for OceanFirst Bank* | | |
| Rob Satzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  08054-4318<br>*Attorneys for Nationstar Mortgage, LLC*<br>*FHA/VA/RHS: Nationstar Mortgage, LLC* | | |
| Nationstar Mortgage LLC FHA/VA/RHS: | | |

#9416736.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nationstar Mortgage<br>P.O. Box 619096<br>Dallas, TX  75261-9741<br><br><br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ  08108<br>Attn: Denise Carlon, Eq.<br>Brian C. Nicholas, Esq.<br>*Attorneys for JP Morgan Chase bank, N.A.*<br><br>Jennifer D. Gould, Esq.<br>Stark & Stark, P.C.<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ  08648<br>*Attorneys for Vermeer Corporation*<br><br>GM Financial<br>Americredit Financial Services, Inc.<br>dba GM Financial<br>P.O. Box 183853<br>Arlington, TX  76096<br>Attn: Mandy Youngblood<br><br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ  08057<br>Attorneys for AmeriCredit Financial Services, Inc.<br>d/b/a GM Financial | | |

8