UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

Order Filed on September 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | Case No.: 17-19196 (ABA) |
|---|---|
| DAVID RISTICK, | Chapter 11 |
| Debtor. | |

**ORDER COMPELLING ATTENDANCE FOR EXAMINATION AND PRODUCTION OF DOCUMENTS FROM DEBTOR UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 (a)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: September 12, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#9409810.1(165685.001)

Page 2
Debtor:           David Ristick
Case No. :        17-19196 (ABA)
Caption of Order: Order Compelling Attendance for Examination and Production of Documents from Debtor
                  Under Federal Rule of Bankruptcy Procedure 2004(a)

This matter having been brought before the Court upon the motion of TCA Global Credit Master Fund, LP (the "Movant"), by and through its counsel, Wilentz, Goldman & Spitzer, P.A., for an order compelling the attendance of Debtor, David Ristick (the "Debtor") for examination and production of documents under Federal Rule of Bankruptcy 2004, and all interested parties having been duly served; and the Court having considered all of the papers submitted in support thereof and in opposition thereto (if any), together with arguments of counsel, if any; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The Debtor shall appear and give testimony under oath within fourteen (14) days from the entry of this Order, commencing at 10:00 a.m., on a date to be selected by counsel for Movant, at the law offices of Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Woodbridge, N.J. 07095-0958; and

2. Debtor shall produce all documents responsive to the Rule 2004 Subpoena served upon him by Movant within ten (10) days from the date of entry of this Order.

[END OF ORDER]

#9409810.1(165685.001)