UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
*Attorneys for Debtor*

Order Filed on September 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Chapter 11 |
| DAVID RISTICK, | Case No. 17-19196 (ABA) |
| Debtor. | Hearing Date: Sept. 12, 2017 at 10:00 a.m. |

**ORDER GRANTING MOTION OF DEBTOR FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. §§ 105 AND 365 AND FED R. BANKR. P. 6006
AUTHORIZING THE REJECTION OF UNEXPIRED LEASE OF
<u>RESIDENTIAL REAL ESTATE AND ABANDONMENT OF DE MINIMIS FURNITURE</u>**

The relief set forth on the following pages numbered two (2) through  2  is hereby **ORDERED**.

**DATED: September 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:   David Ristick
Case No.:  17-19196 (ABA)
Caption:  *Order Granting Motion of Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 365 and Fed R. Bankr. P. 6006 Authorizing the Rejection of Unexpired Lease of Residential Real Estate and Abandonment of De Minimis Furniture*

Upon consideration of the Motion (the "Motion") of the debtor and debtor-in-possession, David Ristick (the "Debtor"), for the entry of an Order, pursuant to 11 U.S.C. §§ 105 and 365, and Rule 6006 of the Federal Rules of Bankruptcy Procedure, authorizing the rejection of that certain unexpired lease of residential real estate and abandonment of *di minimis* furniture; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, and for good cause shown, it is hereby,

**ORDERED AS FOLLOWS:**

1.   The Motion is GRANTED.

2.   The Lease[1] of the property located at 3 Samantha Court, Sewell, New Jersey, 08080 is hereby deemed rejected as of August 17, 2017, and any furniture remaining at the property is deemed abandoned.

3.   The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4.   The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.   This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

213070348v1

---

[1] Capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion.