| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095-0958<br>(732) 636-8000<br>DAVID H. STEIN, ESQ.<br>*Attorneys for TCA Global Credit Master Fund, LP* |

Order Filed on September 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

DAVID RISTICK,

          Debtor.

Case No.: 17-19196 (ABA)

Chapter 11

**ORDER COMPELLING ATTENDANCE FOR EXAMINATION AND PRODUCTION OF DOCUMENTS FROM DEBTOR UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 (a)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#9409810.1(165685.001)

Page 2
Debtor:            David Ristick
Case No. :         17-19196 (ABA)
Caption of Order:  Order Compelling Attendance for Examination and Production of Documents from Debtor
                   Under Federal Rule of Bankruptcy Procedure 2004(a)

This matter having been brought before the Court upon the motion of TCA Global Credit Master Fund, LP (the "Movant"), by and through its counsel, Wilentz, Goldman & Spitzer, P.A., for an order compelling the attendance of Debtor, David Ristick (the "Debtor") for examination and production of documents under Federal Rule of Bankruptcy 2004, and all interested parties having been duly served; and the Court having considered all of the papers submitted in support thereof and in opposition thereto (if any), together with arguments of counsel, if any; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.  The Debtor shall appear and give testimony under oath within fourteen (14) days from the entry of this Order, commencing at 10:00 a.m., on a date to be selected by counsel for Movant, at the law offices of Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Woodbridge, N.J. 07095-0958; and

2.  Debtor shall produce all documents responsive to the Rule 2004 Subpoena served upon him by Movant within ten (10) days from the date of entry of this Order.

[END OF ORDER]

#9409810.1(165685.001)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19196-ABA
David Ristick                                                             Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin           Page 1 of 1         Date Rcvd: Sep 12, 2017
                          Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
db          +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty         +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
              Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
      Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC bschwartz@css-pc.com, suzanne.marcela@css-pc.com
      David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com, ciarkowski@wilentz.com
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com, mdepietro@stark-stark.com
      Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com, mfriedman@archerlaw.com
      John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
      Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
      Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                          TOTAL: 11