| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JERROLD S. KULBACK, ESQUIRE<br>ARCHER & GREINER<br>A Professional Corporation<br>Three Logan Square, 35th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone: (215) 246-3162<br>Fax: (215) 963-9999<br>*Attorneys for Debtor* | **Order Filed on September 12, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DAVID RISTICK,<br><br>                           Debtor. | Chapter 11<br><br>Case No. 17-19196 (ABA)<br><br>Hearing Date: Sept. 12, 2017 at 10:00 a.m. |

**ORDER GRANTING MOTION OF DEBTOR FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. §§ 105 AND 365 AND FED R. BANKR. P. 6006
AUTHORIZING THE REJECTION OF UNEXPIRED LEASE OF
<u>RESIDENTIAL REAL ESTATE AND ABANDONMENT OF DE MINIMIS FURNITURE</u>**

The relief set forth on the following pages numbered two (2) through  2  is hereby **ORDERED**.

**DATED: September 12, 2017**

                                                          Honorable Andrew B. Altenburg, Jr.
                                                          United States Bankruptcy Court

Debtor: David Ristick
Case No.: 17-19196 (ABA)
Caption: *Order Granting Motion of Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 365 and Fed R. Bankr. P. 6006 Authorizing the Rejection of Unexpired Lease of Residential Real Estate and Abandonment of De Minimis Furniture*

Upon consideration of the Motion (the "Motion") of the debtor and debtor-in-possession, David Ristick (the "Debtor"), for the entry of an Order, pursuant to 11 U.S.C. §§ 105 and 365, and Rule 6006 of the Federal Rules of Bankruptcy Procedure, authorizing the rejection of that certain unexpired lease of residential real estate and abandonment of *di minimis* furniture; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, and for good cause shown, it is hereby,

**ORDERED AS FOLLOWS:**

1. The Motion is GRANTED.

2. The Lease[1] of the property located at 3 Samantha Court, Sewell, New Jersey, 08080 is hereby deemed rejected as of August 17, 2017, and any furniture remaining at the property is deemed abandoned.

3. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

213070348v1

---

[1] Capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19196-ABA
David Ristick                                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 12, 2017
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
db          +David Ristick,   5 Samantha Court,   Sewell, NJ 08080-3151
aty         +Jerrold Kulback,   Archer & Greiner, PC,   Three Logan Square,   35th Floor,   1717 Arch Street,
             Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
              Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
               bschwartz@css-pc.com, suzanne.marcela@css-pc.com
              David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
               ciarkowski@wilentz.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
               Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11