UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
Attorneys for Debtor

In Re:

DAVID RISTICK

Case No.: 17-19196
Adv. Pro. No.: 
Chapter: 11
Hearing Date: 9/19/17
Judge: ABA

## ADJOURNMENT REQUEST

1. I, Jerrold S. Kulback,

    ☒ am the attorney for: Debtor, David Ristick,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion Authorizing Lease of 13 Raintree Drive, Sicklerville, NJ [Docket No. 49]

    Current hearing date and time: 09/19/17 at 10:00 a.m.

    New date requested: 10/03/17 at 10:00 a.m.

    Reason for adjournment request: Parties are attempting to resolve the objection

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 09/15/17                                          /s/  Jerrold S. Kulback
                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*