UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone:  (215) 246-3162
Fax:  (215) 963-9999
*Attorneys for Debtor*

In Re:

DAVID RISTICK,

　　　　　　　　　Debtor.

Chapter 11

Case No. 17-19196 (ABA)

# CERTIFICATE OF SERVICE

I, JERROLD S. KULBACK:

☒ represent David Ristick in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On September 15, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

A. **Order Granting Motion of Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 Authorizing the Rejection of Unexpired Lease of Residential Real Estate and Abandonment of De Minimis Furniture**

B. **Order Approving First Interim Application for Attorney Fees and Costs to Archer & Greiner, PC as Counsel to the Debtor**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 15, 2017                               /s/ Jerrold S. Kulback            .
                                                        JERROLD S. KULBACK

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Alexandra T. Garcia, Esquire<br>McCabe, Weisberg & Conway, PC<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108 | Attorneys for Nationstar Mortgage LLC | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Neal M. Ruben, Esquire<br>Law Office of Neal M. Ruben<br>179 Avenue at the Common, Suite 201<br>Shrewsbury, NJ 07702 | Attorneys for OceanFirst Bank | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| David H. Stein, Esquire<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095 | Attorneys for TCA Global Credit Master Fund, LP | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| Name/Address | Role | Delivery Method |
|---|---|---|
| Rob Saltzman, Esquire<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  08054-4318 | Attorneys for Nationstar Mortgage, LLC | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Nationstar Mortgage LLC<br>FHA/VA/RHS:<br>Nationstar Mortgage<br>PO Box 619096<br>Dallas, TX  75261-9741 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ  08108 | Attorneys for JPMorgan Chase Bank, N.A. | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Jennifer D. Gould, Esquire<br>Stark & Stark, P.C.<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ  08648-2389 | Attorneys for Vermeer Corporation | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Mandy Youngblood<br>Americredit Financial Services, Inc.<br>d/b/a GM Financial<br>PO Box 183853<br>Arlington, TX  76096 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| John R. Morton, Jr., Esquire<br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | Attorneys for AmeriCredit Financial Services, Inc. d/b/a GM Financial | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial<br>4000 Embarcadero Dr.<br>Arlington, TX 76014 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Brian D. Schwartz, Esquire<br>Craner, Satkin, Scheer<br>& Schwartz, PC<br>320 Park Ave.<br>PO Box 367<br>Scotch Plains, NJ 07076 | Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Leonard J. Wood, Esquire<br>Wade Long Wood & Lang, LLC<br>1250 Chews Landing Road<br>Suite 1<br>Laurel Springs, NJ 08021-2816 | Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Alice Maglio<br>109 East Memphis Ave.<br>Wildwood, NJ 08260-3317 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

213234080v1