UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
*Attorneys for Debtor*

**Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>DAVID RISTICK,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 17-19196 (ABA) |

**ORDER APPROVING FIRST INTERIM APPLICATION FOR ATTORNEY FEES AND
COSTS TO ARCHER & GREINER, P.C. AS COUNSEL TO THE DEBTOR**

The relief set forth on the following pages, numbered two (2) through __2__ is hereby

ORDERED.

**DATED: September 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

8

Debtor: David Ristick
Case No: 17-19196 (ABA)
Caption: Order Approving First Interim Application for Attorney Fees and Costs to Archer & Greiner, PC as Counsel to the Debtor

THIS MATTER coming before the Court upon the First Interim Application of Archer & Greiner, P.C., seeking attorney fees and costs for services rendered and the reimbursement of disbursements for the period May 3, 2017 through July 31, 2017, and notice having been provided to creditors and other parties in interest, and the Court having reviewed said Application and having determined that good and sufficient cause exists for the entry of the within Order;

IT IS HEREBY ORDERED, as follows:

1. Archer & Greiner, P.C. is hereby awarded attorney fees and costs as follows:

| | |
|---|---|
| FEES TOTALS | $16,135.00 |
| DISBURSEMENTS TOTALS | $3,772.20 |
| TOTAL THIS FEE APPLICATION | $19,907.20 |

212949977v1

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
    Debtor

Case No. 17-19196-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 15, 2017  
                 Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2017.  
db          +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151  
aty         +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,     Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2017 at the address(es) listed below:  
       Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com  
       Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC bschwartz@css-pc.com, suzanne.marcela@css-pc.com  
       David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com, ciarkowski@wilentz.com  
       Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com, mdepietro@stark-stark.com  
       Jerrold S. Kulback    on behalf of Debtor David Ristick jkulback@archerlaw.com, mfriedman@archerlaw.com  
       John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
       Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com  
       Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC dnj@pbslaw.org  
       Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                           TOTAL: 11