| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JERROLD S. KULBACK, ESQUIRE<br>ARCHER & GREINER<br>A Professional Corporation<br>Three Logan Square, 35th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone: (215) 246-3162<br>Fax: (215) 963-9999<br>*Attorneys for Debtor* | **Order Filed on September 19, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>DAVID RISTICK,<br><br>                         Debtor. | Chapter 11<br><br>Case No. 17-19196 (ABA)<br><br>**Hearing Date**:  September 19, 2017 |

**ORDER GRANTING MOTION OF DEBTOR FOR ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING DEBTOR'S EXCLUSIVE PERIODS WITHIN WHICH TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION**

The relief set forth on the following pages numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: September 19, 2017**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:     David Ristick
Case No.:   17-19196 (ABA)
Caption:    *Order Granting Motion of Debtor for Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtor's Exclusive Periods Within Which to File and Solicit Acceptance of a Plan of Reorganization*

Upon consideration of the Motion (the "Motion") of the debtor and debtor-in-possession, David Ristick (the "Debtor"), for the entry of an Order, pursuant to 11 U.S.C. § 1121(d), and Rule 9006 of the Federal Rules of Bankruptcy Procedure, extending the exclusive period within which the Debtor may file a chapter 11 plan (the "Exclusive Filing Period") and the exclusive period within which the Debtor may solicit acceptances of a chapter 11 plan (the "Exclusive Solicitation Period," and together with the Exclusive Filing Period, the "Exclusive Periods"), each by ninety (90) days; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, and for good cause shown, it is hereby,

**ORDERED AS FOLLOWS:**

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 1121(d), the Exclusive Filing Period is hereby extended through and including **November 29, 2017**.

3. Pursuant to 11 U.S.C. § 1121(d), the Exclusive Solicitation Period is hereby extended through and including **January 30, 2018**.

4. This Order is without prejudice to the Debtor's ability to seek further extensions of the Exclusive Periods pursuant to 11 U.S.C. § 1121(d).

5. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

213142476v1

2