| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>_____<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JERROLD S. KULBACK, ESQUIRE<br>ARCHER & GREINER<br>A Professional Corporation<br>Three Logan Square, 35th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone:  (215) 246-3162<br>Fax:  (215) 963-9999<br>*Attorneys for Debtor* |

| | |
|---|---|
| In Re:<br><br>DAVID RISTICK,<br><br>       Debtor. | Chapter 11<br><br>Case No. 17-19196 (ABA) |

## CERTIFICATE OF SERVICE

I, JERROLD S. KULBACK:

    ☑ represent David Ristick in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.    On September 22, 2017, I sent a copy of the following pleadings and/or documents to the

    parties listed in the chart below:

A.    **Order Granting Motion of Debtor for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtor's Exclusive Periods Within Which to File and Solicit Acceptances of a Plan of Reorganization**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 22, 2017        /s/ Jerrold S. Kulback        .
                                JERROLD S. KULBACK

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA  23541 | Creditor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Alexandra T. Garcia, Esquire<br>McCabe, Weisberg & Conway, PC<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ  08108 | Attorneys for Nationstar Mortgage LLC | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Neal M. Ruben, Esquire<br>Law Office of Neal M. Ruben<br>179 Avenue at the Common, Suite 201<br>Shrewsbury, NJ  07702 | Attorneys for OceanFirst Bank | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| David H. Stein, Esquire<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ  07095 | Attorneys for TCA Global Credit Master Fund, LP | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| Name & Address | Role | Method |
|---|---|---|
| Rob Saltzman, Esquire<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  08054-4318 | Attorneys for Nationstar Mortgage, LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Nationstar Mortgage LLC<br>FHA/VA/RHS:<br>Nationstar Mortgage<br>PO Box 619096<br>Dallas, TX  75261-9741 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ  08108 | Attorneys for JPMorgan Chase Bank, N.A. | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Jennifer D. Gould, Esquire<br>Stark & Stark, P.C.<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ  08648-2389 | Attorneys for Vermeer Corporation | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Mandy Youngblood<br>Americredit Financial Services, Inc.<br>d/b/a GM Financial<br>PO Box 183853<br>Arlington, TX  76096 | Creditor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| John R. Morton, Jr., Esquire<br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ  08057 | Attorneys for AmeriCredit Financial Services, Inc. d/b/a GM Financial | ☐  Hand-delivered<br>☑  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other – Fed Ex<br>(as authorized by the court *) |
| AmeriCredit Financial Services, Inc. d/b/a GM Financial<br>4000 Embarcadero Dr.<br>Arlington, TX  76014 | Creditor | ☐  Hand-delivered<br>☑  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other – Fed Ex<br>(as authorized by the court *) |
| Brian D. Schwartz, Esquire<br>Craner, Satkin, Scheer<br>& Schwartz, PC<br>320 Park Ave.<br>PO Box 367<br>Scotch Plains, NJ 07076 | Attorney | ☐  Hand-delivered<br>☑  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other – Fed Ex<br>(as authorized by the court *) |
| Leonard J. Wood, Esquire<br>Wade Long Wood & Lang, LLC<br>1250 Chews Landing Road<br>Suite 1<br>Laurel Springs, NJ 08021-2816 | Attorney | ☐  Hand-delivered<br>☑  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other – Fed Ex<br>(as authorized by the court *) |
| Alice Maglio<br>109 East Memphis Ave.<br>Wildwood, NJ 08260-3317 | Creditor | ☐  Hand-delivered<br>☑  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other – Fed Ex<br>(as authorized by the court *) |

213260319v1