UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
*Attorneys for Debtor*

Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Chapter 11 |
| DAVID RISTICK, | Case No. 17-19196 (ABA) |
| Debtor. | **Hearing Date:** September 19, 2017 |

**ORDER GRANTING MOTION OF DEBTOR FOR ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING DEBTOR'S EXCLUSIVE PERIODS WITHIN WHICH TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION**

The relief set forth on the following pages numbered two (2) through  2  is hereby **ORDERED**.

**DATED: September 19, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: David Ristick
Case No.: 17-19196 (ABA)
Caption: *Order Granting Motion of Debtor for Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtor's Exclusive Periods Within Which to File and Solicit Acceptance of a Plan of Reorganization*

Upon consideration of the Motion (the "Motion") of the debtor and debtor-in-possession, David Ristick (the "Debtor"), for the entry of an Order, pursuant to 11 U.S.C. § 1121(d), and Rule 9006 of the Federal Rules of Bankruptcy Procedure, extending the exclusive period within which the Debtor may file a chapter 11 plan (the "Exclusive Filing Period") and the exclusive period within which the Debtor may solicit acceptances of a chapter 11 plan (the "Exclusive Solicitation Period," and together with the Exclusive Filing Period, the "Exclusive Periods"), each by ninety (90) days; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, and for good cause shown, it is hereby,

**ORDERED AS FOLLOWS:**

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 1121(d), the Exclusive Filing Period is hereby extended through and including **November 29, 2017**.

3. Pursuant to 11 U.S.C. § 1121(d), the Exclusive Solicitation Period is hereby extended through and including **January 30, 2018**.

4. This Order is without prejudice to the Debtor's ability to seek further extensions of the Exclusive Periods pursuant to 11 U.S.C. § 1121(d).

5. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

213142476v1

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-19196-ABA
David Ristick                                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin             Page 1 of 1           Date Rcvd: Sep 20, 2017
                            Form ID: pdf903         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.
db          +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty         +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
              Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
              Brian D. Schwartz     on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
               bschwartz@css-pc.com, suzanne.marcela@css-pc.com
              David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
               ciarkowski@wilentz.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
               Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 11