UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                         NEW JERSEY

IN RE DAVID RISTICK                          Case No. _____ 17-19196
                                             Reporting Period: 08/01/2017-08/31/2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                          **09/15/17**
Signature of Debtor                                       Date


_____                          _____
Signature of Joint Debtor                                 Date


_____                          _____
Signature of Authorized Individual*                       Date


_____                          _____
Printed Name of Authorized Individual                     Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK__    Case No. _17-19196_
Debtor    Reporting Period __0 08/01/2017-08/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1442.60 | 1442.60 |
| **RECEIPTS** | | |
| Wages (Net) | 5341.24 | 17544.63 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $2,514.40 | 4216.44 |
| **Total Receipts** | 7855.64 | 21761.07 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | 954.53 |
| Insurance | 1504.62 | 1722.14 |
| Auto Expense | 1192.83 | 1826.49 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 517.06 |
| Household Expenses | 4296.17 | 13793.31 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 541.72 |
| Gifts | | 105.19 |
| reimbursible business expenses | 1014.40 | 2453.01 |
| **Total Ordinary Disbursements** | 8008.02 | 21913.45 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 0 |
| **Total Disbursements (Ordinary + Reorganization)** | | 21913.45 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | -152.38 |
| Cash - End of Month (Must equal reconciled bank statement) | | 1290.22 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____  Case No.___17-19196_____
        Debtor  08/01/2017-08/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| CORRECTION | 113.43 | 113.43 |
| GIFT | 1500 | 1500 |
| TRAVEL EXPENSE REIMBURSEMENT | 1014.4 | 1014.4 |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/27/2017 | VISA DDA PUR 449215    UBER US JUL26 X | $5.00 | $2,918.85 |
| 07/28/2017 | DDA PURCHASE 0001    SHOPRITE WSHNG | $216.57 | $2,702.28 |
| 07/28/2017 | DDA WITHDRAW TW04B095  284 EGG HAR | $200.00 | $2,502.28 |
| 07/28/2017 | VISA DDA PUR 479262    AMTRAK    20708 | $196.00 | $2,306.28 |
| 07/28/2017 | DDA PURCHASE 08788354  PUMA GLOUCES | $118.99 | $2,187.29 |
| 07/28/2017 | VISA DDA PUR 426979    STANZA DEI SIGAF | $97.04 | $2,090.25 |
| 07/28/2017 | DDA PURCHASE 84267001  MARSHALLS 3 | $26.98 | $2,063.27 |
| 07/28/2017 | VISA DDA PUR 449215    UBER US JUL27 Q | $23.52 | $2,039.75 |
| 07/31/2017 | UNITED1127    PAYROLL | $424.23 | $2,463.98 |
| 07/31/2017 | DDA PURCHASE 319356    BEDBATH BEYON | $270.29 | $2,193.69 |
| 07/31/2017 | DDA PURCHASE 31132109  TARGET T 4001 | $198.77 | $1,994.92 |
| 07/31/2017 | VISA DDA PUR 479262    AMTRAK    20894 | $127.00 | $1,867.92 |
| 07/31/2017 | VISA DDA PUR 469216    MARRIOTT COPLE | $105.84 | $1,762.08 |
| 07/31/2017 | VISA DDA PUR 443106    CHEESECAKE CHE | $101.92 | $1,660.16 |
| 07/31/2017 | DDA PURCHASE 01440901  WAWA 499 | $42.76 | $1,617.40 |
| 07/31/2017 | VISA DDA PUR 479262    NEW YORK AND C | $37.47 | $1,579.93 |
| 07/31/2017 | DDA PURCHASE 30036205  CVS PHARM 00 | $32.34 | $1,547.59 |
| 07/31/2017 | VISA DDA PUR 449398    LINDT CHOCOLAT | $26.70 | $1,520.89 |
| 07/31/2017 | VISA DDA PUR 444500    FIVE BELOW 117 | $24.54 | $1,496.35 |
| 07/31/2017 | DDA PURCHASE 319453    NORDSTROM 0 | $21.38 | $1,474.97 |
| 07/31/2017 | DDA PURCHASE 01479701  WAWA 975 | $17.60 | $1,457.37 |
| 07/31/2017 | VISA DDA PUR 449215    SQ AUNTIE ANNE | $14.77 | $1,442.60 |
| 08/01/2017 | VISA DDA PUR 469216    COMCAST | $208.80 | $1,233.80 |
| 08/01/2017 | VISA DDA PUR 444500    FIVE BELOW 117 | $38.37 | $1,195.43 |
| 08/01/2017 | VISA DDA PUR 476501    TURNERSVILLE RI | $28.25 | $1,167.18 |
| 08/01/2017 | VISA DDA PUR 469216    STARBUCKS STOR | $9.94 | $1,157.24 |
| 08/02/2017 | VISA DDA PUR 461043    NJ E ZPASS VIOLA' | $321.90 | $835.34 |
| 08/02/2017 | VISA DDA PUR 461043    NEW JERSEY E ZP | $100.00 | $735.34 |
| 08/02/2017 | DDA PURCH W/CB 0001    SHOPRITE LNCO | $53.96 | $681.38 |
| 08/02/2017 | DDA PURCHASE 0001    SHOPRITE WSHNG | $51.72 | $629.66 |
| 08/02/2017 | VISA DDA PUR 443106    ACE HDWE | $45.95 | $583.71 |
| 08/02/2017 | VISA DDA PUR 426979    JAMES STORE 14 | $44.21 | $539.50 |

