UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
Attorneys for Debtor

In Re:

DAVID RISTICK,

        Debtor

Case No.: 17-19196
Adv. Pro. No.: 
Chapter: 11
Hearing Date: 10/17/17
Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, __Jerrold S. Kulback__,

   ☒ am the attorney for: __Debtor, David Ristick__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion Authorizing Debtor To Enter Into Lease Of Real Property

   Current hearing date and time: 10/17/17 at 10:00 a.m.

   New date requested: 10/31/17 at 10:00 a.m.

   Reason for adjournment request: Parties are discussing resolving the objection

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 10/10/17                                           /s/ Jerrold S. Kulback
                                                         Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 10/31/17 at 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2