**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Creditor,*
*TCA Global Credit Master Fund, LP*

---------------------------------------------------------X
In re:                                        :    UNITED STATES BANKRUPTCY
                                              :    COURT FOR THE DISTRICT OF
DAVID RISTICK,                                :    NEW JERSEY
                                              :
          Debtor.                             :    Chapter 11
                                              :    Case No.: 17-19196 (ABA)
                                              :
                                              :
                                              X

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER EXTENDING TIME FOR CREDITOR, TCA GLOBAL CREDIT MASTER FUND, LP, TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 AND/OR DISCHARGEABILITY OF A DEBT UNDER 11 U.S.C. § 523**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order Extending Time for Creditor, TCA Global Credit Master Fund, LP, to File a Complaint Objecting to Discharge Under 11 U.S.C. §727 and/or Dischargeability of a Debt Under 11 U.S.C. §523 submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

#9511051.1(165685.001)

Final paragraph options:

___(e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P 9011 (sign certification in pen and ink and the Court will scan);

XX (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e-mail box, as a registered Participant of the Court's Case Management/Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed.Bankr.P.9011 (sign certification with a /s/_____).

        **WILENTZ, GOLDMAN & SPITZER, P.A.**
        *Attorneys for Creditor, TCA Global Credit Master Fund, LP*

              */s/ David H. Stein*
By:_____
        David H. Stein, Esq.

Dated: October 10, 2017

#9511051.1(165685.001)