**Order Filed on October 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

In re:

DAVID RISTICK,

              Debtor.

Case No.: 17-19196 (ABA)

Chapter 11

Hon. Andrew B. Altenburg, Jr.

**CONSENT ORDER EXTENDING TIME FOR CREDITOR, TCA GLOBAL CREDIT MASTER FUND, LP, TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 AND/OR DISCHARGEABILITY OF A DEBT UNDER 11 U.S.C. § 523**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 10, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#9505043.1(165685.001)

Page 2
Debtor:        David Ristick
Case No. :     17-19196 (ABA)
Caption of Order: Consent Order Extending Time for Creditor, TCA Global Credit Master Fund, LP to File a Complaint Objecting to Discharge under 11 U.S.C. § 727 and/or Dischargeability of a Debt under 11 U.S.C. § 523

---

**THIS MATTER** having been presented to the Court by Wilentz, Goldman & Spitzer, P.A., attorneys for creditor, TCA Global Credit Master Fund, LP ("TCA"), for entry of an order extending the time within which TCA may file a complaint objecting to discharge and/or determining the dischargeability of a debt; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown, it is hereby

**ORDERED** that the time within which TCA may file a complaint objecting to discharge of the debtor, David Ristick, and/or determining dischargeability of a debt pursuant to 11 U.S.C. §523 and §727 be and hereby is extended to **February 20, 2018**, without prejudice to TCA's right to seek any further extension(s).


**CONSENTED TO FORM AND ENTRY:**


**ARCHER & GREINER, PC**
*Attorneys for Debtor, David Ristick*

    */s/ Jerrold Kulback*
By:_____
    Jerrold Kulback, Esq.



**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for Creditor, TCA Global Credit Master Fund, LP*

    */s/ David H. Stein*
By:_____
    David H. Stein, Esq.

#9505043.1(165685.001)