**Order Filed on October 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

| | |
|---|---|
| In re: | Case No.: 17-19196 (ABA) |
| DAVID RISTICK, | Chapter 11 |
| Debtor. | Hon. Andrew B. Altenburg, Jr. |

**CONSENT ORDER EXTENDING TIME FOR CREDITOR, TCA GLOBAL CREDIT MASTER FUND, LP, TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 AND/OR DISCHARGEABILITY OF A DEBT UNDER 11 U.S.C. § 523**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 10, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#9505043.1(165685.001)

Page 2
Debtor:     David Ristick
Case No. :  17-19196 (ABA)
Caption of Order: Consent Order Extending Time for Creditor, TCA Global Credit Master Fund, LP to File a Complaint Objecting to Discharge under 11 U.S.C. § 727 and/or Dischargeability of a Debt under 11 U.S.C. § 523

---

**THIS MATTER** having been presented to the Court by Wilentz, Goldman & Spitzer, P.A., attorneys for creditor, TCA Global Credit Master Fund, LP ("TCA"), for entry of an order extending the time within which TCA may file a complaint objecting to discharge and/or determining the dischargeability of a debt; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown, it is hereby

**ORDERED** that the time within which TCA may file a complaint objecting to discharge of the debtor, David Ristick, and/or determining dischargeability of a debt pursuant to 11 U.S.C. §523 and §727 be and hereby is extended to **February 20, 2018**, without prejudice to TCA's right to seek any further extension(s).


**CONSENTED TO FORM AND ENTRY:**


**ARCHER & GREINER, PC**
*Attorneys for Debtor, David Ristick*

         */s/ Jerrold Kulback*
By:_____
        Jerrold Kulback, Esq.



**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for Creditor, TCA Global Credit Master Fund, LP*

         */s/ David H. Stein*
By:_____
        David H. Stein, Esq.


#9505043.1(165685.001)

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
    Debtor

Case No. 17-19196-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 10, 2017  
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
```
db             +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty            +Jerrold Kulback,   Archer & Greiner, PC,   Three Logan Square,   35th Floor,   1717 Arch Street,
                 Philadelphia, PA 19103-2739
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
              Brian D. Schwartz     on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
               bschwartz@css-pc.com,    suzanne.marcela@css-pc.com
              David H. Stein     on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
               ciarkowski@wilentz.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
               Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```