UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____     NEW JERSEY

IN RE DAVID RISTICK                               Case No. _____ 17-19196
                                                  Reporting Period: 09/01/2017-09/30/2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____          **10/15/17**
Signature of Debtor                         Date


_____
Signature of Joint Debtor                   Date


_____
Signature of Authorized Individual*         Date


_____
Printed Name of Authorized Individual       Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. _17-19196_____
          Debtor  Reporting Period __0 09/01/2017-09/30/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1290.22 | 1290.22 |
| **RECEIPTS** | | |
| Wages (Net) | 6047.45 | 23592.08 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $668.79 | 4885.23 |
|    Total Receipts | 6716.24 | 28477.31 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 473.43 | 1427.96 |
| Insurance | 76.81 | 1798.95 |
| Auto Expense | 613.96 | 2440.45 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 517.06 |
| Household Expenses | 3315.99 | 17109.3 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 2224.31 | 2766.03 |
| Gifts | | 105.19 |
| reimbursible business expenses | 424.00 | 2877.01 |
|    Total Ordinary Disbursements | 7128.50 | 29041.95 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 325 | 325 |
| Other Reorganization Expenses (attach schedule) | | |
|    Total Reorganization Items | 325 | 325 |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | | 29366.95 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | -737.26 |
| Cash - End of Month (Must equal reconciled bank statement) | | 552.96 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____ Case No.____17-19196_____
       Debtor                                                09/01/2017-09/30/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| | | |
| CORRECTION | 113.43 | 113.43 |
| GIFT | 1500 | 1500 |
| TRAVEL EXPENSE REIMBURSEMENT | 1014.4 | 1014.4 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | Pay Period: 08/26/2017 - 09/01/2017 | Pay Date: 09/01/2017 |
|---|---|---|---|
| **Employee** | | **SSN** | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | ***-**-2186 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,000.00 | 11,500.00 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | Vacation | 0:00 | | 0:00 |
| NJ - WF/SWF | | | -0.42 | -4.83 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -1.00 | -11.50 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -15.00 | -268.00 | | | | |
| Social Security Employee | | | -62.00 | -713.00 | | | | |
| Medicare Employee | | | -14.50 | -166.75 | | | | |
| NJ - Withholding | | | -8.19 | -167.56 | | | | |
| NJ - Disability | | | -2.40 | -27.60 | | | | |
| NJ - Unemployment | | | -3.83 | -43.99 | | | | |
| | | | -107.34 | -1,403.23 | | | | |
| **Net Pay** | | | **892.66** | **10,096.77** | | | | |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | | Pay Period: 09/02/2017 - 09/08/2017 | Pay Date: 09/08/2017 |
|---|---|---|---|---|

| Employee | SSN |
|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | ***-**-2186 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 300.00 | 11,800.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| NJ - WF/SWF | | | -0.13 | -4.96 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -0.30 | -11.80 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -6.00 | -274.00 | | | | |
| Social Security Employee | | | -18.60 | -731.60 | | | | |
| Medicare Employee | | | -4.35 | -171.10 | | | | |
| NJ - Withholding | | | -4.21 | -171.77 | | | | |
| NJ - Disability | | | -0.72 | -28.32 | | | | |
| NJ - Unemployment | | | -1.14 | -45.13 | | | | |
| | | | -35.45 | -1,438.68 | | | | |
| **Net Pay** | | | **264.55** | **10,361.32** | | | | |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

**Employee Pay Stub**  Check number:  Pay Period: 09/02/2017 - 09/08/2017   Pay Date: 09/13/2017

| Employee | SSN |
|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | ***-**-2186 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,000.00 | 12,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.42 | -5.38 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.00 | -12.80 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -25.00 | -299.00 |
| Social Security Employee | -62.00 | -793.60 |
| Medicare Employee | -14.50 | -185.60 |
| NJ - Withholding | -8.19 | -179.96 |
| NJ - Disability | -2.40 | -30.72 |
| NJ - Unemployment | -3.83 | -48.96 |
| | -117.34 | -1,556.02 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Net Pay**    882.66    11,243.98

