UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
Attorneys for Debtor

In Re:

DAVID RISTICK

Case No.:        17-19196

Chapter:         11

Hearing Date:    11/14/17

Judge:           Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Debtor's Motion Authorizing Debtor To Enter Into Lease Of Real Property [D.I.49]

Consent Order to Be Submitted

Date: 11/13/17

/s/ Jerrold S. Kulback
Signature

*rev.8/1/15*