PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
K.052-772.NF

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re                                                                Bk. No. 17-19196-ABA

David Ristick,                                                   Chapter 11
        Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any and all notices and orders sent to any person or entity in connection with this case, including, without limitation, service of any proposed disclosure statement and notice of any hearing to consider the adequacy of the disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, for which Kondaur Capital Corporation, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 5 Samantha Ct, Sewell, New Jersey 08080 (Loan No. XXXX7225), claimant herein, and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: November 10, 2017            By /s/ Dean R. Prober
                                                              DEAN R. PROBER, ESQ., CA BAR # 106207
                                                              As Agent for Claimant

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 11/14/2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

David Ristick
5 Samantha Court
Sewell, NJ 08080
Debtor

Jerrold S. Kulback, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Attorney for Debtor

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 11/14/2017, at Woodland Hills, California.

/s/ Marine Gaboyan