UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____            NEW JERSEY

IN RE DAVID RISTICK                Case No. _____ 17-19196
                                   Reporting Period: 10/01/2017-10/31/2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_                              11/15/17
Signature of Debtor                        Date

_____                 _____
Signature of Joint Debtor                  Date

_____                 _____
Signature of Authorized Individual*        Date

_____                 _____
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. _17-19196_____
　　　　　　　　Debtor·  Reporting Period __0 10/01/2017-10/31/2017

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 552.96 | 552.96 |
| **RECEIPTS** | | |
| Wages (Net) | 4222.24 | 27814.32 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $710.76 | 5595.99 |
| **Total Receipts** | 4933 | 33410.31 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 663.99 | 2091.95 |
| Insurance | 76.81 | 1875.76 |
| Auto Expense | 350.85 | 2791.3 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 517.06 |
| Household Expenses | 2880.79 | 19990.09 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 495.87 | 3261.9 |
| Gifts | | 105.19 |
| reimbursible business expenses | 550.00 | 3427.01 |
| **Total Ordinary Disbursements** | 5018.31 | 32494.8 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 325 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 325 |
| **Total Disbursements (Ordinary + Reorganization)** | | 32819.8 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | -85.31 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 467.65 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____  Case No. ___17-19196_____
      Debtor                                                 10/01/2017-10/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| old account | 0 | 200 |
| INSURANCE REFUND | 160.76 | 160.76 |
| CORRECTION | | 113.43 |
| GIFT | | 1500 |
| TRAVEL EXPENSE REIMBURSEMENT | 550 | 1564.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| Date | Description | Amount | Balance |
|---|---|---|---|
| | VISA DDA PUR 469216 UBER TECHNOLOG | $7.99 | $581.15 |
| | VISA DDA PUR 449215 UBER US SEP23 6 | $7.40 | $576.15 |
| 09/25/2017 | VISA DDA PUR 449215 UBER US SEP23 3 | $5.00 | $590.65 |
| 09/25/2017 | VISA DDA REF 449215 PAYPAL WESTERN | $14.50 | $510.53 |
| 09/26/2017 | DDA PURCHASE 01440901 WAWA 499 | $80.12 | $442.72 |
| 09/26/2017 | VISA DDA PUR 476062 SEVEN STAR DINE | $67.81 | $402.47 |
| 09/26/2017 | VISA DDA PUR 469216 FAIRFIELD INN S | $40.25 | $362.22 |
| 09/26/2017 | VISA DDA PUR 469216 FAIRFIELD INN S | $40.25 | $344.47 |
| 09/26/2017 | VISA DDA PUR 463923 CLASSIC CAFE 60 E | $17.75 | $1,227.13 |
| 09/26/2017 | UNITED1127 PAYROLL | $882.66 | $1,057.99 |
| 09/27/2017 | DDA PURCHASE 0001 SHOPRITE WSHNG | $169.14 | $1,003.15 |
| 09/27/2017 | VISA DDA PUR 444500 WENDY S 3018 | $54.84 | $576.40 |
| 09/27/2017 | DDA PURCHASE 08615481 POSTNET NJ 123 | $426.75 | $552.96 |
| 09/29/2017 | VISA DDA PUR 418616 BURGER KING 43 | $23.44 | $1,102.96 |
| 09/29/2017 | DEPOSIT | $550.00 | $902.96 |
| 10/02/2017 | DDA WITHDRAW TW04B095 284 EGG HAR | $200.00 | $781.46 |
| 10/02/2017 | VISA DDA PUR 443565 E STATE PENITEN | $121.50 | $665.86 |
| 10/02/2017 | DDA PURCHASE 0001 SHOPRITE WSHNG | $115.60 | $615.86 |
| 10/02/2017 | VISA DDA PUR 429910 CITGO 12385025 DE | $50.00 | $605.23 |
| 10/02/2017 | DDA PURCHASE 01482001 WAWA 981 | $10.63 | $273.11 |
