UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                                    NEW JERSEY

IN RE DAVID RISTICK                           Case No. _____ 17-19196
                                              Reporting Period: 11/01/2017-11/30/2017

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                          Date  12/15/17
Signature of Debtor


_____                          Date
Signature of Joint Debtor


_____                          Date
Signature of Authorized Individual*


_____                          Title of Authorized Individual
Printed Name of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  
Debtor

Case No. _17-19196_____  
Reporting Period __0 11/01/2017-11/30/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 467.65 | 467.65 |
| **RECEIPTS** | | |
| Wages (Net) | 8734.13 | 36548.45 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $1,340.00 | 6935.99 |
| **Total Receipts** | 10074.13 | 43484.44 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 3156.39 | 5248.34 |
| Insurance | 76.81 | 1952.57 |
| Auto Expense | 264.82 | 3056.12 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 517.06 |
| Household Expenses | 3681.91 | 23672 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 245.83 | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | 1340.00 | 4767.01 |
| **Total Ordinary Disbursements** | 8765.76 | 42826.02 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 325 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 325 |
| **Total Disbursements (Ordinary + Reorganization)** | | 43151.02 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | 1308.96 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 1776.02 |

FORM MOR-1(INDV)  
(9/99)

In re __DAVID RISTICK_____  Case No.___17-19196_____
      Debtor                                                   10/01/2017-10/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| INSURANCE REFUND | 160.76 | 160.76 |
| CORRECTION | | 113.43 |
| GIFT | | 1500 |
| TRAVEL EXPENSE REIMBURSEMENT | 1340 | 2904.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)



**Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ        08012

039 / Chapter 11 Checking                    8419

| | | |
|---|---|---:|
| Statement Beginning Balance | | $446.17 |
| Plus    15 | Deposits and Other Credits | $14,486.74 |
| Less    107 | Checks and Other Debits | $13,601.30 |
| Statement Balance As Of: 12/23/2017 | | $1,331.61 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 10/24/2017 | UNITED1127   PAYROLL | | $354.64 | $800.81 |
| 10/24/2017 | VISA DDA PUR 451239   AUTOSHEEN CAR V | $21.00 | | $779.81 |
| 10/25/2017 | VISA DDA PUR 476062   SEVEN STAR DINE | $39.59 | | $740.22 |
| 10/25/2017 | VISA DDA PUR 461043   NEW JERSEY E ZP | $35.00 | | $705.22 |
| 10/26/2017 | VISA DDA PUR 476501   PIONEER GAS | $29.47 | | $675.75 |
| 10/27/2017 | VISA DDA PUR 449398   ACE PARKING 460 | $30.00 | | $645.75 |
| 10/27/2017 | VISA DDA PUR 402207   SUNOCO 0204081 | $25.00 | | $620.75 |
| 10/27/2017 | VISA DDA PUR 451239   AUTOSHEEN CAR V | $21.00 | | $599.75 |
| 10/30/2017 | DDA PURCHASE 0003   SEPHORA 418 1750 | $118.63 | | $481.12 |
| 10/30/2017 | VISA DDA PUR 401339   AVERSAS ITALIA | $76.84 | | $404.28 |
| 10/30/2017 | VISA DDA PUR 402207   SUNOCO 0368302 | $35.52 | | $368.76 |
| 10/30/2017 | VISA DDA PUR 461043   NEW JERSEY E ZP | $35.00 | | $333.76 |
| 10/30/2017 | VISA DDA PUR 469216   STARBUCKS STOR | $13.84 | | $319.92 |
| 10/30/2017 | DDA PURCHASE 01433001   WAWA 396 | $13.03 | | $306.89 |
| 10/31/2017 | DEPOSIT | | $160.76 | $467.65 |
| 11/01/2017 | GLOBAL WORLD STA PAYROLL | | $1,562.45 | $2,030.10 |
| 11/01/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $60.00 | | $1,970.10 |
| 11/01/2017 | DDA PURCHASE 319849   TRU HOLIDAY E | $55.48 | | $1,914.62 |

