**ROB SALTZMAN, ESQUIRE**
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, New Jersey 08054-4318        UNITED STATES BANKRUPTCY COURT
(856) 813-1700                           DISTRICT OF NEW JERSEY
Attorneys for the Mortgagee
File No. 094248B

| In Re: | : | CHAPTER 11 |
|---|---|---|
|  | : |  |
| **David Ristick** | : | **CASE NO: 17-19196-ABA** |
| Debtor | : |  |
|  | : | **ADVERSARY NO:** |

**CERTIFICATE OF CONSENT**

Rob Saltzman, hereby certifies:

(a) A Consent Order Allowing Debtor to Enter into a Lease Agreement is being electronically submitted for Judge Altenburg's signature.

(b) The terms of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(c) The signatures represented by the /s/ on the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(d) I will retain the original Consent Order for a period of seven years from the date of closing of case or adversary proceeding.

(e) I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(f) Along with the electronic mailing of the Consent Order and the Certificate of Consent to the Judge, I will simultaneously electronically file the certification of Consent.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

    /s/ Rob Saltzman
Rob Saltzman, Esquire

January 4, 2018