

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 094248B

In Re:

David Ristick

Case No.: 17-19196-ABA

Hearing Date: November 14, 2017

Judge: Andrew B. Altenburg, Jr.

**CONSENT ORDER**
**ALLOWING DEBTOR TO ENTER INTO A LEASE AGREEMENT**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: January 5, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: David Ristick
Case No: 17-19196-ABA
Caption of Order: Consent Order Allowing Debtor to Enter into a Lease Agreement

This matter having come before the Court on the Motion of the Debtor, by and through counsel, Archer & Greinerr, PC, Jerrold S. Kulback, Esquire, appearing, and the Mortgagee, Nationstar Mortgage LLC, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing, and having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtor is permitted to lease the mortgaged property located at 13 Raintree Drive, Sicklerville, NJ 08081 with the following conditions:

a. The Debtor shall have 30 days from the entry of this Order to provide proof of homeowner's insurance,
shall maintain hazard insurance coverage and provide contemporaneous proof of continuing coverage to the Mortgagee.

b. The Debtor shall maintain regular monthly mortgage payments in the amount of $2,059.29.

c. IT IS further ORDERED that if the above mentioned payments, or future payments, or proof of insurance coverage, are not made within 30 days from the first of the month (or the date when due if other than the first of the month) to the Mortgagee, then Mortgagee, upon Certification submitted to the Court, on notice to the Trustee, Debtor and the attorney for the Debtor, shall be granted permission to proceed with its foreclosure action in the Superior Court of New Jersey and that any such Order Vacating Stay will be immediately effective.

**Page 3**
Debtor: David Ristick
Case No: 17-19196-ABA
Caption of Order: Consent Order Allowing Debtor to Enter into a Lease Agreement

We hereby consent to the form and entry of the within Order.


PLUESE, BECKER & SALTZMAN, LLC          ARCHER & GREINER, PC


By: /s/ Rob Saltzman                    By:    /s/ Jerrold S. Kulback
    Rob Saltzman, Esquire                      Jerrold S. Kulback, Esquire
    Attorneys for the Mortgagee                Attorney for the Debtors