UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 094248B

In Re:

David Ristick

**Order Filed on January 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-19196-ABA

Hearing Date: November 14, 2017

Judge: Andrew B. Altenburg, Jr.

# CONSENT ORDER
## ALLOWING DEBTOR TO ENTER INTO A LEASE AGREEMENT

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: January 5, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: David Ristick
Case No: 17-19196-ABA
Caption of Order: Consent Order Allowing Debtor to Enter into a Lease Agreement

This matter having come before the Court on the Motion of the Debtor, by and through counsel, Archer & Greinerr, PC, Jerrold S. Kulback, Esquire, appearing, and the Mortgagee, Nationstar Mortgage LLC, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing, and having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtor is permitted to lease the mortgaged property located at 13 Raintree Drive, Sicklerville, NJ 08081 with the following conditions:

a. The Debtor shall have 30 days from the entry of this Order to provide proof of homeowner's insurance,
shall maintain hazard insurance coverage and provide contemporaneous proof of continuing coverage to the Mortgagee.

b. The Debtor shall maintain regular monthly mortgage payments in the amount of $2,059.29.

c. IT IS further ORDERED that if the above mentioned payments, or future payments, or proof of insurance coverage, are not made within 30 days from the first of the month (or the date when due if other than the first of the month) to the Mortgagee, then Mortgagee, upon Certification submitted to the Court, on notice to the Trustee, Debtor and the attorney for the Debtor, shall be granted permission to proceed with its foreclosure action in the Superior Court of New Jersey and that any such Order Vacating Stay will be immediately effective.

**Page 3**
Debtor: David Ristick
Case No: 17-19196-ABA
Caption of Order: Consent Order Allowing Debtor to Enter into a Lease Agreement


We hereby consent to the form and entry of the within Order.


PLUESE, BECKER & SALTZMAN, LLC           ARCHER & GREINER, PC


By: /s/ Rob Saltzman                      By:    /s/ Jerrold S. Kulback
    Rob Saltzman, Esquire                        Jerrold S. Kulback, Esquire
    Attorneys for the Mortgagee                  Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
    Debtor

Case No. 17-19196-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 05, 2018  
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
```
db            +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty           +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
                Philadelphia, PA 19103-2739
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
              Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
               bschwartz@css-pc.com,    suzanne.marcela@css-pc.com
              David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
               ciarkowski@wilentz.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
               mfriedman@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
               Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```