UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                              NEW JERSEY

IN RE DAVID RISTICK                                Case No. _____ 17-19196
                                                   Reporting Period: 12/01/2017-12/31/2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                           01/10/18
Signature of Debtor                                 Date


_____                           _____
Signature of Joint Debtor                           Date


_____                           _____
Signature of Authorized Individual*                 Date


_____                           _____
Printed Name of Authorized Individual               Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. _17-19196_____
             Debtor  Reporting Period __0 12/01/2017-12/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1776.02 | 1776.02 |
| **RECEIPTS** | | |
| Wages (Net) | 6247.34 | 42795.79 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $1,000.00 | 7935.99 |
| **Total Receipts** | 7247.34 | 50731.78 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 808.07 | 6056.41 |
| Insurance | 76.81 | 2029.38 |
| Auto Expense | 256.83 | 3312.95 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 517.06 |
| Household Expenses | 5808.89 | 29480.89 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 4767.01 |
| **Total Ordinary Disbursements** | 6950.50 | 49776.62 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 650 | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 50751.62 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | -363.16 |
| Cash - End of Month (Must equal reconciled bank statement) | | 1422.86 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____    Case No.____17-19196_____
       Debtor                                                                                              10/01/2017-10/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| INSURANCE REFUND | 160.76 | 160.76 |
| CORRECTION | | 113.43 |
| GIFT | | 1500 |
| TRAVEL EXPENSE REIMBURSEMENT | 1340 | 2904.14 |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| Date | | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 11/28/2017 | | VISA DDA PUR 475542 | NJMVC TURNERSV | $75.00 | $604.54 |
| 11/29/2017 | | VISA DDA PUR 461043 | NEW JERSEY E ZP | $300.00 | $304.54 |
| 11/29/2017 | | DDA PURCHASE 01440901 | WAWA 499 | $89.60 | $214.94 |
| 11/29/2017 | | VISA DDA PUR 469216 | APL ITUNES COM | $1.38 | $213.56 |
| 11/30/2017 | | GLOBAL WORLD STA PAYROLL | | $1,562.46 | $1,776.02 |
| 12/04/2017 | | VISA DDA PUR 471705 | QBE AMERICAS IN | $580.25 | $1,195.77 |
| 12/04/2017 | | DDA PURCH W/CB 21200009 | WM SUPERC V | $86.86 | $1,108.91 |
| 12/04/2017 | | DDA PURCHASE 24212001 | WAL MART 21 | $11.37 | $1,097.54 |
| 12/04/2017 | | VISA DDA PUR 443106 | DUNKIN 345567 Q3 | $6.49 | $1,091.05 |
| 12/05/2017 | | VISA DDA PUR 469216 | COMCAST | $338.16 | $752.89 |
| 12/05/2017 | | NORTHWESTERN MU ISA PAYMNT | | $76.81 | $676.08 |
| 12/06/2017 | | DEPOSIT | | $1,000.00 | $1,676.08 |
| 12/07/2017 | 103 | CHECK | | $650.00 | $1,026.08 |
| 12/11/2017 | | VISA DDA PUR 469216 | SHOPRITE WASHIN | $114.48 | $911.60 |
| 12/11/2017 | | VISA DDA PUR 476197 | TOYSRUS BABIES | $110.86 | $800.74 |
| 12/11/2017 | | VISA DDA PUR 449215 | SP JUST COUTUR | $107.97 | $692.77 |
| 12/11/2017 | | VISA DDA PUR 421073 | PAT S PIZZERIA O | $48.57 | $644.20 |
| 12/11/2017 | | VISA DDA PUR 443105 | GILLEE S AUTO TR | $44.80 | $599.40 |
| 12/11/2017 | | VISA DDA PUR 469216 | APL ITUNES COM | $14.99 | $584.41 |
| 12/11/2017 | | VISA DDA PUR 469216 | APL ITUNES COM | $0.99 | $583.42 |
| 12/13/2017 | | GLOBAL WORLD STA PAYROLL | | $1,562.46 | $2,145.88 |
| 12/13/2017 | | VISA DDA PUR 476197 | TOYSRUS BABIES | $300.71 | $1,845.17 |
| 12/13/2017 | | DDA PURCHASE 319245 | AUTOZONE 4765 | $107.99 | $1,737.18 |
| 12/13/2017 | | DDA WITHDRAW NY001189 | 5632 STATE H | $103.25 | $1,633.93 |
| 12/13/2017 | | VISA DDA PUR 469216 | SHOPRITE WASHIN | $78.30 | $1,555.63 |
| 12/13/2017 | | DDA PURCH W/CB 0006 | LOWE S 2399 S | $61.58 | $1,494.05 |
| 12/14/2017 | | VISA DDA PUR 476197 | TOYSRUS BABIES | $180.42 | $1,313.63 |
| 12/14/2017 | | VISA DDA PUR 422443 | SPEEDWAY 07692 | $14.37 | $1,299.26 |
| 12/14/2017 | | VISA DDA PUR 443106 | TARGET COM | $12.00 | $1,287.26 |
| 12/14/2017 | | VISA DDA PUR 443106 | TARGET COM | $11.99 | $1,275.27 |
| 12/15/2017 | | VISA DDA PUR 469216 | SHOPRITE WASHIN | $71.91 | $1,203.36 |
| 12/15/2017 | | VISA DDA PUR 444500 | WWW KOHLS CO | $42.94 | $1,160.42 |

