UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone:  (215) 246-3162
Fax:  (215) 963-9999
*Proposed Attorneys for Debtor*

In Re:

DAVID RISTICK,

            Debtor.

Chapter 11

Case No. 17-19196 (ABA)

## CERTIFICATE OF SERVICE

I, JERROLD S. KULBACK:

☒ represent David Ristick in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On February 2, 2018, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

    A.    **Order Granting Application to Retain Accountant**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

Dated:  February 2, 2018                                     /s/  Jerrold S. Kulback     .
                                                                            JERROLD S. KULBACK

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Denise E. Carlon, Esquire<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 206<br>Westmont, NJ 08108 | Attorneys for JPMorgan Chase Bank, N.A. | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Alexandra T. Garcia, Esquire<br>McCabe, Weisberg & Conway, PC<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ  08108 | Attorneys for Nationstar Mortgage LLC | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Jennifer D. Gould, Esquire<br>Stark & Stark<br>777 Township Line Road<br>Suite 120<br>Yardley, PA 19067-5559 | Attorney for Vermeer Corporation | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| John R. Morton, Jr., Esquire<br>Law Offices of John R. Morton, Jr.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Attorney for Americredit Financial Services, Inc., d/b/a GM Financial | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Neal M. Ruben, Esquire<br>Law Office of Neal M. Ruben<br>179 Avenue at the Common, Suite 201<br>Shrewsbury, NJ  07702 | Attorneys for OceanFirst Bank | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Rob Saltzman, Esquire<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  08054-4318 | Attorneys for Nationstar Mortgage, LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Brian D. Schwartz, Esquire<br>Craner, Satkin, Scheer & Schwartz, PC<br>320 Park Ave.<br>PO Box 367<br>Scotch Plains, NJ 07076 | Attorneys for Harrah's Atlantic City Operating Company, LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| David H. Stein, Esquire<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ  07095 | Attorneys for TCA Global Credit Master Fund, LP | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Leonard J. Wood, Esquire<br>Wade Long Wood & Lang, LLC<br>1250 Chews Landing Road<br>Suite 1<br>Laurel Springs, NJ 08021-2816 | Attorney for Alice Maglio | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

213938682v1