UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
*Attorneys for Debtor*

**Order Filed on February 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DAVID RISTICK,

Debtor.

Chapter 11

Case No. 17-19196 (ABA)

Recommended Local Form:   ☑ Followed   ☐ Modified

**ORDER AUTHORIZING RETENTION OF THE CURCHIN GROUP, LLC**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: February 2, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: David Ristick, Debtor

Case No.: 17-19196 (ABA)

Applicant: David Ristick

☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13

☒ Debtor: ☒ Chap. 11 ☐ Chap. 13

☐ Official Committee of

Professional: The Curchin Group, LLC

Address: 200 Schulz Drive, Suite 400
Red Bank, NJ 07701-6745

☐ Attorney for:

☐ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of

☒ Accountant for:

☐ Trustee  ☒ Debtor-in-Possession

☐ Official Committee of

☐ Other Professional:

☐ Realtor  ☐ Appraiser  ☐ Special Counsel

☐ Other (specify):

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, DAVID RISTICK, is authorized to retain the professional, The Curchin Group, LLC (the "Firm") to act as Accountants for David Ristick for the purposes of preparing the Debtor's 2016 tax returns.

2. Compensation shall be a flat $2,500.00, which will be paid in such amounts as may be allowed by the Court on proper application(s).

213864928v2

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
    Debtor

Case No. 17-19196-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 02, 2018  
                Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.  
db          +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151  
aty         +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,    Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com  
        Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC    bschwartz@css-pc.com,    suzanne.marcela@css-pc.com  
        David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,    ciarkowski@wilentz.com  
        Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,    mdepietro@stark-stark.com  
        Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,    mfriedman@archerlaw.com  
        John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
        Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com  
        Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC dnj@pbslaw.org  
        Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                     TOTAL: 11