UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA  Global Credit Master Fund, LP*

**Order Filed on February 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

DAVID RISTICK,

           Debtor.

Case No.: 17-19196 (ABA)

Chapter 11

**Hearing Date:   January 30, 2018
                          at 2:00 p.m.**

### ORDER COMPELLING ATTENDANCE FOR EXAMINATION AND PRODUCTION OF DOCUMENTS FROM JOY RISTICK a/k/a JOY LEO UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 (a)

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#9670446.1(165685.001)

Page 2
Debtor: David Ristick
Case No.: 17-19196 (ABA)
Caption of Order: Order Compelling Attendance for Examination and Production of Documents from Joy Ristick a/k/a Joy Leo Under Federal Rule of Bankruptcy Procedure 2004(a)

This matter having been brought before the Court upon the motion of TCA Global Credit Master Fund, LP (the "Movant"), by and through its counsel, Wilentz, Goldman & Spitzer, P.A., for an order compelling the attendance of Joy Ristick a/k/a Joy Leo for examination and production of documents under Federal Rule of Bankruptcy Procedure 2004, and all interested parties having been duly served; and the Court having considered all of the papers submitted in support thereof and in opposition thereto (if any), together with arguments of counsel, if any; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Joy Ristick a/k/a Joy Leo shall appear and give testimony under oath within seven (7) days from the entry of this Order, commencing at 10:00 a.m., on a date to be selected by counsel for Movant, at the law offices of Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Woodbridge, N.J. 07095-0958; and

2. Joy Ristick a/k/a Joy Leo shall produce all documents responsive to the Rule 2004 Subpoena served upon her by Movant within seven (7) days from the date of entry of this Order.

[END OF ORDER]

#9670446.1(165685.001)