UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____          NEW JERSEY

IN RE DAVID RISTICK                         Case No. _____ 17-19196
                                            Reporting Period: 01/01/2018-01/31/2018

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_[signature]_                               **02/06/18**
Signature of Debtor                         Date

_____                      _____
Signature of Joint Debtor                   Date

_____                      _____
Signature of Authorized Individual*         Date

_____                      _____
Printed Name of Authorized Individual       Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____   Case No. _17-19196_____
      Debtor   Reporting Period __0 01/01/2018-01/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1422.86 | 1422.86 |
| **RECEIPTS** | | |
| Wages (Net) | 6319.55 | 49115.34 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 7955.84 |
| Total Receipts | 6319.55 | 57071.18 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1239.37 | 7295.78 |
| Insurance | 76.81 | 2106.19 |
| Auto Expense | 177.17 | 3490.12 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 267.19 | 784.25 |
| Household Expenses | 3955.82 | 33436.71 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 4767.01 |
| Total Ordinary Disbursements | 5716.36 | 55492.99 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 56467.99 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | 603.19 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 2026.05 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____  Case No.____17-19196_____
      Debtor                                     01/01/2018-01/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| INSURANCE REFUND | | 160.76 |
| CORRECTION | -19.85 | 93.58 |
| GIFT | | 2500 |
| TRAVEL EXPENSE REIMBURSEMENT | | 2904.14 |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
1/31/2018

| | |
|---|---|
| beginning balance | 1422.86 |
| total deposits | 6319.55 |
| total withdrawals | 5716.36 |
| ending balance | 2026.05 |
| outstanding checks | 0 |
| register balance | 2026.05 |

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 12/26/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $500.00 | | $831.61 |
| 12/26/2017 | DDA PURCHASE 17420006 | WM SUPERC WA | $294.52 | | $537.09 |
| 12/26/2017 | VISA DDA PUR 443106 | THE DISNEY STOR | $155.20 | | $381.89 |
| 12/26/2017 | DDA PURCHASE 0001 | SEPHORA 418 1750 | $150.23 | | $231.66 |
| 12/26/2017 | VISA DDA PUR 422899 | PIZZA BOX TURNE | $34.76 | | $196.90 |
| 12/26/2017 | VISA DDA PUR 476501 | PIONEER GAS | $31.07 | | $165.83 |
| 12/27/2017 | UNITED1127 | PAYROLL | | $1,787.67 | $1,953.50 |
| 12/27/2017 | DEBIT | | $800.00 | | $1,153.50 |
| 12/27/2017 | DDA PURCHASE 315791 | VERIZON WIREL | $469.91 | | $683.59 |
| 12/27/2017 | VISA DDA PUR 461043 | NEW JERSEY E ZP | $35.00 | | $648.59 |
| 12/27/2017 | VISA DDA PUR 451239 | AUTOSHEEN CAR | $23.46 | | $625.13 |
| 12/28/2017 | GLOBAL WORLD STA PAYROLL | | | $1,562.47 | $2,187.60 |
| 12/28/2017 | DDA PURCHASE 01440901 | WAWA 499 | $188.72 | | $1,998.88 |
| 12/28/2017 | VISA DDA PUR 427539 | HEATING SPECIAL | $109.00 | | $1,889.88 |
| 12/28/2017 | DDA PURCHASE 319310 | ABERCROMBIE | $82.00 | | $1,807.88 |
| 12/29/2017 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $200.00 | | $1,607.88 |
| 12/29/2017 | DDA PURCHASE 84267001 | MARSHALLS 3 | $130.21 | | $1,477.67 |
| 12/29/2017 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $54.81 | | $1,422.86 |
| 01/02/2018 | VISA DDA PUR 469216 | COMCAST | $375.24 | | $1,047.62 |
| 01/02/2018 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $288.48 | | $759.14 |
| 01/02/2018 | DDA PURCHASE 30474202 | GYMBOREE 256 | $145.18 | | $613.96 |
| 01/02/2018 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $110.34 | | $503.62 |
| 01/02/2018 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $67.17 | | $436.45 |
| 01/02/2018 | DDA PURCHASE 0002 | SEPHORA 418 1750 | $60.92 | | $375.53 |
| 01/02/2018 | DDA PURCHASE 01440901 | WAWA 499 | $47.29 | | $328.24 |
| 01/02/2018 | VISA DDA PUR 449215 | PAYPAL EBAYWIL | $39.30 | | $288.94 |
| 01/02/2018 | VISA DDA PUR 402207 | SUNOCO 0263790 | $35.26 | | $253.68 |
| 01/02/2018 | VISA DDA PUR 405522 | VERCHIO PRODUC | $30.00 | | $223.68 |
| 01/02/2018 | VISA DDA PUR 416407 | PAYLESS SHOESO( | $28.99 | | $194.69 |
| 01/02/2018 | VISA DDA PUR 444500 | WENDY S 3018 | $15.90 | | $178.79 |
| 01/02/2018 | VISA DDA PUR 469216 | DEPTFORD MALL | $8.00 | | $170.79 |
| 01/02/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $1.06 | | $169.73 |

