UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
*Attorneys for Debtor*

Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID RISTICK,

Debtor.

Chapter 11

Case No. 17-19196 (ABA)

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF THE CURCHIN GROUP, LLC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: David Ristick, Debtor

Case No.: 17-19196 (ABA)

Applicant: David Ristick

☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13

☒ Debtor: ☒ Chap. 11 ☐ Chap. 13

☐ Official Committee of

Professional: The Curchin Group, LLC

Address: 200 Schulz Drive, Suite 400
Red Bank, NJ 07701-6745

☐ Attorney for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of

☒ Accountant for:

☐ Trustee ☒ Debtor-in-Possession

☐ Official Committee of

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Other (specify):

2

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, DAVID RISTICK, is authorized to retain the professional, The Curchin Group, LLC (the "Firm") to act as Accountants for David Ristick for the purposes of preparing the Debtor's 2016 tax returns.

2. Compensation shall be a flat $2,500.00, which will be paid in such amounts as may be allowed by the Court on proper application(s).

213864928v2