Proposed Order    Page 1 of 2
Case 17-19196-ABA   Doc 94   Filed 02/08/18   Entered 02/09/18 00:30:34   Desc Imaged
Certificate of Notice   Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

**Order Filed on February 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

DAVID RISTICK,

            Debtor.

Case No.: 17-19196 (ABA)

Chapter 11

**Hearing Date:   January 30, 2018
                         at 2:00 p.m.**

**ORDER COMPELLING ATTENDANCE FOR EXAMINATION AND
PRODUCTION OF DOCUMENTS FROM JOY RISTICK a/k/a JOY LEO
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 (a)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

#9670446.1(165685.001)

Page 2
Debtor:          David Ristick
Case No. :       17-19196 (ABA)
Caption of Order: Order Compelling Attendance for Examination and Production of Documents from Joy Ristick a/k/a Joy Leo Under Federal Rule of Bankruptcy Procedure 2004(a)

This matter having been brought before the Court upon the motion of TCA Global Credit Master Fund, LP (the "Movant"), by and through its counsel, Wilentz, Goldman & Spitzer, P.A., for an order compelling the attendance of Joy Ristick a/k/a Joy Leo for examination and production of documents under Federal Rule of Bankruptcy Procedure 2004, and all interested parties having been duly served; and the Court having considered all of the papers submitted in support thereof and in opposition thereto (if any), together with arguments of counsel, if any; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Joy Ristick a/k/a Joy Leo shall appear and give testimony under oath within seven (7) days from the entry of this Order, commencing at 10:00 a.m., on a date to be selected by counsel for Movant, at the law offices of Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Woodbridge, N.J. 07095-0958; and

2. Joy Ristick a/k/a Joy Leo shall produce all documents responsive to the Rule 2004 Subpoena served upon her by Movant within seven (7) days from the date of entry of this Order.

[END OF ORDER]

#9670446.1(165685.001)

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
       Debtor

Case No. 17-19196-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin                  Page 1 of 1                  Date Rcvd: Feb 06, 2018
                             Form ID: pdf903              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
db             +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty            +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
              Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
        Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
         bschwartz@css-pc.com,    suzanne.marcela@css-pc.com
        David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
         ciarkowski@wilentz.com
        Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
         mdepietro@stark-stark.com
        Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
         mfriedman@archerlaw.com
        John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
         Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
        Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
        Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
         Mortgage LLC dnj@pbslaw.org
        Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 11