UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

David Ristick

Case No. 17-19196

Hearing Date: March 8, 2018

Judge: ABA

## ORDER AND NOTICE ON DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 9, 2018

/s/ Andrew B. Altenburg, Jr.
Judge, United States Bankruptcy Court

The Court having noted that a Plan and Disclosure Statement have been filed by _____Jerrold Kulback, Esquire_____ as attorney(s) for the _____David Ristick, Debtor_____ and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable _____Andrew B. Altenburg, Jr._____ at the following time and place:

|  |  |
|---|---|
| DATE AND TIME: | March 8, 2018 at 10:00 a.m. |
| COURTROOM: | 4B |
| PLACE: | United States Bankruptcy Court |
|  | 4th and Cooper Street |
|  | Camden, NJ 08101 |

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission.  Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 17-19196-ABA
David Ristick   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1         Date Rcvd: Feb 09, 2018
                            Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.
db        +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty       +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
            Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com
      Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
       bschwartz@css-pc.com,   suzanne.marcela@css-pc.com
      David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
       ciarkowski@wilentz.com
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
       mdepietro@stark-stark.com
      Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com,
       mfriedman@archerlaw.com
      John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
       Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
      Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
       Mortgage LLC dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 11