UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
*Attorneys for Debtor*

In Re:

DAVID RISTICK,

Debtor.

Chapter 11

Case No. 17-19196 (ABA)

# CERTIFICATE OF SERVICE

I, JERROLD S. KULBACK:

☒ represent David Ristick in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On February 12, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

A. **Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement**

B. **Order and Notice on Disclosure Statement**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 12, 2018            /s/ Jerrold S. Kulback .
                                                   JERROLD S. KULBACK

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| David Ristick<br>5 Samantha Court<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |
| Securities and Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | SEC | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other – Fed Ex<br>(as authorized by the court *) |

214034910v1