**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:                                                                      CASE NO.: 17-19196-ABA
                                                                                              CHAPTER 11

**David Ristick,**

   Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                               RAS Citron, LLC
                                               Authorized Agent for Secured Creditor
                                               130 Clinton Road, Suite 202
                                               Fairfield, NJ 07004
                                               Telephone: 973-575-0707
                                               Facsimile: 973-404-8886
                                               By: /s/Laura Egerman
                                               Laura Egerman, Esquire
                                               Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 16, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ARCHER & GREINER, PC
THREE LOGAN SQUARE 35TH FLOOR
1717 ARCH STREET
PHILADELPHIA, PA  19103

DAVID RISTICK
5 SAMANTHA COURT
SEWELL, NJ  08080

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

        RAS Citron, LLC
        Authorized Agent for Secured Creditor
        130 Clinton Road, Suite 202
        Fairfield, NJ 07004
        Telephone: 973-575-0707
        Facsimile: 973-404-8886
        By: /s/Laura Egerman
        Laura Egerman, Esquire
        Email: legerman@rasnj.com