**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for TCA Global Credit Master Fund, LP*

| | |
|---|---|
| In re:<br><br>DAVID RISTICK,<br><br>                    Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No.: 17-19196 (ABA) |

## CERTIFICATION OF SERVICE

1. I, DAVID H. STEIN, ESQ.:

   ☒ am a shareholder of Wilentz, Goldman & Spitzer, P.A., Attorneys for TCA Global Credit Master Fund, LP in the above-captioned matter.

   ☐ am the secretary/paralegal for David H. Stein, who represents the Debtor-in-Possession in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 22, 2018, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Objection of TCA Global Credit Master Fund, LP to Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 23, 2018

/s/ David H. Stein
_____
David H. Stein

#9763772.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Ristick<br>5 Samantha Court<br>Sewell, NJ  08080<br>*Debtor*<br><br>Jerrold Kulback, Esq.<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ  08033<br>*Attorneys for Debtor*<br><br>Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102<br><br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA  23541<br>Attention: Valerie Smith<br><br>Alexandra T. Garcia, Esq.<br>McCabe, Weisberg & Conway, P.C.<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ  08108<br>*Attorneys for Nationstar Mortgage, LLC*<br><br>Neal M. Ruben, Esq.<br>Law Office of Neal M. Ruben<br>179 Avenue at the Common<br>Suite 201<br>Shrewsbury, NJ  07702<br>*Attorney for OceanFirst Bank*<br><br>Rob Satzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ  08054-4318<br>*Attorneys for Nationstar Mortgage, LLC*<br>*FHA/VA/RHS: Nationstar Mortgage, LLC*<br><br>Nationstar Mortgage LLC | | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| FHA/VA/RHS<br>Nationstar Mortgage<br>P.O. Box 619096<br>Dallas, TX  75261-9741<br><br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ  08108<br>Attn: Denise Carlon, Eq.<br>and Brian C. Nicholas, Esq.<br>*Attorneys for JP Morgan Chase Bank, N.A.*<br><br>Jennifer D. Gould, Esq.<br>Stark & Stark, P.C.<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ  08648<br>*Attorneys for Vermeer Corporation*<br><br>GM Financial<br>Americredit Financial Services, Inc.<br>P.O. Box 183853<br>Arlington, TX  76096<br>Attn: Mandy Youngblood<br><br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ  08057<br>Attorneys for AmeriCredit<br>Financial Services, Inc. d/b/a GM Financial<br><br>Prober & Raphael, a Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA  91364<br>Attn: Dean R. Prober, Esq.<br>*Attorneys for Kondaur Capital Corporation*<br><br>RAS Citron, LLC<br>Bankruptcy Department<br>130 Clinton Road, Suite 202<br>Fairfield, NJ  07004<br>Attn: Laura Egerman, Esq. | | |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon on behalf of Creditor JPMORGAN CHASE BANK, N.A.<br>dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com<br><br>Laura M. Egerman on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC.<br>bkyecf@rasflaw.com,<br>bkyecf@rasflaw.com;legerman@rasnj.com<br><br>Alexandra T. Garcia on behalf of Creditor Nationstar Mortgage LLC<br>NJECFMAIL@mwc-law.com<br><br>Jennifer D. Gould on behalf of Creditor Vermeer Corporation<br>jgould@stark-stark.com, mdepietro@stark-stark.com<br><br>Jerrold S. Kulback on behalf of Debtor David Ristick<br>jkulback@archerlaw.com, mfriedman@archerlaw.com<br><br>John R. Morton, Jr. on behalf of Creditor Americredit Financial Services, Inc., d/b/a GM Financial<br>ecfmail@mortoncraig.com, mortoncraigecf@gmail.com<br><br>Neal M. Ruben on behalf of Creditor OceanFirst Bank<br>rubes13@aol.com<br><br>Robert P. Saltzman on behalf of Creditor Nationstar Mortgage LLC<br>dnj@pbslaw.org<br><br>Robert P. Saltzman on behalf of Creditor Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC<br>dnj@pbslaw.org<br><br>Brian D. Schwartz on behalf of Creditor Harrah's Atlantic City Operating Company, LLC<br>bschwartz@css-pc.com, suzanne.marcela@css-pc.com<br><br>David H. Stein on behalf of Creditor TCA Global Credit Master Fund, L.P.<br>dstein@wilentz.com, ciarkowski@wilentz.com<br><br>David H. Stein on behalf of Plaintiff TCA Global Credit Master Fund, LP<br>dstein@wilentz.com, ciarkowski@wilentz.com | | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court*) |

4

#9763772.1(165685.001)

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | | |

5

#9763772.1(165685.001)