UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
Attorneys for Debtor

In Re:

DAVID RISTICK

Case No.: ____17-19196____

Adv. Pro. No.: _____

Chapter: _____11_____

Hearing Date: __April 12, 2018__

Judge: ____Altenburg____

## ADJOURNMENT REQUEST

1.    I, _____Jerrold S. Kulback_____,

☒    am the attorney for: _____David Ristick, Debtor_____,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _hearing on approval of Disclosure Statement [Docket No. 92]_____

Current hearing date and time: _April 12, 2018 at 10:00 a.m._____

New date requested: _May 10, 2018 at 10:00 a.m._____

Reason for adjournment request: _Debtor is still negotiating with TCA.  Also, changes to the_

_Disclosure need to be made following discussions with OUST and other creditors._____

2.    Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.


Date: 04/10/18                                             /s/  Jerrold S. Kulback
                                                           Signature




**COURT USE ONLY:**


The request for adjournment is:

☒  Granted           New hearing date:  5/10/18 at 10 am        ☐  Peremptory


☐  Granted over objection(s)   New hearing date: _____        ☐  Peremptory


☐  Denied




      **IMPORTANT: If your request is granted, you must notify interested**

**parties who are not electronic filers of the new hearing date.**


*new.9/23/15*