UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                NEW JERSEY

IN RE DAVID RISTICK                             Case No. _____ 17-19196
                                                Reporting Period: 02/01/2018-02/28/2018

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                03/05/18
Signature of Debtor                              Date


_____                _____
Signature of Joint Debtor                        Date


_____                _____
Signature of Authorized Individual*              Date


_____                _____
Printed Name of Authorized Individual            Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK__  
Debtor

Case No. _17-19196_  
Reporting Period __0 02/01/2018-02/28/2018__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 2026.05 | 2026.05 |
| **RECEIPTS** | | |
| Wages (Net) | 5295.74 | 54411.08 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 7955.84 |
| **Total Receipts** | 5295.74 | 62366.92 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 469.79 | 7765.57 |
| Insurance | 76.81 | 2183 |
| Auto Expense | 175.28 | 3665.4 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 784.25 |
| Household Expenses | 5233.55 | 38670.26 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | 370.92 | 5137.93 |
| **Total Ordinary Disbursements** | 6326.35 | 61819.34 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 62794.34 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | -1030.61 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 995.44 |

FORM MOR-1(INDV)  
(9/99)

In re  DAVID RISTICK  
      Debtor

Case No. 17-19196  
02/01/2018-02/28/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| INSURANCE REFUND | | 160.76 |
| CORRECTION | -19.85 | 93.58 |
| GIFT | | 2500 |
| TRAVEL EXPENSE REIMBURSEMENT | | 2904.14 |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | | Pay Period: 01/20/2018 - 01/26/2018 | Pay Date: 02/01/2018 |
|---|---|---|---|---|
| Employee | | | SSN | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | ***-**-2186 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,500.00 | 5,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.63 | -2.10 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.35 | -4.50 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -16.00 | -49.00 |
| Social Security Employee | -93.00 | -310.00 |
| Medicare Employee | -21.75 | -72.50 |
| NJ - Withholding | -9.04 | -30.46 |
| NJ - Disability | -2.85 | -9.50 |
| NJ - Unemployment | -5.73 | -19.12 |
| | -150.35 | -497.18 |
| Net Pay | 1,349.65 | 4,502.82 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | | | Pay Period: 01/27/2018 - 02/02/2018 | | Pay Date: 02/08/2018 | |
|---|---|---|---|---|---|---|---|---|---|

| Employee | | | | | | SSN | | | |
|---|---|---|---|---|---|---|---|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | | | ***-**-2186 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,600.00 | 6,600.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.67 | -2.77 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.44 | -5.94 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -18.00 | -67.00 |
| Social Security Employee | -99.20 | -409.20 |
| Medicare Employee | -23.20 | -95.70 |
| NJ - Withholding | -6.04 | -36.50 |
| NJ - Disability | -3.04 | -12.54 |
| NJ - Unemployment | -6.12 | -25.24 |
| | -157.71 | -654.89 |
| **Net Pay** | 1,442.29 | 5,945.11 |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | Pay Period: 02/03/2018 - 02/09/2018 | Pay Date: 02/13/2018 |
|---|---|---|---|---|---|
| Employee | | | | SSN | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | ***-**-2186 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,700.00 | 8,300.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.72 | -3.49 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.53 | -7.47 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -16.00 | -83.00 |
| Social Security Employee | -105.40 | -514.60 |
| Medicare Employee | -24.65 | -120.35 |
| NJ - Withholding | -13.04 | -49.54 |
| NJ - Disability | -3.23 | -15.77 |
| NJ - Unemployment | -6.51 | -31.75 |
| | -171.08 | -825.97 |
| Net Pay | 1,528.92 | 7,474.03 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | | | Pay Period: 02/10/2018 - 02/16/2018 | Pay Date: 02/20/2018 | |
|---|---|---|---|---|---|---|
| Employee | | | | SSN | | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | ***-**-2186 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,000.00 | 9,300.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.42 | -3.91 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -0.90 | -8.37 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -7.00 | -90.00 |
| Social Security Employee | -62.00 | -576.60 |
| Medicare Employee | -14.50 | -134.85 |
| NJ - Withholding | -8.19 | -57.73 |
| NJ - Disability | -1.90 | -17.67 |
| NJ - Unemployment | -3.82 | -35.57 |
| | -98.73 | -924.70 |
| Net Pay | 901.27 | 8,375.30 |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

