UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____          NEW JERSEY

IN RE DAVID RISTICK                              Case No. _____ 17-19196
                                                 Reporting Period: 03/01/2018-03/31/2018

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_                                    04/10/18
Signature of Debtor                              Date

_____                   _____
Signature of Joint Debtor                        Date

_____                   _____
Signature of Authorized Individual*              Date

_____                   _____
Printed Name of Authorized Individual            Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  
      Debtor

Case No. _17-19196_____  
Reporting Period __0 03/01/2018-03/31/2018_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 995.44 | 995.44 |
| **RECEIPTS** | | |
| Wages (Net) | 2533.03 | 56944.11 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $1,400.00 | 9355.84 |
| **Total Receipts** | 3933.03 | 66299.95 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1001.95 | 8767.52 |
| Insurance | 76.81 | 2259.81 |
| Auto Expense | 228.24 | 3893.64 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 784.25 |
| Household Expenses | 2224.1 | 40894.36 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | 1046.36 | 6184.29 |
| **Total Ordinary Disbursements** | 4577.01 | 66396.35 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 325 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 325 |
| **Total Disbursements (Ordinary + Reorganization)** | | 66721.35 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | -643.98 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 351.46 |

FORM MOR-1(INDV)  
(9/99)

In re__DAVID RISTICK_____    Case No.____17-19196_____
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　03/01/2018-03/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| INSURANCE REFUND | | 160.76 |
| CORRECTION | -19.85 | 93.58 |
| GIFT | | 2500 |
| TRAVEL EXPENSE REIMBURSEMENT | 1400 | 4304.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | Pay Period: 02/17/2018 - 02/23/2018 | Pay Date: 02/28/2018 | |
|---|---|---|---|---|---|---|

| Employee | | | | SSN | | |
|---|---|---|---|---|---|---|
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | ***-**-2186 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 2,000.00 | 11,300.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.84 | -4.75 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -1.80 | -10.17 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -17.00 | -107.00 |
| Social Security Employee | -124.00 | -700.60 |
| Medicare Employee | -29.00 | -163.85 |
| NJ - Withholding | -9.04 | -66.77 |
| NJ - Disability | -3.80 | -21.47 |
| NJ - Unemployment | -7.65 | -43.22 |
| | -193.13 | -1,117.83 |
| Net Pay | 1,806.87 | 10,182.17 |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | | Check number: | | | Pay Period: 02/24/2018 - 03/02/2018 | | Pay Date: 03/08/2018 | |
|---|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | | | |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | | | | ***-**-2186 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary | | | 800.00 | 12,100.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |
| **Taxes** | | | Current | YTD Amount | | | | |
| NJ - WF/SWF | | | -0.33 | -5.08 | | | | |
| NJ - Health Care Subsidy | | | 0.00 | 0.00 | | | | |
| NJ - Family Leave Insurance | | | -0.72 | -10.89 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -5.00 | -112.00 | | | | |
| Social Security Employee | | | -49.60 | -750.20 | | | | |
| Medicare Employee | | | -11.60 | -175.45 | | | | |
| NJ - Withholding | | | -1.99 | -68.76 | | | | |
| NJ - Disability | | | -1.52 | -22.99 | | | | |
| NJ - Unemployment | | | -3.06 | -46.28 | | | | |
| | | | -73.82 | -1,191.65 | | | | |
| **Net Pay** | | | 726.18 | 10,908.35 | | | | |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.

DAVID RISTICK BANK RECONCILIATION
3/31/2018

| | |
|---|---:|
| beginning balance | 995.44 |
| total deposits | 3933.03 |
| total withdrawals | 4577.01 |
| ending balance | 351.46 |
| outstanding checks | 0 |
| register balance | 351.46 |



**Bank**
America's Most Convenient Bank®                    STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ 08012

Page: 1 of 5
Statement Period: Feb 24 2018-Mar 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

Chapter 11 Checking
DAVID RISTICK                                                    Account # 432-9638419
DIP CASE 17-19196 DIST NJ

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,692.80 | Average Collected Balance | 314.47 |
| Electronic Deposits | 3,286.67 | Interest Earned This Period | 0.00 |
| Other Credits | 650.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,300.00 | Days in Period | 28 |
| Electronic Payments | 3,966.59 | | |
| Other Withdrawals | 605.00 | | |
| Ending Balance | -242.12 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $105.00 | $105.00 |

