UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
Attorneys for TCA Global Credit Master Fund, LP

In Re:

DAVID RISTICK,

          Debtor.

Case No.:  17-19196

Adv. Pro. No.:  _____

Chapter:  11

Hearing Date:  5/24/18

Judge:  Altenburg

## ADJOURNMENT REQUEST

1. I, _____David H. Stein, Esq._____,

   ☒ am the attorney for: _____creditor, TCA Global Credit Master Fund, LP_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: hearing on adequacy of Disclosure Statement

   Current hearing date and time: 5/24/18 at 10:00 a.m.

   New date requested: 6/14/18

   Reason for adjournment request: conflict of schedule involving medical issue

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 5/9/18 _____      /s/ David H. Stein _____
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted       New hearing date: 6/14/18 at 10 am       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2