UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                          NEW JERSEY

IN RE DAVID RISTICK                         Case No. _____ 17-19196
                                            Reporting Period: 04/01/2018-04/30/2018

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____                           Date  05/10/18
Signature of Debtor

_____                           Date
Signature of Joint Debtor

_____                           Date
Signature of Authorized Individual*

_____                           _____
Printed Name of Authorized Individual               Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____         Case No. _17-19196_____
　　　　　　　Debtor                                          Reporting Period __0 04/01/2018-04/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 351.46 | 351.46 |
| **RECEIPTS** | | |
| Wages (Net) | 901.26 | 57845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $2,299.00 | 11654.84 |
| Total Receipts | 3200.26 | 69500.20 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | 8767.52 |
| Insurance | | 2259.81 |
| Auto Expense | 98.86 | 3992.5 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 784.25 |
| Household Expenses | 3231.86 | 44126.22 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6184.29 |
| Total Ordinary Disbursements | 3330.72 | 69727.51 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 325 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 325 |
| **Total Disbursements (Ordinary + Reorganization)** | | 70052.51 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | -130.46 |
| Cash - End of Month (Must equal reconciled bank statement) | | 221.00 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____ Case No.____17-19196_____
       Debtor                                                                                         4/1/2018

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| old account | 0 | 200 |
| TAX REFUND | 1059 | |
| INSURANCE REFUND | | 160.76 |
| CORRECTION | | 93.58 |
| GIFT | 1240 | 2500 |
| TRAVEL EXPENSE REIMBURSEMENT | | 4304.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
4/30/2018

| | |
|---|---:|
| beginning balance | 351.46 |
| total deposits | 3200.26 |
| total withdrawals | 3330.72 |
| ending balance | 221.00 |
| outstanding checks | 0.00 |
| register balance | 221.00 |



**Bank**
America's Most Convenient Bank®               T        STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE   NJ  08012

Page:                                    1 of 5
Statement Period:   Mar 24 2018-Apr 23 2018
Cust Ref #:
Primary Account #:

Chapter  11  Checking
DAVID RISTICK                                                      Account  # 432-9638419
DIP CASE 17-19196 DIST NJ

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -242.12 | Average Collected Balance | 774.08 |
| Deposits | 2,459.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,001.26 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,431.01 | Days in Period | 31 |
| Other Withdrawals | 400.00 | | |
| Ending Balance | 387.13 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $105.00 |

## DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | DEPOSIT | 700.00 |
| 03/26 | DEPOSIT | 600.00 |
| 04/02 | DEPOSIT | 100.00 |
| 04/11 | DEPOSIT | 1,059.00 |
| | Subtotal: | 2,459.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | ATM CASH DEPOSIT, *****30009793589<br>AUT 032618 ATM CASH DEPOSIT<br>284 EGG HARBOR ROAD    SEWELL   * NJ | 100.00 |
| 04/09 | ACH DEPOSIT, UNITED1127 PAYROLL DAVID | 901.26 |
| 04/11 | ATM CASH DEPOSIT, *****30009793589<br>AUT 041118 ATM CASH DEPOSIT<br>284 EGG HARBOR ROAD    SEWELL   * NJ | 1,000.00 |
| | Subtotal: | 2,001.26 |

How to Balance Your Account                                                           Page        2 of 5

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance         387.13

❷ Total Deposits          -

❸ Sub Total

❹ Total Withdrawals       -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

FOR CONSUMER ACCOUNTS ONLY - IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic funds transfer or if you believe there is an error on your bank statement or receipt relating to an electronic funds transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY - BILLING RIGHTS SUMMARY:

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance of the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page 3 of 5
Statement Period   Mar 24 2018-Apr 23 2018
Cust Ref #
Primary Account #   

