UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
Attorneys for Debtor

In Re:

DAVID RISTICK

Case No.:           17-19196
Adv. Pro. No.: _____
Chapter:                11
Hearing Date:    July 12, 2018
Judge:               Altenburg

## ADJOURNMENT REQUEST

1. I, _____Jerrold S. Kulback_____,

   ☒ am the attorney for: _____David Ristick, Debtor_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: hearing on approval of Disclosure Statement [Docket No. 92]

   Current hearing date and time: July 12, 2018 at 10:00 a.m.

   New date requested: August 9, 2018

   Reason for adjournment request: I am on vacation July 7 through July 14. Also, David Stein, Esq. (counsel for TCA) has a personal matter.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 3, 2018                                     /s/ Jerrold S. Kulback
                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 8/9/18 at 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2