UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                    NEW JERSEY

IN RE DAVID RISTICK                    Case No. _____ 17-19196
                                       Reporting Period: 05/01/2018-05/31/2018

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_[signature]_                                       06/18/18
Signature of Debtor                                 Date

_____                      _____
Signature of Joint Debtor                           Date

_____                      _____
Signature of Authorized Individual*                 Date

_____                      _____
Printed Name of Authorized Individual               Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. _17-19196_____
           Debtor  Reporting Period __0 05/01/2018-05/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 221.00 | 221.00 |
| **RECEIPTS** | | |
| Wages (Net) | 0 | 57845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $35,709.26 | 47364.1 |
| Total Receipts | 35709.26 | 105209.46 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 6425.58 | 15193.1 |
| Insurance | 231.34 | 2491.15 |
| Auto Expense | | 3992.5 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 20000 | 20000 |
| Medical Expenses | 184.95 | 969.2 |
| Household Expenses | 6583.13 | 50709.35 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | 775.98 | 6184.29 |
| Total Ordinary Disbursements | 34200.98 | 103152.51 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 325 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 325 |
| **Total Disbursements (Ordinary + Reorganization)** | | 103477.51 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | 1508.28 |
| Cash - End of Month (Must equal reconciled bank statement) | | 1729.28 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____ Case No. ___17-19196_____
      Debtor                                           05/01/2018-05/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| TAX REFUND | | 1059 |
| STORE REFUND | 55 | 55 |
| INSURANCE REFUND | 31554.26 | 31715.02 |
| CORRECTION | | 93.58 |
| GIFT | 3400 | 5900 |
| TRAVEL EXPENSE REIMBURSEMENT | 700 | 5004.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
5/31/2018

| | |
|---|---:|
| beginning balance | 221.00 |
| total deposits | 35709.26 |
| total withdrawals | 34200.98 |
| ending balance | 1729.28 |
| outstanding checks | 0.00 |
| register balance | 1729.28 |

Statement Beginning Balance $387.13

| | | |
|---|---|---|
| Plus | 15 | Deposits and Other Credits $39,311.07 |
| Less | 149 | Checks and Other Debits $38,121.83 |

Statement Balance As Of: 06/23/2018 $1,576.37

## Transactions By Date

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 04/24/2018 | VISA DDA PUR 403482 | SHOPRITE WSHNG | $17.85 | | $369.28 |
| 04/24/2018 | VISA DDA PUR 444500 | WENDY S 3018 | $15.18 | | $354.10 |
| 04/25/2018 | ATM CASH DEPOSIT TW04B095 | 284 EGG H | | $140.00 | $494.10 |
| 04/25/2018 | VISA DDA PUR 426979 | NIFTY FIFTYS TU | $25.92 | | $468.18 |
| 04/25/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $14.99 | | $453.19 |
| 04/25/2018 | VISA DDA PUR 444573 | MACYS COM | $154.18 | | $299.01 |
| 04/26/2018 | VISA DDA PUR 469216 | COMCAST | $100.00 | | $199.01 |
| 04/26/2018 | VISA DDA PUR 443565 | H M ONLINE 7700 | $64.88 | | $134.13 |
| 04/30/2018 | VISA DDA PUR 478930 | OTC BRANDS INC | $33.96 | | $100.17 |
| 04/30/2018 | VISA DDA PUR 469216 | DEPTFORD MALL S | $8.00 | | $92.17 |
| 05/03/2018 | VISA DDA PUR 469216 | AMAZON MKTPLA | $19.47 | | $72.70 |
| 05/04/2018 | DEPOSIT | | | $31,554.26 | $31,626.96 |
| 05/08/2018 | DEBIT | | $500.00 | | $31,126.96 |
| 05/09/2018 | VISA DDA PUR 402178 | VERIZON WIRELES | $955.48 | | $30,171.48 |
| 05/09/2018 | VISA DDA PUR 443565 | AAA SOUTH JERSE | $111.00 | | $30,060.48 |
| 05/09/2018 | DDA PURCHASE 01440901 | WAWA 499 | $48.86 | | $30,011.62 |
| 05/09/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $0.99 | | $30,010.63 |
| 05/10/2018 | VISA DDA PUR 469216 | ATLCITYELECT SP | $3,284.95 | | $26,725.68 |

