UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                    NEW JERSEY

IN RE DAVID RISTICK                              Case No. _____ 17-19196
                                                 Reporting Period: 06/01/2018-06/30/2018

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                         07/15/18
Signature of Debtor                               Date


_____                         _____
Signature of Joint Debtor                         Date


_____                         _____
Signature of Authorized Individual*               Date


_____                         _____
Printed Name of Authorized Individual             Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  
           Debtor

Case No. _17-19196_____  
Reporting Period __0 06/01/2018-06/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1729.28 | 1729.28 |
| **RECEIPTS** | | |
| Wages (Net) | 0 | 57845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $2,444.39 | 49808.49 |
| **Total Receipts** | 24444.39 | 107653.85 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | 15193.1 |
| Insurance | 155.74 | 2646.89 |
| Auto Expense | 474.98 | 4467.48 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 20000 |
| Medical Expenses | | 969.2 |
| Household Expenses | 2456.32 | 53165.67 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | 363.42 | 6547.71 |
| **Total Ordinary Disbursements** | 3450.46 | 106602.97 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 650 | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 107577.97 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | -1006.07 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 73.21 |

FORM MOR-1(INDV)  
(9/99)

In re __DAVID RISTICK_____  Case No. __17-19196_____
    Debtor  06/01/2018-06/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| old account | 0 | 200 |
| TAX REFUND | | 1059 |
| STORE REFUND | 44.39 | 99.39 |
| INSURANCE REFUND | | 31715.02 |
| CORRECTION | | 93.58 |
| GIFT | 2400 | 8300 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5004.14 |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
6/30/2018

| | |
|---|---:|
| beginning balance | 1729.28 |
| total deposits | 2444.39 |
| total withdrawals | 4100.46 |
| ending balance | 73.21 |
| outstanding checks | 0.00 |
| register balance | 73.21 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 05 29 2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $6.27 | $2,162.07 |
| 05 29 2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $5.02 | $2,157.05 |
| 05 29 2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $4.67 | $2,152.38 |
| 05 30 2018 | VISA DDA PUR 473309 | WASHINGTON TWI | $20.00 | $2,132.38 |
| 05 31 2018 | NORTHWESTERN MU | REQST PYMT | $231.34 | $1,901.04 |
| 05 31 2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $102.88 | $1,798.16 |
| 05 31 2018 | VISA DDA PUR 476501 | PIONEER GAS | $40.70 | $1,757.46 |
| 05 31 2018 | DDA PURCHASE 01440901 | WAWA 499 | $15.69 | $1,741.77 |
| 05 31 2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $12.49 | $1,729.28 |
| 06 01 2018 | VISA DDA PUR 416407 | WAWA 729    000 | $40.00 | $1,689.28 |
| 06 01 2018 | DDA PURCHASE 06700401 | WAWA 8322 | $16.77 | $1,672.51 |
| 06 01 2018 | VISA DDA PUR 469216 | APL ITUNES COM | $5.32 | $1,667.19 |
| 06 04 2018 | DDA PURCHASE 24472201 | SAMSCLUB 47 | $165.37 | $1,501.82 |
| 06 04 2018 | VISA DDA PUR 403482 | SHOPRITE GLASSB | $84.95 | $1,416.87 |
| 06 04 2018 | VISA DDA PUR 319310 | ABERCROMBIE F | $82.00 | $1,334.87 |
| 06 04 2018 | VISA DDA PUR 443106 | THE DISNEY STOR | $77.30 | $1,257.57 |
| 06 04 2018 | VISA DDA PUR 443106 | AMAZON COM AM | $54.37 | $1,203.20 |
| 06 04 2018 | VISA DDA PUR 478930 | BANANA REPUBLI | $51.39 | $1,151.81 |
| 06 04 2018 | VISA DDA PUR 476197 | LUKOIL 57230 | $43.46 | $1,108.35 |
| 06 04 2018 | VISA DDA PUR 469216 | THE LEGO STORE | $42.63 | $1,065.72 |
| 06 04 2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $16.76 | $1,048.96 |
| 06 05 2018 | DDA PURCHASE 24174201 | WAL MART 17 | $122.65 | $926.31 |
| 06 05 2018 | VISA DDA PUR 469216 | AMAZON MKTPLA | $85.98 | $840.33 |
| 06 05 2018 | NORTHWESTERN MU | ISA PAYMNT | $76.81 | $763.52 |
| 06 05 2018 | VISA DDA PUR 449215 | THUMBTACK 868 | $56.81 | $706.71 |
| 06 05 2018 | VISA DDA PUR 443106 | AMAZON MKTPLA | $11.95 | $694.76 |
| 06 06 2018 | VISA DDA PUR 478930 | GAP ONLINE | $40.59 | $654.17 |
| 06 06 2018 | VISA DDA PUR 469216 | SHOES COM | $29.56 | $624.61 |
| 06 06 2018 | VISA DDA PUR 469216 | SHOES COM | $29.56 | $595.05 |
| 06 06 2018 | VISA DDA PUR 469216 | SHOES COM | $27.16 | $567.89 |
| 06 08 2018 | VISA DDA PUR 469216 | SHOPRITE WASHIN | $138.90 | $428.99 |
| 06 08 2018 | VISA DDA PUR 469216 | APL ITUNES COM | $3.19 | $425.80 |

