UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____    NEW JERSEY

IN RE DAVID RISTICK

Case No. _____ 17-19196
Reporting Period: 07/01/2018-07/31/2018

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                    08/15/18
Signature of Debtor                          Date


_____
Signature of Joint Debtor                    Date


_____
Signature of Authorized Individual*          Date


_____
Printed Name of Authorized Individual        Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____     Case No. _17-19196_____
       Debtor                                         Reporting Period __0 07/01/2018-07/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 73.21 | 73.21 |
| **RECEIPTS** | | |
| Wages (Net) | 0 | 57845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $2,600.00 | 52408.49 |
| Total Receipts | 2600 | 110253.85 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | 15193.1 |
| Insurance | 80.43 | 2727.32 |
| Auto Expense | | 4467.48 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 20000 |
| Medical Expenses | | 969.2 |
| Household Expenses | 2152.59 | 55318.26 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | 102.98 | 6650.69 |
| Total Ordinary Disbursements | 2336.00 | 108938.97 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 109913.97 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | 264 |
| Cash - End of Month (Must equal reconciled bank statement) | | 337.21 |

FORM MOR-1(INDV)
(9/99)

In re  DAVID RISTICK                                          Case No.   17-19196
      Debtor                                                              07/01/2018-07/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| TAX REFUND | | 1059 |
| STORE REFUND | | 99.39 |
| INSURANCE REFUND | | 31715.02 |
| CORRECTION | | 93.58 |
| GIFT | 2600 | 10900 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5004.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
7/31/2018

| | |
|---|---:|
| beginning balance | 73.21 |
| total deposits | 2600 |
| total withdrawals | 2336 |
| ending balance | 337.21 |
| outstanding checks | 0.00 |
| register balance | 337.21 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/25/2018 | VISA DDA PUR 469216    APL ITUNES COM | $14.99 | $1,422.21 |
| 06/26/2018 | DDA PURCH W/CB 47220010  SAMS CLUB S | $302.62 | $1,119.59 |
| 06/26/2018 | DDA PURCH W/CB 31132109  TARGET T 4 | $103.34 | $1,016.25 |
| 06/26/2018 | VISA DDA PUR 449215    THUMBTACK 868 | $33.51 | $982.74 |
| 06/27/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $400.00 | $582.74 |
| 06/27/2018 | VISA DDA PUR 416407    WAWA 981    000 | $45.26 | $537.48 |
| 06/28/2018 | DDA PURCHASE 01440901  WAWA 499 | $81.36 | $456.12 |
| 06/28/2018 | VISA DDA PUR 423168    DAIRY QUEEN 18 | $7.28 | $448.84 |
| 06/29/2018 | CONTINENTAL CAR TEL PMTS | $304.90 | $143.94 |
| 06/29/2018 | VISA DDA PUR 444500    TGI FRIDAYS 1408 | $70.73 | $73.21 |
| 07/02/2018 | VISA DDA PUR 469216    AMAZON MKTPLA | $49.98 | $23.23 |
| 07/05/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H | $300.00 | $323.23 |
| 07/05/2018 | NORTHWESTERN MU ISA PAYMNT | $80.43 | $242.80 |
| 07/06/2018 | VISA DDA PUR 449215    THUMBTACK 868 | $79.41 | $163.39 |
| 07/09/2018 | VISA DDA PUR 442733    CHICK FIL A 0281 | $30.94 | $132.45 |
| 07/09/2018 | VISA DDA PUR 469216    SXM SIRIUSXM CO | $26.66 | $105.79 |
| 07/09/2018 | VISA DDA PUR 469216    APL ITUNES COM | $0.99 | $104.80 |
| 07/10/2018 | VISA DDA PUR 449215    THUMBTACK 868 | $23.57 | $81.23 |
| 07/11/2018 | DEPOSIT | $2,000.00 | $2,081.23 |
| 07/11/2018 | VISA DDA PUR 469216    FOREVER 21 INC | $15.94 | $2,065.29 |
| 07/12/2018 | VISA DDA PUR 469216    COMCAST | $413.42 | $1,651.87 |
| 07/12/2018 | VISA DDA PUR 478930    OLD NAVY ON LIN | $34.98 | $1,616.89 |
| 07/13/2018 | VISA DDA PUR 449804    VERIZON WRL MY | $600.00 | $1,016.89 |
| 07/13/2018 | VISA DDA PUR 449215    HOMETOWNLOCA | $107.00 | $909.89 |
| 07/13/2018 | VISA DDA PUR 469216    FANDANGO COM | $56.70 | $853.19 |
| 07/16/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $400.00 | $453.19 |
| 07/16/2018 | VISA DDA PUR 499876    GLAM LENSES | $88.77 | $364.42 |
| 07/16/2018 | VISA DDA PUR 478930    BR FACTORY COM | $18.99 | $345.43 |
| 07/16/2018 | VISA DDA PUR 469216    APL ITUNES COM | $7.45 | $337.98 |
| 07/18/2018 | VISA DDA PUR 469216    AMAZONPRIME MI | $13.85 | $324.13 |
| 07/23/2018 | DDA PURCHASE 33668203  MICHAEL KORS | $29.99 | $294.14 |

| | | |
|---|---|---|
| Statement Beginning Balance As Of 7/24/2018 | | $294.14 |
| Plus | 8 | Deposits and Other Credits $3,041.40 |
| Less | 25 | Checks and Other Debits $2,524.43 |
| Statement Balance As Of 08/22/2018 | | $811.11 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/25/2018 | VISA DDA PUR 469216   APL ITUNES COM | $14.99 | | $279.15 |
| 07/26/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $300.00 | $579.15 |
| 07/30/2018 | VISA DDA PUR 444573   BLOOMINGDALES | $197.00 | | $382.15 |
| 07/30/2018 | VISA DDA PUR 444500   URBANOUTFITTER | $44.94 | | $337.21 |
| 08/02/2018 | 866-914-1314    HEALTH | $78.93 | | $258.28 |
| 08/03/2018 | VISA DDA PUR 475542   GREENIX | $106.63 | | $151.65 |
| 08/06/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $200.00 | $351.65 |
| 08/06/2018 | NORTHWESTERN MU  ISA PAYMNT | $80.43 | | $271.22 |
| 08/06/2018 | VISA DDA PUR 443106   AMZN MKTP US AN | $47.60 | | $223.62 |
| 08/06/2018 | VISA DDA PUR 469216   APL ITUNES COM | $26.65 | | $196.97 |
| 08/08/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $877.97 |
| 08/08/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $300.00 | | $577.97 |
| 08/08/2018 | CONTINENTAL    TEL PMTS | $279.95 | | $298.02 |
| 08/09/2018 | VISA DDA PUR 444500   NORDSTROM DIR | $128.00 | | $170.02 |
| 08/09/2018 | VISA DDA PUR 469216   DILLARDS 698 DIL | $90.00 | | $80.02 |
| 08/09/2018 | VISA DDA PUR 469216   SXM SIRIUSXM CO | $26.66 | | $53.36 |
| 08/09/2018 | VISA DDA PUR 469216   APL ITUNES COM | $0.99 | | $52.37 |
| 08/10/2018 | VISA DDA REF 444573   BLOOMINGDALES | | $197.00 | $249.37 |