UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
Attorneys for Debtor

In Re:

DAVID RISTICK

Case No.: 17-19196

Adv. Pro. No.: ____________

Chapter: 11

Hearing Date: 09/27/18

Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, Jerrold S. Kulback,

☒ am the attorney for: Debtor, David Ristick,

☐ am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: hearing on disclosure statement

Current hearing date and time: 09/27/18

New date requested: 10/25/18

Reason for adjournment request: Tentative settlement with TCA. Settlement agreement is being prepared, will require Rule 9019 approval, and modification to DS and Plan.

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 09/25/18

/s/ Jerrold S. Kulback
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 10/25/18 at 10 am ☐ Peremptory

☐ Granted over objection(s) New hearing date: ____________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*