UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
Attorneys for Debtor

In Re:

DAVID RISTICK

Case No.: 17-19196
Adv. Pro. No.: 
Chapter: 11
Hearing Date: 10/25/18
Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, Jerrold S. Kulback,

    ☒ am the attorney for: Debtor, David Ristick,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: hearing on Disclosure Statement

    Current hearing date and time: 10/25/18

    New date requested: 11/29/18

    Reason for adjournment request: Settlement with TCA being memorialized. Settlement requires 9019 approval and there will be changes to the Disclosure Statement.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 10/24/18                                        /s/ Jerrold S. Kulback
                                                     Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted           New hearing date: 11/29/18 at 10 am        ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2