UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____          NEW JERSEY

IN RE DAVID RISTICK                      Case No. _____ 17-19196
                                         Reporting Period: 08/01/2018-08/31/2018

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_                                09/13/18
Signature of Debtor                          Date

_____               _____
Signature of Joint Debtor                    Date

_____               _____
Signature of Authorized Individual*          Date

_____               _____
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____         Case No. _17-19196_____
          Debtor                                              Reporting Period __0 08/01/2018-08/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 337.21 | 337.21 |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 57,845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 3,822.40 | 56,230.89 |
| **Total Receipts** | 3,822.40 | 114,076.25 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 700.00 | 15,893.10 |
| Insurance | 159.36 | 2,886.68 |
| Auto Expense | 40.50 | 4,507.98 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 20,000.00 |
| Medical Expenses | | 969.20 |
| Household Expenses | 2,726.43 | 58,044.69 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3,507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6,650.69 |
| Total Ordinary Disbursements | 3,626.29 | 112,565.26 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 112575.01 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | 196.11 |
| Cash - End of Month (Must equal reconciled bank statement) | | 533.32 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____ Case No. ____17-19196_____
   Debtor              08/01/2018-08/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0 | 200 |
| TAX REFUND | | 1059 |
| STORE REFUND | 363.4 | 462.79 |
| INSURANCE REFUND | | 31715.02 |
| CORRECTION | | 93.58 |
| GIFT | 735 | 11635 |
| UNEMPLOYMENT | 2724 | 2724 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5004.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
8/31/2018

| | |
|---|---:|
| beginning balance | 337.21 |
| total deposits | 3,822.40 |
| total withdrawals | 3,626.29 |
| ending balance | 533.32 |
| outstanding checks | 0.00 |
| register balance | 533.32 |


**Bank**
America's Most Convenient Bank®        T          STATEMENT OF ACCOUNT

DAVID RISTICK  
DIP CASE 17-19196 DIST NJ  
5 NOTTINGHAM WAY  
TURNERSVILLE NJ 08012

Page: 1 of 4  
Statement Period: Jul 24 2018-Aug 23 2018  
Cust Ref #:  
Primary Account #:

Chapter 11 Checking  
DAVID RISTICK  
DIP CASE 17-19196 DIST NJ

Account

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 294.14 | Average Collected Balance | 278.67 |
| Electronic Deposits | 3,041.40 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,524.43 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 700.00 | Days in Period | 31 |
| Ending Balance | 111.11 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $280.00 |

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | ATM CASH DEPOSIT, *****30016281180<br>AUT 072618 ATM CASH DEPOSIT<br>284 EGG HARBOR ROAD    SEWELL    * NJ | 300.00 |
| 08/06 | ATM CASH DEPOSIT, *****30016281180<br>AUT 080618 ATM CASH DEPOSIT<br>284 EGG HARBOR ROAD    SEWELL    * NJ | 200.00 |
| 08/08 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN  ****58489 | 681.00 |
| 08/10 | DEBIT CARD CREDIT, *****30016281180, AUT 081018 VISA DDA REF<br>BLOOMINGDALES COM   MASON    * OH | 197.00 |
| 08/13 | DEBIT CARD CREDIT, *****30016281180, AUT 081118 VISA DDA REF<br>NORDSTROM   0637    CHERRY HILL  * NJ | 166.40 |
| 08/13 | ATM CASH DEPOSIT, *****30016281180<br>AUT 081318 ATM CASH DEPOSIT<br>284 EGG HARBOR ROAD    SEWELL    * NJ | 135.00 |
| 08/14 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN  ****58489 | 681.00 |
| 08/21 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN  ****58489 | 681.00 |
| | Subtotal: | 3,041.40 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page: 3 of 4
Statement Period: Jul 24 2018-Aug 23 2018
Cust Ref #:
Primary Account #:



## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/25 | DEBIT CARD PURCHASE, *****30016281180, AUT 072418 VISA DDA PUR<br>APL ITUNES COM BILL   866 712 7753  *CA | 14.99 |
| 07/30 | DEBIT CARD PURCHASE, *****30016281180, AUT 072618 VISA DDA PUR<br>BLOOMINGDALES   COM   800 289 6229  *OH | 197.00 |
| 07/30 | DEBIT CARD PURCHASE, *****30016281180, AUT 072718 VISA DDA PUR<br>URBANOUTFITTERS   COM   800 282 2200  *PA | 44.94 |
| 08/02 | ACH DEBIT, 866-914-1314   HEALTH  *-***1274854 | 78.93 |
| 08/03 | DEBIT CARD PAYMENT, *****30016281180, AUT 080218 VISA DDA PUR<br>GREENIX              614 3982889  *UT | 106.63 |
| 08/06 | ACH DEBIT, NORTHWESTERN    MU ISA PAYMNT ****136-01 | 80.43 |
| 08/06 | DEBIT CARD PURCHASE, *****30016281180, AUT 073118 VISA DDA PUR<br>AMZN MKTP US AMZN COM BI  AMZN COM BILL *WA | 47.60 |
| 08/06 | DEBIT CARD PURCHASE, *****30016281180, AUT 080418 VISA DDA PUR<br>APL ITUNES COM BILL   866 712 7753  *CA | 26.65 |
| 08/08 | TD ATM DEBIT, *****30016281180, AUT 080818 DDA WITHDRAW<br>284 EGG HARBOR ROAD   SEWELL   *NJ | 300.00 |
| 08/08 | ELECTRONIC PMT-TEL, CONTINENTAL   TEL PMTS 8X75R9 | 279.95 |
| 08/09 | DEBIT CARD PURCHASE, *****30016281180, AUT 080618 VISA DDA PUR<br>NORDSTROM DIRECT 0808  888 282 6060  *IA | 128.00 |
| 08/09 | DEBIT CARD PURCHASE, *****30016281180, AUT 080818 VISA DDA PUR<br>DILLARDS 698 DILLARD S   501 320 3700  *AR | 90.00 |
| 08/09 | DEBIT CARD PAYMENT, *****30016281180, AUT 080918 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT   888 635 5144  *NY | 26.66 |
| 08/09 | DEBIT CARD PURCHASE, *****30016281180, AUT 080718 VISA DDA PUR<br>APL ITUNES COM BILL   866 712 7753  *CA | 0.99 |
| 08/10 | DEBIT CARD PURCHASE, *****30016281180, AUT 080818 VISA DDA PUR<br>APL ITUNES COM BILL   866 712 7753  *CA | 12.03 |
| 08/13 | DEBIT POS, *****30016281180, AUT 081118 DDA PURCHASE<br>MICHAEL KORS           BLACKWOOD    *NJ | 147.31 |
| 08/13 | DEBIT CARD PURCHASE, *****30016281180, AUT 081118 VISA DDA PUR<br>STARBUCKS STORE 09802    SEWELL    *NJ | 24.68 |
| 08/13 | DEBIT CARD PURCHASE, *****30016281180, AUT 081218 VISA DDA PUR<br>AMZN MKTP US           AMZN COM BILL *WA | 22.99 |
| 08/13 | DEBIT CARD PURCHASE, *****30016281180, AUT 081018 VISA DDA PUR<br>ENTERPRISE RENT A CAR   TURNERSVILLE  *NJ | 15.50 |
| 08/13 | DEBIT CARD PURCHASE, *****30016281180, AUT 081018 VISA DDA PUR<br>APL ITUNES COM BILL   866 712 7753  *CA | 12.77 |
| 08/14 | TD ATM DEBIT, *****30016281180, AUT 081418 DDA WITHDRAW<br>284 EGG HARBOR ROAD   SEWELL    *NJ | 600.00 |
| 08/14 | DEBIT POS, *****30016281180, AUT 081318 DDA PURCHASE<br>CVS PHARMACY 00 00362    SEWELL   *NJ | 27.53 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 4 of 4
Statement Period: Jul 24 2018-Aug 23 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | TD ATM DEBIT, *****30016281180, AUT 081518 DDA WITHDRAW 284 EGG HARBOR ROAD    SEWELL    * NJ | 200.00 |
| 08/15 | DEBIT CARD PURCHASE, *****30016281180, AUT 081318 VISA DDA PUR MSB NJSVS    609 292 6500 * NJ | 25.00 |
| 08/20 | DEBIT CARD PAYMENT, *****30016281180, AUT 081818 VISA DDA PUR AMAZON PRIME    AMZN COM BILL * WA | 13.85 |
|  | Subtotal: | 2,524.43 |

Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/22 | DEBIT | 700.00 |
|  | Subtotal: | 700.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/23 | 294.14 | 08/09 | 52.37 |
| 07/25 | 279.15 | 08/10 | 237.34 |
| 07/26 | 579.15 | 08/13 | 315.49 |
| 07/30 | 337.21 | 08/14 | 368.96 |
| 08/02 | 258.28 | 08/15 | 143.96 |
| 08/03 | 151.65 | 08/20 | 130.11 |
| 08/06 | 196.97 | 08/21 | 811.11 |
| 08/08 | 298.02 | 08/22 | 111.11 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ      08012

|  |  |  | 039 / Chapter 11 Checking |  |
|---|---|---|---|---|
| Statement Beginning Balance |  |  |  | $111.11 |
|    Plus | 17 | Deposits and Other Credits |  | $8,696.59 |
|    Less | 73 | Checks and Other Debits |  | $7,700.39 |
| Statement Balance As Of: 10/23/2018 |  |  |  | $1,107.31 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/28/2018 | STATE OF NJ - LA UEMPLOYMEN |  | $681.00 | $792.11 |
| 08/28/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $600.00 |  | $192.11 |
| 08/31/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H |  | $400.00 | $592.11 |
| 08/31/2018 | VISA DDA PUR 469216    BANANAREPUBLI | $58.79 |  | $533.32 |
| 09/04/2018 | ATM CASH DEPOSIT TW04B095  284 EGG H |  | $350.00 | $883.32 |
| 09/04/2018 | VISA DDA PUR 469216    COMCAST | $331.31 |  | $552.01 |
| 09/04/2018 | VISA DDA PUR 469216    AMZN MKTP US M' | $170.59 |  | $381.42 |
| 09/04/2018 | VISA DDA PUR 469216    AMZN MKTP US M' | $113.23 |  | $268.19 |
| 09/04/2018 | VISA DDA PUR 469216    APL  ITUNES COM | $26.65 |  | $241.54 |
| 09/04/2018 | VISA DDA PUR 469216    AMZN MKTP US M' | $17.99 |  | $223.55 |
| 09/04/2018 | VISA DDA PUR 469216    APL  ITUNES COM | $14.99 |  | $208.56 |
| 09/04/2018 | VISA DDA PUR 475542    PARKING AUTHOR | $10.00 |  | $198.56 |
| 09/04/2018 | VISA DDA PUR 469216    APL  ITUNES COM | $2.77 |  | $195.79 |
| 09/05/2018 | NORTHWESTERN MU  ISA PAYMNT | $80.43 |  | $115.36 |
| 09/05/2018 | 866-914-1314    HEALTH | $78.93 |  | $36.43 |
| 09/06/2018 | STATE OF NJ - LA UEMPLOYMEN |  | $681.00 | $717.43 |
| 09/06/2018 | NORTHWESTERN MU  ISA PAYMNT |  | $80.43 | $797.86 |
| 09/06/2018 | 866-914-1314    HEALTH |  | $78.93 | $876.79 |

Page 1 of 4