UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____          NEW JERSEY

IN RE DAVID RISTICK                       Case No. _____ 17-19196
                                          Reporting Period: 09/01/2018-09/30/2018

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____                      Date  10/10/18
Signature of Debtor


_____                      Date
Signature of Joint Debtor


_____                      Date
Signature of Authorized Individual*


_____                      Title of Authorized Individual
Printed Name of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  
       Debtor

Case No. _17-19196_____  
Reporting Period __0 09/01/2018-09/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 533.32 | 533.32 |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 57,845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 4,223.09 | 60,453.98 |
| **Total Receipts** | 4,223.09 | 118,299.34 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 600.00 | 16,493.10 |
| Insurance | 239.79 | 3,126.47 |
| Auto Expense | | 4,507.98 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 20,000.00 |
| Medical Expenses | | 969.20 |
| Household Expenses | 3,822.67 | 61,867.36 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3,507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6,650.69 |
| Total Ordinary Disbursements | 4,662.46 | 117,227.72 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 118202.72 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | -439.37 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 93.95 |

FORM MOR-1(INDV)  
(9/99)

In re __DAVID RISTICK_____    Case No.____17-19196_____
    Debtor                                                 09/01/2018-09/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| old account | 0.00 | 200.00 |
| BOUNCED PAYMENTS | 439.31 | 439.31 |
| TAX REFUND | | 1,059.00 |
| STORE REFUND | 12.78 | 475.57 |
| INSURANCE REFUND | | 31,715.02 |
| CORRECTION | | 93.58 |
| GIFT | 1,046.00 | 12,681.00 |
| UNEMPLOYMENT | 2,724.00 | 5,448.00 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5,004.14 |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
9/30/2018

| | |
|---|---:|
| beginning balance | 533.32 |
| total deposits | 4,223.09 |
| total withdrawals | 4,662.46 |
| ending balance | 93.95 |
| outstanding checks | 0.00 |
| register balance | 93.95 |


**Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ         08012

039 / Chapter 11 Checking

| | | | | |
|---|---|---|---|---|
| Statement Beginning Balance | | | | $111.11 |
| Plus | 17 | | Deposits and Other Credits | $8,696.59 |
| Less | 73 | * | Checks and Other Debits | $7,700.39 |
| Statement Balance As Of: 10/23/2018 | | | | $1,107.31 |

## Transactions By Date

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/28/2018 | STATE OF NJ - LA UEMPLOYMEN | | | $681.00 | $792.11 |
| 08/28/2018 | DDA WITHDRAW TW04B095 | 284 EGG HAR | $600.00 | | $192.11 |
| 08/31/2018 | ATM CASH DEPOSIT TW04B095 | 284 EGG H | | $400.00 | $592.11 |
| 08/31/2018 | VISA DDA PUR 469216 | BANANAREPUBLI | $58.79 | | $533.32 |
| 09/04/2018 | ATM CASH DEPOSIT TW04B095 | 284 EGG H | | $350.00 | $883.32 |
| 09/04/2018 | VISA DDA PUR 469216 | COMCAST | $331.31 | | $552.01 |
| 09/04/2018 | VISA DDA PUR 469216 | AMZN MKTP US M' | $170.59 | | $381.42 |
| 09/04/2018 | VISA DDA PUR 469216 | AMZN MKTP US M' | $113.23 | | $268.19 |
| 09/04/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $26.65 | | $241.54 |
| 09/04/2018 | VISA DDA PUR 469216 | AMZN MKTP US M' | $17.99 | | $223.55 |
| 09/04/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $14.99 | | $208.56 |
| 09/04/2018 | VISA DDA PUR 475542 | PARKING AUTHOR | $10.00 | | $198.56 |
| 09/04/2018 | VISA DDA PUR 469216 | APL ITUNES COM | $2.77 | | $195.79 |
| 09/05/2018 | NORTHWESTERN MU ISA PAYMNT | | $80.43 | | $115.36 |
| 09/05/2018 | 866-914-1314  HEALTH | | $78.93 | | $36.43 |
| 09/06/2018 | STATE OF NJ - LA UEMPLOYMEN | | | $681.00 | $717.43 |
| 09/06/2018 | NORTHWESTERN MU ISA PAYMNT | | | $80.43 | $797.86 |
| 09/06/2018 | 866-914-1314  HEALTH | | | $78.93 | $876.79 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 09/06/2018 | OVERDRAFT RET | $20.00 | | $806.79 |
| 09/06/2018 | VISA DDA PUR 469216  DIS SHOPDISNEY C | $111.72 | | $695.07 |
| 09/07/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $500.00 | | $195.07 |
| 09/10/2018 | CONTINENTAL   TEL PMTS | $279.95 | | ($84.88) |
| 09/10/2018 | VISA DDA PUR 469216  BIB BIRTHDAYINA | $24.76 | | ($109.64) |
| 09/10/2018 | VISA DDA PUR 469216  BIB BIRTHDAYINA | $23.92 | | ($133.56) |
| 09/10/2018 | VISA DDA PUR 420429  ETSY COM  FIEST | $12.49 | | ($146.05) |
| 09/11/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $534.95 |
| 09/11/2018 | CONTINENTAL   TEL PMTS | | $279.95 | $814.90 |
| 09/11/2018 | OVERDRAFT RET | $35.00 | | $779.90 |
| 09/11/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $300.00 | | $479.90 |
| 09/11/2018 | NORTHWESTERN MU  RETRY PYMT | $80.43 | | $399.47 |
| 09/12/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $200.00 | | $199.47 |
| 09/12/2018 | VISA DDA PUR 469216  APL ITUNES COM | $39.42 | | $160.05 |
| 09/13/2018 | VISA DDA PUR 469216  AMAZON COM MT | $31.98 | | $128.07 |
| 09/13/2018 | VISA DDA PUR 469216  AMZN MKTP US M | $24.95 | | $103.12 |
| 09/17/2018 | VISA DDA REF 469216  APL ITUNES COM I | | $12.78 | $115.90 |
| 09/18/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $796.90 |
| 09/18/2018 | DEBIT | $600.00 | | $196.90 |
| 09/18/2018 | VISA DDA PUR 469216  AMAZON PRIME | $13.85 | | $183.05 |
| 09/21/2018 | DDA PURCHASE 24472201  SAMSCLUB 47 | $36.49 | | $146.56 |
| 09/24/2018 | VISA DDA PUR 416407   WAWA 981   000 | $44.95 | | $101.61 |
| 09/24/2018 | VISA DDA PUR 469216  AMZN MKTP US M | $18.24 | | $83.37 |
| 09/25/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $764.37 |
| 09/25/2018 | ATM CHECK DEPOSI TW04B095  284 EGG H | | $696.00 | $1,460.37 |
| 09/25/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $600.00 | | $860.37 |
| 09/25/2018 | VISA DDA PUR 469216  SXM SIRIUSXM CO | $26.66 | | $833.71 |
| 09/25/2018 | VISA DDA PUR 469216  APL ITUNES COM I | $14.99 | | $818.72 |
| 09/27/2018 | DDA WITHDRAW PM3428   388 EGG HARB | $400.00 | | $418.72 |
| 09/28/2018 | VISA DDA PUR 469216  COMCAST | $324.77 | | $93.95 |
| 10/02/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $774.95 |
| 10/02/2018 | VISA DDA PUR 469216  APL ITUNES COM I | $2.99 | | $771.96 |