UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                    NEW JERSEY

IN RE DAVID RISTICK                         Case No. _____ 17-19196
                                             Reporting Period: 10/01/2018-10/31/2018

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_                                     11/05/18
Signature of Debtor                               Date

_____                   _____
Signature of Joint Debtor                         Date

_____                   _____
Signature of Authorized Individual*               Date

_____                   _____
Printed Name of Authorized Individual             Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. _17-19196_____
         Debtor  Reporting Period __0 10/01/2018-10/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 93.95 | 93.95 |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 57,845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 4,314.50 | 64,768.48 |
| Total Receipts | 4,314.50 | 122,613.84 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | 16,493.10 |
| Insurance | 80.43 | 3,206.90 |
| Auto Expense | 253.02 | 4,761.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 53.37 | 20,053.37 |
| Medical Expenses | | 969.20 |
| Household Expenses | 3,765.67 | 65,633.03 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | 3,507.73 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6,650.69 |
| Total Ordinary Disbursements | 4,152.49 | 121,380.21 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 122355.21 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | 162.01 |
| Cash - End of Month (Must equal reconciled bank statement) | | 255.96 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____  Case No. ___17-19196_____
      Debtor                                       10/01/2018-10/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0.00 | 200.00 |
| BOUNCED PAYMENTS | | 439.31 |
| TAX REFUND | | 1,059.00 |
| STORE REFUND | | 475.57 |
| INSURANCE REFUND | | 31,715.02 |
| CORRECTION | | 93.58 |
| GIFT | 909.50 | 13,590.50 |
| UNEMPLOYMENT | 3,405.00 | 8,853.00 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5,004.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
10/31/2018

| | |
|---|---:|
| beginning balance | 93.95 |
| total deposits | 4,314.50 |
| total withdrawals | 4,152.49 |
| ending balance | 255.96 |
| outstanding checks | 0.00 |
| register balance | 255.96 |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 09/06/2018 | OVERDRAFT RET | $70.00 | | $806.79 |
| 09/06/2018 | VISA DDA PUR 469216   DIS SHOPDISNEY C | $111.72 | | $695.07 |
| 09/07/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $500.00 | | $195.07 |
| 09/10/2018 | CONTINENTAL    TEL PMTS | $279.95 | | ($84.88) |
| 09/10/2018 | VISA DDA PUR 469216   BIB BIRTHDAYINA | $24.76 | | ($109.64) |
| 09/10/2018 | VISA DDA PUR 469216   BIB BIRTHDAYINA | $23.92 | | ($133.56) |
| 09/10/2018 | VISA DDA PUR 420429   ETSY COM   FIEST | $12.49 | | ($146.05) |
| 09/11/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $534.95 |
| 09/11/2018 | CONTINENTAL    TEL PMTS | | $279.95 | $814.90 |
| 09/11/2018 | OVERDRAFT RET | $35.00 | | $779.90 |
| 09/11/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $300.00 | | $479.90 |
| 09/11/2018 | NORTHWESTERN MU  RETRY PYMT | $80.43 | | $399.47 |
| 09/12/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $200.00 | | $199.47 |
| 09/12/2018 | VISA DDA PUR 469216   APL ITUNES COM | $39.42 | | $160.05 |
| 09/13/2018 | VISA DDA PUR 469216   AMAZON COM MT | $31.98 | | $128.07 |
| 09/13/2018 | VISA DDA PUR 469216   AMZN MKTP US M | $24.95 | | $103.12 |
| 09/17/2018 | VISA DDA REF 469216   APL ITUNES COM I | | $12.78 | $115.90 |
| 09/18/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $796.90 |
| 09/18/2018 | DEBIT | $600.00 | | $196.90 |
| 09/18/2018 | VISA DDA PUR 469216   AMAZON PRIME | $13.85 | | $183.05 |
| 09/21/2018 | DDA PURCHASE 24472201   SAMSCLUB 47 | $36.49 | | $146.56 |
| 09/24/2018 | VISA DDA PUR 416407   WAWA 981    000 | $44.95 | | $101.61 |
| 09/24/2018 | VISA DDA PUR 469216   AMZN MKTP US M | $18.24 | | $83.37 |
| 09/25/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $764.37 |
| 09/25/2018 | ATM CHECK DEPOSI TW04B095  284 EGG H | | $696.00 | $1,460.37 |
| 09/25/2018 | DDA WITHDRAW TW04B095  284 EGG HAR | $600.00 | | $860.37 |
| 09/25/2018 | VISA DDA PUR 469216   SXM SIRIUSXM CO | $26.66 | | $833.71 |
| 09/25/2018 | VISA DDA PUR 469216   APL ITUNES COM I | $14.99 | | $818.72 |
| 09/27/2018 | DDA WITHDRAW PM3428    388 EGG HARB | $400.00 | | $418.72 |
| 09/28/2018 | VISA DDA PUR 469216   COMCAST | $324.77 | | $93.95 |
| 10/02/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $774.95 |
| 10/02/2018 | VISA DDA PUR 469216   APL ITUNES COM I | $2.99 | | $771.96 |

