UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 246-3162
Fax: (215) 963-9999
Attorneys for Debtor

In Re:

DAVID RISTICK

Case No.: 17-19196

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 11/29/18

Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, Jerrold S. Kulback,

   ☒ am the attorney for: Debtor, David Ristick,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: hearing on Disclosure Statement

   Current hearing date and time: 11/29/18

   New date requested: 01/10/19

   Reason for adjournment request: Settlement w/ TCA still being memorialized.  Settlement requires 9019 approval and there will be changes to the Disclosure Statement.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 11/26/18 　　　　　　　　　　　　　　　　　　/s/ Jerrold S. Kulback
　　　　　　　　　　　　　　　　　　　　　　　　　Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted　　New hearing date: 1/10/19 at 10 am　　☒ Peremptory

☐ Granted over objection(s)　New hearing date: _____　　☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*