UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>David Ristick,<br><br>Debtor(s). | Case No.: 17-19196-ABA<br><br>Chapter: 11<br><br>Judge: Andrew B. Altenburg, Jr. |

**ORDER ADJOURNING MATTERS**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 7, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re David Ristick*
*Case No.: 17-19196-ABA*
*Order Adjourning Matters*
Page  2

---

**THIS MATTER** having come before the court by the Debtor's Individual Chapter 11 Combined Plan and Disclosure Statements (Doc. No. 92); and a hearing having been scheduled for January 10, 2019; and pursuant to the attached General Order Incorporating By Reference Standing Order 18-4 of the United States District Court for the District of New Jersey As Applied to Bankruptcy Cases and Adversary Proceedings, dated December 28, 2018; it is

**ORDERED** that the confirmation of the Debtor's Chapter 11 case and approval of disclosure statements is hereby ADJOURNED until February 14, 2019, absent further order of the court.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Suspension of Bankruptcy Matters Involving the
United States as a Party

**GENERAL ORDER INCORPORATING BY REFERENCE STANDING ORDER 18-4 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY AS APPLIED TO BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS**

The relief set forth on the following page is hereby **ORDERED**.

Dated: December 28, 2018       \_/s/_____
                               Kathryn C. Ferguson, Chief Judge
                               United States Bankruptcy Court
                               District of New Jersey

This matter is before the court due to the lapse of congressional appropriations funding the federal government, including the Department of Justice and the United States Attorney's Office for the District of New Jersey (the "U.S. Attorney's Office"). Absent an appropriation, the United States has represented to the United States District Court for the District of New Jersey ("District Court") that certain Department of Justice attorneys and employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Therefore, the lapse in appropriations requires a reduction in the workforce of the U.S. Attorney's Office and other federal agencies, particularly with respect to civil cases. The Court, in response, and with the intent to avoid any default or prejudice to the United States, debtors or other litigants, with respect to deadlines, motions or adversary proceedings which apply to, or may include the United States as a party, occasioned by the lapse of funding, enters this Order, it is hereby

ORDERED, effective December 28, 2018, Standing Order 18-4 of the District Court dated December 27, 2018 (and available on the District Court's website: njd.uscourts.gov) is incorporated by reference. All litigation in a bankruptcy case or adversary proceeding pending in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court") involving as a party the United States of America, its agencies, and/or any other party represented by the Department of Justice or the United States Attorney's Office is immediately suspended, and held in abeyance continuing either (1) until the federal government is funded through congressional appropriation, or (2) for a period of 30 days from the date of the District Court Standing Order 18-4, whichever comes sooner. The Court may renew or modify this Order depending on developments during this period. This Order includes as to the United States, the Department of Justice, or the U.S. Attorney's Office, the suspension of all pending deadlines to file proofs of claim, objections to: discharge, dischargeability, and confirmation of cases under Chapter 11 or Chapter 13 of the Bankruptcy Code for this period.

The Court warns debtors and litigants that this order does not affect deadlines, and other rights concerning motions, adversary proceedings, or appeals involving parties other than the United States.

Any litigant affected by this Order may seek relief from the Court by motion. The court may, in any particular matter, vary the effect or operation of this Order by separate ruling.

2

The Court shall distribute this Order by:

a. Electronic mail to all registered CM/ECF users;

b. Mail to all self-represented debtors in a bankruptcy case;

c. Mail to all self-represented plaintiffs and defendants in adversary proceedings; and

d. Posting the Order and a Notice to the Bar on the Court's website.

The Court shall clarify the status of affected matters and deadlines upon expiration of this period and dependent on the timing of the funding resolution or further order of this Court.