**UNITED STATES BANKRUPTCY COURT**
_____ DISTRICT OF _____                    **NEW JERSEY**

IN RE DAVID RISTICK

Case No. _____ 17-19196
Reporting Period: 11/01/2018-11/30/2018

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor                          Date        12/13/18

_____
Signature of Joint Debtor                    Date

_____
Signature of Authorized Individual*          Date

_____
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____
         Debtor

Case No. _17-19196_____
Reporting Period __0 11/01/2018-11/30/2018___

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 255.96 | 255.96 |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 57,845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 17,451.73 | 82,220.21 |
| **Total Receipts** | 17,451.73 | 140,065.57 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | 16,493.10 |
| Insurance | 80.43 | 3,287.33 |
| Auto Expense | 90.46 | 4,851.46 |
| Lease Payments | | |
| IRA Contributions | | 20,053.37 |
| Repairs and Maintenance | | 969.20 |
| Medical Expenses | | |
| Household Expenses | 3,242.75 | 68,875.78 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 168.51 | 3,676.24 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6,650.69 |
| **Total Ordinary Disbursements** | 3,582.15 | 124,962.36 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 975 |
| | | |
| **Total Disbursements  (Ordinary + Reorganization)** | | 125937.36 |
| | | |
| **Net Cash Flow (Total Receipts  - Total Disbursements)** | | 13869.58 |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 14125.54 |

FORM MOR-1(INDV)
(9/99)

In re__DAVID RISTICK_____    Case No.___17-19196_____
            Debtor                                     11/01/2018-11/30/2018

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0.00 | 200.00 |
| BOUNCED PAYMENTS | | 439.31 |
| TAX REFUND | | 1,059.00 |
| STORE REFUND | 150.00 | 625.57 |
| INSURANCE REFUND | 13,235.23 | 44,950.25 |
| CORRECTION | | 93.58 |
| GIFT | 1,342.50 | 14,933.00 |
| UNEMPLOYMENT | 2,724.00 | 11,577.00 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5,004.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
11/30/2018

| | |
|---|---:|
| beginning balance | 255.96 |
| total deposits | 17,451.73 |
| total withdrawals | 3,582.15 |
| | |
| ending balance | 14,125.54 |
| outstanding checks | |
| register balance | 14,125.54 |

(b)

# New Jersey Internet Application for Claiming Weekly Unemployment Insurance Benefits

| | | | |
|---|---|---|---|
| Claimant ID: | 003558489 | Date of Unemployment Claim: | 07/22/2018 |
| Current Date: | 11/04/2018 | Weekly Benefit Rate: | $681 |

\***Email:**

## Updated Claim Information

| | | | |
|---|---|---|---|
| Gross Amount of Payment: | $681 | Payment for week ending: | 10/27/2018 |
| Earnings: | $0 | | |
| Pension: | $0 | Claim Balance after Payment: | $8,172 |
| Refund: | $0 | Refund Balance after Payment: | $0 |
| Garnishment: | $0 | Tax Withheld so far this year: | $0 |
| Tax Withheld: | $0 | | |
| Net Amount of Payment: | $681 | | |

Your claim for unemployment insurance benefits has been received.

Your confirmation number is 18308141264079. Please write down this number or print this message, in case you need to contact a Reemployment Call Center about this certification.

\***If an email address is displayed above,** a confirmation of this transaction will be sent to that email address.

If it is determined that you are eligible for benefits, you will receive a second email when your payment has been sent to the bank for deposit into your **_direct deposit_** account.

If you do not receive any emails, please check your SPAM/JUNK folder and the accuracy of the email address listed above.If you wish to add or correct your email address, you can do so the next time you claim your weekly benefits online.

CERT Application Confirmation                                   Page 2 of 2

| Print this Page | Claim Additional Week | Exit |

(b)

# New Jersey Internet Application for Claiming Weekly Unemployment Insurance Benefits

Claimant ID:        003558489 Date of Unemployment Claim:    07/22/2018

Current Date:       11/18/2018 Weekly Benefit Rate:    $681

**\*Email:**

### Updated Claim Information

| | | | |
|---|---|---|---|
| Gross Amount of Payment: | $681 | Payment for week ending: | 11/10/2018 |
| Earnings: | $0 | | |
| Pension: | $0 | Claim Balance after Payment: | $6,810 |
| Refund: | $0 | Refund Balance after Payment: | $0 |
| Garnishment: | $0 | Tax Withheld so far this year: | $0 |
| Tax Withheld: | $0 | | |
| Net Amount of Payment: | $681 | | |

Your claim for unemployment insurance benefits has been received.

Your confirmation number is 18322151360164. Please write down this number or print this message, in case you need to contact a Reemployment Call Center about this certification.

---

**\*If an email address is displayed above,** a confirmation of this transaction will be sent to that email address.

If it is determined that you are eligible for benefits, you will receive a second email when your payment has been sent to the bank for deposit into your ***direct deposit*** account.

