UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____     NEW JERSEY

IN RE DAVID RISTICK                           Case No. _____ 17-19196
                                              Reporting Period: 12/01/2018-12/31/2018

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_                                    01/15/19
Signature of Debtor                              Date

_____                  Date
Signature of Joint Debtor

_____                  Date
Signature of Authorized Individual*

_____                  Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  
Debtor

Case No. _17-19196_____  
Reporting Period __0 12/01/2018-12/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 14,125.54 | 14,125.54 |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 57,845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 3,505.23 | 85,725.44 |
| Total Receipts | 3,505.23 | 143,570.80 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 2,479.95 | 18,973.05 |
| Insurance | 80.43 | 3,367.76 |
| Auto Expense | 506.47 | 5,357.93 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 20,053.37 |
| Medical Expenses | | 969.20 |
| Household Expenses | 11,612.98 | 80,488.76 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 46.47 | 46.47 |
| Travel and Entertainment | 452.00 | 4,128.24 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6,650.69 |
| Total Ordinary Disbursements | 15,178.30 | 140,140.66 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 141115.66 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | -11673.07 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 2452.47 |

FORM MOR-1(INDV)  
(9/99)

In re __DAVID RISTICK_____ Case No.____17-19196_____
       Debtor                            12/01/2018-12/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| old account | 0.00 | 200.00 |
| BOUNCED PAYMENTS | | 439.31 |
| TAX REFUND | | 1,059.00 |
| STORE REFUND | 100.23 | 725.80 |
| INSURANCE REFUND | | 44,950.25 |
| CORRECTION | | 93.58 |
| GIFT | | 14,933.00 |
| UNEMPLOYMENT | 3,405.00 | 14,982.00 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5,004.14 |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
12/31/2018

| | |
|---|---:|
| beginning balance | 14,125.54 |
| total deposits | 3,505.23 |
| total withdrawals | 15,178.30 |
| ending balance | 2,452.47 |
| outstanding checks | |
| register balance | 2,452.47 |

(b)

# New Jersey Internet Application for Claiming Weekly Unemployment Insurance Benefits

| | | | |
|---|---|---|---|
| Claimant ID: | 003558489 | Date of Unemployment Claim: | 07/22/2018 |
| Current Date: | 12/02/2018 | Weekly Benefit Rate: | $681 |

*Email:

### Updated Claim Information

| | | | |
|---|---|---|---|
| Gross Amount of Payment: | $681 | Payment for week ending: | 11/24/2018 |
| Earnings: | $0 | | |
| Pension: | $0 | Claim Balance after Payment: | $5,448 |
| Refund: | $0 | Refund Balance after Payment: | $0 |
| Garnishment: | $0 | Tax Withheld so far this year: | $0 |
| Tax Withheld: | $0 | | |
| Net Amount of Payment: | $681 | | |

Your claim for unemployment insurance benefits has been received.

Your confirmation number is 18336165310948. Please write down this number or print this message, in case you need to contact a Reemployment Call Center about this certification.

> *If an email address is displayed above, a confirmation of this transaction will be sent to that email address.
>
> If it is determined that you are eligible for benefits, you will receive a second email when your payment has been sent to the bank for deposit into your ***direct deposit*** account.
>
> If you do not receive any emails, please check your SPAM/JUNK folder and the accuracy of the email address listed above. If you wish to add or correct your email address, you can do so the next

time you claim your weekly benefits online.

[ Print this Page ]    [ Claim Additional Week ]    [ Exit ]

(b)

# New Jersey Internet Application for Claiming Weekly Unemployment Insurance Benefits

| | | | |
|---|---|---|---|
| Claimant ID: | 003558489 | Date of Unemployment Claim: | 07/22/2018 |
| Current Date: | 12/17/2018 | Weekly Benefit Rate: | $681 |

*Email:

### Updated Claim Information

| | | | |
|---|---|---|---|
| Gross Amount of Payment: | $681 | Payment for week ending: | 12/01/2018 |
| Earnings: | $0 | | |
| Pension: | $0 | Claim Balance after Payment: | $4,767 |
| Refund: | $0 | Refund Balance after Payment: | $0 |
| Garnishment: | $0 | Tax Withheld so far this year: | $0 |
| Tax Withheld: | $0 | | |
| Net Amount of Payment: | $681 | | |

Your claim for unemployment insurance benefits has been received.

Your confirmation number is 18351092470628. Please write down this number or print this message, in case you need to contact a Reemployment Call Center about this certification.

*If an email address is displayed above, a confirmation of this transaction will be sent to that email address.

If it is determined that you are eligible for benefits, you will receive a second email when your payment has been sent to the bank for deposit into your ***direct deposit*** account.

