UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____    NEW JERSEY

IN RE DAVID RISTICK

Case No. _____ 17-19196
Reporting Period: 01/01/2019-01/31/2019

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor    Date  02/12/19

_____
Signature of Joint Debtor    Date

_____
Signature of Authorized Individual*    Date

_____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. _17-19196_____
           Debtor  Reporting Period __0 01/01/2019-01/31/2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 2,452.47 | 2,452.47 |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 57,845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 2,829.00 | 88,554.44 |
|    Total Receipts | 2,829.00 | 146,399.80 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | 18,973.05 |
| Insurance | 80.43 | 3,448.19 |
| Auto Expense | 309.27 | 5,667.20 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 20,053.37 |
| Medical Expenses | 233.65 | 1,202.85 |
| Household Expenses | 3,436.66 | 83,925.42 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 46.47 |
| Travel and Entertainment | 1,127.17 | 5,255.41 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6,650.69 |
|    Total Ordinary Disbursements | 5,187.18 | 145,327.84 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
|    Total Reorganization Items | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 146302.84 |
| Net Cash Flow (Total Receipts - Total Disbursements) | | -2358.18 |
| Cash - End of Month (Must equal reconciled bank statement) | | 94.29 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____ Case No.___17-19196_____
       Debtor                                                                01/01/2019-01/31/2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| old account | 0.00 | 200.00 |
| BOUNCED PAYMENTS | | 439.31 |
| TAX REFUND | | 1,059.00 |
| STORE REFUND | 100.23 | 725.80 |
| INSURANCE REFUND | | 44,950.25 |
| CORRECTION | | 93.58 |
| GIFT | | 14,933.00 |
| UNEMPLOYMENT | 3,405.00 | 14,982.00 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5,004.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
1/31/2019

| | |
|---|---:|
| beginning balance | 2,452.47 |
| total deposits | 2,829.00 |
| total withdrawals | 5,187.18 |
| ending balance | 94.29 |
| outstanding checks | |
| register balance | 94.29 |

(b)

# New Jersey Internet Application for Claiming Weekly Unemployment Insurance Benefits

Claimant ID: 003558489  
Date of Unemployment Claim: 07/22/2018  
Current Date: 01/06/2019  
Weekly Benefit Rate: $681

*Email:

## Updated Claim Information

| | | | |
|---|---|---|---|
| Gross Amount of Payment: | $681 | Payment for week ending: | 01/05/2019 |
| Earnings: | $0 | | |
| Pension: | $0 | Claim Balance after Payment: | $1,362 |
| Refund: | $0 | Refund Balance after Payment: | $0 |
| Garnishment: | $0 | Tax Withheld so far this year: | $0 |
| Tax Withheld: | $0 | | |
| Net Amount of Payment: | $681 | | |

Your claim for unemployment insurance benefits has been received.

Your confirmation number is 19006160301852. Please write down this number or print this message, in case you need to contact a Reemployment Call Center about this certification.

*If an email address is displayed above, a confirmation of this transaction will be sent to that email address.

If it is determined that you are eligible for benefits, you will receive a second email when your payment has been sent to the bank for deposit into your *direct deposit* account.

If you do not receive any emails, please check your SPAM/JUNK folder and the accuracy of the email address listed above. If you wish to add or correct your email address, you can do so the next

time you claim your weekly benefits online.

Print this Page    Exit

# New Jersey Internet Application for Claiming Weekly Unemployment Insurance Benefits

Claimant ID: 003558489  
Date of Unemployment Claim: 07/22/2018  
Current Date: 01/13/2019  
Weekly Benefit Rate: $681

*Email:

## Updated Claim Information

| | | | |
|---|---|---|---|
| Gross Amount of Payment: | $681 | Payment for week ending: | 01/12/2019 |
| Earnings: | $0 | | |
| Pension: | $0 | Claim Balance after Payment: | $681 |
| Refund: | $0 | Refund Balance after Payment: | $0 |
| Garnishment: | $0 | Tax Withheld so far this year: | $0 |
| Tax Withheld: | $0 | | |
| Net Amount of Payment: | $681 | | |

Your claim for unemployment insurance benefits has been received.

