UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-19196 |
| DAVID RISTICK | Chapter: | 11 |
| | Judge: | Altenburg |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__David Ristick__, __Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Altenburg__ on __March 12, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: TCA Global Credit Master Fund, LP ("TCA") filed a Complaint against the Debtor [Adversary No. 18-01061] seeking to deny the Debtor a discharge pursuant to Section 523 and 727 of the Bankruptcy Code. TCA alleged that the Debtor could not account for pre-petition transactions. The Debtor has denied the allegations.

Pertinent terms of settlement: The Debtor shall pay TCA $100 per month for 36 months, with a balloon payment of $26,400. Total payments equal $30,000. In addition, TCA will have an allowed claim in the bankruptcy, and there is a mutual release.

Objections must be served on, and requests for additional information directed to:

Name: Jerrold S. Kulback, Esquire

Address: Archer & Greiner, One Centennial Square, Haddonfield, NJ 08033

Telephone No.: 215-246-3162

*rev.8/1/15*