UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone: 215-246-3162
Fax: 215-963-9999
Email: jkulback@archerlaw.com
Attorneys for Debtor

Order Filed on February 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID RISTICK

Case No.: 17-19196

Chapter: 11

Judge: Altenburg

## ORDER AUTHORIZING RETENTION OF

Michelle Basmajian of Weichert Realtors

The relief set forth on the following page is **ORDERED**.

**DATED: February 20, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  Michelle Basmajian of Weichert Realtors
as                              realtor                            , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Michelle Basmajian/Weichert Realtor
107 Taunton Boulevard
Medford, NJ 08055

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*