UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone:  (215) 246-3162
Fax:  (215) 963-9999
*Attorneys for Debtor*

**Order Filed on March 19, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Chapter 11 |
| DAVID RISTICK,<br><br>                Debtor. | Case No. 17-19196 (ABA) |
| TCA GLOBAL CREDIT MASTER FUND, LP,<br><br>                Plaintiff,<br>v.<br><br>DAVID RISTICK,<br><br>                Defendant. | Adversary No. 18-01061 (ABA)<br><br><br><br><br>**Hearing Date:  March 19, 2019** |

## ORDER APPROVING SETTLEMENT AGREEMENT

The relief set forth on the following pages numbered two (2) through  3  is hereby

**ORDERED**.

**DATED: March 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:    David Ristick
Case No.:  17-19196 (ABA)
Adversary: TCA Global Credit Master Fund, LP v. David Ristick
Adversary No.: 18-01061
Caption:   *Order Approving Settlement Agreement*


Upon consideration of the Motion (the "Motion") of David Ristick ("Debtor"), for the entry of an order pursuant to Fed.R.Bankr.P. 9019 approving the Settlement Agreement (the "Settlement Agreement") between the Debtor and TCA Global Credit Master Fund, LP ("TCA"); and the Court finding that notice of the Motion, and any hearing thereon, was adequate under the circumstances; and all persons with standing have been afforded the opportunity to be heard on the Motion; and it appearing that the Office of the United States Trustee had filed with the Court an Objection to the Motion [DE 150] (the "Objection"), and the  Court having heard oral argument on the Motion and the Objection on March 19, 2019; and for good and sufficient cause having been shown, it is hereby,

**ORDERED AS FOLLOWS:**

1.    The Motion is GRANTED and the Settlement Agreement be and hereby is APPROVED, subject to the following revision set forth herein.

2.    TCA, by virtue of the Court's approval of the Motion, shall have an allowed claim of $5,227,940.09 (the "Allowed Claim").  In the event that the Debtor confirms a chapter 11 plan, for distribution purposes only, the Allowed Claim shall be reduced to $5,197,940.09, which reflects a credit taken against the Settlement Amount of $30,000.00 as provided for in the Settlement Agreement.

3.    The Objection is resolved, overruled and otherwise dispensed with by the Court.

4.    The above captioned adversary proceeding be and hereby is dismissed without prejudice subject to the terms of the Settlement Agreement.

Debtor:     David Ristick
Case No.:   17-19196 (ABA)
Adversary:  TCA Global Credit Master Fund, LP v. David Ristick
Adversary No.:  18-01061
Caption:    *Order Approving Settlement Agreement*

     5.     A true and correct copy of this Order shall be served by the Debtor upon all

parties in interest within seven (7) days of entry of this Order.

215476758v1