|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>JERROLD S. KULBACK, ESQUIRE<br>ARCHER & GREINER<br>A Professional Corporation<br>Three Logan Square, 35th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone:  (215) 246-3162<br>Fax:  (215) 963-9999<br>*Attorneys for Debtor* |  |
| In Re:<br><br>DAVID RISTICK,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 17-19196 (ABA) |
| TCA GLOBAL CREDIT MASTER FUND, LP,<br><br>                    Plaintiff,<br>v.<br><br>DAVID RISTICK,<br><br>                    Defendant. | Adversary No. 18-01061 (ABA)<br><br><br><br><br><br>**Hearing Date:  March 19, 2019** |

**Order Filed on March 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER APPROVING SETTLEMENT AGREEMENT

The relief set forth on the following pages numbered two (2) through  3  is hereby

**ORDERED**.

**DATED: March 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

Debtor:   David Ristick
Case No.:   17-19196 (ABA)
Adversary:   TCA Global Credit Master Fund, LP v. David Ristick
Adversary No.:   18-01061
Caption:   *Order Approving Settlement Agreement*

Upon consideration of the Motion (the "Motion") of David Ristick ("Debtor"), for the entry of an order pursuant to Fed.R.Bankr.P. 9019 approving the Settlement Agreement (the "Settlement Agreement") between the Debtor and TCA Global Credit Master Fund, LP ("TCA"); and the Court finding that notice of the Motion, and any hearing thereon, was adequate under the circumstances; and all persons with standing have been afforded the opportunity to be heard on the Motion; and it appearing that the Office of the United States Trustee had filed with the Court an Objection to the Motion [DE 150] (the "Objection"), and the Court having heard oral argument on the Motion and the Objection on March 19, 2019; and for good and sufficient cause having been shown, it is hereby,

**ORDERED AS FOLLOWS:**

1.   The Motion is GRANTED and the Settlement Agreement be and hereby is APPROVED, subject to the following revision set forth herein.

2.   TCA, by virtue of the Court's approval of the Motion, shall have an allowed claim of $5,227,940.09 (the "Allowed Claim"). In the event that the Debtor confirms a chapter 11 plan, for distribution purposes only, the Allowed Claim shall be reduced to $5,197,940.09, which reflects a credit taken against the Settlement Amount of $30,000.00 as provided for in the Settlement Agreement.

3.   The Objection is resolved, overruled and otherwise dispensed with by the Court.

4.   The above captioned adversary proceeding be and hereby is dismissed without prejudice subject to the terms of the Settlement Agreement.

2

Debtor: David Ristick
Case No.: 17-19196 (ABA)
Adversary: TCA Global Credit Master Fund, LP v. David Ristick
Adversary No.: 18-01061
Caption: *Order Approving Settlement Agreement*

     5.    A true and correct copy of this Order shall be served by the Debtor upon all parties in interest within seven (7) days of entry of this Order.

215476758v1

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19196-ABA
David Ristick                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1            Date Rcvd: Mar 19, 2019
                                Form ID: pdf903         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.
db             +David Ristick,   5 Samantha Court,   Sewell, NJ 08080-3151
aty            +Jerrold Kulback,   Archer & Greiner, PC,   Three Logan Square,   35th Floor,   1717 Arch Street,
                 Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
           bschwartz@css-pc.com,   suzanne.marcela@css-pc.com
          David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
           ciarkowski@wilentz.com
          David H. Stein    on behalf of Plaintiff    TCA Global Credit Master Fund, LP dstein@wilentz.com,
           ciarkowski@wilentz.com
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Jerrold S. Kulback    on behalf of Defendant David  Ristick jkulback@archerlaw.com
          Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC.
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
           Mortgage LLC dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren S. Jones, Jr.    on behalf of Creditor    OceanFirst Bank email@warrensjones.com,
           r46134@notify.bestcase.com;robert@warrensjones.com
          Warren S. Jones, Jr.    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust,  not in its individual capacity but solely in its capacity as Owner Trustee of
           Matawin Ventures  Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com,
           r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                               TOTAL: 17