| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>WARREN S. JONES, JR., ESQ. #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mt. Holly New Jersey 08060<br>(609) 261-8400<br>email@warrensjones.com<br>Attorneys for Secured Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3, c/o Kondaur Capital Corporation<br>K.052-772.NF | **Order Filed on April 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| In Re:<br><br>David Ristick,<br>      Debtor. | Case No.: 17-19196-ABA |
|---|---|
| | Hearing Date: 4/2/2019 |
| | Judge: Andrew B. Altenburg Jr. |
| | Chapter: 11 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 2, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3, c/o Kondaur Capital Corporation_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

5 Samantha Ct., Sewell, New Jersey 08080

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-19196-ABA
David Ristick                                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 02, 2019
    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
db          +David Ristick,   5 Samantha Court,   Sewell, NJ 08080-3151
aty         +Jerrold Kulback,   Archer & Greiner, PC,   Three Logan Square,   35th Floor,   1717 Arch Street,
              Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:
    Alexandra T. Garcia   on behalf of Creditor   Nationstar Mortgage LLC NJECFMAIL@mwc-law.com,
     nj-ecfmail@ecf.courtdrive.com
    Brian D. Schwartz   on behalf of Creditor   Harrah's Atlantic City Operating Company, LLC
     bschwartz@css-pc.com,   suzanne.marcela@css-pc.com
    David H. Stein   on behalf of Creditor   TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
     ciarkowski@wilentz.com
    David H. Stein   on behalf of Plaintiff   TCA Global Credit Master Fund, LP dstein@wilentz.com,
     ciarkowski@wilentz.com
    Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
     jeffrey.m.sponder@usdoj.gov
    Jennifer D. Gould   on behalf of Creditor   Vermeer Corporation jgould@stark-stark.com,
     mdepietro@stark-stark.com
    Jerrold S. Kulback   on behalf of Defendant David  Ristick jkulback@archerlaw.com
    Jerrold S. Kulback   on behalf of Debtor David  Ristick jkulback@archerlaw.com
    John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
     Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
    Laura M. Egerman   on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC.
     bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
    Neal M. Ruben   on behalf of Creditor   OceanFirst Bank rubes13@aol.com
    Robert P. Saltzman   on behalf of Creditor   Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
     Mortgage LLC dnj@pbslaw.org
    Robert P. Saltzman   on behalf of Creditor   Nationstar Mortgage LLC dnj@pbslaw.org
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    Warren S. Jones, Jr.   on behalf of Creditor   OceanFirst Bank email@warrensjones.com,
     r46134@notify.bestcase.com;robert@warrensjones.com
    Warren S. Jones, Jr.   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
     Christiana Trust,  not in its individual capacity but solely in its capacity as Owner Trustee of
     Matawin Ventures  Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com,
     r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                           TOTAL: 17