UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JERROLD S. KULBACK, ESQUIRE
ARCHER & GREINER
A Professional Corporation
Three Logan Square, 35th Floor
1717 Arch Street
Philadelphia, PA 19103
Phone:  (215) 246-3162
Fax:  (215) 963-9999
*Attorneys for Debtor*

In Re:

DAVID RISTICK,

   Debtor.

Chapter 11

Case No. 17-19196 (ABA)

# CERTIFICATE OF SERVICE

I, JERROLD S. KULBACK:

☑ represent David Ristick in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On April 24, 2019, I sent a copy of the following pleadings and/or documents to the

   parties listed in the chart below:

   A. **Order and Notice on Disclosure Statement entered April 23, 2019; and**

   B. **Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code Describing Chapter 11 Plan of Liquidation by David Ristick (which includes a copy of the Plan of Liquidation as Exhibit "A" thereto)**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

Dated: April 24, 2019                             /s/  Jerrold S. Kulback      .
                                                  JERROLD S. KULBACK

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Securities Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Interested Party | ☐  Hand-delivered<br>☑  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other – Fed Ex<br>(as authorized by the court *) |
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, New Jersey 07102 | US Trustee | ☐  Hand-delivered<br>☑  Regular Mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☐  Other – Fed Ex<br>(as authorized by the court *) |

216304540v1