| Date | Description | | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 08/02/2017 | VISA DDA PUR 461043 | NJ E ZPASS VIOLA | $40.15 | | $499.35 |
| 08/02/2017 | VISA DDA PUR 461043 | NEW JERSEY E ZP | $30.24 | | $469.11 |
| 08/02/2017 | VISA DDA PUR 442733 | MCDONALD S F10 | $19.70 | | $449.41 |
| 08/02/2017 | VISA DDA PUR 460316 | CHICKIES PETES | $18.94 | | $430.47 |
| 08/04/2017 | DEPOSIT | | | $1,500.00 | $1,930.47 |
| 08/04/2017 | NORTHWESTERN MU REQST TEL | | $155.62 | | $1,774.85 |
| 08/04/2017 | VISA DDA PUR 402207 | MASCOT PETROLE | $27.56 | | $1,747.29 |
| 08/04/2017 | VISA DDA PUR 402207 | MASCOT PETROLE | $4.47 | | $1,742.82 |
| 08/07/2017 | UNITED1127  PAYROLL | | | $424.24 | $2,167.06 |
| 08/07/2017 | VISA DDA PUR 469216 | FARMERS INS BIL | $1,349.00 | | $818.06 |
| 08/07/2017 | DDA PURCHASE 31132077 TARGET T 4001 | | $79.26 | | $738.80 |
| 08/07/2017 | DDA PURCH W/CB 31132108 TARGET T 4 | | $47.00 | | $691.80 |
| 08/07/2017 | VISA DDA PUR 422443 | SEWELL FUELS | $17.00 | | $674.80 |
| 08/07/2017 | VISA DDA PUR 449215 | SQ GINNY S COOK | $16.03 | | $658.77 |
| 08/07/2017 | VISA DDA PUR 418616 | BURGER KING 17 | $8.11 | | $650.66 |
| 08/07/2017 | VISA DDA PUR 427539 | PIZZA ZEPPOLE | $7.37 | | $643.29 |
| 08/08/2017 | VISA DDA PUR 476062 | SEVEN STAR DINE | $53.22 | | $590.07 |
| 08/08/2017 | VISA DDA PUR 443106 | THE DISNEY STOR | $49.90 | | $540.17 |
| 08/08/2017 | VISA DDA PUR 416405 | EXXONMOBIL 47 | $36.14 | | $504.03 |
| 08/09/2017 | GLOBAL WORLD STA PAYROLL | | | $1,936.88 | $2,440.91 |
| 08/09/2017 | DDA PURCH W/CB 0001  SHOPRITE WSHN | | $119.80 | | $2,321.11 |
| 08/09/2017 | VISA DDA PUR 463269 | APTIVE ENVIRONN | $105.81 | | $2,215.30 |
| 08/09/2017 | VISA DDA PUR 469216 | CARRABBAS 3101 | $90.98 | | $2,124.32 |
| 08/09/2017 | DDA PURCHASE 01482001 WAWA 981 | | $14.44 | | $2,109.88 |
| 08/09/2017 | DDA PURCHASE 01482001 WAWA 981 | | $8.48 | | $2,101.40 |
| 08/10/2017 | DDA WITHDRAW TW04B095 284 EGG HAR | | $400.00 | | $1,701.40 |
| 08/11/2017 | DDA PURCHASE 0001  SHOPRITE WSHNG | | $183.79 | | $1,517.61 |
| 08/11/2017 | DDA PURCHASE 01440901 WAWA 499 | | $86.51 | | $1,431.10 |
| 08/11/2017 | VISA DDA PUR 476501 | TURNERSVILLE RI | $19.86 | | $1,411.24 |
| 08/14/2017 | VISA DDA PUR 443106 | CHEVROLET OF TL | $392.62 | | $1,018.62 |
| 08/14/2017 | DDA WITHDRAW TW04B095 284 EGG HAR | | $200.00 | | $818.62 |
| 08/14/2017 | DDA PURCH W/CB 31132109 TARGET T 4 | | $98.25 | | $720.37 |