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

**Employee Pay Stub**    Check number:    Pay Period: 09/16/2017 - 09/22/2017    Pay Date: 09/26/2017

**Employee**    SSN
DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080    ***-**-2186

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,000.00 | 14,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.42 | -6.22 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.00 | -14.80 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -25.00 | -349.00 |
| Social Security Employee | -62.00 | -917.60 |
| Medicare Employee | -14.50 | -214.60 |
| NJ - Withholding | -8.19 | -196.34 |
| NJ - Disability | -2.40 | -35.52 |
| NJ - Unemployment | -3.83 | -56.61 |
| | -117.34 | -1,790.69 |
| **Net Pay** | **882.66** | **13,009.31** |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

| Date | | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 08/25/2017 | | VISA DDA PUR 471705 | FRONTIER AI R56N | $45.00 | $2,102.17 |
| 08/25/2017 | | VISA DDA PUR 402207 | SUNOCO 0368298 | $40.67 | $2,061.50 |
| 08/25/2017 | | VISA DDA PUR 442733 | CHICK FIL A 0281 | $35.99 | $2,025.51 |
| 08/25/2017 | | VISA DDA PUR 449215 | UBER US AUG24 F | $31.43 | $1,994.08 |
| 08/28/2017 | | DDA WITHDRAW TX58811 | FCTI ISO | $203.95 | $1,790.13 |
| 08/28/2017 | | DDA PURCHASE 06610027 | WAL MART SU | $65.79 | $1,724.34 |
| 08/28/2017 | | DDA PURCHASE 92672001 | MURPHY5625AT | $54.71 | $1,669.63 |
| 08/28/2017 | | VISA DDA PUR 426979 | WEST END GRILL | $49.74 | $1,619.89 |
| 08/29/2017 | | UNITED1127 CASH DISB | | $514.40 | $2,134.29 |
| 08/29/2017 | | VISA DDA PUR 469216 | MARRIOTT HUNTS | $271.59 | $1,862.70 |
| 08/29/2017 | | VISA DDA PUR 469216 | MARRIOTT HUNTS | $242.81 | $1,619.89 |
| 08/30/2017 | | VISA DDA PUR 463269 | APTIVE ENVIRONN | $159.24 | $1,460.65 |
| 08/30/2017 | | DDA PURCH W/CB 06610045 | WAL MART S | $140.40 | $1,320.25 |
| 08/31/2017 | | DDA PURCHASE 11076501 | HAMPTON COV | $30.03 | $1,290.22 |
| 09/01/2017 | | DEBIT | | $200.00 | $1,090.22 |
| 09/05/2017 | | UNITED1127 PAYROLL | | $892.66 | $1,982.88 |
| 09/05/2017 | 102 | CHECK | | $325.00 | $1,657.88 |
| 09/05/2017 | | VISA DDA PUR 469216 | COMCAST | $324.43 | $1,333.45 |
| 09/05/2017 | | VISA DDA PUR 469216 | FAIRFIELD INN SU | $221.75 | $1,111.70 |
| 09/05/2017 | | VISA DDA PUR 469216 | FAIRFIELD INN SU | $202.25 | $909.45 |
| 09/05/2017 | | DDA PURCHASE 32384077 | TARGET T 675 V | $121.47 | $787.98 |
| 09/05/2017 | | VISA DDA PUR 402207 | SUNOCO 0368298 | $50.01 | $737.97 |
| 09/05/2017 | | DDA PURCHASE 01440901 | WAWA 499 | $24.70 | $713.27 |
| 09/05/2017 | | DDA PURCHASE 32384152 | TARGET T 675 V | $24.52 | $688.75 |
| 09/05/2017 | | VISA DDA PUR 451239 | AUTOSHEEN CAR ' | $21.00 | $667.75 |
| 09/05/2017 | | VISA DDA PUR 449215 | SQ GINNY S COOK | $17.87 | $649.88 |