| 10/03/2017 | VISA DDA PUR 469216 COMCAST | $332.12 | $1,835.58 |
| 10/04/2017 | GLOBAL WORLD STA PAYROLL | $1,562.47 | $1,758.77 |
| 10/04/2017 | NORTHWESTERN MU ISA PAYMNT | $76.81 | $1,558.77 |
| 10/05/2017 | DDA WITHDRAW TW04B095 284 EGG HAR | $200.00 | $1,523.77 |
| 10/05/2017 | VISA DDA PUR 461043 NEW JERSEY E ZP | $35.00 | $1,496.14 |
| 10/05/2017 | VISA DDA PUR 401339 MELROSE DINER | $27.63 | $1,475.02 |
| 10/05/2017 | DDA PURCHASE 01440901 WAWA 499 | $21.12 | $1,464.89 |
| 10/05/2017 | VISA DDA PUR 424760 CAFE 90 | $10.13 | $1,463.23 |
| 10/05/2017 | DDA PURCHASE 319851 WAWA 499 | $1.66 | $1,163.23 |
| 10/06/2017 | DDA WITHDRAW TW04B095 284 EGG HAR | $300.00 | $963.23 |
| 10/06/2017 | DDA WITHDRAW TW04B095 284 EGG HAR | $200.00 | $850.14 |
| 10/06/2017 | VISA DDA PUR 469216 SHOPRITE WASHIN | $113.09 | $850.14 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | | $68.50 | $747.64 |
| 2017 | VISA DDA PUR 422443   SEWELL FUELS | $34.00 | $727.63 |
| 10/06/2017 | VISA DDA PUR 402207   SUNOCO 0368298 | $20.01 | $593.91 |
| 10/06/2017 | VISA DDA PUR 451239   AUTOSHEEN CAR | $133.72 | $475.53 |
| 10/06/2017 | VISA DDA PUR 421073   THE V EATERY AN | $118.38 | $375.53 |
| 10/10/2017 | DDA PURCHASE 0001   SHOPRITE WSHNG | $100.00 | $275.53 |
| 10/10/2017 | VISA DDA PUR 461043   THE HOME DEPOT | $100.00 | $222.15 |
| 10/10/2017 | VISA DDA PUR 461043   THE HOME DEPOT | $53.38 | $169.39 |
| 10/10/2017 | VISA DDA PUR 469216   BARNES NOBLE C | $52.76 | $123.93 |
| 10/10/2017 | VISA DDA PUR 461043   THE HOME DEPOT | $45.46 | $89.93 |
| 10/10/2017 | VISA DDA PUR 461043   THE HOME DEPOT | $34.00 | $58.75 |
| 10/10/2017 | VISA DDA PUR 469216   ROYAL FARMS 10 | $31.18 | $36.70 |
| 10/10/2017 | VISA DDA PUR 475542   DUFFIELDS FARM | $22.05 | $18.67 |
| 10/10/2017 | VISA DDA PUR 422443   SPEEDWAY 03465 | $18.03 | ($6.33) |
| 10/10/2017 | VISA DDA PUR 442733   MCDONALD S F10 | $35.00 | ($51.33) |
| 10/12/2017 | VISA DDA PUR 461043   NEW JERSEY E ZP | $35.00 | |
| 10/13/2017 | OVERDRAFT PD | $742.67 | $691.34 |
| 10/16/2017 | UNITED1127   PAYROLL | | $591.34 |
| 10/16/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $100.00 | |
| 10/18/2017 | GLOBAL WORLD STA PAYROLL | $1,562.46 | $2,153.80 |
| 10/18/2017 | VISA DDA PUR 469216   SHOPRITE WASHIN | $87.21 | $2,066.59 |
| 10/18/2017 | VISA DDA PUR 422899   PIZZA BOX TURNE | $44.99 | $2,021.60 |
| 10/19/2017 | VISA DDA PUR 451239   AUTOSHEEN CAR | $24.30 | $1,997.30 |
| 10/19/2017 | VISA DDA PUR 476197   TOYSRUS BABIES | $10.04 | $1,987.26 |
| 10/20/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $400.00 | $1,587.26 |
| 10/20/2017 | DDA PURCHASE 01482001   WAWA 981 | $138.08 | $1,449.18 |
| 10/20/2017 | DDA PURCHASE 0001   SHOPRITE WSHNG | $129.35 | $1,319.83 |
| 10/20/2017 | VISA DDA PUR 476197   TOYSRUS BABIES | $93.60 | $1,226.23 |
| 10/20/2017 | VISA DDA PUR 416407   WAWA 396   000 | $43.00 | $1,183.23 |
| 10/23/2017 | VISA DDA PUR 449804   VERIZON WIRELES | $331.87 | $851.36 |
| 10/23/2017 | DDA PURCHASE 0001   SHOPRITE WSHNG | $120.42 | $730.94 |
| 10/23/2017 | VISA DDA PUR 469216   SHOPRITE WSHNG | $101.33 | $629.61 |
| 10/23/2017 | VISA DDA PUR 476197   TOYSRUS BABIES | $93.60 | $536.01 |

| Date | Description | Amount | | | | Balance |
|---|---|---|---|---|---|---|
| | | | | | | $491.21 |
| 10/23/2017 | VISA DDA PUR 469216 COURTYARD BY M | $44.80 | | | | $456.21 |
| 10/23/2017 | VISA DDA PUR 461043 NEW JERSEY E ZP | $35.00 | | | | $446.17 |
| 10/23/2017 | VISA DDA PUR 476197 TOYSRUS BABIES | $10.04 | | | | |