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 11/01/2017 | VISA DDA PUR 416405 | EXXONMOBIL 47 | $47.16 | | $1,867.46 |
| 11/01/2017 | DDA PURCHASE 403482 | RITE AID STORE | $35.40 | | $1,832.06 |
| 11/01/2017 | VISA DDA PUR 461043 | NEW JERSEY EZP | $35.00 | | $1,797.06 |
| 11/02/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $520.00 | | $1,277.06 |
| 11/02/2017 | VISA DDA PUR 444500 | ARMANI EXCHANG | $107.98 | | $1,169.08 |
| 11/02/2017 | VISA DDA PUR 443106 | GYMBOREE OUTLI | $80.98 | | $1,088.10 |
| 11/02/2017 | VISA DDA PUR 402207 | SUNOCO 0368300 | $37.02 | | $1,051.08 |
| 11/02/2017 | VISA DDA PUR 469216 | CINNABON 4NJ39 | $12.69 | | $1,038.39 |
| 11/02/2017 | VISA DDA PUR 469216 | STARBUCKS 4NJ39 | $5.82 | | $1,032.57 |
| 11/03/2017 | VISA DDA PUR 469216 | RENAISSANCE WC | $67.78 | | $964.79 |
| 11/03/2017 | VISA DDA PUR 423168 | GULF OIL 92038875 | $43.07 | | $921.72 |
| 11/03/2017 | VISA DDA PUR 451239 | AUTOSHEEN CAR V | $25.28 | | $896.44 |
| 11/03/2017 | VISA DDA PUR 416407 | WAWA 981   000 | $20.00 | | $876.44 |
| 11/06/2017 | UNITED1127   PAYROLL | | | $251.85 | $1,128.29 |
| 11/06/2017 | DEPOSIT | | | $240.00 | $1,368.29 |
| 11/06/2017 | VISA DDA PUR 469216 | COMCAST | $371.69 | | $996.60 |
| 11/06/2017 | DDA PURCHASE 0004 | LOWE S 2666 1361 | $108.75 | | $887.85 |
| 11/06/2017 | NORTHWESTERN MU ISA PAYMNT | | $76.81 | | $811.04 |
| 11/06/2017 | DDA PURCHASE 32384075 | TARGET T 675 V | $71.12 | | $739.92 |
| 11/06/2017 | VISA DDA PUR 401339 | 218 UNCASVILLE J | $70.68 | | $669.24 |
| 11/06/2017 | VISA DDA PUR 469216 | APL ITUNES COM | $14.61 | | $654.63 |
| 11/07/2017 | VISA DDA PUR 443106 | SOLSTICE ST1239 | $172.80 | | $481.83 |
| 11/07/2017 | VISA DDA PUR 416407 | WAWA 981   000 | $48.00 | | $433.83 |
| 11/08/2017 | VISA DDA PUR 469216 | SHOPRITE WSHNG | $44.56 | | $389.27 |
| 11/08/2017 | VISA DDA PUR 443106 | AMERICAN AIR00 | $25.00 | | $364.27 |
| 11/09/2017 | VISA DDA PUR 469216 | APL ITUNES COM | $0.99 | | $363.28 |
| 11/10/2017 | UNITED1127   PAYROLL | | | $271.54 | $634.82 |
| 11/10/2017 | DEPOSIT | | | $400.00 | $1,034.82 |
| 11/13/2017 | DEPOSIT | | | $400.00 | $1,434.82 |
| 11/13/2017 | VISA DDA PUR 416407 | ALAMO RENT A CA | $578.05 | | $856.77 |
| 11/13/2017  126 | CHECK | | $500.00 | | $356.77 |
| 11/13/2017 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $97.83 | | $258.94 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/13/2017 | DDA PURCHASE 319908   CHUCK E CHEES | $20.00 | $238.94 |
| 11/13/2017 | DDA PURCHASE 41829901   SUNOCO 02733 | $13.61 | $225.33 |
| 11/14/2017 | VISA DDA PUR 443106   AMERICAN AIR00 | $25.00 | $200.33 |
| 11/14/2017 | VISA DDA PUR 442733   MCDONALD S F10 | $17.89 | $182.44 |
| 11/14/2017 | VISA DDA PUR 430792   LEXINGTON 0592A | $5.29 | $177.15 |
| 11/14/2017 | VISA DDA PUR 430792   LEXINGTON 0594B | $3.91 | $173.24 |
| 11/15/2017 | GLOBAL WORLD STA PAYROLL | $1,562.46 | $1,735.70 |
| 11/15/2017 | VISA DDA PUR 476501   PIONEER GAS | $34.09 | $1,701.61 |
| 11/16/2017 | DDA PURCHASE 0002   MICHAELS STORE | $256.10 | $1,445.51 |
| 11/16/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $200.00 | $1,245.51 |
| 11/16/2017 | VISA DDA PUR 444500   WENDY S 3018 | $24.69 | $1,220.82 |
| 11/17/2017 | VISA DDA PUR 427074   BRUSTER ICE CRE | $18.19 | $1,202.63 |
| 11/20/2017 | VISA DDA PUR 407314   THE FISHER LAW F | $497.50 | $705.13 |
| 11/20/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $320.00 | $385.13 |
| 11/20/2017 | VISA DDA PUR 426979   APTIVE ENVIRONN | $159.24 | $225.89 |