Scanned by CamScanner

| Date | Description | Amount | | Balance |
|---|---|---|---|---|
| 12/15/2017 | VISA DDA PUR 444573   MACYS   COM | $40.99 | | $1,119.43 |
| 12/18/2017 | VISA DDA PUR 422899   PIZZA BOX TURNE | $34.76 | | $1,084.67 |
| 12/19/2017 | UNITED1127   PAYROLL | | $1,334.74 | $2,419.41 |
| 12/20/2017 | VISA DDA PUR 422443   ABERCROMBIE  F | $281.94 | | $2,137.47 |
| 12/20/2017 | VISA DDA PUR 469216   SQ  JENNIFER ELL | $50.00 | | $2,087.47 |
| 12/20/2017 | VISA DDA PUR 422899   PIZZA BOX TURNE | $26.42 | | $2,061.05 |
| 12/21/2017 | DDA WITHDRAW IP0948   52 S BROAD ST E | $603.25 | | $1,457.80 |
| 12/21/2017 | VISA DDA PUR 469216   SHOPRITE WASHIN | $126.19 | | $1,331.61 |

**Check Transactions**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 103 | 12/7/2017 | $650.00 | | | | | | |
| 126 | 11/13/2017 | $500.00 | | | | | | |

Scanned by CamScanner


**TD Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ      08012

039 / Chapter 11 Checking

|  |  |  |
|---|---|---|
|  |  | $1,331.61 |
| Statement Beginning Balance As Of: 12/24/2017 |  | $7,166.01 |
| Plus  5 | Deposits and Other Credits | $6,904.91 |
| Less  49 | Checks and Other Debits | $1,592.71 |
| Statement Balance As Of: 01/22/2018 |  |  |

### Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 12/26/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $500.00 |  | $831.61 |
| 12/26/2017 | DDA PURCHASE 17420006   WM SUPERC WA | $294.52 |  | $537.09 |
| 12/26/2017 | VISA DDA PUR 443106     THE DISNEY STOR | $155.20 |  | $381.89 |
| 12/26/2017 | DDA PURCHASE 0001       SEPHORA 418 1750 | $150.23 |  | $231.66 |
| 12/26/2017 | VISA DDA PUR 422899     PIZZA BOX TURNE | $34.76 |  | $196.90 |
| 12/26/2017 | VISA DDA PUR 476501     PIONEER GAS | $31.07 |  | $165.83 |
| 12/27/2017 | UNITED1127    PAYROLL |  | $1,787.67 | $1,953.50 |
| 12/27/2017 | DEBIT | $800.00 |  | $1,153.50 |
| 12/27/2017 | DDA PURCHASE 315791     VERIZON WIREL | $469.91 |  | $683.59 |
| 12/27/2017 | VISA DDA PUR 461043     NEW JERSEY E ZP | $35.00 |  | $648.59 |
| 12/27/2017 | VISA DDA PUR 451239     AUTOSHEEN CAR | $23.46 |  | $625.13 |
| 12/28/2017 | GLOBAL WORLD STA PAYROLL |  | $1,562.47 | $2,187.60 |
| 12/28/2017 | DDA PURCHASE 01440901   WAWA 499 | $188.72 |  | $1,998.88 |
| 12/28/2017 | VISA DDA PUR 427539     HEATING SPECIAL | $109.00 |  | $1,889.88 |
| 12/28/2017 | DDA PURCHASE 319310     ABERCROMBIE | $82.00 |  | $1,807.88 |
| 12/29/2017 | DDA WITHDRAW TW04B095   284 EGG HAR | $200.00 |  | $1,607.88 |
| 12/29/2017 | DDA PURCHASE 84267001   MARSHALLS 3 | $130.21 |  | $1,477.67 |
| 12/29/2017 | DDA PURCHASE 0001       SHOPRITE WSHNG | $54.81 |  | $1,422.86 |

Scanned by CamScanner

DAVID RISTICK BANK RECONCILIATION
12/31/2017

| | |
|---|---:|
| beginning balance | 1776.02 |
| total deposits | 7247.34 |
| total withdrawals | 7600.5 |
| ending balance | 1422.86 |
| outstanding checks | 0 |
| register balance | 1422.86 |

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | Pay Period: 12/02/2017 - 12/08/2017 | Pay Date: 12/19/2017 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | ***-**-2186 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,500.00 | 23,275.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.63 | -9.78 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.50 | -23.28 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -20.00 | -552.00 |
| Social Security Employee | -93.00 | -1,443.05 |
| Medicare Employee | -21.75 | -337.49 |
| NJ - Withholding | -19.04 | -276.38 |
| NJ - Disability | -3.60 | -55.86 |
| NJ - Unemployment | -5.74 | -89.03 |
| | -165.26 | -2,786.87 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Cash Advance | | -1,000.00 |

| Net Pay | 1,334.74 | 19,488.13 |
|---|---|---|

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | Pay Period: 12/16/2017 - 12/22/2017 | Pay Date: 12/26/2017 |
|---|---|---|---|
| **Employee** | | **SSN** | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | ***-**-2186 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 2,000.00 | 25,275.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| NJ - WF/SWF | | | -0.84 | -10.62 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -2.00 | -25.28 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -25.00 | -577.00 | | | | |
| Social Security Employee | | | -124.00 | -1,567.05 | | | | |
| Medicare Employee | | | -29.00 | -366.49 | | | | |
| NJ - Withholding | | | -19.04 | -295.42 | | | | |
| NJ - Disability | | | -4.80 | -60.66 | | | | |
| NJ - Unemployment | | | -7.65 | -96.68 | | | | |
| | | | -212.33 | -2,999.20 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| Cash Advance | | | | -1,000.00 | | | | |
| **Net Pay** | | | **1,787.67** | **21,275.80** | | | | |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.