Scanned by CamScanner

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 01/04/2018 | NORTHWESTERN MU ISA PAYMNT | | $76.81 | $92.92 |
| 01/05/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $14.99 | $77.93 |
| 01/09/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $0.99 | $76.94 |
| 01/10/2018 | UNITED1127 PAYROLL | | $899.26 | $976.20 |
| 01/11/2018 | GLOBAL WORLD STA PAYROLL | | $1,563.96 | $2,540.16 |
| 01/12/2018 | DDA WITHDRAW IP0948 | 52 S BROAD ST E | $603.25 | $1,936.91 |
| 01/12/2018 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $129.63 | $1,807.28 |
| 01/12/2018 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $66.19 | $1,741.09 |
| 01/12/2018 | VISA DDA PUR 422899 | PIZZA BOX TURNE | $36.15 | $1,704.94 |
| 01/16/2018 | VISA DDA PUR 469216 | SEPHORA COM | $54.32 | $1,650.62 |
| 01/16/2018 | VISA DDA PUR 461043 | NEW JERSEY E ZP | $35.00 | $1,615.62 |
| 01/16/2018 | VISA DDA PUR 476725 | ARROW LAUNDR | $27.50 | $1,588.12 |
| 01/17/2018 | VISA DDA PUR 407314 | PLUMB MEDIC IN | $267.19 | $1,320.93 |
| 01/17/2018 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $156.78 | $1,164.15 |
| 01/17/2018 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $62.54 | $1,101.61 |
| 01/17/2018 | VISA DDA PUR 402244 | RANDAZZOSPIZZA | $18.37 | $1,083.24 |
| 01/18/2018 | UNITED1127 PAYROLL | | $1,352.65 | $2,435.89 |
| 01/19/2018 | DDA PURCHASE 315791 | VERIZON WIREL | $469.91 | $1,965.98 |
| 01/19/2018 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $200.00 | $1,765.98 |
| 01/19/2018 | DDA PURCHASE 319849 | TOYS R US 8306 | $95.87 | $1,670.11 |
| 01/19/2018 | DDA PURCHASE 31132161 | TARGET T 4001 | $42.64 | $1,627.47 |
| 01/19/2018 | VISA DDA PUR 422899 | PIZZA BOX TURNE | $34.76 | $1,592.71 |
| 01/22/2018 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $400.00 | $1,192.71 |
| 01/22/2018 | DDA PURCHASE 0001 | SHOPRITE WSHNG | $313.87 | $878.84 |
| 01/22/2018 | DDA PURCHASE 01440901 | WAWA 499 | $183.19 | $695.65 |
| 01/22/2018 | DDA PURCHASE 31132077 | TARGET T 4001 | $122.82 | $572.83 |
| 01/22/2018 | DDA PURCHASE 31132079 | TARGET T 4001 | $111.61 | $461.22 |
| 01/22/2018 | DDA PURCH W/CB 31132157 | TARGET T 4 | $45.28 | $415.94 |
| 01/22/2018 | VISA DDA PUR 476501 | PIONEER GAS | $30.30 | $385.64 |
| 01/22/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $19.98 | $365.66 |
| 01/23/2018 | VISA DDA PUR 443106 | TURNERSVILLE DE | $50.00 | $315.66 |
| 01/23/2018 | VISA DDA PUR 442733 | MCDONALD S F10 | $30.06 | $285.60 |