DAVID RISTICK BANK RECONCILIATION
2/28/2018

| | |
|---|---:|
| beginning balance | 2026.05 |
| total deposits | 5295.74 |
| total withdrawals | 6326.35 |
| ending balance | 995.44 |
| outstanding checks | 0 |
| register balance | 995.44 |



**Bank**
America's Most Convenient Bank®                    STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ
S NOTTINGHAM WAY
TURNERSVILLE   NJ  08012

Page: 1 of 5
Statement Period: Jan 24 2018-Feb 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

Chapter 11 Checking                                   Account # 432-9638419
DAVID RISTICK
DIP CASE 17-19196 DIST NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 285.60 | Average Collected Balance | 2,489.27 |
| Electronic Deposits | 7,799.42 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 5,992.22 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 400.00 | Days in Period | 31 |
| Ending Balance | 1,692.80 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24 | ACH DEPOSIT, GLOBAL WORLD STA PAYROLL *****9300005152X | 1,602.42 |
| 01/29 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 901.26 |
| 02/01 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 1,349.65 |
| 02/09 | ACH DEPOSIT, GLOBAL WORLD STA PAYROLL *****1100006906X | 1,602.43 |
| 02/09 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 1,442.29 |
| 02/20 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 901.37 |
| | Subtotal | 7,799.42 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/26 | DEBIT POS, *****45187613233, AUT 012618 DDA PURCHASE SUNOCO 04712659 WHITNEY POIN *NY | 26.61 |
| 01/29 | DEBIT CARD PURCHASE, *****45187613233, AUT 012618 VISA DDA PUR COMCAST 800 COMCAST *NJ | 394.22 |
| 01/29 | DEBIT CARD PURCHASE, *****45187613233, AUT 012618 VISA DDA PUR URBAN OUTFITTERS DIR 21 972 550 2751 *PA | 44.94 |
| 01/29 | DEBIT CARD PURCHASE, *****45187613233, AUT 012618 VISA DDA PUR PIZZA BOX TURNERSVILLE TURNERSVILLE *NJ | 30.48 |
| 01/29 | DEBIT CARD PURCHASE, *****45187613233, AUT 012518 VISA DDA PUR TARGET COM 800 591 3869 *MN | 26.99 |
| 01/30 | DEBIT CARD PURCHASE, *****45187613233, AUT 012818 VISA DDA PUR PAPA JOHN S 01185 856 863 8383 *NJ | 30.04 |
| 01/31 | DEBIT CARD PURCHASE, *****45187613233, AUT 012918 VISA DDA PUR PAYPAL DOLLCAKE 4029357733 A US | 209.95 |
| 02/01 | TD ATM DEBIT, *****45187613233, AUT 020118 DDA WITHDRAW 284 EGG HARBOR ROAD SEWELL *NJ | 400.00 |
| 02/01 | DEBIT POS, *****45187613233, AUT 020118 DDA PURCHASE WAWA 499 SEWELL *NJ | 26.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC insured | TD Bank N.A. | Equal Housing Lender

Case 17-19196-ABA    Doc 108    Filed 05/08/18    Entered 05/08/18 16:17:39    Desc Main
Document    Page 10 of 17



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 3 of 5
Statement Period: Jan 24 2018-Feb 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