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 1,806.87 |
| 03/01 | CCD DEPOSIT, UNITED1127 CASH DISB DAVID | 600.00 |
| 03/07 | ACH RETURNED ITEM, NORTHWESTERN MU ISA PAYMNT ****880-02 | 76.81 |
| 03/09 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 726.18 |
| 03/13 | ACH RETURNED ITEM, NORTHWESTERN MU RETRY PYMT ****880-02 | 76.81 |
| | Subtotal | 3,286.67 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/09 | RETURNED ITEM | 650.00 |
| | Subtotal | 650.00 |

**Checks Paid** No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO | AMOUNT |
|---|---|---|
| 03/08 | 104 | 650.00 |
| 03/12 | 104* | 650.00 |
| | Subtotal | 1,300.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC-Insured | TD Bank N.A. | Equal Housing Lender

## How to Balance your Account

Page 2 of 5

Begin by adjusting your account register as follows

fi Subtract any services charges shown on this statement

fi Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded

fi Add any interest earned if you have an interest-bearing account

fi Add any automatic deposit or overdraft line of credit

fi Review all withdrawals shown on this statement and check them off in your account register.

fi Follow instructions 2-5 to verify your ending account balance

1 Your ending balance shown on this statement is.

2 List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2

3 Subtotal by adding lines 1 and 2.

4 List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5 Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance     -242.12

❷ Total Deposits     +

❸ Sub Total

❹ Total Withdrawals   -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY - IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

fi Your name and account number
fi A description of the error or transaction you are unsure about.
fi The dollar amount and date of the suspected error.

When making a verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank

**FOR CONSUMER LOAN ACCOUNTS ONLY - BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone, but doing so will not preserve your rights. In your letter give us the following information

fi Your name and account number
fi The dollar amount of the suspected error.
fi Describe the error and explain if you can, why you believe there is an error. If you need more information describe the item you are unsure about

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question we cannot report you as delinquent or take any action to collect the amount you question

FINANCE CHARGE: Although the Bank uses the Daily Balance method to calculate the finance charge on your Money line Overdraft Protection account (the term "ODP" or "ODP" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge multiply the Average Daily Balance times the Days in Period times the Daily Period Rate as listed in the Account Summary section or on the front of the statement. The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance on the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page:                                 3 of 5
Statement Period:    Feb 24 2018-Mar 23 2018
Cust Ref #:              4329638419-039-T-###
Primary Account #:              432-9638419

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | DEBIT POS, *****30009793589, AUT 022418 DDA PURCHASE<br>P C 107          ITHACA      * NY | 61.62 |
| 02/26 | DEBIT POS, *****30009793589, AUT 022518 DDA PURCHASE<br>SUNOCO 04712659     WHITNEY POIN * NY | 40.00 |
| 02/26 | DEBIT POS, *****30009793589, AUT 022618 DDA PURCHASE<br>SUNOCO 04712659     WHITNEY POIN * NY | 20.25 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022518 VISA DDA PUR<br>DUNKIN 350392 Q35   WHITNEY POINT * NY | 19.98 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 15.99 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 12.59 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022518 VISA DDA PUR<br>AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 10.99 |
| 02/26 | DEBIT POS, *****30009793589, AUT 022518 DDA PURCHASE<br>SUNOCO 04712659     WHITNEY POIN * NY | 10.10 |
| 02/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 022218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 9.49 |
| 02/27 | DEBIT CARD PURCHASE, *****30009793589, AUT 022418 VISA DDA PUR<br>AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 112.89 |
| 02/27 | DEBIT CARD PURCHASE, *****30009793589, AUT 022618 VISA DDA PUR<br>SHOPRITE WASHINGTNTWP   SEWELL    * NJ | 94.56 |
| 02/27 | DEBIT CARD PURCHASE, *****30009793589, AUT 022518 VISA DDA PUR<br>DOMINIC S PIZZA   WHITNEY POINT * NY | 60.94 |
| 02/27 | DEBIT POS, *****30009793589, AUT 022618 DDA PURCHASE<br>P C 107          ITHACA      * NY | 20.86 |
| 02/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 022618 VISA DDA PUR<br>DOMINIC S PIZZA   WHITNEY POINT * NY | 87.05 |
| 02/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR<br>MIRABITO 13 RICHFORD   RICHFORD * NY | 51.74 |
| 02/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 022618 VISA DDA PUR<br>DOMINIC S PIZZA   WHITNEY POINT * NY | 17.04 |
| 02/28 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCHASE<br>SUNOCO 04712659     WHITNEY POIN * NY | 15.27 |
| 02/28 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCHASE<br>EXXON NEW MILFO    NEW MILFORD * PA | 12.53 |
| 02/28 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCHASE<br>SUNOCO 04712659     WHITNEY POIN * NY | 10.00 |
| 02/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR<br>AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 8.99 |
| 02/28 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCHASE<br>SUNOCO 04712659     WHITNEY POIN * NY | 4.48 |
| 03/01 | DEBIT POS, *****30009793589, AUT 030118 DDA PURCHASE<br>JIFFY LUBE 438     BLACKWOOD   * NJ | 104.48 |