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR AMERICAN AIR001218033904  FORT WORTH  * TX | 324.30 |
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR AMERICAN AIR001062030781  FORT WORTH  * TX | 38.52 |
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR TRAVEL INSURANCE POLICY  800 729 6021  * VA | 22.68 |
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR APL ITUNES COM BILL  866 712 7753  * CA | 14.99 |
| 03/26 | DEBIT CARD PURCHASE, *****30009793589, AUT 032418 VISA DDA PUR APL ITUNES COM BILL  866 712 7753  * CA | 0.99 |
| 03/27 | DEBIT CARD PAYMENT, *****30009793589, AUT 032618 VISA DDA PUR AMAZONPRIME MEMBERSHIP  AMZN COM PRME  * WA | 13.85 |
| 03/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 032618 VISA DDA PUR AMERICAN AIR001218055380  FORT WORTH  * TX | 324.30 |
| 03/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 032718 VISA DDA PUR SME EVENTS 1  800 733 4763  * MI | 50.00 |
| 03/28 | DEBIT CARD PURCHASE, *****30009793589, AUT 032618 VISA DDA PUR AMERICAN AIR001062040106  FORT WORTH  * TX | 45.53 |
| 03/29 | DEBIT POS, *****30009793589, AUT 032918 DDA PURCHASE SHOPRITE WSHNGTNTWP S1  SEWELL  * NJ | 90.82 |
| 03/29 | DEBIT CARD PURCHASE, *****30009793589, AUT 032718 VISA DDA PUR MEZZOGIORNO  PHILADELPHIA  * PA | 9.27 |
| 04/03 | DEBIT CARD PURCHASE, *****30009793589, AUT 040218 VISA DDA PUR COMCAST  800 COMCAST  * NJ | 179.69 |
| 04/03 | DEBIT POS, *****30009793589, AUT 040318 DDA PURCHASE SHOPRITE WSHNGTNTWP S1  SEWELL  * NJ | 64.19 |
| 04/04 | DEBIT POS, *****30009793589, AUT 040418 DDA PURCHASE TARGET T 4001 BLACK H  TURNERSVILLE  * NJ | 38.95 |
| 04/04 | DEBIT POS, *****30009793589, AUT 040418 DDA PURCHASE TARGET T 4001 BLACK H  TURNERSVILLE  * NJ | 8.28 |
| 04/04 | DEBIT POS, *****30009793589, AUT 040418 DDA PURCHASE TARGET T 4001 BLACK H  TURNERSVILLE  * NJ | 5.79 |
| 04/06 | DEBIT CARD PURCHASE, *****30009793589, AUT 040518 VISA DDA PUR AA INFLIGHT VISA FACET 3  PHOENIX  * AZ | 5.00 |
| 04/09 | DEBIT CARD PURCHASE, *****30009793589, AUT 040518 VISA DDA PUR URBANOUTFITTERS COM  800 282 2200  * PA | 18.94 |
| 04/09 | DEBIT CARD PURCHASE, *****30009793589, AUT 040718 VISA DDA PUR APL ITUNES COM BILL  866 712 7753  * CA | 0.99 |
| 04/11 | DEBIT CARD PURCHASE, *****30009793589, AUT 040918 VISA DDA PUR APTIVE ENVIRONMENTAL  P 610 707 2847  * PA | 158.87 |
| 04/12 | DEBIT POS, *****30009793589, AUT 041218 DDA PURCHASE SHOPRITE GLASSBORO S1  GLASSBORO  * NJ | 114.28 |
| 04/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 041118 VISA DDA PUR MERCIER ORCHARDS  706 632 3411  * GA | 83.02 |

Call 1-800-937-2000   for 24-hour Bank-by-Phone services  or connect to www.tdbank.com

BankDeposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page: 4 of 5
Statement Period    Mar 24 2018-Apr 23 2018
Cust Ref #
Primary Account #