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| 05/10/2018 | VISA DDA PUR 469216  SOUTHJERSEY JA | $1,601.99 | | $25,223.69 |
| 05/10/2018 | VISA DDA PUR 469216  COMCAST | $744.22 | | $24,479.47 |
| 05/10/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $200.00 | | $24,279.47 |
| 05/10/2018 | VISA DDA PUR 476197  WWW RALPHLAUR | $154.98 | | $24,124.49 |
| 05/10/2018 | VISA DDA PUR 422638  SAMSCLUB COM | $106.63 | | $24,017.86 |
| 05/10/2018 | VISA DDA PUR 444573  MACYS   COM | $81.73 | | $23,936.13 |
| 05/10/2018 | VISA DDA PUR 443106  AMAZON COM AM | $55.94 | | $23,880.19 |
| 05/10/2018 | VISA DDA PUR 476501  PIONEER GAS | $30.85 | | $23,849.34 |
| 05/11/2018 | DEBIT | $20,000.00 | | $3,849.34 |
| 05/11/2018 | VISA DDA PUR 449804  VERIZON WIRELES | $368.16 | | $3,481.18 |
| 05/11/2018 | DDA PURCH W/CB 31132113  TARGET T 4 | $149.28 | | $3,331.90 |
| 05/11/2018 | VISA DDA PUR 478930  BANANA REPUBLI | $105.00 | | $3,226.90 |
| 05/11/2018 | VISA DDA PUR 443565  AAA SOUTH JERSE | $55.00 | | $3,171.90 |
| 05/11/2018 | VISA DDA PUR 319851  WAWA 8057 | $51.33 | | $3,120.57 |
| 05/11/2018 | VISA DDA PUR 478930  BANANA REPUBLI | $42.40 | | $3,078.17 |
| 05/11/2018 | VISA DDA PUR 469216  SXM SIRIUSXM CO | $26.66 | | $3,051.51 |
| 05/11/2018 | VISA DDA PUR 443106  AMAZON MKTPLA | $16.99 | | $3,034.52 |
| 05/14/2018 | VISA DDA PUR 475542  PEARLE VISION | $184.95 | | $2,849.57 |
| 05/14/2018 | VISA DDA PUR 490641  ASURIONWIRELES | $149.00 | | $2,700.57 |
| 05/14/2018 | VISA DDA PUR 313179  CLAIRE S 5877 SPA | $81.54 | | $2,619.03 |
| 05/14/2018 | VISA DDA PUR 469216  AMAZON MKTPLA | $42.99 | | $2,576.04 |
| 05/14/2018 | DDA PURCHASE 01440901  WAWA 499 | $38.80 | | $2,537.24 |
| 05/14/2018 | VISA DDA PUR 443106  DUNKIN  342850 Q3 | $8.99 | | $2,528.25 |
| 05/14/2018 | VISA DDA PUR 313179  CLAIRE S 5877 SPA | $2.59 | | $2,525.66 |
| 05/15/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $1,300.00 | $3,825.66 |
| 05/15/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $200.00 | | $3,625.66 |
| 05/15/2018 | VISA DDA PUR 490641  DNH GODADDY CO | $179.64 | | $3,446.02 |
| 05/15/2018 | VISA DDA PUR 443106  AMAZON COM AM | $59.50 | | $3,386.52 |
| 05/15/2018 | VISA DDA PUR 422443  SEWELL FUELS | $53.00 | | $3,333.52 |
| 05/15/2018 | VISA DDA PUR 443106  AMAZON COM AM | $34.71 | | $3,298.81 |
| 05/15/2018 | DDA PURCHASE 01440901  WAWA 499 | $30.39 | | $3,268.42 |
| 05/15/2018 | VISA DDA PUR 469216  AMAZON MKTPLA | $5.79 | | $3,262.63 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 05/16/2018 | VISA DDA PUR 422638 | SAMSCLUB COM | $178.43 | $1,984.20 |
| 05/16/2018 | VISA DDA PUR 403482 | SHOPRITE WSHNG | $206.83 | $1,777.37 |
| 05/17/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $1,000.00 | $2,777.37 |
| 05/17/2018 | VISA DDA PUR 469216 | COURTYARD BY M | $355.33 | $2,422.04 |
| 05/17/2018 | DDA PURCHASE 01440901 | WAWA 499 | $171.96 | $2,250.08 |
| 05/17/2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $50.98 | $2,199.10 |
| 05/17/2018 | VISA DDA PUR 479262 | EXPRESS COM | $35.99 | $2,163.11 |
| 05/17/2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $29.89 | $2,133.22 |
| 05/17/2018 | VISA DDA PUR 443106 | AMAZON COM AM | $29.39 | $2,103.83 |
| 05/17/2018 | VISA DDA PUR 469216 | AMAZON MKTPLA | $17.94 | $2,085.89 |
| 05/17/2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $9.99 | $2,075.90 |
| 05/17/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $3.19 | $2,072.71 |
| 05/18/2018 | VISA DDA PUR 478930 | OLD NAVY ON LIN | $68.70 | $2,004.01 |
| 05/18/2018 | VISA DDA PUR 416407 | ENTERPRISE REN | $50.00 | $1,954.01 |
| 05/18/2018 | VISA DDA PUR 469216 | AMAZONPRIME M | $13.85 | $1,940.16 |
| 05/21/2018 | VISA DDA REF 319453 | NORDSTROM 0637 | $55.00 | $1,995.16 |
| 05/21/2018 | VISA DDA PUR 319310 | ABERCROMBIE F | $162.00 | $1,833.16 |
| 05/21/2018 | DDA PURCHASE 24667001 | SAMSCLUB 66 | $130.21 | $1,702.95 |
| 05/21/2018 | VISA DDA PUR 319453 | NORDSTROM 063 | $83.96 | $1,618.99 |
| 05/21/2018 | VISA DDA PUR 478930 | BANANA REPUBLI | $80.39 | $1,538.60 |
| 05/21/2018 | VISA DDA PUR 443106 | AMAZON COM AM | $55.94 | $1,482.66 |
| 05/21/2018 | VISA DDA PUR 403482 | SHOPRITE WSHNG | $53.29 | $1,429.37 |
| 05/21/2018 | VISA DDA PUR 405523 | UNITED GAS | $44.64 | $1,384.73 |
| 05/21/2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $42.99 | $1,341.74 |
| 05/21/2018 | VISA DDA PUR 416405 | EXXONMOBIL 47 | $31.78 | $1,309.96 |
| 05/21/2018 | VISA DDA PUR 403482 | SHOPRITE WSHNG | $31.76 | $1,278.20 |
| 05/21/2018 | VISA DDA PUR 319134 | H M     C | $29.99 | $1,248.21 |
| 05/21/2018 | VISA DDA PUR 443106 | THE DISNEY STOR | $28.63 | $1,219.58 |
| 05/21/2018 | VISA DDA PUR 443106 | AMAZON COM AM | $25.49 | $1,194.09 |
| 05/22/2018 | VISA DDA PUR 443106 | AMAZON COM AM | $37.21 | $1,156.88 |
| 05/22/2018 | VISA DDA PUR 422369 | PARADISE COVE T | $28.52 | $1,128.36 |
| 05/22/2018 | VISA DDA PUR 469216 | AMAZON MKTPLA | $19.99 | $1,108.37 |