| Date | Ref | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 06/11/2018 | | VISA DDA PUR 469216  SXM SIRIUSXM CO | $25.66 | | $399.14 |
| 06/11/2018 | | VISA DDA PUR 469216  APL ITUNES COM | $5.32 | | $393.82 |
| 06/11/2018 | | VISA DDA PUR 469216  APL ITUNES COM | $0.99 | | $392.83 |
| 06/12/2018 | | VISA DDA PUR 449215  THUMBTACK 868 | $87.00 | | $305.83 |
| 06/13/2018 | 176 | CHECK | $650.00 | | ($344.17) |
| 06/14/2018 | 176 | RETURNED ITEM | | $650.00 | $305.83 |
| 06/14/2018 | | ATM CASH DEPOSIT TW04B095  284 EGG H | | $600.00 | $905.83 |
| 06/14/2018 | | OVERDRAFT RET | $35.00 | | $870.83 |
| 06/15/2018 | 176 | CHECK | $650.00 | | $220.83 |
| 06/15/2018 | | VISA DDA PUR 469216  SHOES COM | $31.96 | | $188.87 |
| 06/15/2018 | | VISA DDA PUR 439122  J CREW FACTORY | $28.99 | | $159.88 |
| 06/18/2018 | | 866-914-1314  *HEALTH | $78.93 | | $80.95 |
| 06/18/2018 | | 866-914-1314  HEALTH | $41.97 | | $38.98 |
| 06/18/2018 | | 866-914-1314  HEALTH | $39.97 | | ($0.99) |
| 06/18/2018 | | 866-914-1314  HEALTH | $24.97 | | ($25.96) |
| 06/18/2018 | | VISA DDA PUR 469216  AMAZONPRIME MI | $13.85 | | ($39.81) |
| 06/18/2018 | | VISA DDA PUR 469216  APL ITUNES COM | $7.45 | | ($47.26) |
| 06/19/2018 | | 866-914-1314  HEALTH | | $41.97 | ($5.29) |
| 06/19/2018 | | 866-914-1314  HEALTH | | $39.97 | $34.68 |
| 06/19/2018 | | 866-914-1314  HEALTH | | $24.97 | $59.65 |
| 06/19/2018 | | OVERDRAFT RET | $105.00 | | ($45.35) |
| 06/19/2018 | | OVERDRAFT PD | $35.00 | | ($80.35) |
| 06/19/2018 | | CONTINENTIAL CAR TEL PMTS | $304.90 | | ($385.25) |
| 06/19/2018 | | VISA DDA PUR 449215  THUMBTACK 868 | $73.28 | | ($458.53) |
| 06/20/2018 | | CONTINENTIAL CAR TEL PMTS | | $304.90 | ($153.63) |
| 06/20/2018 | | OVERDRAFT PD | $35.00 | | ($188.63) |
| 06/20/2018 | | OVERDRAFT RET | $35.00 | | ($223.63) |
| 06/22/2018 | | UNITED1127  CASH DISB | | $1,200.00 | $976.37 |
| 06/22/2018 | | ATM CASH DEPOSIT TW04B095  284 EGG H | | $600.00 | $1,576.37 |
| 06/25/2018 | | VISA DDA REF 478930  BANANA REPUBLI | | $44.39 | $1,620.76 |
| 06/25/2018 | | VISA DDA PUR 449215  THUMBTACK 868 | $112.82 | | $1,507.94 |
| 06/25/2018 | | VISA DDA PUR 469216  FANDANGO COM | $70.74 | | $1,437.20 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/25/2018 | VISA DDA PUR 469216   APL ITUNES COM | $14.99 | $1,422.21 |