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| 10/03/2018 | VISA DDA PUR 475542   KEARNY MUNDO | $98.00 | | $673.96 |
| 10/03/2018 | VISA DDA PUR 462801   PILOT 00871 | $35.01 | | $638.95 |
| 10/03/2018 | VISA DDA PUR 475542   SUSSEX COUNTY ( | $25.94 | | $613.01 |
| 10/03/2018 | DDA PURCHASE 41791501   SUNOCO 06012 | $20.04 | | $592.97 |
| 10/03/2018 | DDA PURCHASE 19012901   PILOT 871 | $8.28 | | $584.69 |
| 10/04/2018 | NORTHWESTERN MU  ISA PAYMNT | $80.43 | | $504.26 |
| 10/04/2018 | DDA PURCHASE 01440901   WAWA 499 | $30.72 | | $473.54 |
| 10/04/2018 | VISA DDA PUR 427074   BRUSTER ICE CRE | $10.56 | | $462.98 |
| 10/05/2018 | DDA WITHDRAW PM3428   388 EGG HARB | $100.00 | | $362.98 |
| 10/05/2018 | VISA DDA PUR 475542   UA WASHINGTON | $50.70 | | $312.28 |
| 10/05/2018 | DDA PURCHASE 403482   SHOPRITE WSHN | $47.31 | | $264.97 |
| 10/05/2018 | VISA DDA PUR 444500   CVS PHARMACY 0 | $19.59 | | $245.38 |
| 10/05/2018 | VISA DDA PUR 475542   UA WASHINGTON | $16.29 | | $229.09 |
| 10/09/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $910.09 |
| 10/09/2018 | ATM CHECK DEPOSI TW04B095   284 EGG H | | $669.50 | $1,579.59 |
| 10/09/2018 | VISA DDA PUR 490641   ZARA COM USA | $69.90 | | $1,509.69 |
| 10/09/2018 | VISA DDA PUR 469216   APL ITUNES COM | $26.65 | | $1,483.04 |
| 10/09/2018 | VISA DDA PUR 444500   WENDY S 3078 | $16.05 | | $1,466.99 |
| 10/09/2018 | VISA DDA PUR 427074   BRUSTER ICE CRE | $10.56 | | $1,456.43 |
| 10/10/2018 | DDA WITHDRAW TW04B095   284 EGG HAR | $200.00 | | $1,256.43 |
| 10/10/2018 | VISA DDA PUR 444500   UNO S CHICAGO G | $115.49 | | $1,140.94 |
| 10/10/2018 | DDA PURCHASE 01477801   WAWA 970 | $63.89 | | $1,077.05 |
| 10/10/2018 | VISA DDA PUR 444500   HAUTLK RACK888 | $34.92 | | $1,042.13 |
| 10/10/2018 | VISA DDA PUR 469216   SXM SIRIUSXM CO | $26.66 | | $1,015.47 |
| 10/11/2018 | DDA PURCHASE 403482   SHOPRITE WSHN | $264.71 | | $750.76 |
| 10/12/2018 | VISA DDA PUR 402207   SUNOCO 0547584 | $47.00 | | $703.76 |
| 10/12/2018 | VISA DDA PUR 469216   APL ITUNES COM | $26.63 | | $677.13 |
| 10/15/2018 | VISA DDA PUR 476197   SESAME PLACE | $430.03 | | $247.10 |
| 10/15/2018 | VISA DDA PUR 413746   GLOUCESTER TOW | $162.33 | | $84.77 |
| 10/15/2018 | VISA DDA PUR 469216   AMAZON COM MT | $6.15 | | $78.62 |
| 10/15/2018 | VISA DDA PUR 469216   AMAZON COM MT | $1.87 | | $76.75 |
| 10/16/2018 | STATE OF NJ - LA UEMPLOYMEN | | $681.00 | $757.75 |