If you do not receive any emails, please check your SPAM/JUNK folder and the accuracy of the email address listed above. If you wish to add or correct your email address, you can do so the next

---

time you claim your weekly benefits online.

| Print this Page | Claim Additional Week | Exit |

(b)

# New Jersey Internet Application for Claiming Weekly Unemployment Insurance Benefits

Claimant ID: 003558489   Date of Unemployment Claim: 07/22/2018

Current Date: 11/25/2018   Weekly Benefit Rate: $681

**\*Email:**

### Updated Claim Information

| | | | |
|---|---|---|---|
| Gross Amount of Payment: | $681 | Payment for week ending: | 11/17/2018 |
| Earnings: | $0 | | |
| Pension: | $0 | Claim Balance after Payment: | $6,129 |
| Refund: | $0 | Refund Balance after Payment: | $0 |
| Garnishment: | $0 | Tax Withheld so far this year: | $0 |
| Tax Withheld: | $0 | | |
| Net Amount of Payment: | $681 | | |

Your claim for unemployment insurance benefits has been received.

Your confirmation number is 18329101838709. Please write down this number or print this message, in case you need to contact a Reemployment Call Center about this certification.

---

**\*If an email address is displayed above,** a confirmation of this transaction will be sent to that email address.

If it is determined that you are eligible for benefits, you will receive a second email when your payment has been sent to the bank for deposit into your ***direct deposit*** account.

If you do not receive any emails, please check your SPAM/JUNK folder and the accuracy of the email address listed above.If you wish to add or correct your email address, you can do so the next

time you claim your weekly benefits online.

| Print this Page | Claim Additional Week | Exit |



**Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ
5 NOTTINGHAM   WAY
TURNERSVILLE   NJ  08012

| | |
|---|---|
| Page: | 1 of 5 |
| Statement   Period: | Oct 24 2018-Nov   23 2018 |
| Cust Ref #: | |
| Primary   Account   #: |  |

Chapter    11  Checking
DAVID RISTICK
DIP CASE 17-19196  DIST NJ

## ACCOUNT   SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning   Balance | 1,107.31 | Average   Collected   Balance | 375.89 |
| Electronic   Deposits | 4,306.50 | Interest   Earned   This   Period | 0.00 |
| | | Interest   Paid   Year-to-Date | 0.00 |
| Electronic   Payments | 3,704.33 | Annual   Percentage   Yield   Earned | 0.00% |
| Other   Withdrawals | 1,048.00 | Days   in Period | 31 |
| Ending   Balance | 661.48 | | |

| | Total   for this   Period | Total   Year-to-Date |
|---|---|---|
| Total   Overdraft   Fees | $0.00 | $70.00 |
| Total   Returned   Item   Fees   (NSF) | $0.00 | $385.00 |

## DAILY ACCOUNT   ACTIVITY

Electronic    Deposits

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/30 | ACH   DEPOSIT,    STATE   OF  NJ - LA  UEMPLOYMEN   ****58489 | | 681.00 |
| 10/30 | ATM   CASH   DEPOSIT,   *****30028715605 | | 240.00 |
| | AUT 103018  ATM CASH  DEPOSIT | | |
| | 700  DELSEA  DR N        GLASSBORO      * NJ | | |
| 11/02 | ATM   CASH   DEPOSIT,   *****30028715605 | | 150.00 |
| | AUT 110218  ATM CASH  DEPOSIT | | |
| | 284  EGG  HARBOR  ROAD       SEWELL    * NJ | | |
| 11/05 | ATM   CHECK   DEPOSIT,   *****30028715605 | | 692.50 |
| | AUT 110518  ATM CHECK  DEPOSI | | |
| | 284  EGG  HARBOR  ROAD       SEWELL    * NJ | | |
| 11/07 | ACH   DEPOSIT,    STATE   OF  NJ - LA  UEMPLOYMEN   ****58489 | | 681.00 |
| 11/13 | ACH   DEPOSIT,    STATE   OF  NJ - LA  UEMPLOYMEN   ****58489 | | 681.00 |
| 11/20 | ACH   DEPOSIT,    STATE   OF  NJ - LA  UEMPLOYMEN   ****58489 | | 681.00 |
| 11/23 | ATM   CASH   DEPOSIT,   *****30030829105 | | 500.00 |
| | AUT 112318  ATM CASH  DEPOSIT | | |
| | 284  EGG  HARBOR  ROAD       SEWELL    * NJ | | |
| | | Subtotal: | 4,306.50 |

How    to    Balance    your    Account

Page:                                2 of 5

Begin by adjusting your account register as follows:

fi  Subtract any services charges shown on this statement.

fi  Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

fi  Add any interest earned if you have an interest-bearing account.

fi  Add any automatic deposit or overdraft line of credit.

fi  Review all withdrawals shown on this statement and check them off in your account register.

fi  Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | | 661.48 |
| ❷ | Total Deposits | + | |
| ❸ | Sub Total | | |
| ❹ | Total Withdrawals | - | |
| ❺ | Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY   IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or on a receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

fi  Your name and account number.
fi  A description of the error or transaction you are unsure about.
fi  The dollar amount and date of the suspected error.