If you do not receive any emails, please check your SPAM/JUNK folder and the accuracy of the email address listed above. If you wish to add or correct your email address, you can do so the next time you claim your weekly benefits online.

| Print this Page | Claim Additional Week | Exit |

Create PDF files with PDF Writer for Windows 8. This is an evaluation copy. Buy full version now.
https://www10.state.nj.us/DOL_W247/DOL_BPAY/confirm_new.jsp                    12/17/18



**Bank**
America's Most Convenient Bank®          T          STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ 08012

Page: 1 of 7
Statement Period: Nov 24 2018-Dec 23 2018
Cust Ref #:
Primary Account #: 

Chapter 11 Checking                                                                 Account
DAVID RISTICK
DIP CASE 17-19196 DIST NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 661.48 | Average Collected Balance | 6,167.84 |
| Deposits | 13,235.23 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,293.77 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 10,970.41 | Days in Period | 30 |
| Other Withdrawals | 3,984.64 | | |
| Ending Balance | 1,235.43 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $385.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | DEPOSIT | 13,235.23 |
| | Subtotal: | 13,235.23 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN ****58489 | 681.00 |
| 11/30 | DEBIT CARD CREDIT, *****30030829105, AUT 113018 VISA DDA REF AMZN MKTP US AMZN COM BILL * WA | 150.54 |
| 12/04 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN ****58489 | 681.00 |
| 12/10 | DEBIT CARD CREDIT, *****30030829105, AUT 120918 VISA DDA REF POTTERY BARN KIDS E CO 800 290 8181 * CA | 100.23 |
| 12/19 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN ****58489 | 681.00 |
| | Subtotal: | 2,293.77 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | DEBIT CARD PURCHASE, *****30030829105, AUT 112418 VISA DDA PUR SHOPRITE WASHINGTNTWP SEWELL * NJ | 115.99 |
| 11/26 | DEBIT CARD PURCHASE, *****30030829105, AUT 112518 VISA DDA PUR AMZN MKTP US M08EG3JW1 AMZN COM BILL * WA | 25.31 |
| 11/26 | DEBIT CARD PURCHASE, *****30030829105, AUT 112518 VISA DDA PUR AMZN MKTP US M078U0N80 AMZN COM BILL * WA | 17.48 |
| 11/26 | DEBIT CARD PURCHASE, *****30030829105, AUT 112318 VISA DDA PUR MCDONALD S F10083 HARFFVILLE * NJ | 15.52 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured! TDBank,N.A! EqualHousingLender

How to Balance your Account

Page: 2 of 7

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance _____ 1,235.43

❷ Total Deposits + _____

❸ Sub. Total _____

❹ Total Withdrawals − _____

❺ Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits ❷ |  |  |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals ❹ |  |  |

FOR CONSUMER ACCOUNTS ONLY IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total Interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page: 3 of 7
Statement Period: Nov 24 2018-Dec 23 2018
Cust Ref #:
Primary Account #: 

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEBIT CARD PURCHASE, *****30030829105, AUT 112618 VISA DDA PUR KYRAKISS LONDON GBR | 42.99 |
| 11/27 | DEBIT CARD PURCHASE, *****30030829105, AUT 112418 VISA DDA PUR AMAZON COM M04OR0NW2 AMZN COM BILL * WA | 40.07 |
| 11/27 | DEBIT CARD PURCHASE, *****30030829105, AUT 112418 VISA DDA PUR AMAZON COM M08ZE3NA1 AMZN COM BILL * WA | 40.00 |
| 11/28 | DEBIT CARD PURCHASE, *****30030829105, AUT 112618 VISA DDA PUR AMZN MKTP US M05YP3TY0 AMZN COM BILL * WA | 180.38 |
| 11/28 | DEBIT CARD PURCHASE, *****30030829105, AUT 112618 VISA DDA PUR AMZN MKTP US M09Z40170 AMZN COM BILL * WA | 33.31 |
| 11/28 | DEBIT POS, *****30030829105, AUT 112818 DDA PURCHASE WAWA STORE 5160 ORLANDO * FL | 15.00 |
| 11/29 | DEBIT CARD PURCHASE, *****30030829105, AUT 112618 VISA DDA PUR LORDANDTAYLOR COM 800 223 7440 * NY | 76.12 |
| 12/03 | DEBIT CARD PURCHASE, *****30030829105, AUT 120118 VISA DDA PUR COMCAST 800 COMCAST * NJ | 660.52 |
| 12/03 | DEBIT CARD PURCHASE, *****30030829105, AUT 113018 VISA DDA PUR BLUCIGS 888 207 4588 * NC | 106.11 |
| 12/03 | DEBIT CARD PURCHASE, *****30030829105, AUT 112718 VISA DDA PUR NORDSTROM DIRECT 0808 CEDAR RAPIDS * IA | 49.00 |
| 12/03 | DEBIT CARD PURCHASE, *****30030829105, AUT 120118 VISA DDA PUR PIZZA BOX TURNERSVILLE TURNERSVILLE * NJ | 44.70 |
| 12/03 | DEBIT CARD PAYMENT, *****30030829105, AUT 113018 VISA DDA PUR SXM SIRIUSXM COM ACCT 888 635 5144 * NY | 26.66 |
| 12/03 | DEBIT CARD PURCHASE, *****30030829105, AUT 112918 VISA DDA PUR MACYS COM 800 289 6229 * OH | 18.06 |
| 12/03 | DEBIT CARD PURCHASE, *****30030829105, AUT 112918 VISA DDA PUR PIZZA BOX TURNERSVILLE TURNERSVILLE * NJ | 16.94 |
| 12/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 120118 VISA DDA PUR SOUTHJERSEYGAS EZ PAY 888 766 9900 * NJ | 772.13 |
| 12/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 112918 VISA DDA PUR AMAZON COM M07571VY2 AMZN COM BILL * WA | 243.08 |
| 12/04 | ACH DEBIT, NORTHWESTERN MU ISA PAYMNT ****136-01 | 80.43 |
| 12/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 120118 VISA DDA PUR NM ONLINE 888 888 4757 * TX | 55.00 |
| 12/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 120218 VISA DDA PUR AMAZON COM M06JO4V32 AMZN COM BILL * WA | 14.92 |
| 12/05 | DEBIT CARD PURCHASE, *****30030829105, AUT 120418 VISA DDA PUR ATLCITYELECT SPEEDPAY 800 642 3780 * DC | 742.67 |
| 12/05 | DEBIT CARD PURCHASE, *****30030829105, AUT 112918 VISA DDA PUR NM ONLINE 888 888 4757 * TX | 645.00 |
| 12/05 | DEBIT CARD PURCHASE, *****30030829105, AUT 120418 VISA DDA PUR POTTERY BARN KIDS E CO 800 290 8181 * CA | 38.36 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured/TDBankN A! EqualHousingLender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page: 4 of 7
Statement Period: Nov 24 2018-Dec 23 2018
Cust Ref #:
Primary Account #:



## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 12/05 | DEBIT CARD PAYMENT, APL ITUNES COM BILL | *****30030829105, 800 275 2273 | AUT 120418 VISA DDA PUR * CA | 26.65 |
| 12/05 | DEBIT CARD PURCHASE, AMAZON COM M062Z2QM0 | *****30030829105, AMZN COM BILL | AUT 120318 VISA DDA PUR * WA | 15.66 |
| 12/05 | DEBIT CARD PAYMENT, APL ITUNES COM BILL | *****30030829105, 800 275 2273 | AUT 120418 VISA DDA PUR * CA | 14.99 |
| 12/05 | DEBIT CARD PAYMENT, APL ITUNES COM BILL | *****30030829105, 800 275 2273 | AUT 120318 VISA DDA PUR * CA | 2.99 |
| 12/06 | DEBIT CARD PURCHASE, POTTERY BARN KIDS E CO | *****30030829105, 800 290 8181 | AUT 120518 VISA DDA PUR * CA | 95.31 |
| 12/06 | DEBIT CARD PURCHASE, MACYS COM | *****30030829105, 800 289 6229 | AUT 120518 VISA DDA PUR * OH | 18.07 |
| 12/06 | DEBIT CARD PURCHASE, POTTERY BARN KIDS E CO | *****30030829105, 800 290 8181 | AUT 120518 VISA DDA PUR * CA | 4.92 |
| 12/07 | DEBIT CARD PURCHASE, US TREASURY TAX PA | *****30030829105, 615 730 6367 | AUT 120618 VISA DDA PUR * TN | 46.47 |
| 12/07 | DEBIT CARD PURCHASE, BCBG GEN ECOMMERCE | *****30030829105, 323 277 6519 | AUT 120318 VISA DDA PUR * CA | 34.80 |
| 12/07 | DEBIT CARD PURCHASE, BCBG GEN ECOMMERCE | *****30030829105, 323 277 6519 | AUT 120218 VISA DDA PUR * CA | 34.80 |
| 12/07 | DEBIT CARD PURCHASE, PIZZA BOX TURNERSVILLE | *****30030829105, TURNERSVILLE | AUT 120718 VISA DDA PUR * NJ | 16.58 |
| 12/07 | DEBIT CARD PURCHASE, PAYUSATAX CONV FE | *****30030829105, 615 730 6367 | AUT 120618 VISA DDA PUR * TN | 2.58 |
| 12/10 | DEBIT CARD PURCHASE, BED BATH BEYOND 651 | *****30030829105, 973 785 4333 | AUT 120818 VISA DDA PUR * NJ | 213.22 |
| 12/10 | DEBIT CARD PURCHASE, POTTERY BARN KIDS CATA | *****30030829105, 800 290 8181 | AUT 120818 VISA DDA PUR * CA | 190.86 |
| 12/10 | DEBIT CARD PURCHASE, AMZN MKTP US M071K07S1 | *****30030829105, AMZN COM BILL | AUT 120818 VISA DDA PUR * WA | 93.77 |
| 12/10 | DEBIT CARD PURCHASE, TOUCH OF MODERN | *****30030829105, TOUCHOFMODERN | AUT 120818 VISA DDA PUR * CA | 90.62 |
| 12/10 | DEBIT CARD PURCHASE, AMZN MKTP US M012V7KJ1 | *****30030829105, AMZN COM BILL | AUT 120718 VISA DDA PUR * WA | 40.46 |
| 12/10 | DEBIT CARD PURCHASE, AMAZON COM M049D5DP2 | *****30030829105, AMZN COM BILL | AUT 120818 VISA DDA PUR * WA | 38.18 |
| 12/10 | DEBIT CARD PURCHASE, AMZN MKTP US M00HH1QJ2 | *****30030829105, AMZN COM BILL | AUT 120718 VISA DDA PUR * WA | 31.96 |
| 12/10 | DEBIT CARD PAYMENT, SXM SIRIUSXM COM ACCT | *****30030829105, 888 635 5144 | AUT 120918 VISA DDA PUR * NY | 26.66 |
| 12/10 | DEBIT CARD PURCHASE, AMZN MKTP US M04M26612 | *****30030829105, AMZN COM BILL | AUT 120818 VISA DDA PUR * WA | 25.52 |
| 12/10 | DEBIT CARD PURCHASE, POTTERY BARN KIDS E CO | *****30030829105, 800 290 8181 | AUT 120818 VISA DDA PUR * CA | 17.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 5 of 7
Statement Period: Nov 24 2018-Dec 23 2018
Cust Ref #:
Primary Account #: 