Your confirmation number is 19013114555045. Please write down this number or print this message, in case you need to contact a Reemployment Call Center about this certification.

*If an email address is displayed above, a confirmation of this transaction will be sent to that email address.

If it is determined that you are eligible for benefits, you will receive a second email when your payment has been sent to the bank for deposit into your *direct deposit* account.

If you do not receive any emails, please check your SPAM/JUNK folder and the accuracy of the email address listed above. If you wish to add or correct your email address, you can do so the next

time you claim your weekly benefits online.

[Print this Page]                    [Exit]

(b)

# New Jersey Internet Application for Claiming Weekly Unemployment Insurance Benefits

| | | | |
|---|---|---|---|
| Claimant ID: | 003558489 | Date of Unemployment Claim: | 07/22/2018 |
| Current Date: | 01/20/2019 | Weekly Benefit Rate: | $681 |

*Email:

**Updated Claim Information**

| | | | |
|---|---|---|---|
| Gross Amount of Payment: | $681 | Payment for week ending: | 01/19/2019 |
| Earnings: | $0 | | |
| Pension: | $0 | Claim Balance after Payment: | $0 |
| Refund: | $0 | Refund Balance after Payment: | $0 |
| Garnishment: | $0 | Tax Withheld so far this year: | $0 |
| Tax Withheld: | $0 | BENEFITS EXHAUSTED | |
| Net Amount of Payment: | $681 | | |

Your claim for unemployment insurance benefits has been received.

Your confirmation number is 19020112157079. Please write down this number or print this message, in case you need to contact a Reemployment Call Center about this certification.

> *If an email address is displayed above, a confirmation of this transaction will be sent to that email address.
>
> If it is determined that you are eligible for benefits, you will receive a second email when your payment has been sent to the bank for deposit into your *direct deposit* account.
>
> If you do not receive any emails, please check your SPAM/JUNK folder and the accuracy of the email address listed above. If you

https://www17.state.nj.us/DOL_W247/DOL_BPAY/confirm_new.jsp        01/20/19

wish to add or correct your email address, you can do so the next time you claim your weekly benefits online.

[Print this Page]                    [Exit]



**Bank**
America's Most Convenient Bank®           T         STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ 08012

Page: 1 of 5
Statement Period: Dec 24 2018-Jan 23 2019
Cust Ref #:
Primary Account #: 

Chapter 11 Checking                                                     Account
DAVID RISTICK
DIP CASE 17-19196 DIST NJ

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,235.43 | Average Collected Balance | 978.82 |
| Electronic Deposits | 4,767.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 5,138.97 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 60.00 | Days in Period | 31 |
| Ending Balance | 803.46 | | |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $385.00 |

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits**                                                                AMOUNT

| POSTING DATE | DESCRIPTION | | | | |
|---|---|---|---|---|---|
| 12/31 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | | 681.00 |
| 12/31 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | | 681.00 |
| 12/31 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | | 681.00 |
| 01/02 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | | 681.00 |
| 01/08 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | | 681.00 |
| 01/15 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | | 681.00 |
| 01/22 | ACH DEPOSIT, STATE OF NJ - LA UEMPLOYMEN | ****58489 | | | 681.00 |

Subtotal: 4,767.00

**Electronic Payments**                                                                 AMOUNT

| POSTING DATE | DESCRIPTION | | | |
|---|---|---|---|---|
| 12/24 | DEBIT CARD PURCHASE, *****30030829105, AUT 122218 VISA DDA PUR 61499 AMTRAK SHOR PHILADELPHIA * PA | | | 210.00 |
| 12/24 | DEBIT POS, *****30030829105, AUT 122218 DDA PURCHASE NJT NWK INT AIR 0359 NEWARK * NJ | | | 52.00 |
| 12/24 | DEBIT CARD PURCHASE, *****30030829105, AUT 122018 VISA DDA PUR GAP ONLINE 800 4277895 * OH | | | 47.00 |
| 12/24 | DEBIT CARD PURCHASE, *****30030829105, AUT 122018 VISA DDA PUR PIZZA BOX TURNERSVILLE TURNERSVILLE * NJ | | | 37.87 |
| 12/24 | DEBIT CARD PURCHASE, *****30030829105, AUT 122218 VISA DDA PUR MACYS COM MASON * OH | | | 16.00 |
| 12/26 | DEBIT CARD PURCHASE, *****30030829105, AUT 122418 VISA DDA PUR DOMINO S 4562 856 931 4100 * NJ | | | 55.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDeposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

How to Balance your Account

Page: 2 of 5

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance   803.46
❷ Total Deposits   +
❸ Sub Total
❹ Total Withdrawals   -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ❹ | | |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST Bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.





STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page: 3 of 5
Statement Period: Dec 24 2018-Jan 23 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | DEBIT POS, *****30030829105, AUT 122518 DDA PURCHASE WAWA 499 SEWELL * NJ | 16.98 |
| 12/28 | DEBIT CARD PURCHASE, *****30030829105, AUT 122718 VISA DDA PUR COMCAST 800 COMCAST * NJ | 300.25 |
| 12/28 | DEBIT CARD PURCHASE, *****30030829105, AUT 122618 VISA DDA PUR FANDANGO COM FANDANGO COM * CA | 57.50 |
| 12/31 | DEBIT CARD PURCHASE, *****30030829105, AUT 122918 VISA DDA PUR SQ GINNY S COOKIES WOODBURY * NJ | 25.28 |
| 12/31 | DEBIT CARD PURCHASE, *****30030829105, AUT 122918 VISA DDA PUR AUNTIE ANNE S NJ109 DEPTFORD * NJ | 7.51 |
| 01/02 | TD ATM DEBIT, *****30030829105, AUT 010119 DDA WITHDRAW 284 EGG HARBOR ROAD SEWELL * NJ | 400.00 |
| 01/02 | DEBIT CARD PURCHASE, *****30030829105, AUT 123118 VISA DDA PUR NJMVC TURNERSVILLE TURNERSVILLE * NJ | 71.50 |
| 01/02 | DEBIT CARD PURCHASE, *****30030829105, AUT 010119 VISA DDA PUR GAS STOP SEWELL * NJ | 42.77 |
| 01/02 | DEBIT CARD PAYMENT, *****30030829105, AUT 010119 VISA DDA PUR APL ITUNES COM BILL 800 275 2273 * CA | 2.99 |
| 01/03 | TD ATM DEBIT, *****30030829105, AUT 010219 DDA WITHDRAW 284 EGG HARBOR ROAD SEWELL * NJ | 400.00 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR CARMINE S ATLANTIC CITY * NJ | 390.94 |
| 01/04 | ACH DEBIT, NORTHWESTERN MU ISA PAYMNT ****136-01 | 80.43 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR AMAZON COM M22F29KF2 AMZN COM BILL * WA | 69.78 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010219 VISA DDA PUR AMZN MKTP US M23MV0252 AMZN COM BILL * WA | 60.75 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010219 VISA DDA PUR AMZN MKTP US M207K0252 AMZN COM BILL * WA | 53.30 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR AMZN MKTP US M25FL9KD2 AMZN COM BILL * WA | 36.13 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR AMAZON COM M26Z29KY2 AMZN COM BILL * WA | 22.99 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR AMAZON COM MB1BU1OH1 AMZN COM BILL * WA | 22.99 |
| 01/04 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR AMZN MKTP US MB1BU2OH1 AMZN COM BILL * WA | 20.81 |
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010519 VISA DDA PUR SPIRIT AIRL 487019518393 800 7727117 * FL | 394.74 |
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010419 VISA DDA PUR SQ CHILDRENS DENTAL ASS GLOUCESTER TO * NJ | 200.00 |
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010319 VISA DDA PUR AMZN MKTP US MB0AA54J0 AMZN COM BILL * WA | 90.63 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDeposits FDIC Insured | TD Bank N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196   DIST NJ