| Date | Description | | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 08/14/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $91.79 | | $628.58 |
| 08/14/2017 | VISA DDA PUR 401339 | IHOP | $54.25 | | $574.33 |
| 08/14/2017 | VISA DDA PUR 416407 | WAWA 981    000 | $52.73 | | $521.60 |
| 08/14/2017 | VISA DDA PUR 401339 | IHOP | $48.05 | | $473.55 |
| 08/14/2017 | VISA DDA PUR 442733 | MCDONALD S F24 | $21.95 | | $451.60 |
| 08/14/2017 | VISA DDA PUR 442733 | MCDONALD S F10 | $21.45 | | $430.15 |
| 08/14/2017 | VISA DDA PUR 476501 | TURNERSVILLE RI | $20.00 | | $410.15 |
| 08/14/2017 | VISA DDA PUR 469216 | STARBUCKS STOR | $10.15 | | $400.00 |
| 08/15/2017 | DDA PURCHASE 318198 | WALGREENS ST | $36.88 | | $363.12 |
| 08/15/2017 | VISA DDA PUR 426979 | NIFTY FIFTY S  TU | $34.58 | | $328.54 |
| 08/15/2017 | VISA DDA PUR 442733 | CHICK FIL A 0281 | $24.75 | | $303.79 |
| 08/17/2017 | UNITED1127    CASH DISB | | | $500.00 | $803.79 |
| 08/17/2017 | DDA PURCHASE 318198 | WALGREENS ST | $36.27 | | $767.52 |
| 08/17/2017 | DDA PURCHASE 31132109 | TARGET T 4001 | $36.23 | | $731.29 |
| 08/17/2017 | VISA DDA PUR 444500 | WENDY S 3018 | $32.18 | | $699.11 |
| 08/17/2017 | DDA PURCHASE 17420010 | WM SUPERC WA | $4.37 | | $694.74 |
| 08/18/2017 | UNITED1127    PAYROLL | | | $450.24 | $1,144.98 |
| 08/18/2017 | VISA DDA PUR 469216 | CARRABBAS 3101 | $85.77 | | $1,059.21 |
| 08/18/2017 | VISA DDA PUR 449215 | UBER  US AUG17 N | $34.80 | | $1,024.41 |
| 08/21/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $300.00 | | $724.41 |
| 08/21/2017 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $49.82 | | $674.59 |
| 08/21/2017 | VISA DDA PUR 449215 | UBER  US AUG18 F | $43.79 | | $630.80 |
| 08/22/2017 | DDA PURCHASE 08788354 | PUMA GLOUCES | $55.00 | | $575.80 |
| 08/23/2017 | GLOBAL WORLD STA PAYROLL | | | $2,529.88 | $3,105.68 |
| 08/23/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $600.00 | | $2,505.68 |
| 08/23/2017 | VISA DDA PUR 469216 | CARRABBAS 3101 | $45.76 | | $2,459.92 |
| 08/23/2017 | VISA DDA PUR 449215 | SQ  AUNTIE ANNE | $25.58 | | $2,434.34 |