| 09/05/2017 | | VISA DDA PUR 442733 | MCDONALD S F10 | $16.94 | $632.94 |
| 09/05/2017 | | VISA DDA PUR 427539 | PIZZA ZEPPOLE | $9.08 | $623.86 |
| 09/06/2017 | | DDA WITHDRAW 00181270 | WOODFOREST | $123.00 | $500.86 |
| 09/06/2017 | | NORTHWESTERN MU ISA PAYMNT | | $76.81 | $424.05 |
| 09/06/2017 | | DDA PURCH W/CB 04340043 | WM SUPERC V | $48.26 | $375.79 |
| 09/07/2017 | | GLOBAL WORLD STA PAYROLL | | $1,562.46 | $1,938.25 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 09/07/2017 | VISA DDA PUR 469216    SHOPRITE WASHIN | $149.02 | | $1,789.23 |
| 09/08/2017 | VISA DDA PUR 401339    GALLOS BAKERY | $108.95 | | $1,680.28 |
| 09/11/2017 | UNITED1127    CASH DISB | | $424.00 | $2,104.28 |
| 09/11/2017 | UNITED1127    PAYROLL | | $264.55 | $2,368.83 |
| 09/11/2017 | DEBIT | $700.00 | | $1,668.83 |
| 09/11/2017 | DDA PURCHASE 31132076  TARGET T 4001 | $127.79 | | $1,541.04 |
| 09/11/2017 | DDA PURCHASE 84267001  MARSHALLS 3 | $97.30 | | $1,443.74 |
| 09/11/2017 | VISA DDA PUR 469216    SHOPRITE WASHIN | $83.40 | | $1,360.34 |
| 09/11/2017 | DDA PURCHASE 01482001  WAWA 981 | $76.91 | | $1,283.43 |
| 09/11/2017 | VISA DDA PUR 416407    WAWA 981    000 | $72.00 | | $1,211.43 |
| 09/11/2017 | VISA DDA PUR 401339    AVERSAS ITALIA | $54.07 | | $1,157.36 |
| 09/11/2017 | DDA PURCHASE 01482001  WAWA 981 | $29.38 | | $1,127.98 |
| 09/11/2017 | VISA DDA PUR 442733    MCDONALD S F24 | $14.08 | | $1,113.90 |
| 09/11/2017 | DDA PURCHASE 31132157  TARGET T 4001 | $4.97 | | $1,108.93 |
| 09/12/2017 | DDA WITHDRAW TW04B095  284 EGG HAR | $200.00 | | $908.93 |
| 09/12/2017 | VISA DDA PUR 444500    UNO S CHICAGO G | $75.85 | | $833.08 |
| 09/12/2017 | VISA DDA PUR 443106    CHUCK E CHEESE 1 | $50.00 | | $783.08 |
| 09/13/2017 | VISA DDA REF 401321    IPLAY AMERICA L | | $230.29 | $1,013.37 |
| 09/13/2017 | DDA PURCHASE 319769  GAMESTOP 1271 | $159.48 | | $853.89 |
| 09/13/2017 | VISA DDA PUR 442733    MCDONALD S F24 | $15.65 | | $838.24 |
| 09/14/2017 | UNITED1127    PAYROLL | | $882.66 | $1,720.90 |
| 09/14/2017 | DEBIT | $300.00 | | $1,420.90 |
| 09/14/2017 | VISA DDA PUR 416405    EXXONMOBIL   47 | $67.68 | | $1,353.22 |
| 09/14/2017 | DDA PURCHASE 01440901  WAWA 499 | $38.46 | | $1,314.76 |
| 09/15/2017 | VISA DDA PUR 490641    ASURIONWIRELES | $149.00 | | $1,165.76 |
| 09/15/2017 | VISA DDA PUR 476197    PIERCING PAGOD | $101.17 | | $1,064.59 |
| 09/15/2017 | VISA DDA PUR 469216    OUTBACK 3121 | $80.12 | | $984.47 |
| 09/18/2017 | DDA PURCH W/CB 31132076  TARGET T 4 | $355.41 | | $629.06 |
| 09/18/2017 | VISA DDA PUR 443106    CHUCK E CHEESE | $236.33 | | $392.73 |
| 09/18/2017 | VISA DDA PUR 401339    GALLOS BAKERY | $174.45 | | $218.28 |
| 09/18/2017 | VISA DDA PUR 476501    UNITED GAS | $61.98 | | $156.30 |
| 09/19/2017 | VISA DDA PUR 451239    AUTOSHEEN CAR | $21.00 | | $135.30 |