**Check Transactions**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 102 | 9/5/2017 | $325.00 | | | | | | |


**Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ          08012

039 / Chapter 11 Checking              8419

|  |  |
|---|---|
| Statement Beginning Balance As Of 10/24/2017 | $446.17 |
| Plus  9  Deposits and Other Credits | $5,203.70 |
| Less  53  Checks and Other Debits | $4,447.24 |
| Statement Balance As Of 11/19/2017 | $1,202.63 |

### Transactions By Date

| Date | Description |  | Debit | Credit | Balance |
|---|---|---|---|---|---|
|  |  |  |  | $354.64 | $800.81 |
| 10/24/2017 | UNITED1127 | PAYROLL |  |  | $779.81 |
| 10/24/2017 | VISA DDA PUR 451239 | AUTOSHEEN CAR | $21.00 |  | $740.22 |
| 10/25/2017 | VISA DDA PUR 476062 | SEVEN STAR DINE | $39.50 |  | $705.22 |
| 10/25/2017 | VISA DDA PUR 461043 | NEW JERSEY E ZP | $35.00 |  | $676.75 |
| 10/26/2017 | VISA DDA PUR 476501 | PIONEER GAS | $29.47 |  | $645.75 |
| 10/27/2017 | VISA DDA PUR 449398 | ACE PARKING 460 | $30.00 |  | $620.75 |
| 10/27/2017 | VISA DDA PUR 402207 | SUNOCO 0204081 | $25.00 |  | $599.75 |
| 10/27/2017 | VISA DDA PUR 451239 | AUTOSHEEN CAR | $21.00 |  | $481.12 |
| 10/30/2017 | DDA PURCHASE 0003 | SEPHORA 418 1750 | $118.63 |  | $404.28 |
| 10/30/2017 | VISA DDA PUR 401339 | AVERSAS ITALIA | $76.84 |  | $368.76 |
| 10/30/2017 | VISA DDA PUR 402207 | SUNOCO 0368302 | $35.52 |  | $333.76 |
| 10/30/2017 | VISA DDA PUR 461043 | NEW JERSEY E ZP | $35.00 |  | $319.92 |
| 10/30/2017 | VISA DDA PUR 469216 | STARBUCKS STOR | $13.84 |  | $306.89 |
| 10/30/2017 | DDA PURCHASE 01433001 | WAWA 396 | $13.03 |  | $467.65 |
| 10/31/2017 | DEPOSIT |  |  | $160.76 | $2,030.10 |
| 11/01/2017 | GLOBAL WORLD STA PAYROLL |  |  | $1,562.45 | $1,970.10 |
| 11/01/2017 | DDA WITHDRAW TW04B095 | 284 EGG BAR | $60.00 |  | $1,914.62 |
| 11/01/2017 | DDA PURCHASE 319849 | TRU HOLIDAY E | $55.48 |  |  |

Page 1 of 3

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | | Pay Period: 10/07/2017 - 10/13/2017 | Pay Date: 10/16/2017 |
|---|---|---|---|---|
| **Employee** | | | **SSN** | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | ***-**-2186 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 2,000.00 | 16,800.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| NJ - WF/SWF | | | -0.84 | -7.06 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -2.00 | -16.80 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -75.00 | -424.00 | | | | |
| Social Security Employee | | | -124.00 | -1,041.60 | | | | |
| Medicare Employee | | | -29.00 | -243.60 | | | | |
| NJ - Withholding | | | -14.04 | -210.38 | | | | |
| NJ - Disability | | | -4.80 | -40.32 | | | | |
| NJ - Unemployment | | | -7.65 | -64.26 | | | | |
| | | | -257.33 | -2,048.02 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| Cash Advance | | | -1,000.00 | -1,000.00 | | | | |
| **Net Pay** | | | 742.67 | 13,751.98 | | | | |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724


DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | Pay Period: 10/14/2017 - 10/20/2017 | | Pay Date: 10/23/2017 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | | | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | ***-**-2186 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 400.00 | 17,200.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| NJ - WF/SWF | | | -0.16 | -7.22 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -0.40 | -17.20 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -6.00 | -430.00 | | | | |
| Social Security Employee | | | -24.80 | -1,066.40 | | | | |
| Medicare Employee | | | -5.80 | -249.40 | | | | |
| NJ - Withholding | | | -5.71 | -216.09 | | | | |
| NJ - Disability | | | -0.96 | -41.28 | | | | |
| NJ - Unemployment | | | -1.53 | -65.79 | | | | |
| | | | -45.36 | -2,093.38 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| Cash Advance | | | | -1,000.00 | | | | |
| **Net Pay** | | | 354.64 | 14,106.62 | | | | |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.