| 11/20/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $120.00 | $105.89 |
| 11/20/2017 | DDA PURCHASE 01440901   WAWA 499 | $42.94 | $62.95 |
| 11/20/2017 | VISA DDA PUR 461043   NEW JERSEY E ZP | $35.00 | $27.95 |
| 11/20/2017 | VISA DDA PUR 442733   MCDONALD S E10 | $15.67 | $12.28 |
| 11/22/2017 | UNITED1127   PAYROLL | $3,523.38 | $3,535.66 |
| 11/22/2017 | DEBIT | $1,000.00 | $2,535.66 |
| 11/22/2017 | DDA PURCHASE 319356   BEDBATH BEYON | $170.99 | $2,364.67 |
| 11/24/2017 | VISA DDA PUR 469216   ATLCITYELECT SP | $1,185.95 | $1,178.72 |
| 11/24/2017 | VISA DDA PUR 449804   VERIZON WIRELES | $470.44 | $708.28 |
| 11/24/2017 | VISA DDA PUR 449215   PAYPAL ADVANCI | $28.99 | $679.29 |
| 11/24/2017 | VISA DDA PUR 451239   AUTOSHEEN CAR \ | $20.01 | $659.28 |
| 11/24/2017 | VISA DDA PUR 442733   MCDONALD S E10 | $14.00 | $645.28 |
| 11/27/2017 | DDA PURCHASE 24174201   WAL MART 17 | $202.48 | $442.80 |
| 11/27/2017 | DDA PURCHASE 01440901   WAWA 499 | $80.12 | $362.68 |
| 11/27/2017 | DDA PURCHASE 01482001   WAWA 981 | $6.21 | $356.47 |
| 11/28/2017 | UNITED1127   CASH DISB | $300.00 | $656.47 |
| 11/28/2017 | VISA DDA PUR 476062   SEVEN STAR DINE | $36.93 | $619.54 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 11/28/2017 | VISA DDA PUR 475342 | NJMVC TURNERSV | $15.00 | $604.54 |
| 11/29/2017 | VISA DDA PUR 461043 | NEW JERSEY E ZP | $300.00 | $304.54 |
| 11/29/2017 | DDA PURCHASE 01440901 | WAWA 499 | $89.60 | $214.94 |
| 11/29/2017 | VISA DDA PUR 469216 | APL ITUNES COM | $1.38 | $213.56 |
| 11/30/2017 | GLOBAL WORLD STA PAYROLL | | $1,562.46 | $1,776.02 |
| 12/04/2017 | VISA DDA PUR 471705 | QBE AMERICAS IN | $580.25 | $1,195.77 |
| 12/04/2017 | DDA PURCH W/CB 21200009 | WM SUPERC V | $86.86 | $1,108.91 |
| 12/04/2017 | DDA PURCHASE 24212001 | WAL MART 21 | $11.37 | $1,097.54 |
| 12/04/2017 | VISA DDA PUR 443106 | DUNKIN 345567 Q? | $6.49 | $1,091.05 |
| 12/05/2017 | VISA DDA PUR 469216 | COMCAST | $338.16 | $752.89 |
| 12/05/2017 | NORTHWESTERN MU ISA PAYMNT | | $76.81 | $676.08 |
| 12/06/2017 | DEPOSIT | | $1,000.00 | $1,676.08 |
| 12/07/2017  103 | CHECK | | $650.00 | $1,026.08 |
| 12/11/2017 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $114.48 | $911.60 |
| 12/11/2017 | VISA DDA PUR 476197 | TOYSRUS BABIES | $110.86 | $800.74 |
| 12/11/2017 | VISA DDA PUR 449215 | SP JUST COUTUR | $107.97 | $692.77 |
| 12/11/2017 | VISA DDA PUR 421073 | PAT S PIZZERIA O | $48.57 | $644.20 |
| 12/11/2017 | VISA DDA PUR 443105 | GILLEE S AUTO TR | $44.80 | $599.40 |
| 12/11/2017 | VISA DDA PUR 469216 | APL ITUNES COM | $14.99 | $584.41 |
| 12/11/2017 | VISA DDA PUR 469216 | APL ITUNES COM | $0.99 | $583.42 |
| 12/13/2017 | GLOBAL WORLD STA PAYROLL | | $1,562.46 | $2,145.88 |
| 12/13/2017 | VISA DDA PUR 476197 | TOYSRUS BABIES | $300.71 | $1,845.17 |
| 12/13/2017 | DDA PURCHASE 319245 | AUTOZONE 4765 | $107.99 | $1,737.18 |
| 12/13/2017 | DDA WITHDRAW NY001189 | 5632 STATE H | $103.25 | $1,633.93 |
| 12/13/2017 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $78.30 | $1,555.63 |
| 12/13/2017 | DDA PURCH W/CB 0006 | LOWE S 2399 5 | $61.58 | $1,494.05 |
| 12/14/2017 | VISA DDA PUR 476197 | TOYSRUS BABIES | $180.42 | $1,313.63 |
| 12/14/2017 | VISA DDA PUR 422443 | SPEEDWAY 07692 | $14.37 | $1,299.26 |
| 12/14/2017 | VISA DDA PUR 443106 | TARGET COM | $12.00 | $1,287.26 |
| 12/14/2017 | VISA DDA PUR 443106 | TARGET COM | $11.99 | $1,275.27 |
| 12/15/2017 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $71.91 | $1,203.36 |
| 12/15/2017 | VISA DDA PUR 444500 | WWW KOHLS CO | $42.94 | $1,160.42 |