Scanned by CamScanner



**Bank**

America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ    08012

039 / Chapter 11 Checking    4329638419

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 1/24/2018 | | | $285.60 |
| Plus | 3 | Deposits and Other Credits | $3,853.33 |
| Less | 13 | Checks and Other Debits | $1,568.42 |
| Statement Balance As Of: 02/05/2018 | | | $2,570.51 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/24/2018 | GLOBAL WORLD STA PAYROLL | | $1,602.42 | $1,888.02 |
| 01/26/2018 | DDA PURCHASE 65109901 SUNOCO 04712 | $26.61 | | $1,861.41 |
| 01/29/2018 | UNITED1127 PAYROLL | | $901.26 | $2,762.67 |
| 01/29/2018 | VISA DDA PUR 469216 COMCAST | $394.22 | | $2,368.45 |
| 01/29/2018 | VISA DDA PUR 444500 URBAN OUTFITTEI | $44.94 | | $2,323.51 |
| 01/29/2018 | VISA DDA PUR 422899 PIZZA BOX TURNE | $30.48 | | $2,293.03 |
| 01/29/2018 | VISA DDA PUR 443106 TARGET COM | $26.99 | | $2,266.04 |
| 01/30/2018 | VISA DDA PUR 469216 PAPA JOHN S 011 | $30.04 | | $2,236.00 |
| 01/31/2018 | VISA DDA PUR 424537 PAYPAL DOLLCAF | $209.95 | | $2,026.05 |
| 02/01/2018 | UNITED1127 PAYROLL | | $1,349.65 | $3,375.70 |
| 02/01/2018 | DDA WITHDRAW TW04B095 284 EGG HAR | $400.00 | | $2,975.70 |
| 02/01/2018 | DDA PURCHASE 01440901 WAWA 499 | $26.20 | | $2,949.50 |
| 02/02/2018 | DDA PURCHASE 17420016 WAL MART SU | $249.32 | | $2,700.18 |
| 02/02/2018 | DDA PURCHASE 01440901 WAWA 499 | $53.63 | | $2,646.55 |
| 02/02/2018 | DDA PURCHASE 84267001 MARSHALLS 3 | $40.97 | | $2,605.58 |
| 02/02/2018 | VISA DDA PUR 422899 PIZZA BOX TURNE | $35.07 | | $2,570.51 |

Scanned by CamScanner

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | Pay Period: 12/30/2017 - 01/05/2018 | Pay Date: 01/10/2018 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | ***-**-2186 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,000.00 | 1,000.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.42 | -0.42 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -0.90 | -0.90 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -9.00 | -9.00 |
| Social Security Employee | -62.00 | -62.00 |
| Medicare Employee | -14.50 | -14.50 |
| NJ - Withholding | -8.19 | -8.19 |
| NJ - Disability | -1.90 | -1.90 |
| NJ - Unemployment | -3.83 | -3.83 |
| | -100.74 | -100.74 |
| **Net Pay** | **899.26** | **899.26** |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724


DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | Pay Period: 01/06/2018 - 01/12/2018 | Pay Date: 01/18/2018 |
|---|---|---|---|

| Employee | | SSN | |
|---|---|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | ***-**-2186 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,500.00 | 2,500.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.63 | -1.05 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.35 | -2.25 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -17.00 | -26.00 |
| Social Security Employee | -93.00 | -155.00 |
| Medicare Employee | -21.75 | -36.25 |
| NJ - Withholding | -5.04 | -13.23 |
| NJ - Disability | -2.85 | -4.75 |
| NJ - Unemployment | -5.73 | -9.56 |
| | -147.35 | -248.09 |
| **Net Pay** | **1,352.65** | **2,251.91** |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724


DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | | | Pay Period: 01/13/2018 - 01/19/2018 | | Pay Date: 01/26/2018 | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | | | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | | | ***-**-2186 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,000.00 | 3,500.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| NJ - WF/SWF | | | -0.42 | -1.47 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -0.90 | -3.15 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -7.00 | -33.00 | | | | |
| Social Security Employee | | | -62.00 | -217.00 | | | | |
| Medicare Employee | | | -14.50 | -50.75 | | | | |
| NJ - Withholding | | | -8.19 | -21.42 | | | | |
| NJ - Disability | | | -1.90 | -6.65 | | | | |
| NJ - Unemployment | | | -3.83 | -13.39 | | | | |
| | | | -98.74 | -346.83 | | | | |
| **Net Pay** | | | **901.26** | **3,153.17** | | | | |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.