---

## DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | DEBIT POS, *****45187613233, AUT 020218 DDA PURCHASE WAL MART SUPER CENTER TURNERSVILLE * NJ | 249.32 |
| 02/02 | DEBIT POS, *****45187613233, AUT 020218 DDA PURCHASE WAWA 499 SEWELL * NJ | 53.63 |
| 02/02 | DEBIT POS, *****45187613233, AUT 020218 DDA PURCHASE MARSHALLS 3501 ROUTE 4 TURNERSVILLE * NJ | 40.97 |
| 02/02 | DEBIT CARD PURCHASE, *****45187613233, AUT 013118 VISA DDA PUR PIZZA BOX TURNERSVILLE TURNERSVILLE * NJ | 35.07 |
| 02/05 | DEBIT CARD PURCHASE, *****45187613233, AUT 020418 VISA DDA PUR AVERSAS ITALIAN BAKERY I TURNERSVILLE * NJ | 270.88 |
| 02/05 | DEBIT POS, *****45187613233, AUT 020418 DDA PURCHASE WAWA 499 SEWELL * NJ | 191.75 |
| 02/05 | DEBIT CARD PURCHASE, *****45187613233, AUT 020418 VISA DDA PUR SP BOUQUETBAR HTTPSBOUQUETB * CA | 166.99 |
| 02/05 | DEBIT POS, *****45187613233, AUT 020318 DDA PURCHASE SHOPRITE WSHNGTNTWP S1 SEWELL * NJ | 80.38 |
| 02/05 | DEBIT CARD PURCHASE, *****45187613233, AUT 020218 VISA DDA PUR NJMVC TURNERSVILLE TURNERSVILLE * NJ | 64.50 |
| 02/05 | DEBIT POS, *****45187613233, AUT 020318 DDA PURCHASE CVS PHARMACY 00 00362 SEWELL * NJ | 52.03 |
| 02/05 | DEBIT CARD PURCHASE, *****45187613233, AUT 020218 VISA DDA PUR GASTROL PLUS TURNERSVILLE * NJ | 41.98 |
| 02/05 | DEBIT CARD PURCHASE, *****45187613233, AUT 020318 VISA DDA PUR POPEYES TURNERSVILLE * NJ | 32.69 |
| 02/05 | DEBIT CARD PURCHASE, *****45187613233, AUT 020418 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 14.99 |
| 02/06 | ACH DEBIT, NORTHWESTERN MU ISA PAYMNT ****880-02 | 76.81 |
| 02/07 | DEBIT CARD PURCHASE, *****45187613233, AUT 020518 VISA DDA PUR SAVON GAS 32 CANASTOTA * NY | 20.00 |
| 02/08 | DEBIT CARD PURCHASE, *****45187613233, AUT 020718 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 0.99 |
| 02/09 | DEBIT CARD PURCHASE, *****45187613233, AUT 020518 VISA DDA PUR SEPHORA COM 877 SEPHORA * CA | 94.90 |
| 02/12 | DEBIT CARD PURCHASE, *****45187613233, AUT 020918 VISA DDA PUR SHOPRITE WASHINGTNTWP SEWELL * NJ | 126.77 |
| 02/12 | DEBIT CARD PURCHASE, *****45187613233, AUT 020918 VISA DDA PUR PIZZA BOX TURNERSVILLE TURNERSVILLE * NJ | 30.48 |
| 02/13 | DEBIT CARD PURCHASE, *****45187613233, AUT 021118 VISA DDA PUR PIZZA BOX TURNERSVILLE TURNERSVILLE * NJ | 33.16 |
| 02/14 | DEBIT CARD PURCHASE, *****45187613233, AUT 021318 VISA DDA PUR YANDYLLC 623 551 0060 * AZ | 58.84 |
| 02/15 | TD ATM DEBIT, *****30009793589, AUT 021518 DDA WITHDRAW 284 EGG HARBOR ROAD SEWELL * NJ | 400.00 |



**America's Most Convenient Bank®**    STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page: 4 of 5
Statement Period: Jan 24 2018-Feb 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

## DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/15 | DEBIT POS, *****30009793589, AUT 021518 DDA PURCHASE WM SUPERC WAL MART SUP TURNERSVILLE * NJ | 12.67 |
| 02/15 | DEBIT POS, *****30009793589, AUT 021518 DDA PURCHASE SHOPRITE WSHNGTNTWP S1 SEWELL * NJ | 2.59 |
| 02/16 | TD ATM DEBIT, *****30009793589, AUT 021618 DDA WITHDRAW 2064 OAK TREE ROAD EDISON * NJ | 600.00 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021518 VISA DDA PUR VERIZON WIRELESS 17748 WILLIAMSTOWN * NJ | 469.79 |
| 02/20 | TD ATM DEBIT, *****30009793589, AUT 021818 DDA WITHDRAW 284 EGG HARBOR ROAD SEWELL * NJ | 300.00 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021618 VISA DDA PUR JOSE TEJAS BORDER CAFE ISELIN * NJ | 295.63 |
| 02/20 | DEBIT POS, *****30009793589, AUT 021818 DDA PURCHASE SHOPRITE WSHNGTNTWP S1 SEWELL * NJ | 249.96 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021518 VISA DDA PUR SP BEVERAGES DIRECT BEVERAGESDIRE * IL | 167.80 |
| 02/20 | DEBIT POS, *****30009793589, AUT 021918 DDA PURCHASE SHOPRITE WSHNGTNTWP S1 SEWELL * NJ | 74.31 |
| 02/20 | DEBIT POS, *****30009793589, AUT 021918 DDA PURCHASE WAWA 981 SICKLERVILLE * NJ | 63.92 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021518 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 59.78 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021818 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 55.96 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021618 VISA DDA PUR SUNOCO 0258197301 EDISON * NJ | 48.80 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021618 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 47.80 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021818 VISA DDA PUR WAWA 970 00009704 PLEASANTVILLE * NJ | 45.00 |
| 02/20 | DEBIT CARD PURCHASE, *****30009793589, AUT 021618 VISA DDA PUR STARBUCKS STORE 21654 TURNERSVILLE * NJ | 28.58 |
| 02/20 | DEBIT POS, *****30009793589, AUT 021918 DDA PURCHASE WAWA 499 SEWELL * NJ | 27.14 |
| 02/20 | DEBIT POS, *****30009793589, AUT 022018 DDA PURCHASE WAWA 499 SEWELL * NJ | 10.35 |
| 02/20 | DEBIT POS, *****30009793589, AUT 021818 DDA PURCHASE SHOPRITE WSHNGTNTWP S1 SEWELL * NJ | 5.99 |
| 02/22 | DEBIT CARD PURCHASE, *****30009793589, AUT 022018 VISA DDA PUR AMAZON COM AMZN COM BILL * WA | 47.98 |
| 02/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 022018 VISA DDA PUR AMAZON COM AMZN COM BILL * WA | 51.61 |
| | Subtotal | 5,992.22 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 5 of 5
Statement Period: Jan 24 2018-Feb 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | DEBIT | 400.00 |
| | Subtotal | 400.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/23 | 285.60 | 02/08 | 1,156.52 |
| 01/24 | 1,888.02 | 02/09 | 4,106.34 |
| 01/26 | 1,861.41 | 02/12 | 3,949.09 |
| 01/29 | 2,266.04 | 02/13 | 3,915.93 |
| 01/30 | 2,236.00 | 02/14 | 3,857.09 |
| 01/31 | 2,026.05 | 02/15 | 3,441.83 |
| 02/01 | 2,949.50 | 02/16 | 2,841.83 |
| 02/02 | 2,570.51 | 02/20 | 1,792.39 |
| 02/05 | 1,254.32 | 02/22 | 1,744.41 |
| 02/06 | 1,177.51 | 02/23 | 1,692.80 |
| 02/07 | 1,157.51 | | |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE  NJ 08012

Page: 1 of 5
Statement Period: Feb 24 2018-Mar 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

Chapter 11 Checking
DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Account # 432-9638419

### ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | 1,692.80 |
| Electronic Deposits | 3,286.67 |
| Other Credits | 650.00 |
| Checks Paid | 1,300.00 |
| Electronic Payments | 3,966.59 |
| Other Withdrawals | 605.00 |
| Ending Balance | -242.12 |

| | |
|---|---|
| Average Collected Balance | 314.47 |
| Interest Earned This Period | 0.00 |
| Interest Paid Year-to-Date | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Days in Period | 28 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $105.00 | $105.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 1,806.87 |
| 03/01 | CCD DEPOSIT, UNITED1127 CASH DISB DAVID | 600.00 |
| 03/07 | ACH RETURNED ITEM, NORTHWESTERN MU ISA PAYMNT ****880-02 | 76.81 |
| 03/09 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 726.18 |
| 03/13 | ACH RETURNED ITEM, NORTHWESTERN MU RETRY PYMT ****880-02 | 76.81 |
| | Subtotal | 3,286.67 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/09 | RETURNED ITEM | 650.00 |
| | Subtotal | 650.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO | AMOUNT |
|---|---|---|
| 03/08 | 104 | 650.00 |
| 03/12 | 104* | 650.00 |
| | Subtotal | 1,300.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC-insured | TD Bank N.A | Equal Housing Lender

### How to Balance your Account

Page 2 of 5

Begin by adjusting your account register as follows

fi Subtract any services charges shown on this statement

fi Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded

fi Add any interest earned if you have an interest-bearing account

fi Add any automatic deposit or overdraft line of credit

fi Review all withdrawals shown on this statement and check them off in your account register.

fi Follow instructions 2-5 to verify your ending account balance

1 Your ending balance shown on this statement is.

2 List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2

3 Subtotal by adding lines 1 and 2.

4 List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5 Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance   -242.12

❷ Total Deposits   +

❸ Sub Total

❹ Total Withdrawals   -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits ❷ |  |  |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

fi Your name and account number
fi A description of the error or transaction you are unsure about.
fi The dollar amount and date of the suspected error.