Call 1-800-937-2000 for 24-hour Bank by Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196    DIST NJ

Page                4 of 5
Statement Period    Feb 24 2018-Mar 23 2018
Cust Ref #          4329638419-039-T-###
Primary Account #   432-9638419

## DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | TD ATM DEBIT, *****30009793589, AUT 030118 DDA WITHDRAW<br>284 EGG HARBOR ROAD    SEWELL    *NJ | 100.00 |
| 03/01 | DEBIT POS, *****30009793589, AUT 022818 DDA PURCH W/CB<br>CVS PHARMACY 00 00362    SEWELL    *NJ | 71.60 |
| 03/01 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR<br>DOMINIC S PIZZA    WHITNEY POINT *NY | 66.91 |
| 03/01 | DEBIT POS, *****30009793589, AUT 030118 DDA PURCH W/CB<br>CVS PHARMACY 00 00362    SEWELL    *NJ | 56.29 |
| 03/01 | DEBIT POS, *****30009793589, AUT 030118 DDA PURCHASE<br>GNC 0360 GNC 003601750    DEPTFORD    *NJ | 51.99 |
| 03/01 | DEBIT CARD PURCHASE, *****30009793589, AUT 022818 VISA DDA PUR<br>SUNOCO 0471265900    WHITNEY POINT *NY | 40.08 |
| 03/01 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL *WA | 23.50 |
| 03/01 | DEBIT CARD PURCHASE, *****30009793589, AUT 022718 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL *WA | 18.97 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR<br>ATLCITYELECT SPEEDPAY    800 642 3780 *DC | 1,001.95 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR<br>COMCAST    800 COMCAST *NJ | 450.00 |
| 03/02 | DEBIT POS, *****30009793589, AUT 030218 DDA PURCHASE<br>SHOPRITE WSHNGTNTWP S1    SEWELL    *NJ | 335.69 |
| 03/02 | DEBIT POS, *****30009793589, AUT 030218 DDA PURCHASE<br>WAWA 499    SEWELL    *NJ | 159.80 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR<br>SUNOCO 0204081400    TURNERSVILLE *NJ | 45.21 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR<br>AUTOSHEEN CAR WASH    BLACKWOOD *NJ | 42.04 |
| 03/02 | DEBIT CARD PURCHASE, *****30009793589, AUT 030118 VISA DDA PUR<br>MCDONALD S F10083    SEWELL    *NJ | 19.76 |
| 03/05 | DEBIT CARD PURCHASE, *****30009793589, AUT 030218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL *WA | 60.98 |
| 03/05 | TD ATM DEBIT, *****30009793589, AUT 030318 DDA WITHDRAW<br>284 EGG HARBOR ROAD    SEWELL    *NJ | 60.00 |
| 03/05 | DEBIT CARD PURCHASE, *****30009793589, AUT 030218 VISA DDA PUR<br>ADVOCARE LERCH AND AMA    SEWELL    *NJ | 50.00 |
| 03/05 | DEBIT CARD PURCHASE, *****30009793589, AUT 030318 VISA DDA PUR<br>SUNOCO 0204081400    TURNERSVILLE *NJ | 36.51 |
| 03/06 | DEBIT CARD PURCHASE, *****30009793589, AUT 030518 VISA DDA PUR<br>SHOPRITE WASHINGTNTWP    SEWELL    *NJ | 98.94 |
| 03/06 | ACH DEBIT, NORTHWESTERN    MU ISA PAYMNT ****880-02 | 76.81 |
| 03/12 | NONTD ATM DEBIT, *****30009793589, AUT 031018 DDA WITHDRAW<br>135 FAIRGROUNDS MEMORIA    ITHACA    *NY | 102.00 |
| 03/12 | ACH DEBIT, NORTHWESTERN    MU RETRY PYMT ****880-02 | 76.81 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page                              5 of 5
Statement Period:    Feb 24 2018-Mar 23 2018
Cust Ref #.                4329638419-039-T-###
Primary Account #:              432-9638419