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 041118 VISA DDA PUR WAWA 975 00009753 TURNERSVILLE * NJ | 38.00 |
| 04/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 041118 VISA DDA PUR MCDONALD S F10083 SEWELL * NJ | 20.98 |
| 04/12 | DEBIT CARD PURCHASE, *****30009793589, AUT 041018 VISA DDA PUR STARBUCKS STORE 09802 SEWELL * NJ | 17.75 |
| 04/13 | DEBIT CARD PURCHASE, *****30009793589, AUT 041218 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 77.47 |
| 04/13 | DEBIT CARD PURCHASE, *****30009793589, AUT 041218 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 24.98 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041418 VISA DDA PUR COMCAST 800 COMCAST * NJ | 314.46 |
| 04/16 | DEBIT POS, *****30009793589, AUT 041518 DDA PURCHASE WAWA 981 SICKLERVILLE * NJ | 76.26 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR ATIREGAL CINEMAS REGMOVIES COM * CA | 70.74 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR THE DISNEY STORE 465 DEPTFORD * NJ | 47.87 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR UA WASHINGTON TOWNSHIP 1 SEWELL * NJ | 35.46 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR CVS PHARMACY 00 00362 SEWELL * NJ | 34.54 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041218 VISA DDA PUR AMAZON COM AMZN COM BILL AMZN COM BILL * WA | 31.99 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR SUNOCO 0204081400 TURNERSVILLE * NJ | 30.81 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041218 VISA DDA PUR AMAZON COM AMZN COM BILL AMZN COM BILL * WA | 29.39 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR WAWA 981 00009811 SICKLERVILLE * NJ | 20.00 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR TONY LUKE S DEPTFORD * NJ | 19.16 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR SQ GINNY S COOKIES WOODBURY * NJ | 17.83 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR PIZZA ZEPPOLE DEPTFORD * NJ | 12.42 |
| 04/16 | DEBIT CARD PURCHASE, *****30009793589, AUT 041318 VISA DDA PUR CHICK FIL A 00454 DEPTFORD * NJ | 2.12 |
| 04/17 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR SEVEN STAR DINER SEWELL * NJ | 35.20 |
| 04/17 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR WENDY S 3018 TURNERSVILLE * NJ | 22.32 |
| 04/17 | DEBIT CARD PURCHASE, *****30009793589, AUT 041518 VISA DDA PUR SEVEN STAR DINER SEWELL * NJ | 16.91 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 5 of 5
Statement Period: Mar 24 2018-Apr 23 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | DEBIT CARD PURCHASE, *****30009793589, AUT 041718 VISA DDA PUR SHOPRITE S WASHINGTNTWP SEWELL * NJ | 107.25 |
| 04/18 | DEBIT CARD PURCHASE, *****30009793589, AUT 041618 VISA DDA PUR NORDSTROM DIRECT 0808 888 282 6060 * IA | 23.40 |
| 04/19 | DEBIT CARD PURCHASE, *****30009793589, AUT 041818 VISA DDA PUR NORDSTROM DIRECT 0808 CEDAR RAPIDS * IA | 102.40 |
| 04/18 | DEBIT CARD PAYMENT, *****30009793589, AUT 041818 VISA DDA PUR AMAZONPRIME MEMBERSHIP AMZN COM PRME * WA | 13.85 |
| 04/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 042318 VISA DDA PUR SHOPRITE WSHNGTNTWP S1 SEWELL * NJ | 251.96 |
| 04/23 | DEBIT POS, *****30009793589, AUT 042218 DDA PURCHASE WAWA 981 SICKLERVILLE * NJ | 104.42 |
| 04/23 | TD ATM DEBIT, *****30009793589, AUT 042318 DDA WITHDRAW 284 EGG HARBOR ROAD SEWELL * NJ | 100.00 |
| 04/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 042118 VISA DDA PUR THE DISNEY STORE 465 DEPTFORD * NJ | 44.77 |
| 04/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 042118 VISA DDA PUR GAS STOP SEWELL * NJ | 43.05 |
| 04/23 | DEBIT CARD PURCHASE, *****30009793589, AUT 042018 VISA DDA PUR DIS SHOPDISNEY COM 800 328 0368 * CA | 30.00 |
|  | Subtotal: | 3,431.01 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/11 | MINI STMT PREAUTH, *****30009793589 AUT 041118 MINISTMT PREAUTH 284 EGG HARBOR ROAD SEWELL * NJ | 0.00 |
| 04/16 | DEBIT | 400.00 |
|  | Subtotal: | 400.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/23 | -242.12 | 04/09 | 902.06 |
| 03/26 | 756.40 | 04/11 | 2,802.19 |
| 03/27 | 742.55 | 04/12 | 2,528.16 |
| 03/28 | 322.72 | 04/13 | 2,425.71 |
| 03/29 | 222.63 | 04/16 | 1,282.66 |
| 04/02 | 322.63 | 04/17 | 1,208.23 |
| 04/03 | 78.75 | 04/18 | 1,077.58 |
| 04/04 | 25.73 | 04/19 | 961.33 |
| 04/06 | 20.73 | 04/23 | 387.13 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank N.A | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ       08012