| Date | Description | | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 05/23/2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $168.80 | | $989.57 |
| 05/23/2018 | VISA DDA PUR 442733 | MCDONALD S F10 | $11.30 | | $978.27 |
| 05/23/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $6.18 | | $972.09 |
| 05/24/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $7.56 | | $964.53 |
| 05/25/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $18.67 | | $945.86 |
| 05/25/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $14.99 | | $930.87 |
| 05/29/2018 | UNITED1127    PAYROLL | | | $700.00 | $1,630.87 |
| 05/29/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H | | | $1,100.00 | $2,730.87 |
| 05/29/2018 | DDA PURCHASE 66700011 | SAM S CLUB | $145.82 | | $2,585.05 |
| 05/29/2018 | VISA DDA PUR 319310 | ABERCROMBIE F | $100.00 | | $2,485.05 |
| 05/29/2018 | DDA PURCHASE 01440901 | WAWA 499 | $78.18 | | $2,406.87 |
| 05/29/2018 | VISA DDA PUR 416405 | EXXONMOBIL 47 | $53.90 | | $2,352.97 |
| 05/29/2018 | VISA DDA PUR 319851 | WAWA 964 | $50.00 | | $2,302.97 |
| 05/29/2018 | VISA DDA PUR 402207 | SUNOCO 0204081 | $45.78 | | $2,257.19 |
| 05/29/2018 | VISA DDA PUR 313179 | CLAIRE S 5877 SPA | $26.62 | | $2,230.57 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $16.47 | | $2,214.10 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $11.78 | | $2,202.32 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $10.42 | | $2,191.90 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $8.00 | | $2,183.90 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $8.00 | | $2,175.90 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $7.56 | | $2,168.34 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $6.27 | | $2,162.07 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $5.02 | | $2,157.05 |
| 05/29/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $4.67 | | $2,152.38 |
| 05/30/2018 | VISA DDA PUR 473309 | WASHINGTON TWI | $20.00 | | $2,132.38 |
| 05/31/2018 | NORTHWESTERN MU REQST PYMT | | $231.34 | | $1,901.04 |
| 05/31/2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $102.88 | | $1,798.16 |
| 05/31/2018 | VISA DDA PUR 476501 | PIONEER GAS | $40.70 | | $1,757.46 |
| 05/31/2018 | DDA PURCHASE 01440901 | WAWA 499 | $15.69 | | $1,741.77 |
| 05/31/2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $12.49 | | $1,729.28 |
| 06/01/2018 | VISA DDA PUR 416407 | WAWA 729   000 | $40.00 | | $1,689.28 |
| 06/01/2018 | DDA PURCHASE 06700401 | WAWA 8322 | $16.77 | | $1,672.51 |