| 06/26/2018 | DDA PURCH W/CB 47220010   SAMS CLUB S | $302.62 | $1,119.59 |
| 06/26/2018 | DDA PURCH W/CB 31132109   TARGET T 4 | $103.34 | $1,016.25 |
| 06/26/2018 | VISA DDA PUR 449215   THUMBTACK 868 | $33.51 | $982.74 |
| 06/27/2018 | DDA WITHDRAW TW04B095   284 EGG HAR | $400.00 | $582.74 |
| 06/27/2018 | VISA DDA PUR 416407   WAWA 981   000 | $45.26 | $537.48 |
| 06/28/2018 | DDA PURCHASE 01440901   WAWA 499 | $81.36 | $456.12 |
| 06/28/2018 | VISA DDA PUR 423168   DAIRY QUEEN 18 | $7.28 | $448.84 |
| 06/29/2018 | CONTINENTIAL CAR TEL PMTS | $304.90 | $143.94 |
| 06/29/2018 | VISA DDA PUR 444500   TGI FRIDAYS 1408 | $70.73 | $73.21 |
| 07/02/2018 | VISA DDA PUR 469216   AMAZON MKTPLA | $49.98 | $23.23 |
| 07/05/2018 | ATM CASH DEPOSIT TW04B095   284 EGG H | $300.00 | $323.23 |
| 07/05/2018 | NORTHWESTERN MU ISA PAYMNT | $80.43 | $242.80 |
| 07/06/2018 | VISA DDA PUR 449215   THUMBTACK 868 | $79.41 | $163.39 |
| 07/09/2018 | VISA DDA PUR 442733   CHICK FIL A 0281 | $30.94 | $132.45 |
| 07/09/2018 | VISA DDA PUR 469216   SXM SIRIUSXM CO | $26.66 | $105.79 |
| 07/09/2018 | VISA DDA PUR 469216   APL ITUNES COM | $0.99 | $104.80 |
| 07/10/2018 | VISA DDA PUR 449215   THUMBTACK 868 | $23.57 | $81.23 |
| 07/11/2018 | DEPOSIT | $2,000.00 | $2,081.23 |
| 07/11/2018 | VISA DDA PUR 469216   FOREVER 21 INC | $15.94 | $2,065.29 |
| 07/12/2018 | VISA DDA PUR 469216   COMCAST | $413.42 | $1,651.87 |
| 07/12/2018 | VISA DDA PUR 478930   OLD NAVY ON LIN | $34.98 | $1,616.89 |
| 07/13/2018 | VISA DDA PUR 449804   VERIZON WRL MY | $600.00 | $1,016.89 |
| 07/13/2018 | VISA DDA PUR 449215   HOMETOWNLOCA | $107.00 | $909.89 |
| 07/13/2018 | VISA DDA PUR 469216   FANDANGO COM | $56.70 | $853.19 |
| 07/16/2018 | DDA WITHDRAW TW04B095   284 EGG HAR | $400.00 | $453.19 |
| 07/16/2018 | VISA DDA PUR 499876   GLAM LENSES | $88.77 | $364.42 |
| 07/16/2018 | VISA DDA PUR 478930   BR FACTORY COM | $18.99 | $345.43 |
| 07/16/2018 | VISA DDA PUR 469216   APL ITUNES COM | $7.45 | $337.98 |
| 07/18/2018 | VISA DDA PUR 469216   AMAZONPRIME MI | $13.85 | $324.13 |
| 07/23/2018 | DDA PURCHASE 33668203   MICHAEL KORS | $29.99 | $294.14 |