| Date | Description | | Amount | Credit | Balance |
|---|---|---|---|---|---|
| 10 16 2018 | DDA PURCHASE 24472301 | SAMSCLUB 47 | $10.98 | | $740.77 |
| 10 18 2018 | DDA PURCHASE 47220012 | SAMS CLUB SA | $254.87 | | $485.90 |
| 10 18 2018 | VISA DDA PUR 469216 | AMAZON PRIME | $13.85 | | $472.05 |
| 10 19 2018 | VISA DDA PUR 443106 | DUNKIN 302002 Q3 | $11.01 | | $461.04 |
| 10 22 2018 | VISA DDA PUR 442733 | MCDONALD S F10 | $19.16 | | $441.88 |
| 10 22 2018 | VISA DDA PUR 469216 | APL ITUNES COM | $5.32 | | $436.56 |
| 10 23 2018 | STATE OF NJ - LA UEMPLOYMEN | | | $681.00 | $1,117.56 |
| 10 23 2018 | VISA DDA PUR 449215 | JOYOFSOCKS | $10.25 | | $1,107.31 |



**TD Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ        08012

039 / Chapter 11 Checking

| | | | | |
|---|---|---|---|---|
| Statement Beginning Balance As Of: 10/24/2018 | | | | $1,107.31 |
| Plus | 2 | Deposits and Other Credits | | $921.00 |
| Less | 18 | Checks and Other Debits | | $1,772.35 |
| Statement Balance As Of: 11/02/2018 | | | | $255.96 |

## Transactions By Date

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/25/2018 | DDA PURCH W/CB 403482 | SHOPRITE WS | $49.46 | | $1,057.85 |
| 10/25/2018 | DDA PURCHASE 08159383 | STAPLES 0654 | $37.31 | | $1,020.54 |
| 10/25/2018 | DDA PURCHASE 319181 | THE HOME DEPO | $18.68 | | $1,001.86 |
| 10/26/2018 | VISA DDA PUR 469216 | MARRIOTT WARDI | $369.58 | | $632.28 |
| 10/26/2018 | DDA PURCHASE 403482 | SHOPRITE WSHN | $174.09 | | $458.19 |
| 10/26/2018 | VISA DDA PUR 476501 | PIONEER GAS TUR | $48.08 | | $410.11 |
| 10/26/2018 | DDA PURCHASE 50771001 | HOMEGOODS | $43.68 | | $366.43 |
| 10/26/2018 | VISA DDA PUR 442733 | MCDONALD S F10 | $16.61 | | $349.82 |
| 10/29/2018 | VISA DDA PUR 469216 | SQ CHILDRENS DE | $180.00 | | $169.82 |
| 10/29/2018 | VISA DDA PUR 427539 | SEVEN STAR DINE | $71.79 | | $98.03 |
| 10/29/2018 | VISA DDA PUR 405080 | BILLOWS ELEC SU | $34.69 | | $63.34 |
| 10/29/2018 | VISA DDA PUR 475542 | UA WASHINGTON | $29.17 | | $34.17 |
| 10/29/2018 | VISA DDA PUR 469216 | AMZN MKTP US M | $25.99 | | $8.18 |
| 10/29/2018 | VISA DDA PUR 442733 | MCDONALD S F10 | $19.83 | | ($11.65) |
| 10/29/2018 | VISA DDA PUR 475542 | UA WASHINGTON | $13.74 | | ($25.39) |
| 10/29/2018 | VISA DDA PUR 469216 | AMAZON COM M8 | $6.15 | | ($31.54) |
| 10/30/2018 | STATE OF NJ - LA UEMPLOYMEN | | | $681.00 | $649.46 |
| 10/30/2018 | ATM CASH DEPOSIT TW04B926  700 DELSE | | | $240.00 | $889.46 |

| Date | Description | | Amount |
|---|---|---|---|
| 10/30/2018 | DDA WITHDRAW TWO 040005 284 EGG HAR | $390.00 | $589.46 |
| 10/31/2018 | VISA DDA PUR 469216 COMCAST | $333.50 | $255.96 |