When making a verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE:

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY   BILLING RIGHTS SUMMARY**

In case of Errors or Questions About your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone, but doing so will not preserve your rights. In your letter give us the following information:

fi  Your name and account number.
fi  The dollar amount of the suspected error.
fi  Describe the error and explain if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGE: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date of advance and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement) The Average Daily Balance is calculated by adding the balance for each day of the billing cycle and then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance of the day after advances have been added and payment or credits have been subtracted plus or minus any other adjustment that might have occurred that day. There is no grace period during which no finance charge accrues Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page:                                              3 of 5
Statement  Period:    Oct 24 2018-Nov  23 2018
Cust Ref #:
Primary  Account  #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic  Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | DEBIT POS,  *****30028715605,    AUT 102518   DDA PURCH  W/CB<br>SHOPRITE  WSHNGTNTWP  S1   SEWELL     * NJ | 49.46 |
| 10/25 | DEBIT POS,  *****30028715605,    AUT 102518   DDA PURCHASE<br>STAPLES 0654          TURNERSVILLE  * NJ | 37.31 |
| 10/25 | DEBIT POS,  *****30028715605,    AUT 102518   DDA PURCHASE<br>THE HOME DEPOT  0942      SICKLERVILLE  * NJ | 18.68 |
| 10/26 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>MARRIOTT WARDMAN PARK      WASHINGTON    * DC | 369.58 |
| 10/26 | DEBIT POS,  *****30028715605,    AUT 102618   DDA PURCHASE<br>SHOPRITE  WSHNGTNTWP  S1   SEWELL     * NJ | 174.09 |
| 10/26 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>PIONEER GAS TURNERSVILLE     TURNERSVILLE  * NJ | 48.08 |
| 10/26 | DEBIT POS,  *****30028715605,    AUT 102618   DDA PURCHASE<br>HOMEGOODS  1341B FAIRVI    DELRAN     * NJ | 43.68 |
| 10/26 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102518  VISA DDA PUR<br>MCDONALD S F10083          HARFFVILLE   * NJ | 16.61 |
| 10/29 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>SQ CHILDRENS DENTAL ASS    GLOUCESTER  TO * NJ | 180.00 |
| 10/29 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>SEVEN STAR DINER       856  5798632   * NJ | 71.79 |
| 10/29 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>BILLOWS ELEC SUPPLY 55     TURNERSVILLE  * NJ | 34.69 |
| 10/29 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>UA WASHINGTON  TOWNSHIP  1   SEWELL     * NJ | 29.17 |
| 10/29 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>AMZN MKTP US M800G4AZ0      AMZN COM BILL * WA | 25.99 |
| 10/29 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>MCDONALD S F10083          HARFFVILLE   * NJ | 19.83 |
| 10/29 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>UA WASHINGTON  TOWNSHIP  1   SEWELL     * NJ | 13.74 |
| 10/29 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 102618  VISA DDA PUR<br>AMAZON COM M832M8AN1       AMZN COM BILL * WA | 6.15 |
| 10/30 | TD ATM DEBIT,  *****30028715605,    AUT 103018   DDA WITHDRAW<br>284 EGG HARBOR ROAD       SEWELL     * NJ | 300.00 |
| 10/31 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 103018  VISA DDA PUR<br>COMCAST           800 COMCAST  * NJ | 333.50 |
| 11/05 | DEBIT CARD PURCHASE,  *****30028715605,    AUT 103018  VISA DDA PUR<br>COURTYARD  BY MARRIOTT     GLASSBORO    * NJ | 168.51 |
| 11/06 | TD ATM DEBIT,  *****30028715605,    AUT 110618   DDA WITHDRAW<br>284 EGG HARBOR ROAD       SEWELL     * NJ | 600.00 |
| 11/06 | ACH DEBIT, NORTHWESTERN    MU ISA PAYMNT   ****136-01 | 80.43 |
| 11/06 | DEBIT CARD PAYMENT,  *****30028715605,    AUT 110418  VISA DDA PUR<br>APL ITUNES  COM BILL     800 275 2273  * CA | 26.65 |

---


## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page:                                          4 of 5
Statement   Period:      Oct 24 2018-Nov   23 2018
Cust Ref #:
Primary   Account   #:

---

DAILY ACCOUNT ACTIVITY

**Electronic   Payments   (continued)**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | | 14.99 |
| 11/06 | DEBIT   CARD   PAYMENT,   *****30028715605,   AUT 110418   VISA  DDA  PUR | | |
| | APL  ITUNES   COM  BILL        800  275  2273   * CA | | |
| | | | 12.01 |
| 11/06 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 110418   VISA  DDA  PUR | | |
| | WENDY  S  3078        MANTUA        * NJ | | |
| | | | 2.99 |
| 11/06 | DEBIT   CARD   PAYMENT,   *****30028715605,   AUT 110418   VISA  DDA  PUR | | |
| | APL  ITUNES   COM  BILL        800  275  2273   * CA | | |
| | | | 400.00 |
| 11/08 | NONTD   ATM  DEBIT,   *****30028715605,   AUT 110718   DDA  WITHDRAW | | |
| | 112 EDGEMONT  AVE        BELLMAWR        * NJ | | |
| | | | 45.46 |
| 11/08 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 110618   VISA  DDA  PUR | | |
| | EXXONMOBIL   47729199        SEWELL        * NJ | | |
| | | | 9.87 |
| 11/08 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 110618   VISA  DDA  PUR | | |
| | C1 CIBO  EXPRESS   C71        NEWARK        * NJ | | |
| | | | 59.66 |
| 11/09 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 110818   VISA  DDA  PUR | | |
| | AMZN  MKTP  US  M8SNO5QL1        AMZN  COM  BILL  * WA | | |
| | | | 103.25 |
| 11/13 | DEBIT  POS,   *****30028715605,   AUT 111018   DDA  PURCHASE | | |
| | SAMS  CLUB  SAM  S  CLUB        DEPTFORD        * NJ | | |
| | | | 75.84 |
| 11/13 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 111018   VISA  DDA  PUR | | |
| | FANDANGO   COM        FANDANGO  COM   * CA | | |
| | | | 50.96 |
| 11/13 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 111218   VISA  DDA  PUR | | |
| | SHOPRITE  WASHINGTNTWP        SEWELL        * NJ | | |
| | | | 31.98 |
| 11/13 | DEBIT   CARD   PAYMENT,   *****30028715605,   AUT 111118   VISA  DDA  PUR | | |
| | APL  ITUNES   COM  BILL        800  275  2273   * CA | | |
| | | | 30.00 |
| 11/13 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 111018   VISA  DDA  PUR | | |
| | EXXONMOBIL   47729199        SEWELL        * NJ | | |
| | | | 28.49 |
| 11/13 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 110918   VISA  DDA  PUR | | |
| | DOMINO  S  4562        856  931  4100   * NJ | | |
| | | | 27.69 |
| 11/13 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 111118   VISA  DDA  PUR | | |
| | 4562 DOMINOS  PIZZA        856  931  4100   * NJ | | |
| | | | 26.63 |
| 11/13 | DEBIT   CARD   PAYMENT,   *****30028715605,   AUT 111118   VISA  DDA  PUR | | |
| | APL  ITUNES   COM  BILL        800  275  2273   * CA | | |
| | | | 17.05 |
| 11/13 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 110918   VISA  DDA  PUR | | |
| | AMZN  MKTP  US  M8SJE56A1        AMZN  COM  BILL  * WA | | |
| | | | 57.50 |
| 11/19 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 111718   VISA  DDA  PUR | | |
| | FANDANGO   COM        FANDANGO  COM   * CA | | |
| | | | 13.85 |
| 11/19 | DEBIT   CARD   PAYMENT,   *****30028715605,   AUT 111818   VISA  DDA  PUR | | |
| | AMAZON  PRIME        AMZN  COM  BILL  * WA | | |
| | | | 22.36 |
| 11/20 | DEBIT   CARD   PURCHASE,   *****30028715605,   AUT 111918   VISA  DDA  PUR | | |
| | 4562 DOMINOS  PIZZA        856  931  4100   * NJ | | |
| | | | 25.81 |
| 11/23 | DEBIT  POS,   *****30030829105,   AUT 112218   DDA  PURCHASE | | |
| | CVS  PHARMACY  00  00362        SEWELL        * NJ | | |

Subtotal:    3,704.33



STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

| | |
|---|---|
| Page: | 5 of 5 |
| Statement    Period: | Oct 24 2018–Nov. 23, 2018 |
| Cust Ref #: | |
| Primary Account #: | |



## DAILY ACCOUNT ACTIVITY

Other    Withdrawals

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | | 548.00 |
| 11/15 | DEBIT | | 500.00 |
| 11/20 | DEBIT | | |
| | | Subtotal: | 1,048.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/23 | 1,107.31 | 11/07 | 873.88 |
| 10/25 | 1,001.86 | 11/08 | 418.55 |
| 10/26 | 349.82 | 11/09 | 358.89 |
| 10/29 | -31.54 | 11/13 | 648.00 |
| 10/30 | 589.46 | 11/15 | 100.00 |
| 10/31 | 255.96 | 11/19 | 28.65 |
| 11/02 | 405.96 | 11/20 | 187.29 |
| 11/05 | 929.95 | 11/23 | 661.48 |
| 11/06 | 192.88 | | |

Call    1-800-937-2000    for    24-hour    Bank-by-Phone    services    or    connect    to    www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ
5 NOTTINGHAM  WAY
TURNERSVILLE  NJ  08012

Page:                                    1 of 7
Statement  Period:    Nov 24 2018-Dec  23 2018
Cust Ref #:
Primary  Account  #:    

Chapter    11  Checking
DAVID RISTICK
DIP CASE 17-19196 DIST NJ

## ACCOUNT  SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Beginning  Balance | 661.48 | | Average  Collected  Balance | | 6,167.84 |
| Deposits | 13,235.23 | | Interest  Earned  This  Period | | 0.00 |
| Electronic  Deposits | 2,293.77 | | Interest  Paid  Year-to-Date | | 0.00 |
| | | | Annual  Percentage  Yield  Earned | | 0.00% |
| Electronic  Payments | 10,970.41 | | Days  in Period | | 30 |
| Other  Withdrawals | 3,984.64 | | | | |
| Ending  Balance | 1,235.43 | | | | |

| | Total  for this  Period | Total  Year-to-Date |
|---|---|---|
| Total  Overdraft  Fees | $0.00 | $70.00 |
| Total  Returned  Item  Fees  (NSF) | $0.00 | $385.00 |