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 12/11 | DEBIT CARD PURCHASE, AMAZON COM M07P62RO1 | *****30030829105, AMZN COM BILL * WA | AUT 120918 VISA DDA PUR | 258.40 |
| 12/11 | DEBIT CARD PURCHASE, AMZN MKTP US M072V1I21 | *****30030829105, AMZN COM BILL * WA | AUT 120918 VISA DDA PUR | 147.95 |
| 12/11 | DEBIT CARD PURCHASE, AMZN MKTP US M03Y582A2 | *****30030829105, AMZN COM BILL * WA | AUT 120918 VISA DDA PUR | 99.95 |
| 12/11 | DEBIT CARD PURCHASE, AMZN MKTP US M060Z5920 | *****30030829105, AMZN COM BILL * WA | AUT 120918 VISA DDA PUR | 97.95 |
| 12/11 | DEBIT CARD PURCHASE, AMZN MKTP US M09RR2UO0 | *****30030829105, AMZN COM BILL * WA | AUT 121018 VISA DDA PUR | 29.95 |
| 12/12 | DEBIT CARD PURCHASE, EASTERN LIFT TRUCK | *****30030829105, 856 7798880 * NJ | AUT 121018 VISA DDA PUR | 506.47 |
| 12/12 | DEBIT CARD PURCHASE, AMZN MKTP US M07N48I80 | *****30030829105, AMZN COM BILL * WA | AUT 121018 VISA DDA PUR | 104.44 |
| 12/12 | DEBIT CARD PAYMENT, APL ITUNES COM BILL | *****30030829105, 800 275 2273 * CA | AUT 121118 VISA DDA PUR | 26.63 |
| 12/12 | DEBIT CARD PURCHASE, AMZN MKTP US M08QR1130 | *****30030829105, AMZN COM BILL * WA | AUT 121018 VISA DDA PUR | 13.99 |
| 12/13 | DEBIT CARD PURCHASE, DIS SHOPDISNEY COM | *****30030829105, 800 328 0368 * CA | AUT 121218 VISA DDA PUR | 11.92 |
| 12/14 | DEBIT CARD PURCHASE, ZARA COM USA | *****30030829105, 855 6359272 * NY | AUT 121018 VISA DDA PUR | 109.80 |
| 12/14 | DEBIT CARD PURCHASE, TARGET COM | *****30030829105, 800 591 3869 * MN | AUT 121218 VISA DDA PUR | 88.36 |
| 12/14 | DEBIT CARD PURCHASE, MACYS COM | *****30030829105, 800 289 6229 * OH | AUT 121218 VISA DDA PUR | 34.12 |
| 12/14 | DEBIT CARD PURCHASE, PIZZA BOX TURNERSVILLE | *****30030829105, TURNERSVILLE * NJ | AUT 121118 VISA DDA PUR | 25.48 |
| 12/17 | TD ATM DEBIT, *****30030829105, 284 EGG HARBOR ROAD | SEWELL * NJ | AUT 121518 DDA WITHDRAW | 600.00 |
| 12/17 | DEBIT CARD PURCHASE, VERIZON WRL MY ACCT VE | *****30030829105, 800 9220204 * CA | AUT 121418 VISA DDA PUR | 517.62 |
| 12/17 | TD ATM DEBIT, *****30030829105, 284 EGG HARBOR ROAD | SEWELL * NJ | AUT 121718 DDA WITHDRAW | 400.00 |
| 12/17 | DEBIT POS, *****30030829105, SAM S CLUB | WILLIAMSTOWN * NJ | AUT 121618 DDA PURCHASE | 277.30 |
| 12/17 | DEBIT POS, *****30030829105, UNDER ARMOUR GL | BLACKWOOD * NJ | AUT 121618 DDA PURCHASE | 250.93 |
| 12/17 | DEBIT POS, *****30030829105, VERIZON WRLS 0359001 | DEPTFORD * NJ | AUT 121518 DDA PURCHASE | 156.20 |
| 12/17 | DEBIT CARD PURCHASE, DIS SHOPDISNEY COM | *****30030829105, 800 328 0368 * CA | AUT 121418 VISA DDA PUR | 153.03 |
| 12/17 | DEBIT CARD PURCHASE, AMZN MKTP US M27FV5N21 | *****30030829105, AMZN COM BILL * WA | AUT 121418 VISA DDA PUR | 144.95 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured I TD Bank, N.A. I Equal Housing Lender





STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page: 6 of 7
Statement Period: Nov 24 2018-Dec 23 2018
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 12/17 | DEBIT CARD PURCHASE, VERIZON WRLS 0359001 | *****30030829105, DEPTFORD | AUT 121518 VISA DDA PUR * NJ | 114.80 |
| 12/17 | DEBIT CARD PURCHASE, LORDANDTAYLOR COM | *****30030829105, 800 223 7440 | AUT 121218 VISA DDA PUR * NY | 99.14 |
| 12/17 | DEBIT CARD PURCHASE, BC UBER CASH | *****30030829105, 866 576 1039 | AUT 121418 VISA DDA PUR * SD | 95.00 |
| 12/17 | DEBIT POS, *****30030829105, VERIZON WRLS 0359001 | AUT 121518 DEPTFORD | DDA PURCHASE * NJ | 93.72 |
| 12/17 | DEBIT POS, *****30030829105, GNC 7690 GNC 07690380 CS | AUT 121618 SEWELL | DDA PURCHASE * NJ | 86.89 |
| 12/17 | DEBIT POS, *****30030829105, VERIZON WRLS 0359001 | AUT 121518 DEPTFORD | DDA PURCHASE * NJ | 82.81 |
| 12/17 | DEBIT CARD PURCHASE, FANDANGO COM | *****30030829105, FANDANGO COM | AUT 121418 VISA DDA PUR * CA | 57.50 |
| 12/17 | DEBIT CARD PURCHASE, NIFTY FIFTYS TURNER | *****30030829105, TURNERSVILLE | AUT 121518 VISA DDA PUR * NJ | 44.98 |
| 12/17 | DEBIT POS, *****30030829105, WAWA 981 | AUT 121718 SICKLERVILLE | DDA PURCHASE * NJ | 44.93 |
| 12/17 | DEBIT CARD PURCHASE, 4562 DOMINOS PIZZA | *****30030829105, TURNERSVILLE | AUT 121318 VISA DDA PUR * NJ | 17.57 |
| 12/17 | DEBIT CARD PURCHASE, PIZZA BOX TURNERSVILLE | *****30030829105, TURNERSVILLE | AUT 121318 VISA DDA PUR * NJ | 16.94 |
| 12/17 | DEBIT CARD PURCHASE, FANDANGO COM | *****30030829105, FANDANGO COM | AUT 121518 VISA DDA PUR * CA | 15.44 |
| 12/17 | DEBIT CARD PURCHASE, MACYS COM | *****30030829105, 800 289 6229 | AUT 121418 VISA DDA PUR * OH | 15.00 |
| 12/18 | DEBIT CARD PURCHASE, SHOPRITE WASHINGTNTWP | *****30030829105, SEWELL | AUT 121718 VISA DDA PUR * NJ | 176.98 |
| 12/18 | DEBIT CARD PURCHASE, AMTRAK MOBIL350063505563 | *****30030829105, WASHINGTON | AUT 121618 VISA DDA PUR * DC | 124.00 |
| 12/18 | DEBIT CARD PURCHASE, AMZN MKTP US M239A4A50 | *****30030829105, AMZN COM BILL | AUT 121618 VISA DDA PUR * WA | 117.58 |
| 12/18 | DEBIT CARD PURCHASE, BLUCIGS | *****30030829105, 888 207 4588 | AUT 121618 VISA DDA PUR * NC | 86.27 |
| 12/18 | DEBIT CARD PURCHASE, AMTRAK MOBIL350073203175 | *****30030829105, WASHINGTON | AUT 121618 VISA DDA PUR * DC | 66.00 |
| 12/18 | DEBIT CARD PURCHASE, RANDAZZOSPIZZASEWELL | *****30030829105, SEWELL | AUT 121718 VISA DDA PUR * NJ | 50.36 |
| 12/18 | DEBIT CARD PURCHASE, JAMBA JUICE | *****30030829105, NEW YORK | AUT 121718 VISA DDA PUR * NY | 16.40 |
| 12/18 | DEBIT CARD PAYMENT, AMAZON PRIME | *****30030829105, AMZN COM BILL | AUT 121718 VISA DDA PUR * WA | 13.85 |
| 12/19 | DEBIT CARD PURCHASE, BLUCIGS | *****30030829105, 888 207 4588 | AUT 121618 VISA DDA PUR * NC | 64.59 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDeposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196    DIST NJ