Page: 4 of 5
Statement Period: Dec 24 2018-Jan 23 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010519 VISA DDA PUR<br>SPIRIT TRAVEL GUARD   800 826 1300  * WI | 84.00 |
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010519 VISA DDA PUR<br>SPIRIT AIRL 487019517936   800 7727117  * FL | 59.95 |
| 01/07 | DEBIT CARD PAYMENT, *****30030829105, AUT 010419 VISA DDA PUR<br>APL ITUNES COM BILL   800 275 2273  * CA | 26.65 |
| 01/07 | DEBIT CARD PAYMENT, *****30030829105, AUT 010419 VISA DDA PUR<br>APL ITUNES COM BILL   800 275 2273  * CA | 14.99 |
| 01/07 | DEBIT CARD PURCHASE, *****30030829105, AUT 010419 VISA DDA PUR<br>APL ITUNES COM BILL   866 712 7753  * CA | 1.06 |
| 01/08 | DEBIT CARD PURCHASE, *****30030829105, AUT 010619 VISA DDA PUR<br>BLUCIGS   888 207 4588  * NC | 107.32 |
| 01/09 | DEBIT CARD PURCHASE, *****30030829105, AUT 010419 VISA DDA PUR<br>CALVINKLEIN COM   866 513 0513  * NJ | 39.92 |
| 01/10 | DEBIT CARD PURCHASE, *****30030829105, AUT 010819 VISA DDA PUR<br>AMZN MKTP US MB5G38JC0   AMZN COM BILL * WA | 79.98 |
| 01/10 | DEBIT POS, *****30030829105, AUT 011019 DDA PURCHASE<br>SHOPRITE WSHNGTNTWP S1   SEWELL  * NJ | 42.15 |
| 01/10 | DEBIT POS, *****30030829105, AUT 010919 DDA PURCHASE<br>CVS PHARM 00362 288 E   SEWELL  * NJ | 33.65 |
| 01/10 | DEBIT CARD PAYMENT, *****30030829105, AUT 010919 VISA DDA PUR<br>SXM SIRIUSXM COM ACCT   888 635 5144  * NY | 26.66 |
| 01/10 | DEBIT CARD PURCHASE, *****30030829105, AUT 010919 VISA DDA PUR<br>PIZZA ZEPPOLE   DEPTFORD  * NJ | 9.70 |
| 01/10 | DEBIT CARD PURCHASE, *****30030829105, AUT 010919 VISA DDA PUR<br>CALIFORNIA SHAKES JUIC   DEPTFORD  * NJ | 5.86 |
| 01/10 | DEBIT CARD PURCHASE, *****30030829105, AUT 010919 VISA DDA PUR<br>CALIFORNIA SHAKES JUIC   DEPTFORD  * NJ | 5.86 |
| 01/10 | DEBIT CARD PURCHASE, *****30030829105, AUT 010919 VISA DDA PUR<br>SQ GINNY S COOKIES   WOODBURY  * NJ | 5.03 |
| 01/11 | TD ATM DEBIT, *****30030829105, AUT 011119 DDA WITHDRAW<br>284 EGG HARBOR ROAD   SEWELL  * NJ | 400.00 |
| 01/14 | DEBIT CARD PURCHASE, *****30030829105, AUT 011119 VISA DDA PUR<br>NJMVC TURNERSVILLE   TURNERSVILLE  * NJ | 195.00 |
| 01/14 | DEBIT POS, *****30030829105, AUT 011219 DDA PURCHASE<br>WAWA 981   SICKLERVILLE  * NJ | 56.88 |
| 01/14 | DEBIT CARD PURCHASE, *****30030829105, AUT 011219 VISA DDA PUR<br>SPIRIT AIRL 487019578623   MIRAMAR  * FL | 30.00 |
| 01/14 | DEBIT CARD PURCHASE, *****30030829105, AUT 011119 VISA DDA PUR<br>UBER EATS   HELP UBER COM * CA | 5.43 |
| 01/15 | DEBIT POS, *****30030829105, AUT 011519 DDA PURCHASE<br>WM SUPERC WAL MART SUP   KISSIMMEE  * FL | 110.09 |
| 01/15 | DEBIT CARD PURCHASE, *****30030829105, AUT 011419 VISA DDA PUR<br>APL ITUNES COM BILL   866 712 7753  * CA | 26.63 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured|TDBankN.A!EqualHousingLender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DAVID RISTICK
DIP CASE 17-19196  DIST NJ