**Bank**

America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ    08012

039 / Chapter 11 Checking

| | | | | |
|---|---|---|---|---|
| Statement Beginning Balance As Of: 8/24/2017 | | | | $2,434.34 |
| Plus | 6 | Deposits and Other Credits | | $3,888.36 |
| Less | 51 | Checks and Other Debits | | $5,484.46 |
| Statement Balance As Of: 09/14/2017 | | | | $838.24 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/24/2017 | DDA PURCHASE 41830601  SUNOCO 03682 | $128.17 | | $2,306.17 |
| 08/24/2017 | VISA DDA PUR 443105  ADIDAS 6226 | $118.94 | | $2,187.23 |
| 08/24/2017 | VISA DDA PUR 401339  CALIFORNIA SHAK | $17.63 | | $2,169.60 |
| 08/24/2017 | VISA DDA PUR 422443  KRISPY KREME 1 | $11.76 | | $2,157.84 |
| 08/24/2017 | VISA DDA PUR 442733  MCDONALD S F10 | $10.67 | | $2,147.17 |
| 08/25/2017 | VISA DDA PUR 471705  FRONTIER AI R56N | $45.00 | | $2,102.17 |
| 08/25/2017 | VISA DDA PUR 402207  SUNOCO 0368298 | $40.67 | | $2,061.50 |
| 08/25/2017 | VISA DDA PUR 442733  CHICK FIL A  0281 | $35.99 | | $2,025.51 |
| 08/25/2017 | VISA DDA PUR 449215  UBER   US AUG24 F | $31.43 | | $1,994.08 |
| 08/28/2017 | DDA WITHDRAW TX58811  FCTI ISO | $203.95 | | $1,790.13 |
| 08/28/2017 | DDA PURCHASE 06610027  WAL MART SU | $65.79 | | $1,724.34 |
| 08/28/2017 | DDA PURCHASE 92672001  MURPHY5625AT | $54.71 | | $1,669.63 |
| 08/28/2017 | VISA DDA PUR 426979  WEST END GRILL | $49.74 | | $1,619.89 |
| 08/29/2017 | UNITED1127    CASH DISB | | $514.40 | $2,134.29 |
| 08/29/2017 | VISA DDA PUR 469216  MARRIOTT HUNTS | $271.59 | | $1,862.70 |
| 08/29/2017 | VISA DDA PUR 469216  MARRIOTT HUNTS | $242.81 | | $1,619.89 |
| 08/30/2017 | VISA DDA PUR 463269  APTIVE ENVIRONN | $159.24 | | $1,460.65 |
| 08/30/2017 | DDA PURCH W/CB 06610045  WAL MART S | $140.40 | | $1,320.25 |