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 09/20/2017 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $135.30 | | $0.00 |
| 09/21/2017 | GLOBAL WORLD STA PAYROLL | | | $1,562.46 | $1,562.46 |
| 09/22/2017 | VISA DDA PUR 461043 | NEW JERSEY E ZP | $35.00 | | $1,527.46 |
| 09/22/2017 | VISA DDA PUR 449215 | UBER   US SEP21 T | $32.36 | | $1,495.10 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 102 | 9/5/2017 | $325.00 | | | | | | |



**TD Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ        08012

039 / Chapter 11 Checking         ▇▇▇▇8419

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 9/24/2017 | | | $1,495.10 |
| Plus | 6 | Deposits and Other Credits | $5,314.76 |
| Less | 58 | Checks and Other Debits | $4,822.60 |
| Statement Balance As Of: 10/20/2017 | | | $1,987.26 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 09/25/2017 | DDA WITHDRAW TW04B095  284 EGG HAR | $400.00 | | $1,095.10 |
| 09/25/2017 | DDA PURCHASE 17420016  WAL MART SU | $237.97 | | $857.13 |
| 09/25/2017 | VISA DDA PUR 422443  SEWELL FUELS | $73.51 | | $783.62 |
| 09/25/2017 | VISA DDA PUR 401339  IHOP | $63.53 | | $720.09 |
| 09/25/2017 | DDA PURCHASE 30036205  CVS PHARM 00 | $53.35 | | $666.74 |
| 09/25/2017 | VISA DDA PUR 442733  MCDONALD S M28 | $23.33 | | $643.41 |
| 09/25/2017 | VISA DDA PUR 449215  SQ  GINNY S COOK | $17.87 | | $625.54 |
| 09/25/2017 | VISA DDA PUR 449215  PAYPAL  WESTERN | $14.50 | | $611.04 |
| 09/25/2017 | VISA DDA PUR 449215  PAYPAL  WESTERN | $14.50 | | $596.54 |
| 09/25/2017 | VISA DDA PUR 469216  UBER TECHNOLOG | $7.99 | | $588.55 |
| 09/25/2017 | VISA DDA PUR 449215  UBER   US SEP23 6 | $7.40 | | $581.15 |
| 09/25/2017 | VISA DDA PUR 449215  UBER   US SEP23 3 | $5.00 | | $576.15 |
| 09/26/2017 | VISA DDA REF 449215  PAYPAL  WESTERN | | $14.50 | $590.65 |
| 09/26/2017 | DDA PURCHASE 01440901  WAWA 499 | $80.12 | | $510.53 |
| 09/26/2017 | VISA DDA PUR 476062  SEVEN STAR DINE | $67.81 | | $442.72 |
| 09/26/2017 | VISA DDA PUR 469216  FAIRFIELD INN  S | $40.25 | | $402.47 |
| 09/26/2017 | VISA DDA PUR 469216  FAIRFIELD INN  S | $40.25 | | $362.22 |
| 09/26/2017 | VISA DDA PUR 463923  CLASSIC CAFE 60 E | $17.75 | | $344.47 |

Page 1 of 3

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 09/27/2017 | UNITED1127 | PAYROLL | $882.66 | $1,227.13 |
| 09/27/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $169.14 | $1,057.99 |
| 09/27/2017 | VISA DDA PUR 444500 | WENDY S 3018 | $54.84 | $1,003.15 |
| 09/29/2017 | DDA PURCHASE 08615481 | POSTNET NJ 123 | $426.75 | $576.40 |
| 09/29/2017 | VISA DDA PUR 418616 | BURGER KING 43 | $23.44 | $552.96 |
| 10/02/2017 | DEPOSIT | | $550.00 | $1,102.96 |
| 10/02/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $200.00 | $902.96 |
| 10/02/2017 | VISA DDA PUR 443565 | E STATE PENITEN | $121.50 | $781.46 |
| 10/02/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $115.60 | $665.86 |
| 10/02/2017 | VISA DDA PUR 429910 | CITGO 12385025 DE | $50.00 | $615.86 |
| 10/02/2017 | DDA PURCHASE 01482001 | WAWA 981 | $10.63 | $605.23 |
| 10/03/2017 | VISA DDA PUR 469216 | COMCAST | $332.12 | $273.11 |
| 10/04/2017 | GLOBAL WORLD STA PAYROLL | | $1,562.47 | $1,835.58 |
| 10/04/2017 | NORTHWESTERN MU ISA PAYMNT | | $76.81 | $1,758.77 |
| 10/05/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $200.00 | $1,558.77 |
| 10/05/2017 | VISA DDA PUR 461043 | NEW JERSEY E ZP | $35.00 | $1,523.77 |
| 10/05/2017 | VISA DDA PUR 401339 | MELROSE DINER | $27.63 | $1,496.14 |
| 10/05/2017 | DDA PURCHASE 01440901 | WAWA 499 | $21.12 | $1,475.02 |
| 10/05/2017 | VISA DDA PUR 424760 | CAFE 90 | $10.13 | $1,464.89 |
| 10/05/2017 | DDA PURCHASE 319851 | WAWA 499 | $1.66 | $1,463.23 |
| 10/06/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $300.00 | $1,163.23 |
| 10/06/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $200.00 | $963.23 |
| 10/06/2017 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $113.09 | $850.14 |
| 10/06/2017 | VISA DDA PUR 422443 | SEWELL FUELS | $68.50 | $781.64 |
| 10/06/2017 | VISA DDA PUR 402207 | SUNOCO 0368298 | $34.00 | $747.64 |
| 10/06/2017 | VISA DDA PUR 451239 | AUTOSHEEN CAR \ | $20.01 | $727.63 |
| 10/10/2017 | VISA DDA PUR 421073 | THE V EATERY AN | $133.72 | $593.91 |
| 10/10/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $118.38 | $475.53 |
| 10/10/2017 | VISA DDA PUR 461043 | THE HOME DEPOT | $100.00 | $375.53 |
| 10/10/2017 | VISA DDA PUR 461043 | THE HOME DEPOT | $100.00 | $275.53 |
| 10/10/2017 | VISA DDA PUR 469216 | BARNES NOBLE C | $53.38 | $222.15 |
| 10/10/2017 | VISA DDA PUR 461043 | THE HOME DEPOT | $52.76 | $169.39 |