DAVID RISTICK BANK RECONCILIATION
11/30/2017

| | |
|---|---:|
| beginning balance | 467.65 |
| total deposits | 10074.13 |
| total withdrawals | 8765.76 |
| ending balance | 1776.02 |
| outstanding checks | 0 |
| register balance | 1776.02 |

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724


DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | | Pay Period: 10/28/2017 - 11/03/2017 | | Pay Date: 11/04/2017 | |
|---|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | | |
|---|---|---|---|---|---|---|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | | ***-**-2186 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 275.00 | 17,475.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | Current | YTD Amount | | | | |
| NJ - WF/SWF | | | -0.12 | -7.34 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -0.28 | -17.48 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | 0.00 | -430.00 | | | | |
| Social Security Employee | | | -17.05 | -1,083.45 | | | | |
| Medicare Employee | | | -3.99 | -253.39 | | | | |
| NJ - Withholding | | | 0.00 | -216.09 | | | | |
| NJ - Disability | | | -0.66 | -41.94 | | | | |
| NJ - Unemployment | | | -1.05 | -66.84 | | | | |
| | | | -23.15 | -2,116.53 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| Cash Advance | | | | -1,000.00 | | | | |
| **Net Pay** | | | 251.85 | 14,358.47 | | | | |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | | Pay Period: 09/30/2017 - 10/06/2017 | Pay Date: 11/09/2017 |
|---|---|---|---|---|---|---|

| Employee | SSN |
|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | ***-**-2186 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 300.00 | 17,775.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.13 | -7.47 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -0.30 | -17.78 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -2.00 | -432.00 |
| Social Security Employee | -18.60 | -1,102.05 |
| Medicare Employee | -4.35 | -257.74 |
| NJ - Withholding | -1.21 | -217.30 |
| NJ - Disability | -0.72 | -42.66 |
| NJ - Unemployment | -1.15 | -67.99 |
| | -28.46 | -2,144.99 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Cash Advance | | -1,000.00 |

| Net Pay | 271.54 | 14,630.01 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | Pay Period: 11/11/2017 - 11/17/2017 | Pay Date: 11/21/2017 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | ***-**-2186 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,000.00 | 21,775.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NJ - WF/SWF | | | -1.68 | -9.15 |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 |
| NJ - Family Leave Insurance | | | -4.00 | -21.78 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -100.00 | -532.00 |
| Social Security Employee | | | -248.00 | -1,350.05 |
| Medicare Employee | | | -58.00 | -315.74 |
| NJ - Withholding | | | -40.04 | -257.34 |
| NJ - Disability | | | -9.60 | -52.26 |
| NJ - Unemployment | | | -15.30 | -83.29 |
| | | | -476.62 | -2,621.61 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Cash Advance | | | | -1,000.00 |
| **Net Pay** | | | **3,523.38** | **18,153.39** |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.