When making verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377 Lewiston Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone, but doing so will not preserve our rights. In your letter give us the following information

fi Your name and account number
fi The dollar amount of the suspected error.
fi Describe the error and explain if you can, why you believe there is an error. If you need more information to describe the item, you are unsure about

You do not have to pay any amount in question while we are investigating but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question we cannot report you as delinquent or take any action to collect the amount you question

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Money line Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection the Bank discloses the Average Daily Balance on the periodic statements an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate as listed on the Account Summary section on the front of the statement. The Average Daily Balance is calculated by adding the balance of each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance on the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 3 of 5
Statement Period: Feb 24 2018-Mar 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

---

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | DEBIT POS, *****30009793589, AUT 022418 DDA PURCHASE<br>P C 107 ITHACA *NY | 61.62 |
| 02/26 | DEBIT POS, *****30009793589, AUT 022518 DDA PURCHASE<br>SUNOCO 04712659 WHITNEY POIN *NY | 40.00 |
| 02/26 | DEBIT POS, *****30009793589, AUT 022618 DDA PURCHASE<br>SUNOCO 04712659 WHITNEY POIN *NY | 20.25 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022518 VISA DDA PUR<br>DUNKIN 350392 Q35 WHITNEY POINT *NY | 19.98 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS AMZN COM BILL *WA | 15.99 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS AMZN COM BILL *WA | 12.59 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022518 VISA DDA PUR<br>AMAZON MKTPLACE PMTS AMZN COM BILL *WA | 10.99 |
| 02/26 | DEBIT POS, *****30009793589, AUT 022518 DDA PURCHASE<br>SUNOCO 04712659 WHITNEY POIN *NY | 10.10 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS AMZN COM BILL *WA | 9.49 |
| 02/27 | DEBIT CARD PURCHASE, *****30009793589, AUT 022418 VISA DDA PUR<br>AMAZON MKTPLACE PMTS AMZN COM BILL *WA | 112.89 |
| 02/27 | DEBIT CARD PURCHASE, *****30009793589, AUT 022618 VISA DDA PUR<br>SHOPRITE WASHINGTNTWP SEWELL *NJ | 94.56 |
| 02/27 | DEBIT CARD PURCHASE, *****30009793589, AUT 022518 VISA DDA PUR<br>DOMINIC S PIZZA WHITNEY POINT *NY | 60.94 |
| 02/27 | DEBIT POS, *****30009793589, AUT 022618 DDA PURCHASE<br>P C 107 ITHACA *NY | 20.86 |
| 02/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 022618 VISA DDA PUR<br>DOMINIC S PIZZA WHITNEY POINT *NY | 87.05 |
| 02/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR<br>MIRABITO 13 RICHFORD RICHFORD *NY | 51.74 |
| 02/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 022618 VISA DDA PUR<br>DOMINIC S PIZZA WHITNEY POINT *NY | 17.04 |
| 02/28 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCHASE<br>SUNOCO 04712659 WHITNEY POIN *NY | 15.27 |
| 02/28 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCHASE<br>EXXON NEW MILFO NEW MILFORD *PA | 12.53 |
| 02/28 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCHASE<br>SUNOCO 04712659 WHITNEY POIN *NY | 10.00 |
| 02/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR<br>AMAZON MKTPLACE PMTS AMZN COM BILL *WA | 8.99 |
| 02/28 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCHASE<br>SUNOCO 04712659 WHITNEY POIN *NY | 4.48 |
| 03/01 | DEBIT POS, *****30009793589, AUT 030118 DDA PURCHASE<br>JIFFY LUBE 438 BLACKWOOD *NJ | 104.48 |

Call 1-800-937-2000 for 24-hour Bank by Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page                              4 of 5
Statement Period   Feb 24 2018-Mar 23 2018
Cust Ref #         4329638419-039-T-###
Primary Account #            432-9638419

### DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | TD ATM DEBIT, *****30009793589, AUT 030118 DDA WITHDRAW 284 EGG HARBOR ROAD  SEWELL  * NJ | 100 00 |
| 03/01 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCH W/CB CVS PHARMACY 00 00362 SEWELL * NJ | 71 60 |
| 03/01 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR DOMINIC S PIZZA  WHITNEY POINT * NY | 66 91 |
| 03/01 | DEBIT POS, *****30009793589, AUT 030118 DDA PURCH W/CB CVS PHARMACY 00 00362 SEWELL * NJ | 56 29 |
| 03/01 | DEBIT POS, *****30009793589, AUT 030118 DDA PURCHASE GNC 0360 GNC 003601750 DEPTFORD * NJ | 51 99 |
| 03/01 | DEBIT CARD PURCHASE, *****30009793589, AUT 022818 VISA DDA PUR SUNOCO 0471265900  WHITNEY POINT * NY | 40 08 |
| 03/01 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 23 50 |
| 03/01 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 18 97 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR ATLCITYELECT SPEEDPAY 800 642 3780 * DC | 1,001 95 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR COMCAST  800 COMCAST * NJ | 450 00 |
| 03/02 | DEBIT POS, *****30009793589, AUT 030218 DDA PURCHASE SHOPRITE WSHNGTNTWP S1 SEWELL * NJ | 335 69 |
| 03/02 | DEBIT POS, *****30009793589, AUT 030218 DDA PURCHASE WAWA 499  SEWELL * NJ | 159 80 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR SUNOCO 0204081400 TURNERSVILLE * NJ | 45 21 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR AUTOSHEEN CAR WASH BLACKWOOD * NJ | 42 04 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR MCDONALD S F10083 SEWELL * NJ | 19 76 |
| 03/05 | DEBIT CARD PURCHASE, *****30009793589, AUT 030218 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 60 98 |
| 03/05 | TD ATM DEBIT, *****30009793589, AUT 030318 DDA WITHDRAW 284 EGG HARBOR ROAD SEWELL * NJ | 60 00 |
| 03/05 | DEBIT CARD PURCHASE, *****30009793589, AUT 030218 VISA DDA PUR ADVOCARE LERCH AND AMA SEWELL * NJ | 50 00 |
| 03/05 | DEBIT CARD PURCHASE, *****30009793589, AUT 030318 VISA DDA PUR SUNOCO 0204081400 TURNERSVILLE * NJ | 36 51 |
| 03/06 | DEBIT CARD PURCHASE, *****30009793589, AUT 030518 VISA DDA PUR SHOPRITE WASHINGTNTWP SEWELL * NJ | 98 94 |
| 03/06 | ACH DEBIT, NORTHWESTERN MU ISA PAYMNT ****880-02 | 76 81 |
| 03/12 | NONTD ATM DEBIT, *****30009793589, AUT 031018 DDA WITHDRAW 135 FAIRGROUNDS MEMORIA ITHACA * NY | 102 00 |
| 03/12 | ACH DEBIT, NORTHWESTERN MU RETRY PYMT ****880-02 | 76 81 |



**TD Bank** — America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page: 5 of 5
Statement Period: Feb 24 2018-Mar 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | DEBIT POS, *****30009793589, AUT 031018 DDA PURCHASE P C 107 ITHACA * NY | 46.24 |
| 03/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 031018 VISA DDA PUR MIRABITO 46 ITHACA ITHACA * NY | 30.03 |
| 03/13 | DEBIT CARD PURCHASE, *****30009793589, AUT 031218 VISA DDA PUR WAWA 975 00009753 TURNERSVILLE * NJ | 42.64 |
| | Subtotal | 3,966.59 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | DEBIT | 500.00 |
| 03/07 | OVERDRAFT RET | 35.00 |
| 03/09 | OVERDRAFT RET | 35.00 |
| 03/13 | OVERDRAFT RET | 35.00 |
| | Subtotal | 605.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/23 | 1,692.80 | 03/06 | -69.20 |
| 02/26 | 1,491.79 | 03/07 | -27.39 |
| 02/27 | 1,202.54 | 03/08 | -677.39 |
| 02/28 | 995.44 | 03/09 | -663.79 |
| 03/01 | 2,368.49 | 03/12 | -241.29 |
| 03/02 | 314.04 | 03/13 | -242.12 |
| 03/05 | 106.55 | | |