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 03/12 | DEBIT POS, *****30009793589, | AUT 031018 | DDA PURCHASE | | 46.24 |
| | P C 107 | ITHACA | * NY | | |
| 03/12 | DEBIT CARD PURCHASE, | *****30009793589, | AUT 031018 | VISA DDA PUR | 30.03 |
| | MIRABITO 46 ITHACA | ITHACA | * NY | | |
| 03/13 | DEBIT CARD PURCHASE, | *****30009793589, | AUT 031218 | VISA DDA PUR | 42.64 |
| | WAWA 975 00009753 | TURNERSVILLE | * NJ | | |
| | | | | Subtotal | 3,966.59 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | DEBIT | 500.00 |
| 03/07 | OVERDRAFT RET | 35.00 |
| 03/09 | OVERDRAFT RET | 35.00 |
| 03/13 | OVERDRAFT RET | 35.00 |
| | Subtotal | 605.00 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/23 | 1,692.80 | 03/06 | -69.20 |
| 02/26 | 1,491.79 | 03/07 | -27.39 |
| 02/27 | 1,202.54 | 03/08 | -677.39 |
| 02/28 | 995.44 | 03/09 | -663.79 |
| 03/01 | 2,368.49 | 03/12 | -241.29 |
| 03/02 | 314.04 | 03/13 | -242.12 |
| 03/05 | 106.55 | | |



America's Most Convenient Bank®                    STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ
S NOTTINGHAM WAY
TURNERSVILLE   NJ 08012

Page                             1 of 5
Statement Period       Mar 24 2018-Apr 23 2018
Cust Ref #             4329638419-039-T-###
Primary Account #              432-9638419

Chapter   11  Checking
DAVID RISTICK                                                                    Account  # 432-9638419
DIP CASE 17-19196 DIST NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -242.12 | Average Collected Balance | 774.08 |
| Deposits | 2,459.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,001.26 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,431.01 | Days in Period | 31 |
| Other Withdrawals | 400.00 | | |
| Ending Balance | 387.13 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $105.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | DEPOSIT | 700.00 |
| 03/26 | DEPOSIT | 600.00 |
| 04/02 | DEPOSIT | 100.00 |
| 04/11 | DEPOSIT | 1,059.00 |
| | Subtotal: | 2,459.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | ATM CASH DEPOSIT, *****30009793589 AUT 032618 ATM CASH DEPOSIT 284 EGG HARBOR ROAD   SEWELL   * NJ | 100.00 |
| 04/09 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 901.26 |
| 04/11 | ATM CASH DEPOSIT, *****30009793589 AUT 041118 ATM CASH DEPOSIT 284 EGG HARBOR ROAD   SEWELL   * NJ | 1,000.00 |
| | Subtotal: | 2,001.26 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank N.A. | Equal Housing Lender

| Date | | Balance | | Account # | | | Page | |

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded
- Add any interest earned if you have an interest-bearing account
- Add any automatic deposit or overdraft line of credit
- Review all withdrawals shown on this statement and check them off in your account register
- Follow instructions 2-5 to verify your ending account balance

1. Your ending balance shown on this statement is

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2

3. Subtotal by adding lines 1 and 2

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance

❶ Ending Balance _____ 387.13

❷ Total Deposits _____

❸ Sub Total _____

❹ Total Withdrawals _____

❺ Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- fi Your name and account number
- fi A description of the error or transaction you are unsure about
- fi The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

- fi Your name and account number
- fi The dollar amount of the suspected error
- fi Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline Overdraft Protection account (the term "ODP" or "ODP" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustment that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

STATEMENT OF ACCOUNT

Page                                     3 of 5
Statement Period        Mar 24 2018-Apr 23 2018
Cust Ref #              4329638419-039-T-###
Primary Account #            432-9638419