039 / Chapter 11 Checking

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 4/24/2018 | | | $387.13 |
| Plus | 1 | Deposits and Other Credits | $140.00 |
| Less | 10 | Checks and Other Debits | $454.43 |
| Statement Balance As Of: 05/04/2018 | | | $72.70 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 04/24/2018 | VISA DDA PUR 403482   SHOPRITE WSHNG | $17.85 | | $369.28 |
| 04/24/2018 | VISA DDA PUR 444500   WENDY S 3018 | $15.18 | | $354.10 |
| 04/25/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $140.00 | $494.10 |
| 04/25/2018 | VISA DDA PUR 426979   NIFTY FIFTYS  TU | $25.92 | | $468.18 |
| 04/25/2018 | VISA DDA PUR 469216   APL ITUNES COM | $14.99 | | $453.19 |
| 04/26/2018 | VISA DDA PUR 444573   MACYS   COM | $154.18 | | $299.01 |
| 04/26/2018 | VISA DDA PUR 469216   COMCAST | $100.00 | | $199.01 |
| 04/26/2018 | VISA DDA PUR 443565   H M ONLINE  7700 | $64.88 | | $134.13 |
| 04/30/2018 | VISA DDA PUR 478930   OTC BRANDS  INC | $33.96 | | $100.17 |
| 04/30/2018 | VISA DDA PUR 469216   DEPTFORD MALL S | $8.00 | | $92.17 |
| 05/03/2018 | VISA DDA PUR 469216   AMAZON MKTPLA | $19.47 | | $72.70 |

UNITED INFRASTRUCTURE LLC
20 SULLIVAN AVE
EATONTOWN
NJ 07724

DAVID J RISTICK
5 SAMANTHA CT
SEWELL, NJ 08080

| Employee Pay Stub | Check number: | Pay Period: 03/24/2018 - 03/30/2018 | Pay Date: 04/06/2018 |
|---|---|---|---|
| **Employee** | | **SSN** / **Status (Fed/State)** | **Allowances/Extra** |
| DAVID J RISTICK, 5 SAMANTHA CT, SEWELL, NJ 08080 | | ***-**-2186 / Married/Married/Civil Union Joint | Fed-1/0/NJ-1 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,000.00 | 13,100.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NJ - WF/SWF | -0.42 | -5.50 |
| NJ - Health Care Subsidy | 0.00 | 0.00 |
| NJ - Family Leave Insurance | -0.90 | -11.79 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -7.00 | -119.00 |
| Social Security Employee | -62.00 | -812.20 |
| Medicare Employee | -14.50 | -189.95 |
| NJ - Withholding | -8.19 | -76.95 |
| NJ - Disability | -1.90 | -24.89 |
| NJ - Unemployment | -3.83 | -50.11 |
| | -98.74 | -1,290.39 |
| **Net Pay** | **901.26** | **11,809.61** |

UNITED INFRASTRUCTURE LLC, 20 SULLIVAN AVE, EATONTOWN, NJ 07724

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.