## DAILY ACCOUNT  ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | DEPOSIT | 13,235.23 |
| | Subtotal: | 13,235.23 |

**Electronic  Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | ACH  DEPOSIT,  STATE  OF  NJ - LA  UEMPLOYMEN  ****58489 | 681.00 |
| 11/30 | DEBIT  CARD  CREDIT,  *****30030829105,  AUT 113018  VISA  DDA REF AMZN  MKTP  US      AMZN  COM BILL * WA | 150.54 |
| 12/04 | ACH  DEPOSIT,  STATE  OF  NJ - LA  UEMPLOYMEN  ****58489 | 681.00 |
| 12/10 | DEBIT  CARD  CREDIT,  *****30030829105,  AUT 120918  VISA  DDA REF POTTERY  BARN  KIDS  E CO      800 290 8181 * CA | 100.23 |
| 12/19 | ACH  DEPOSIT,  STATE  OF  NJ - LA  UEMPLOYMEN  ****58489 | 681.00 |
| | Subtotal: | 2,293.77 |

**Electronic  Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | DEBIT  CARD  PURCHASE,  *****30030829105,  AUT 112418  VISA  DDA PUR SHOPRITE  WASHINGTNTWP      SEWELL      * NJ | 115.99 |
| 11/26 | DEBIT  CARD  PURCHASE,  *****30030829105,  AUT 112518  VISA  DDA PUR AMZN  MKTP  US M08EG3JW1      AMZN  COM BILL * WA | 25.31 |
| 11/26 | DEBIT  CARD  PURCHASE,  *****30030829105,  AUT 112518  VISA  DDA PUR AMZN  MKTP  US M078U0N80      AMZN  COM BILL * WA | 17.48 |
| 11/26 | DEBIT  CARD  PURCHASE,  *****30030829105,  AUT 112318  VISA  DDA PUR MCDONALD  S F10083      HARFFVILLE      * NJ | 15.52 |

How      to      Balance      your      Account                                  Page:                    2 of 7

Begin by adjusting your account register as follows:

fi Subtract any services charges shown on this statement.

fi Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

fi Add any interest earned if you have an interest-bearing account.

fi Add any automatic deposit or overdraft line of credit.

fi Review all withdrawals shown on this statement and check them off in your account register.

fi Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance _____ 1,235.43

❷ Total Deposits + _____

❸ Sub Total _____

❹ Total Withdrawals _____

❺ Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits ❷ |  |  |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY  IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic funds transfer or if you believe there is an error on your bank statement or receipt relating to an electronic funds transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we send you the first statement upon which the error or problem first appeared. When contacting the Bank please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

fi Your name and account number.
fi A description of the error or transaction you are unsure about.
fi The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE:**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY  BILLING RIGHTS SUMMARY**

In case of Errors or Questions About your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

fi Your name and account number.
fi The dollar amount of the suspected error.
fi Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGE:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section from the front of the statement) The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle The daily balance is the balance for the day after advances have been added and payment or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues Finance charge adjustments are included on your total finance charge.



## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page:                                          3 of 7
Statement   Period:    Nov 24 2018-Dec   23 2018
Cust Ref #:
Primary   Account   #:

---

DAILY ACCOUNT ACTIVITY

Electronic    Payments    (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112618  VISA DDA PUR<br>KYRAKISS              LONDON      G BR | 42.99 |
| 11/27 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112418  VISA DDA PUR<br>AMAZON COM M04OR0NW2          AMZN COM BILL * WA | 40.07 |
| 11/27 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112418  VISA DDA PUR<br>AMAZON COM M08ZE3NA1          AMZN COM BILL * WA | 40.00 |
| 11/28 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112618  VISA DDA PUR<br>AMZN MKTP US M05YP3TY0        AMZN COM BILL * WA | 180.38 |
| 11/28 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112618  VISA DDA PUR<br>AMZN MKTP US M09Z40170        AMZN COM BILL * WA | 33.31 |
| 11/28 | DEBIT POS,    *****30030829105,    AUT 112818  DDA PURCHASE<br>WAWA STORE 5160            ORLANDO     * FL | 15.00 |
| 11/29 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112618  VISA DDA PUR<br>LORDANDTAYLOR COM        800 223 7440  * NY | 76.12 |
| 12/03 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120118  VISA DDA PUR<br>COMCAST           800 COMCAST    * NJ | 660.52 |
| 12/03 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 113018  VISA DDA PUR<br>BLUCIGS          888 207 4588  * NC | 106.11 |
| 12/03 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112718  VISA DDA PUR<br>NORDSTROM  DIRECT 0808      CEDAR RAPIDS   * IA | 49.00 |
| 12/03 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120118  VISA DDA PUR<br>PIZZA BOX TURNERSVILLE       TURNERSVILLE  * NJ | 44.70 |
| 12/03 | DEBIT CARD PAYMENT,    *****30030829105,    AUT 113018  VISA DDA PUR<br>SXM SIRIUSXM COM ACCT     888 635 5144  * NY | 26.66 |
| 12/03 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112918  VISA DDA PUR<br>MACYS    COM          800 289 6229  * OH | 18.06 |
| 12/03 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112918  VISA DDA PUR<br>PIZZA BOX TURNERSVILLE        TURNERSVILLE  * NJ | 16.94 |
| 12/04 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120118  VISA DDA PUR<br>SOUTHJERSEYGAS  EZ PAY     888 766 9900  * NJ | 772.13 |
| 12/04 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112918  VISA DDA PUR<br>AMAZON COM M07571VY2          AMZN COM BILL * WA | 243.08 |
| 12/04 | ACH DEBIT, NORTHWESTERN      MU ISA PAYMNT  ****136-01 | 80.43 |
| 12/04 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120118  VISA DDA PUR<br>NM ONLINE          888 888 4757  * TX | 55.00 |
| 12/04 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120218  VISA DDA PUR<br>AMAZON COM M06JO4V32          AMZN COM BILL * WA | 14.92 |
| 12/05 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120418  VISA DDA PUR<br>ATLCITYELECT SPEEDPAY      800 642 3780  * DC | 742.67 |
| 12/05 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 112918  VISA DDA PUR<br>NM ONLINE          888 888 4757  * TX | 645.00 |
| 12/05 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120418  VISA DDA PUR<br>POTTERY  BARN KIDS E CO   800 290 8181  * CA | 38.36 |