Page: 7 of 7
Statement Period: Nov 24 2018-Dec 23 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, AUT 121918 VISA DDA PUR MACYS COM 800 289 6229 * OH | 117.00 |
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, AUT 122018 VISA DDA PUR MACYS COM 800 289 6229 * OH | 42.63 |
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, AUT 121918 VISA DDA PUR SHOPRITE WASHINGTNTWP SEWELL * NJ | 26.80 |
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, AUT 121918 VISA DDA PUR AMZN MKTP US M261N38Y1 AMZN COM BILL * WA | 15.98 |
| 12/20 | DEBIT CARD PURCHASE, *****30030829105, AUT 121918 VISA DDA PUR AMZN MKTP US M23CY5HT0 AMZN COM BILL * WA | 13.99 |
| | Subtotal: | 10,970.41 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEBIT | 3,000.00 |
| 12/03 | DEBIT | 984.64 |
| | Subtotal: | 3,984.64 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/23 | 661.48 | 12/07 | 6,995.04 |
| 11/26 | 13,722.41 | 12/10 | 6,327.02 |
| 11/27 | 14,280.35 | 12/11 | 5,692.82 |
| 11/28 | 14,051.66 | 12/12 | 5,041.29 |
| 11/29 | 13,975.54 | 12/13 | 5,029.37 |
| 11/30 | 14,126.08 | 12/14 | 4,771.61 |
| 12/03 | 9,219.45 | 12/17 | 1,486.86 |
| 12/04 | 8,734.89 | 12/18 | 835.42 |
| 12/05 | 7,248.57 | 12/19 | 1,451.83 |
| 12/06 | 7,130.27 | 12/20 | 1,235.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®         T         STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE  NJ  08012

Page: 1 of 5
Statement Period: Dec 24 2018-Jan 23 2019
Cust Ref #:
Primary Account #: 

Chapter 11 Checking
DAVID RISTICK
DIP CASE 17-19196 DIST NJ

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,235.43 | Average Collected Balance | 978.82 |
| Electronic Deposits | 4,767.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 5,138.97 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 60.00 | Days in Period | 31 |
| Ending Balance | 803.46 | | |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $385.00 |

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 12/31 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | 681.00 |
| 12/31 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | 681.00 |
| 12/31 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | 681.00 |
| 01/02 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | 681.00 |
| 01/08 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | 681.00 |
| 01/15 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | 681.00 |
| 01/22 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | 681.00 |
| | | | Subtotal: | 4,767.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 12/24 | DEBIT CARD PURCHASE, *****30030829105, AUT 122218 VISA DDA PUR 61499 AMTRAK SHOR PHILADELPHIA * PA | | | 210.00 |
| 12/24 | DEBIT POS, *****30030829105, AUT 122218 DDA PURCHASE NJT NWK INT AIR 0359 NEWARK * NJ | | | 52.00 |
| 12/24 | DEBIT CARD PURCHASE, *****30030829105, AUT 122018 VISA DDA PUR GAP ONLINE 800 4277895 * OH | | | 47.00 |
| 12/24 | DEBIT CARD PURCHASE, *****30030829105, AUT 122018 VISA DDA PUR PIZZA BOX TURNERSVILLE TURNERSVILLE * NJ | | | 37.87 |
| 12/24 | DEBIT CARD PURCHASE, *****30030829105, AUT 122218 VISA DDA PUR MACYS COM MASON * OH | | | 16.00 |
| 12/26 | DEBIT CARD PURCHASE, *****30030829105, AUT 122418 VISA DDA PUR DOMINO S 4562 856 931 4100 * NJ | | | 55.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured/TDBankN.A/EqualHousingLender

How to Balance your Account

Page: 2 of 5

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    803.46
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals    -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

**FOR CONSUMER ACCOUNTS ONLY - IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making verbal inquiry the Bank may ask that you send us your complaint in writing within (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE
Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY - BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**STATEMENT OF ACCOUNT**

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page: 3 of 5
Statement Period: Dec 24 2018-Jan 23 2019
Cust Ref #:
Primary Account #: 