Page: 5 of 5
Statement Period: Dec 24 2018-Jan 23 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 01/16 | DEBIT CARD PURCHASE, VISTANA TOUR DEPOSIT | *****30030829105, ORLANDO * FL | AUT 011219 VISA DDA PUR | 20.00 |
| 01/18 | DEBIT CARD PAYMENT, AMAZON PRIME | *****30030829105, AMZN COM BILL * WA | AUT 011719 VISA DDA PUR | 13.85 |
| 01/22 | DEBIT CARD PURCHASE, DISNEY TICKETS DWTN | *****30030829105, LAKE BUENA VI * FL | AUT 011819 VISA DDA PUR | 258.00 |
| 01/22 | DEBIT CARD PURCHASE, CASTLE COUTURE | *****30030829105, LAKE BUENA VI * FL | AUT 011919 VISA DDA PUR | 141.38 |
| 01/22 | DEBIT CARD PAYMENT, DIS WDW PASS PAYMENT | *****30030829105, 888 701 4100 * CA | AUT 011919 VISA DDA PUR | 129.20 |
| 01/22 | DEBIT CARD PURCHASE, UBER EATS | *****30030829105, HELP UBER COM * CA | AUT 012119 VISA DDA PUR | 13.12 |
| 01/22 | DEBIT CARD PURCHASE, SPRINKLES 020 | *****30030829105, 310 657 4102 * FL | AUT 011819 VISA DDA PUR | 9.90 |
| | | | Subtotal: | 5,138.97 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/09 | DEBIT | 60.00 |
| | Subtotal: | 60.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/23 | 1,235.43 | 01/08 | 1,159.75 |
| 12/24 | 872.56 | 01/09 | 1,059.83 |
| 12/26 | 800.01 | 01/10 | 850.94 |
| 12/28 | 442.26 | 01/11 | 450.94 |
| 12/31 | 2,452.47 | 01/14 | 163.63 |
| 01/02 | 2,616.21 | 01/15 | 707.91 |
| 01/03 | 2,216.21 | 01/16 | 687.91 |
| 01/04 | 1,458.09 | 01/18 | 674.06 |
| 01/07 | 586.07 | 01/22 | 803.46 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

BankDepositsFDICInsured|TDBankN.A|EqualHousingLender



DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ    08012

039 / Chapter 11 Checking    

|  |  |  |
|---|---|---|
| Statement Beginning Balance As Of 1/24/2019 |  | $803.46 |
| Plus | 1 Deposits and Other Credits | $105.00 |
| Less | 13 Checks and Other Debits | $814.17 |
| Statement Balance As Of 02/01/2019 |  | $94.29 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/24/2019 | VISA DDA PUR 443106  ST FANTASMIC PO | $47.73 |  | $755.73 |
| 01/28/2019 | DDA WITHDRAW PM3679  2700 SICKLER | $200.00 |  | $555.73 |
| 01/28/2019 | DDA PURCHASE 403482  SHOPRITE WSHN | $183.79 |  | $371.94 |
| 01/28/2019 | DDA PURCHASE 403482  SHOPRITE WSHN | $68.52 |  | $303.42 |
| 01/28/2019 | DDA PURCHASE 01482001  WAWA 981 | $43.20 |  | $260.22 |
| 01/28/2019 | VISA DDA PUR 449215  UBER  EATS | $23.02 |  | $237.20 |
| 01/28/2019 | VISA DDA PUR 449215  UBER  EATS 2BGE | $4.00 |  | $233.20 |
| 01/29/2019 | VISA DDA PUR 444500  4562 DOMINOS PIZ | $25.01 |  | $208.19 |
| 01/29/2019 | VISA DDA PUR 449215  UBER  EATS | $13.43 |  | $194.76 |
| 01/29/2019 | VISA DDA PUR 449215  UBER  EATS CGEW | $4.00 |  | $190.76 |
| 01/30/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H |  | $105.00 | $295.76 |
| 01/30/2019 | VISA DDA PUR 469216  SHOPRITE WASHIN | $133.61 |  | $162.15 |
| 01/31/2019 | VISA DDA PUR 449215  UBER  EATS | $63.86 |  | $98.29 |
| 01/31/2019 | VISA DDA PUR 449215  UBER  EATS 2YFD | $4.00 |  | $94.29 |