Page 1 of 3

| Date | | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/31/2017 | | DDA PURCHASE 11076501 HAMPTON COV | $30.03 | | $1,290.22 |
| 09/01/2017 | | DEBIT | $200.00 | | $1,090.22 |
| 09/05/2017 | | UNITED1127 PAYROLL | | $892.66 | $1,982.88 |
| 09/05/2017 | 102 | CHECK | $325.00 | | $1,657.88 |
| 09/05/2017 | | VISA DDA PUR 469216 COMCAST | $324.43 | | $1,333.45 |
| 09/05/2017 | | VISA DDA PUR 469216 FAIRFIELD INN SU | $221.75 | | $1,111.70 |
| 09/05/2017 | | VISA DDA PUR 469216 FAIRFIELD INN SU | $202.25 | | $909.45 |
| 09/05/2017 | | DDA PURCHASE 32384077 TARGET T 675 V | $121.47 | | $787.98 |
| 09/05/2017 | | VISA DDA PUR 402207 SUNOCO 0368298 | $50.01 | | $737.97 |
| 09/05/2017 | | DDA PURCHASE 01440901 WAWA 499 | $24.70 | | $713.27 |
| 09/05/2017 | | DDA PURCHASE 32384152 TARGET T 675 V | $24.52 | | $688.75 |
| 09/05/2017 | | VISA DDA PUR 451239 AUTOSHEEN CAR | $21.00 | | $667.75 |
| 09/05/2017 | | VISA DDA PUR 449215 SQ GINNY S COOK | $17.87 | | $649.88 |
| 09/05/2017 | | VISA DDA PUR 442733 MCDONALD S F10 | $16.94 | | $632.94 |
| 09/05/2017 | | VISA DDA PUR 427539 PIZZA ZEPPOLE | $9.08 | | $623.86 |
| 09/06/2017 | | DDA WITHDRAW 00181270 WOODFOREST | $123.00 | | $500.86 |
| 09/06/2017 | | NORTHWESTERN MU ISA PAYMNT | $76.81 | | $424.05 |
| 09/06/2017 | | DDA PURCH W/CB 04340043 WM SUPERC V | $48.26 | | $375.79 |
| 09/07/2017 | | GLOBAL WORLD STA PAYROLL | | $1,562.46 | $1,938.25 |
| 09/07/2017 | | VISA DDA PUR 469216 SHOPRITE WASHIN | $149.02 | | $1,789.23 |
| 09/08/2017 | | VISA DDA PUR 401339 GALLOS BAKERY | $108.95 | | $1,680.28 |
| 09/11/2017 | | UNITED1127 CASH DISB | | $424.00 | $2,104.28 |
| 09/11/2017 | | UNITED1127 PAYROLL | | $264.55 | $2,368.83 |
| 09/11/2017 | | DEBIT | $700.00 | | $1,668.83 |
| 09/11/2017 | | DDA PURCHASE 31132076 TARGET T 4001 | $127.79 | | $1,541.04 |
| 09/11/2017 | | DDA PURCHASE 84267001 MARSHALLS 3 | $97.30 | | $1,443.74 |
| 09/11/2017 | | VISA DDA PUR 469216 SHOPRITE WASHIN | $83.40 | | $1,360.34 |
| 09/11/2017 | | DDA PURCHASE 01482001 WAWA 981 | $76.91 | | $1,283.43 |
| 09/11/2017 | | VISA DDA PUR 416407 WAWA 981 000 | $72.00 | | $1,211.43 |
| 09/11/2017 | | VISA DDA PUR 401339 AVERSAS ITALIA | $54.07 | | $1,157.36 |
| 09/11/2017 | | DDA PURCHASE 01482001 WAWA 981 | $29.38 | | $1,127.98 |
| 09/11/2017 | | VISA DDA PUR 442733 MCDONALD S F24 | $14.08 | | $1,113.90 |

GLOBAL WORLD STAFFING LLC
ROSEMARY OTAZU MBR
1 PHOENIX DR
LINCOLN PARK NJ 07035

1602-0904
EE ID: 87    DD

| DATE | CHECK NO. |
|---|---|
| 08/09/2017 | 522 |

PAY TO THE ORDER OF

DAVID RISTICK
5 SAMANTHA COURT
SEWELL NJ 08080

Total Net Direct Deposit(s)
**$1936.88**
AMOUNT

VOID THIS IS NOT A CHECK .......................................... DOLLARS

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
David Ristick
5 Samantha Court
Sewell, NJ 08080
Soc Sec #: xxx-xx-xxxx    Employee ID: 87

Pay Period: 07/24/17 to 08/06/17
Check Date: 08/09/17    Check #: 522

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8419 | 1936.88 | 5810.64 |
| **NET PAY** | **1936.88** | **5810.64** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2500.00 | | 7500.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 2500.00 | | 7500.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 155.00 | 465.00 |
| | Medicare | | 36.25 | 108.75 |
| | Fed Income Tax | M 1 | 265.87 | 797.61 |
| | NJ Income Tax | SMCU 1 | 86.88 | 260.64 |
| | NJ Disability | | 8.50 | 25.50 |
| | NJ Unemploy | | 9.56 | 28.68 |
| | NJ EE Work Dev | | 1.06 | 3.18 |
| | **TOTAL** | | **563.12** | **1689.36** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1936.88 | 5810.64 |