## DAILY ACCOUNT ACTIVITY

Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR<br>AMERICAN AIR001218033904    FORT WORTH    *TX | 324.30 |
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR<br>AMERICAN AIR001062030781    FORT WORTH    *TX | 38.52 |
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR<br>TRAVEL INSURANCE POLICY    800 729 6021    *VA | 22.68 |
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753    *CA | 14.99 |
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753    *CA | 0.99 |
| 03/27 | DEBIT CARD PAYMENT, *****30009793589, AUT 032618 VISA DDA PUR<br>AMAZONPRIME MEMBERSHIP    AMZN COM PRME    *WA | 13.85 |
| 03/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 032618 VISA DDA PUR<br>AMERICAN AIR001218055380    FORT WORTH    *TX | 324.30 |
| 03/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 032718 VISA DDA PUR<br>SME EVENTS 1    800 733 4763    *MI | 50.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 032618 VISA DDA PUR<br>AMERICAN AIR001062040106    FORT WORTH    *TX | 45.53 |
| 03/29 | DEBIT POS, *****30009793589, AUT 032918 DDA PURCHASE<br>SHOPRITE WSHNGTNTWP S1    SEWELL    *NJ | 90.82 |
| 03/29 | DEBIT CARD PURCHASE, *****30009793589, AUT 032718 VISA DDA PUR<br>MEZZOGIORNO    PHILADELPHIA    *PA | 9.27 |
| 04/03 | DEBIT CARD PURCHASE, *****30009793589, AUT 040218 VISA DDA PUR<br>COMCAST    800 COMCAST    *NJ | 179.69 |
| 04/03 | DEBIT POS, *****30009793589, AUT 040318 DDA PURCHASE<br>SHOPRITE WSHNGTNTWP S1    SEWELL    *NJ | 64.19 |
| 04/04 | DEBIT POS, *****30009793589, AUT 040418 DDA PURCHASE<br>TARGET T 4001 BLACK H    TURNERSVILLE    *NJ | 38.95 |
| 04/04 | DEBIT POS, *****30009793589, AUT 040418 DDA PURCHASE<br>TARGET T 4001 BLACK H    TURNERSVILLE    *NJ | 8.28 |
| 04/04 | DEBIT POS, *****30009793589, AUT 040418 DDA PURCHASE<br>TARGET T 4001 BLACK H    TURNERSVILLE    *NJ | 5.79 |
| 04/06 | DEBIT CARD PURCHASE, *****30009793589, AUT 040518 VISA DDA PUR<br>AA INFLIGHT VISA FACET 3    PHOENIX    *AZ | 5.00 |
| 04/09 | DEBIT CARD PURCHASE, *****30009793589, AUT 040518 VISA DDA PUR<br>URBANOUTFITTERS COM    800 282 2200    *PA | 18.94 |
| 04/09 | DEBIT CARD PURCHASE, *****30009793589, AUT 040718 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753    *CA | 0.99 |
| 04/11 | DEBIT CARD PURCHASE, *****30009793589, AUT 040918 VISA DDA PUR<br>APTIVE ENVIRONMENTAL    P 610 707 2847    *PA | 158.87 |
| 04/12 | DEBIT POS, *****30009793589, AUT 041218 DDA PURCHASE<br>SHOPRITE GLASSBORO S1    GLASSBORO    *NJ | 114.28 |
| 04/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 041118 VISA DDA PUR<br>MERCIER ORCHARDS    706 632 3411    *GA | 83.02 |



**STATEMENT OF ACCOUNT**

DAVID RISTICK
DIP CASE 17-19196 DIST. NJ

Page: 4 of 5
Statement Period: Mar 24 2018-Apr 23 2018
Cust Ref #: 4329638419-039-T-###
Primary Account #: 432-9638419