Call   1-800-937-2000    for   24-hour   Bank-by-Phone   services   or   connect   to   www.tdbank.com

Bank Deposits FDIC Insured  TD Bank, N.A.  Equal Housing Lender



STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page:                                    4 of 7
Statement   Period:        Nov 24 2018-Dec   23 2018
Cust Ref #:
Primary   Account   #:

---

## DAILY ACCOUNT ACTIVITY

Electronic   Payments   (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | DEBIT CARD PAYMENT,    *****30030829105,    AUT 120418   VISA DDA PUR<br>APL ITUNES COM BILL        800 275 2273   * CA | 26.65 |
| 12/05 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120318   VISA DDA PUR<br>AMAZON COM M062Z2QM0        AMZN COM BILL * WA | 15.66 |
| 12/05 | DEBIT CARD PAYMENT,    *****30030829105,    AUT 120418   VISA DDA PUR<br>APL ITUNES COM BILL        800 275 2273   * CA | 14.99 |
| 12/05 | DEBIT CARD PAYMENT,    *****30030829105,    AUT 120318   VISA DDA PUR<br>APL ITUNES COM BILL        800 275 2273   * CA | 2.99 |
| 12/06 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120518   VISA DDA PUR<br>POTTERY BARN KIDS E CO        800 290 8181   * CA | 95.31 |
| 12/06 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120518   VISA DDA PUR<br>MACYS COM        800 289 6229   * OH | 18.07 |
| 12/06 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120518   VISA DDA PUR<br>POTTERY BARN KIDS E CO        800 290 8181   * CA | 4.92 |
| 12/07 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120618   VISA DDA PUR<br>US TREASURY TAX PA        615 730 6367   * TN | 46.47 |
| 12/07 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120318   VISA DDA PUR<br>BCBG GEN ECOMMERCE        323 277 6519   * CA | 34.80 |
| 12/07 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120218   VISA DDA PUR<br>BCBG GEN ECOMMERCE        323 277 6519   * CA | 34.80 |
| 12/07 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120718   VISA DDA PUR<br>PIZZA BOX TURNERSVILLE        TURNERSVILLE   * NJ | 16.58 |
| 12/07 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120618   VISA DDA PUR<br>PAYUSATAX CONV FE        615 730 6367   * TN | 2.58 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120818   VISA DDA PUR<br>BED BATH BEYOND 651        973 785 4333   * NJ | 213.22 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120818   VISA DDA PUR<br>POTTERY BARN KIDS CATA        800 290 8181   * CA | 190.86 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120818   VISA DDA PUR<br>AMZN MKTP US M071K07S1        AMZN COM BILL * WA | 93.77 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120818   VISA DDA PUR<br>TOUCH OF MODERN        TOUCHOFMODERN   * CA | 90.62 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120718   VISA DDA PUR<br>AMZN MKTP US M012V7KJ1        AMZN COM BILL * WA | 40.46 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120818   VISA DDA PUR<br>AMAZON COM M049D5DP2        AMZN COM BILL * WA | 38.18 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120718   VISA DDA PUR<br>AMZN MKTP US M00HH1QJ2        AMZN COM BILL * WA | 31.96 |
| 12/10 | DEBIT CARD PAYMENT,    *****30030829105,    AUT 120918   VISA DDA PUR<br>SXM SIRIUSXM COM ACCT        888 635 5144   * NY | 26.66 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120818   VISA DDA PUR<br>AMZN MKTP US M04M26612        AMZN COM BILL * WA | 25.52 |
| 12/10 | DEBIT CARD PURCHASE,    *****30030829105,    AUT 120818   VISA DDA PUR<br>POTTERY BARN KIDS E CO        800 290 8181   * CA | 17.00 |