## DAILY ACCOUNT ACTIVITY

Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | DEBIT POS, *****30030829105, AUT 122518 DDA PURCHASE<br>WAWA 499      SEWELL    * NJ | 16.98 |
| 12/28 | DEBIT CARD PURCHASE, *****30030829105, AUT 122718 VISA DDA PUR<br>COMCAST     800 COMCAST  * NJ | 300.25 |
| 12/28 | DEBIT CARD PURCHASE, *****30030829105, AUT 122618 VISA DDA PUR<br>FANDANGO COM    FANDANGO COM * CA | 57.50 |
| 12/31 | DEBIT CARD PURCHASE, *****30030829105, AUT 122918 VISA DDA PUR<br>SQ GINNY S COOKIES   WOODBURY   * NJ | 25.28 |
| 12/31 | DEBIT CARD PURCHASE, *****30030829105, AUT 122918 VISA DDA PUR<br>AUNTIE ANNE S NJ109   DEPTFORD   * NJ | 7.51 |
| 01/02 | TD ATM DEBIT, *****30030829105, AUT 010119 DDA WITHDRAW<br>284 EGG HARBOR ROAD   SEWELL    * NJ | 400.00 |
| 01/02 | DEBIT CARD PURCHASE, *****30030829105, AUT 123118 VISA DDA PUR<br>NJMVC TURNERSVILLE   TURNERSVILLE  * NJ | 71.50 |
| 01/02 | DEBIT CARD PURCHASE, *****30030829105, AUT 010119 VISA DDA PUR<br>GAS STOP      SEWELL    * NJ | 42.77 |
| 01/02 | DEBIT CARD PAYMENT, *****30030829105, AUT 010119 VISA DDA PUR<br>APL ITUNES COM BILL  800 275 2273  * CA | 2.99 |
| 01/03 | TD ATM DEBIT, *****30030829105, AUT 010219 DDA WITHDRAW<br>284 EGG HARBOR ROAD   SEWELL    * NJ | 400.00 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR<br>CARMINE S     ATLANTIC CITY * NJ | 390.94 |
| 01/04 | ACH DEBIT, NORTHWESTERN    MU ISA PAYMNT  ****136-01 | 80.43 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR<br>AMAZON COM M22F29KF2   AMZN COM BILL * WA | 69.78 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010219 VISA DDA PUR<br>AMZN MKTP US M23MV0252   AMZN COM BILL * WA | 60.75 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010219 VISA DDA PUR<br>AMZN MKTP US M207K0252   AMZN COM BILL * WA | 53.30 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR<br>AMZN MKTP US M25FL9KD2   AMZN COM BILL * WA | 36.13 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR<br>AMAZON COM M26Z29KY2   AMZN COM BILL * WA | 22.99 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR<br>AMAZON COM MB1BU1OH1   AMZN COM BILL * WA | 22.99 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR<br>AMZN MKTP US MB1BU2OH1   AMZN COM BILL * WA | 20.81 |
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010519 VISA DDA PUR<br>SPIRIT AIRL 487019518393  800 7727117  * FL | 394.74 |
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010419 VISA DDA PUR<br>SQ CHILDRENS DENTAL ASS  GLOUCESTER TO * NJ | 200.00 |
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR<br>AMZN MKTP US MB0AA54J0   AMZN COM BILL * WA | 90.63 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196 DIST NJ