Payrolls by Paychex, Inc.
0021 1602-0904  Global World Staffing LLC • Rosemary Otazu MBR • 1 Phoenix Dr • Lincoln Park NJ 07035

GLOBAL WORLD STAFFING LLC
ROSEMARY OTAZU MBR
1 PHOENIX DR
LINCOLN PARK NJ 07035

EE ID: 87    DD

DATE: 08/23/2017    CHECK NO.: 526

PAY TO THE ORDER OF

DAVID RISTICK
5 SAMANTHA COURT
SEWELL NJ 08080

Total Net Direct Deposit(s)
**$2529.88**
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
David Ristick
5 Samantha Court
Sewell, NJ 08080
Soc Sec #: xxx-xx-xxxx    Employee ID: 87

Pay Period: 08/07/17 to 08/20/17
Check Date: 08/23/17    Check #: 526

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8419 | 2529.88 | 8340.52 |
| **NET PAY** | **2529.88** | **8340.52** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 2500.00 | | 10000.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 2500.00 | | 10000.00 |
| Total Hrs Worked | | | | | |
| Exp Reimb Non T | | | 593.00 | | 593.00 |
| REIMB & OTHER PAYMENTS | | | 593.00 | | 593.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 155.00 | 620.00 |
| Medicare | | 36.25 | 145.00 |
| Fed Income Tax | M 1 | 265.87 | 1063.48 |
| NJ Income Tax | SMCU 1 | 86.88 | 347.52 |
| NJ Disability | | 8.50 | 34.00 |
| NJ Unemploy | | 9.56 | 38.24 |
| NJ EE Work Dev | | 1.06 | 4.24 |
| **TOTAL** | | **563.12** | **2252.48** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2529.88 | 8340.52 |

Payrolls by Paychex, Inc.
0021 1602-0904  Global World Staffing LLC • Rosemary Otazu MBR • 1 Phoenix Dr • Lincoln Park NJ 07035

UNITED INFRASTRUCTURE LLC
1149 S RT 9
NJ 08210

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | Pay Period: 07/29/2017 - 08/04/2017 | | Pay Date: 08/08/2017 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | | | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | ***-**-2186 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 500.00 | 10,000.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| NJ - WF/SWF | | | -0.21 | -4.20 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -0.50 | -10.00 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -26.00 | -247.00 | | | | |
| Social Security Employee | | | -31.00 | -620.00 | | | | |
| Medicare Employee | | | -7.25 | -145.00 | | | | |
| NJ - Withholding | | | -7.69 | -157.68 | | | | |
| NJ - Disability | | | -1.20 | -24.00 | | | | |
| NJ - Unemployment | | | -1.91 | -38.25 | | | | |
| | | | -75.76 | -1,246.13 | | | | |
| **Net Pay** | | | **424.24** | **8,753.87** | | | | |

UNITED INFRASTRUCTURE LLC, 1149 S RT 9, NJ 08210

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
1149 S RT 9
NJ 08210

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | Pay Period: 08/05/2017 - 08/11/2017 | | Pay Date: 08/18/2017 |
|---|---|---|---|---|---|---|

| Employee | SSN |
|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | ***-**-2186 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 500.00 | 10,500.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| NJ - WF/SWF | | | -0.21 | -4.41 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -0.50 | -10.50 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -6.00 | -253.00 | | | | |
| Social Security Employee | | | -31.00 | -651.00 | | | | |
| Medicare Employee | | | -7.25 | -152.25 | | | | |
| NJ - Withholding | | | -1.69 | -159.37 | | | | |
| NJ - Disability | | | -1.20 | -25.20 | | | | |
| NJ - Unemployment | | | -1.91 | -40.16 | | | | |
| | | | -49.76 | -1,295.89 | | | | |
| **Net Pay** | | | **450.24** | **9,204.11** | | | | |

UNITED INFRASTRUCTURE LLC, 1149 S RT 9, NJ 08210

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.