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 041118 VISA DDA PUR<br>WAWA 975 00009753 TURNERSVILLE * NJ | 38.00 |
| 04/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 041118 VISA DDA PUR<br>MCDONALD S F10083 SEWELL * NJ | 20.98 |
| 04/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 041018 VISA DDA PUR<br>STARBUCKS STORE 09802 SEWELL * NJ | 17.75 |
| 04/13 | DEBIT CARD PURCHASE, *****30009793589, AUT 041218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 77.47 |
| 04/13 | DEBIT CARD PURCHASE, *****30009793589, AUT 041218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 24.98 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041418 VISA DDA PUR<br>COMCAST 800 COMCAST * NJ | 314.46 |
| 04/16 | DEBIT POS, *****30009793589, AUT 041518 DDA PURCHASE<br>WAWA 981 SICKLERVILLE * NJ | 76.26 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR<br>ATIREGAL CINEMAS REGMOVIES COM * CA | 70.74 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR<br>THE DISNEY STORE 465 DEPTFORD * NJ | 47.87 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR<br>UA WASHINGTON TOWNSHIP 1 SEWELL * NJ | 35.46 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR<br>CVS PHARMACY 00 00362 SEWELL * NJ | 34.54 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041218 VISA DDA PUR<br>AMAZON COM AMZN COM BILL AMZN COM BILL * WA | 31.99 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR<br>SUNOCO 0204081400 TURNERSVILLE * NJ | 30.81 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041218 VISA DDA PUR<br>AMAZON COM AMZN COM BILL AMZN COM BILL * WA | 29.39 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR<br>WAWA 981 00009811 SICKLERVILLE * NJ | 20.00 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR<br>TONY LUKE S DEPTFORD * NJ | 19.16 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR<br>SQ GINNY S COOKIES WOODBURY * NJ | 17.83 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR<br>PIZZA ZEPPOLE DEPTFORD * NJ | 12.42 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR<br>CHICK FIL A 00454 DEPTFORD * NJ | 2.12 |
| 04/17 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR<br>SEVEN STAR DINER SEWELL * NJ | 35.20 |
| 04/17 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR<br>WENDY S 3018 TURNERSVILLE * NJ | 22.32 |
| 04/17 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR<br>SEVEN STAR DINER SEWELL * NJ | 16.91 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page                    5 of 5
Statement Period        Mar 24 2018-Apr 23 2018
Cust Ref #              4329638419-039-T-###
Primary Account #       432-9638419

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | DEBIT CARD PURCHASE, *****30009793589, AUT 041718 VISA DDA PUR SHOPRITE WASHINGTNTWP SEWELL * NJ | 107.25 |
| 04/18 | DEBIT CARD PURCHASE, *****30009793589, AUT 041618 VISA DDA PUR NORDSTROM DIRECT 0808 888 282 6060 * IA | 23.40 |
| 04/19 | DEBIT CARD PURCHASE, *****30009793589, AUT 041818 VISA DDA PUR NORDSTROM DIRECT 0808 CEDAR RAPIDS * IA | 102.40 |
| 04/19 | DEBIT CARD PAYMENT, *****30009793589, AUT 041818 VISA DDA PUR AMAZONPRIME MEMBERSHIP AMZN COM PRME * WA | 13.85 |
| 04/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 042318 VISA DDA PUR SHOPRITE WSHNGTNTWP S1 SEWELL * NJ | 251.96 |
| 04/23 | DEBIT POS, *****30009793589, AUT 042218 DDA PURCHASE WAWA 981 SICKLERVILLE * NJ | 104.42 |
| 04/23 | TD ATM DEBIT, *****30009793589, AUT 042318 DDA WITHDRAW 284 EGG HARBOR ROAD SEWELL * NJ | 100.00 |
| 04/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 042118 VISA DDA PUR THE DISNEY STORE 465 DEPTFORD * NJ | 44.77 |
| 04/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 042118 VISA DDA PUR GAS STOP SEWELL * NJ | 43.05 |
| 04/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 042018 VISA DDA PUR DIS SHOPDISNEY COM 800 328 0368 * CA | 30.00 |
|  | Subtotal | 3,431.01 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/11 | MINI STMT PREAUTH, *****30009793589 AUT 041118 MINISTMT PREAUTH 284 EGG HARBOR ROAD SEWELL * NJ | 0.00 |
| 04/16 | DEBIT | 400.00 |
|  | Subtotal | 400.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/23 | -242.12 | 04/09 | 902.06 |
| 03/26 | 756.40 | 04/11 | 2,802.19 |
| 03/27 | 742.55 | 04/12 | 2,528.16 |
| 03/28 | 322.72 | 04/13 | 2,425.71 |
| 03/29 | 222.63 | 04/16 | 1,282.66 |
| 04/02 | 322.63 | 04/17 | 1,208.23 |
| 04/03 | 78.75 | 04/18 | 1,077.58 |
| 04/04 | 25.73 | 04/19 | 961.33 |
| 04/06 | 20.73 | 04/23 | 382.13 |