BankDepositsFDICInsured|TDBank,N.A|EqualHousingLender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page:                                              5 of 7
Statement   Period:        Nov 24 2018-Dec   23 2018
Cust Ref #:
Primary   Account   #:

## DAILY ACCOUNT ACTIVITY

**Electronic    Payments    (continued)**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/11 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 120918   VISA DDA PUR<br>AMAZON COM M07P62RO1        AMZN COM BILL * WA | | 258.40 |
| 12/11 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 120918   VISA DDA PUR<br>AMZN MKTP US M072V1I21      AMZN COM BILL * WA | | 147.95 |
| 12/11 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 120918   VISA DDA PUR<br>AMZN MKTP US M03Y582A2      AMZN COM BILL * WA | | 99.95 |
| 12/11 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 120918   VISA DDA PUR<br>AMZN MKTP US M060Z5920      AMZN COM BILL * WA | | 97.95 |
| 12/11 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121018   VISA DDA PUR<br>AMZN MKTP US M09RR2U00      AMZN COM BILL * WA | | 29.95 |
| 12/12 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121018   VISA DDA PUR<br>EASTERN LIFT TRUCK         856 7798880   * NJ | | 506.47 |
| 12/12 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121018   VISA DDA PUR<br>AMZN MKTP US M07N48180      AMZN COM BILL * WA | | 104.44 |
| 12/12 | DEBIT CARD PAYMENT,  *****30030829105,   AUT 121118   VISA DDA PUR<br>APL ITUNES COM BILL       800 275 2273  * CA | | 26.63 |
| 12/12 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121018   VISA DDA PUR<br>AMZN MKTP US M08QR1130      AMZN COM BILL * WA | | 13.99 |
| 12/13 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121218   VISA DDA PUR<br>DIS SHOPDISNEY COM       800 328 0368  * CA | | 11.92 |
| 12/14 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121018   VISA DDA PUR<br>ZARA COM USA            855 6359272   * NY | | 109.80 |
| 12/14 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121218   VISA DDA PUR<br>TARGET COM              800 591 3869  * MN | | 88.36 |
| 12/14 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121218   VISA DDA PUR<br>MACYS COM               800 289 6229  * OH | | 34.12 |
| 12/14 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121118   VISA DDA PUR<br>PIZZA BOX TURNERSVILLE        TURNERSVILLE  * NJ | | 25.48 |
| 12/17 | TD ATM DEBIT,  *****30030829105,   AUT 121518   DDA WITHDRAW<br>284 EGG HARBOR ROAD        SEWELL       * NJ | | 600.00 |
| 12/17 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121418   VISA DDA PUR<br>VERIZON WRL MY ACCT VE     800 9220204   * CA | | 517.62 |
| 12/17 | TD ATM DEBIT,  *****30030829105,   AUT 121718   DDA WITHDRAW<br>284 EGG HARBOR ROAD        SEWELL       * NJ | | 400.00 |
| 12/17 | DEBIT POS,  *****30030829105,   AUT 121618   DDA PURCHASE<br>SAM S CLUB             WILLIAMSTOWN  * NJ | | 277.30 |
| 12/17 | DEBIT POS,  *****30030829105,   AUT 121618   DDA PURCHASE<br>UNDER ARMOUR GL          BLACKWOOD     * NJ | | 250.93 |
| 12/17 | DEBIT POS,  *****30030829105,   AUT 121518   DDA PURCHASE<br>VERIZON WRLS 0359001        DEPTFORD      * NJ | | 156.20 |
| 12/17 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121418   VISA DDA PUR<br>DIS SHOPDISNEY COM       800 328 0368  * CA | | 153.03 |
| 12/17 | DEBIT CARD PURCHASE,  *****30030829105,   AUT 121418   VISA DDA PUR<br>AMZN MKTP US M27FV5N21      AMZN COM BILL * WA | | 144.95 |



STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196    DIST NJ

Page:                                      6 of 7
Statement  Period:      Nov 24 2018-Dec  23 2018
Cust Ref #:
Primary  Account  #:

---

DAILY ACCOUNT  ACTIVITY

Electronic   Payments   (continued)