Page: 4 of 5
Statement Period: Dec 24 2018-Jan 23 2019
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 01/07 | DEBIT CARD PURCHASE, SPIRIT TRAVEL GUARD | *****30030829105, 800 826 1300 | AUT 010519 VISA DDA PUR * WI | 84.00 |
| 01/07 | DEBIT CARD PURCHASE, SPIRIT AIRL 487019517936 | *****30030829105, 800 7727117 | AUT 010519 VISA DDA PUR * FL | 59.95 |
| 01/07 | DEBIT CARD PAYMENT, APL ITUNES COM BILL | *****30030829105, 800 275 2273 | AUT 010419 VISA DDA PUR * CA | 26.65 |
| 01/07 | DEBIT CARD PAYMENT, APL ITUNES COM BILL | *****30030829105, 800 275 2273 | AUT 010419 VISA DDA PUR * CA | 14.99 |
| 01/07 | DEBIT CARD PURCHASE, APL ITUNES COM BILL | *****30030829105, 866 712 7753 | AUT 010419 VISA DDA PUR * CA | 1.06 |
| 01/08 | DEBIT CARD PURCHASE, BLUCIGS | *****30030829105, 888 207 4588 | AUT 010619 VISA DDA PUR * NC | 107.32 |
| 01/09 | DEBIT CARD PURCHASE, CALVINKLEIN COM | *****30030829105, 866 513 0513 | AUT 010419 VISA DDA PUR * NJ | 39.92 |
| 01/10 | DEBIT CARD PURCHASE, AMZN MKTP US MB5G38JC0 | *****30030829105, AMZN COM BILL | AUT 010819 VISA DDA PUR * WA | 79.98 |
| 01/10 | DEBIT POS, SHOPRITE WSHNGTNTWP S1 | *****30030829105, SEWELL | AUT 011019 DDA PURCHASE * NJ | 42.15 |
| 01/10 | DEBIT POS, CVS PHARM 00362 288 E | *****30030829105, SEWELL | AUT 010919 DDA PURCHASE * NJ | 33.65 |
| 01/10 | DEBIT CARD PAYMENT, SXM SIRIUSXM COM ACCT | *****30030829105, 888 635 5144 | AUT 010919 VISA DDA PUR * NY | 26.66 |
| 01/10 | DEBIT CARD PURCHASE, PIZZA ZEPPOLE | *****30030829105, DEPTFORD | AUT 010919 VISA DDA PUR * NJ | 9.70 |
| 01/10 | DEBIT CARD PURCHASE, CALIFORNIA SHAKES JUIC | *****30030829105, DEPTFORD | AUT 010919 VISA DDA PUR * NJ | 5.86 |
| 01/10 | DEBIT CARD PURCHASE, CALIFORNIA SHAKES JUIC | *****30030829105, DEPTFORD | AUT 010919 VISA DDA PUR * NJ | 5.86 |
| 01/10 | DEBIT CARD PURCHASE, SQ GINNY S COOKIES | *****30030829105, WOODBURY | AUT 010919 VISA DDA PUR * NJ | 5.03 |
| 01/11 | TD ATM DEBIT, 284 EGG HARBOR ROAD | *****30030829105, SEWELL | AUT 011119 DDA WITHDRAW * NJ | 400.00 |
| 01/14 | DEBIT CARD PURCHASE, NJMVC TURNERSVILLE | *****30030829105, TURNERSVILLE | AUT 011119 VISA DDA PUR * NJ | 195.00 |
| 01/14 | DEBIT POS, WAWA 981 | *****30030829105, SICKLERVILLE | AUT 011219 DDA PURCHASE * NJ | 56.88 |
| 01/14 | DEBIT CARD PURCHASE, SPIRIT AIRL 487019578623 | *****30030829105, MIRAMAR | AUT 011219 VISA DDA PUR * FL | 30.00 |
| 01/14 | DEBIT CARD PURCHASE, UBER EATS | *****30030829105, HELP UBER COM | AUT 011119 VISA DDA PUR * CA | 5.43 |
| 01/15 | DEBIT POS, WM SUPERC WAL MART SUP | *****30030829105, KISSIMMEE | AUT 011519 DDA PURCHASE * FL | 110.09 |
| 01/15 | DEBIT CARD PURCHASE, APL ITUNES COM BILL | *****30030829105, 866 712 7753 | AUT 011419 VISA DDA PUR * CA | 26.63 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured|TDBank,N.A.|EqualHousingLender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196    DIST NJ

Page:                                    5 of 5
Statement Period:    Dec 24 2018-Jan 23 2019
Cust Ref #:
Primary Account #:

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**                                                                                   AMOUNT
POSTING DATE       DESCRIPTION

| 01/16 | DEBIT CARD PURCHASE, *****30030829105, AUT 011219 VISA DDA PUR VISTANA TOUR DEPOSIT    ORLANDO    * FL | 20.00 |
| 01/18 | DEBIT CARD PAYMENT, *****30030829105, AUT 011719 VISA DDA PUR AMAZON PRIME    AMZN COM BILL * WA | 13.85 |
| 01/22 | DEBIT CARD PURCHASE, *****30030829105, AUT 011819 VISA DDA PUR DISNEY TICKETS DWTN    LAKE BUENA VI * FL | 258.00 |
| 01/22 | DEBIT CARD PURCHASE, *****30030829105, AUT 011919 VISA DDA PUR CASTLE COUTURE    LAKE BUENA VI * FL | 141.38 |
| 01/22 | DEBIT CARD PAYMENT, *****30030829105, AUT 011919 VISA DDA PUR DIS WDW PASS PAYMENT    888 701 4100 * CA | 129.20 |
| 01/22 | DEBIT CARD PURCHASE, *****30030829105, AUT 012119 VISA DDA PUR UBER EATS    HELP UBER COM * CA | 13.12 |
| 01/22 | DEBIT CARD PURCHASE, *****30030829105, AUT 011819 VISA DDA PUR SPRINKLES 020    310 657 4102 * FL | 9.90 |

Subtotal: 5,138.97

**Other Withdrawals**                                                                                               AMOUNT
POSTING DATE       DESCRIPTION

| 01/09 | DEBIT | 60.00 |

Subtotal: 60.00

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 12/23 | 1,235.43 | 01/08 | 1,159.75 |
| 12/24 | 872.56 | 01/09 | 1,059.83 |
| 12/26 | 800.01 | 01/10 | 850.94 |
| 12/28 | 442.26 | 01/11 | 450.94 |
| 12/31 | 2,452.47 | 01/14 | 163.63 |
| 01/02 | 2,616.21 | 01/15 | 707.91 |
| 01/03 | 2,216.21 | 01/16 | 687.91 |
| 01/04 | 1,458.09 | 01/18 | 674.06 |
| 01/07 | 586.07 | 01/22 | 803.46 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank N.A. | Equal Housing Lender