| POSTING DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 12/17 | DEBIT CARD PURCHASE, VERIZON WRLS 0359001 | *****30030829105, DEPTFORD | AUT 121518 *NJ | VISA DDA PUR | 114.80 |
| 12/17 | DEBIT CARD PURCHASE, LORDANDTAYLOR COM | *****30030829105, 800 223 7440 | AUT 121218 *NY | VISA DDA PUR | 99.14 |
| 12/17 | DEBIT CARD PURCHASE, BC UBER CASH | *****30030829105, 866 576 1039 | AUT 121418 *SD | VISA DDA PUR | 95.00 |
| 12/17 | DEBIT POS, *****30030829105, VERIZON WRLS 0359001 | AUT 121518 DEPTFORD | DDA PURCHASE *NJ | | 93.72 |
| 12/17 | DEBIT POS, *****30030829105, GNC 7690 GNC 07690380 CS | AUT 121618 SEWELL | DDA PURCHASE *NJ | | 86.89 |
| 12/17 | DEBIT POS, *****30030829105, VERIZON WRLS 0359001 | AUT 121518 DEPTFORD | DDA PURCHASE *NJ | | 82.81 |
| 12/17 | DEBIT CARD PURCHASE, FANDANGO COM | *****30030829105, FANDANGO COM | AUT 121418 *CA | VISA DDA PUR | 57.50 |
| 12/17 | DEBIT CARD PURCHASE, NIFTY FIFTYS TURNER | *****30030829105, TURNERSVILLE | AUT 121518 *NJ | VISA DDA PUR | 44.98 |
| 12/17 | DEBIT POS, *****30030829105, WAWA 981 | AUT 121718 SICKLERVILLE *NJ | DDA PURCHASE | | 44.93 |
| 12/17 | DEBIT CARD PURCHASE, 4562 DOMINOS PIZZA | *****30030829105, TURNERSVILLE | AUT 121318 *NJ | VISA DDA PUR | 17.57 |
| 12/17 | DEBIT CARD PURCHASE, PIZZA BOX TURNERSVILLE | *****30030829105, TURNERSVILLE | AUT 121318 *NJ | VISA DDA PUR | 16.94 |
| 12/17 | DEBIT CARD PURCHASE, FANDANGO COM | *****30030829105, FANDANGO COM | AUT 121518 *CA | VISA DDA PUR | 15.44 |
| 12/17 | DEBIT CARD PURCHASE, MACYS COM | *****30030829105, 800 289 6229 | AUT 121418 *OH | VISA DDA PUR | 15.00 |
| 12/18 | DEBIT CARD PURCHASE, SHOPRITE WASHINGTNTWP | *****30030829105, SEWELL | AUT 121718 *NJ | VISA DDA PUR | 176.98 |
| 12/18 | DEBIT CARD PURCHASE, AMTRAK MOBIL350063505563 | *****30030829105, WASHINGTON | AUT 121618 *DC | VISA DDA PUR | 124.00 |
| 12/18 | DEBIT CARD PURCHASE, AMZN MKTP US M239A4A50 | *****30030829105, AMZN COM BILL | AUT 121618 *WA | VISA DDA PUR | 117.58 |
| 12/18 | DEBIT CARD PURCHASE, BLUCIGS | *****30030829105, 888 207 4588 | AUT 121618 *NC | VISA DDA PUR | 86.27 |
| 12/18 | DEBIT CARD PURCHASE, AMTRAK MOBIL350073203175 | *****30030829105, WASHINGTON | AUT 121618 *DC | VISA DDA PUR | 66.00 |
| 12/18 | DEBIT CARD PURCHASE, RANDAZZOSPIZZASEWELL | *****30030829105, SEWELL | AUT 121718 *NJ | VISA DDA PUR | 50.36 |
| 12/18 | DEBIT CARD PURCHASE, JAMBA JUICE | *****30030829105, NEW YORK | AUT 121718 *NY | VISA DDA PUR | 16.40 |
| 12/18 | DEBIT CARD PAYMENT, AMAZON PRIME | *****30030829105, AMZN COM BILL | AUT 121718 *WA | VISA DDA PUR | 13.85 |
| 12/19 | DEBIT CARD PURCHASE, BLUCIGS | *****30030829105, 888 207 4588 | AUT 121618 *NC | VISA DDA PUR | 64.59 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page:                                    7 of 7
Statement   Period:      Nov 24 2018-Dec    23 2018
Cust Ref #: 
Primary   Account   #:

---

## DAILY ACCOUNT ACTIVITY

**Electronic   Payments   (continued)**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, MACYS   COM        800 289 6229  * OH | AUT 121918 | VISA DDA PUR | 117.00 |
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, MACYS   COM        800 289 6229  * OH | AUT 122018 | VISA DDA PUR | 42.63 |
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, SHOPRITE   WASHINGTNTWP   * NJ | AUT 121918 | VISA DDA PUR | 26.80 |
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, AMZN MKTP US M261N38Y1      AMZN COM BILL * WA | AUT 121918 | VISA DDA PUR | 15.98 |
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, AMZN MKTP US M23CY5HT0      AMZN COM BILL * WA | AUT 121918 | VISA DDA PUR | 13.99 |
| | | | Subtotal: | 10,970.41 |

**Other   Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEBIT | 3,000.00 |
| 12/03 | DEBIT | 984.64 |
| | Subtotal: | 3,984.64 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/23 | 661.48 | 12/07 | 6,995.04 |
| 11/26 | 13,722.41 | 12/10 | 6,327.02 |
| 11/27 | 14,280.35 | 12/11 | 5,692.82 |
| 11/28 | 14,051.66 | 12/12 | 5,041.29 |
| 11/29 | 13,975.54 | 12/13 | 5,029.37 |
| 11/30 | 14,126.08 | 12/14 | 4,771.61 |
| 12/03 | 9,219.45 | 12/17 | 1,486.86 |
| 12/04 | 8,734.89 | 12/18 | 835.42 |
| 12/05 | 7,248.57 | 12/19 | 1,451.83 |
| 12/06 | 7,130.27 | 12/20 | 1,235.43 |