UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____                NEW JERSEY

IN RE DAVID RISTICK                Case No. _____ 17-19196
                                   Reporting Period: 02/01/2019-02/28/2019

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor                    Date  03/15/19

_____           Date
Signature of Joint Debtor

_____           Date
Signature of Authorized Individual*

_____           Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. _17-19196_____
           Debtor                                                                   Reporting Period __0 02/01/19-02/28/19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 94.29 | 94.29 |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 57,845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 7,517.75 | 96,072.19 |
| **Total Receipts** | 7,517.75 | 153,917.55 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | 18,973.05 |
| Insurance | 80.43 | 3,528.62 |
| Auto Expense | 124.55 | 5,791.75 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 20,053.37 |
| Medical Expenses | | 1,202.85 |
| Household Expenses | 6,554.93 | 90,480.35 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 46.47 |
| Travel and Entertainment | 366.56 | 5,621.97 |
| TCA | 200.00 | 200.00 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6,650.69 |
| **Total Ordinary Disbursements** | 7,326.47 | 152,654.31 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 153629.31 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | 191.28 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 285.57 |

FORM MOR-1(INDV)
(9/99)

In re   DAVID RISTICK                                    Case No.   17-19196
        Debtor                                           02/01/2019-02/28/2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| old account | 0.00 | 200.00 |
| BOUNCED PAYMENTS | | 439.31 |
| TAX REFUND | | 1,059.00 |
| STORE REFUND | 332.00 | 1,057.80 |
| INSURANCE REFUND | | 44,950.25 |
| CORRECTION | | 93.58 |
| GIFT | 7,185.75 | 22,118.75 |
| UNEMPLOYMENT | | 14,982.00 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5,004.14 |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
2/28/2019

| | |
|---|---:|
| beginning balance | 94.29 |
| total deposits | 7,517.75 |
| total withdrawals | 7,326.47 |
| ending balance | 285.57 |
| outstanding checks | 0.00 |
| register balance | 285.57 |

# TD Bank
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ    08012

039 / Chapter 11 Checking 

| | | | |
|---|---|---|---|
| Statement Beginning Balance | | | $803.46 |
| Plus | 14 | Deposits and Other Credits | $12,139.75 |
| Less | 143 | Checks and Other Debits | $9,366.23 |
| Statement Balance As Of: 03/23/2019 | | | $0.00 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/24/2019 | VISA DDA PUR 443106    ST FANTASMIC FO | $47.73 | | $755.73 |
| 01/28/2019 | DDA WITHDRAW PM3679    2700 SICKLER | $200.00 | | $555.73 |
| 01/28/2019 | DDA PURCHASE 403482    SHOPRITE WSHN | $183.79 | | $371.94 |
| 01/28/2019 | DDA PURCHASE 403482    SHOPRITE WSHN | $68.52 | | $303.42 |
| 01/28/2019 | DDA PURCHASE 01482001    WAWA 981 | $43.20 | | $260.22 |
| 01/28/2019 | VISA DDA PUR 449215    UBER EATS | $23.02 | | $237.20 |
| 01/28/2019 | VISA DDA PUR 449215    UBER EATS 2BGE | $4.00 | | $233.20 |
| 01/29/2019 | VISA DDA PUR 444500    4562 DOMINOS PIZ | $25.01 | | $208.19 |
| 01/29/2019 | VISA DDA PUR 449215    UBER EATS | $13.43 | | $194.76 |
| 01/29/2019 | VISA DDA PUR 449215    UBER EATS CGEW | $4.00 | | $190.76 |
| 01/30/2019 | ATM CASH DEPOSIT TW04B095    284 EGG H | | $105.00 | $295.76 |
| 01/30/2019 | VISA DDA PUR 469216    SHOPRITE WASHIN | $133.61 | | $162.15 |
| 01/31/2019 | VISA DDA PUR 449215    UBER EATS | $63.86 | | $98.29 |
| 01/31/2019 | VISA DDA PUR 449215    UBER EATS 2YFD | $4.00 | | $94.29 |
| 02/01/2019 | GUARDIAN SERVICE DIRECT DEP | | $4,583.75 | $4,678.04 |
| 02/01/2019 | DEBIT | $1,500.00 | | $3,178.04 |
| 02/01/2019 | DDA PURCHASE 403482    SHOPRITE WSHN | $260.41 | | $2,917.63 |
| 02/01/2019 | VISA DDA PUR 444500    4562 DOMINOS PIZ | $22.88 | | $2,894.75 |

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| 02/04/2019 | VISA DDA PUR 449804   VERIZON WRL M | $1,094.43 | | $1,800.32 |
| 02/04/2019 | VISA DDA PUR 469216   COMCAST | $400.00 | | $1,400.32 |
| 02/04/2019 | VISA DDA PUR 449215   WWW SMARTBUY | $256.00 | | $1,144.32 |
| 02/04/2019 | VISA DDA PUR 449215   WWW SMARTBUY | $224.00 | | $920.32 |
| 02/04/2019 | VISA DDA PUR 490641   ASURIONWIRELES | $149.00 | | $771.32 |
| 02/04/2019 | DDA PURCHASE 47220093  SAM S CLUB | $85.42 | | $685.90 |
| 02/04/2019 | VISA DDA PUR 422443   SEWELL FUELS | $50.00 | | $635.90 |
| 02/04/2019 | DDA PURCHASE 47220097  SAMS CLUB SA | $43.32 | | $592.58 |
| 02/04/2019 | VISA DDA PUR 416407   WAWA 975  000 | $33.00 | | $559.58 |
| 02/04/2019 | VISA DDA PUR 469216   AMZN MKTP US M | $30.86 | | $528.72 |
| 02/04/2019 | VISA DDA PUR 469216   AMAZON COM MB | $20.24 | | $508.48 |
| 02/04/2019 | VISA DDA PUR 469216   AMAZON COM MB | $17.22 | | $491.26 |
| 02/04/2019 | VISA DDA PUR 449215   UBER  EATS | $15.23 | | $476.03 |
| 02/04/2019 | VISA DDA PUR 449215   UBER  EATS | $13.43 | | $462.60 |
| 02/04/2019 | VISA DDA PUR 469216   STARBUCKS STOR | $11.09 | | $451.51 |
| 02/04/2019 | VISA DDA PUR 469216   APL ITUNES COM | $2.99 | | $448.52 |
| 02/04/2019 | VISA DDA PUR 449215   UBER  EATS NIYP | $2.00 | | $446.52 |
| 02/04/2019 | VISA DDA PUR 449215   UBER  EATS KDUC | $2.00 | | $444.52 |
| 02/05/2019 | NORTHWESTERN MU  ISA PAYMNT | $80.43 | | $364.09 |
| 02/05/2019 | VISA DDA PUR 469216   APL ITUNES COM | $26.65 | | $337.44 |
| 02/05/2019 | VISA DDA PUR 469216   APL ITUNES COM | $14.99 | | $322.45 |
| 02/05/2019 | VISA DDA PUR 418616   BURGER KING 43 | $8.40 | | $314.05 |
| 02/06/2019 | DDA PURCHASE 403482   SHOPRITE WSHN | $155.08 | | $158.97 |
| 02/06/2019 | VISA DDA PUR 405522   UNITED GAS | $32.91 | | $126.06 |
| 02/06/2019 | VISA DDA PUR 449215   UBER  EATS | $21.11 | | $104.95 |
| 02/06/2019 | VISA DDA PUR 469216   AMAZON COM MI4 | $11.97 | | $92.98 |
| 02/06/2019 | VISA DDA PUR 449215   UBER  EATS E26C | $2.00 | | $90.98 |
| 02/08/2019 | ATM CASH DEPOSIT TW04B127  5200 ROUT | | $400.00 | $490.98 |
| 02/08/2019 | ATM CASH DEPOSIT TW04B127  5200 ROUT | | $100.00 | $590.98 |
| 02/08/2019 | VISA DDA PUR 449215   UBER  EATS | $21.95 | | $569.03 |
| 02/08/2019 | VISA DDA PUR 449215   UBER  EATS P4N3 | $2.00 | | $567.03 |
| 02/11/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $1,000.00 | $1,567.03 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 02/11/2019 | WIRE TRANSFER OUTGOING Ecs Fund Mar | $200.00 | $1,367.03 |
| 02/11/2019 | VISA DDA PUR 449215    WWW SMARTBUY | $257.00 | $1,110.03 |
| 02/11/2019 | DDA WITHDRAW SR002084  3501 ROUTE 42 | $82.50 | $1,027.53 |
| 02/11/2019 | DDA PURCHASE 47220097  SAM S CLUB | $52.70 | $974.83 |
| 02/11/2019 | VISA DDA PUR 469216    AMZN MKTP US M | $44.20 | $930.63 |
| 02/11/2019 | VISA DDA PUR 469216    SXM SIRIUSXM CO | $27.17 | $903.46 |
| 02/11/2019 | WIRE TRANSFER FEE | $25.00 | $878.46 |
| 02/11/2019 | VISA DDA PUR 469216    APL ITUNES COM | $15.98 | $862.48 |
| 02/11/2019 | VISA DDA PUR 444500    WENDY S 3039 | $13.50 | $848.98 |
| 02/11/2019 | DDA PURCHASE 13408601  OAKTREE SERV | $11.00 | $837.98 |
| 02/12/2019 | VISA DDA PUR 469216    AMAZON COM MI3 | $84.62 | $753.36 |
| 02/12/2019 | VISA DDA PUR 469216    APL ITUNES COM I | $58.61 | $694.75 |
| 02/12/2019 | VISA DDA PUR 469216    AMAZON COM MI9 | $52.25 | $642.50 |
| 02/13/2019 | VISA DDA PUR 449215    UBER  EATS | $14.09 | $628.41 |
| 02/13/2019 | VISA DDA PUR 449215    UBER  EATS M4UA | $2.00 | $626.41 |
| 02/14/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | $202.00 | $828.41 |
| 02/14/2019 | VISA DDA PUR 469216    AMZN MKTP US M | $58.63 | $769.78 |
| 02/15/2019 | VISA DDA PUR 401339    HOPS AND GRAPE | $147.08 | $622.70 |
| 02/15/2019 | VISA DDA PUR 442342    PAYPAL SMARTBU | $101.85 | $520.85 |
| 02/15/2019 | DDA PURCHASE 24472201  SAMSCLUB 47 | $96.03 | $424.82 |
| 02/15/2019 | VISA DDA PUR 444573    MACYS COM | $33.93 | $390.89 |
| 02/15/2019 | DDA PURCHASE 30036204  CVS PHARM 00 | $25.70 | $365.19 |
| 02/15/2019 | VISA DDA PUR 449215    UBER  EATS | $19.29 | $345.90 |
| 02/15/2019 | VISA DDA PUR 449215    UBER | $10.91 | $334.99 |
| 02/15/2019 | VISA DDA PUR 449215    UBER  EATS S6JH | $2.00 | $332.99 |
| 02/19/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | $600.00 | $932.99 |
| 02/19/2019 | DDA WITHDRAW TW04B095  284 EGG HAR | $300.00 | $632.99 |
| 02/19/2019 | VISA DDA PUR 469216    DIS WDW PASS PA | $129.20 | $503.79 |
| 02/19/2019 | VISA DDA PUR 443186    BLUCIGS | $101.01 | $402.78 |
| 02/19/2019 | DDA PURCHASE 47220096  SAM S CLUB | $54.68 | $348.10 |
| 02/19/2019 | VISA DDA PUR 469216    AMZN MKTP US M | $42.64 | $305.46 |
| 02/19/2019 | VISA DDA PUR 416405    EXXONMOBIL 47 | $41.64 | $263.82 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 02/19/2019 | VISA DDA PUR 444573   MACYS   COM | $38.08 | $225.74 |
| 02/19/2019 | VISA DDA PUR 444573   MACYS   COM | $37.79 | $187.95 |
| 02/19/2019 | VISA DDA PUR 469216   AMZN MKTP US MI | $17.05 | $170.90 |
| 02/19/2019 | VISA DDA PUR 469216   AMAZON PRIME | $13.85 | $157.05 |
| 02/19/2019 | VISA DDA PUR 449215   UBER  EATS | $13.43 | $143.62 |
| 02/19/2019 | VISA DDA PUR 449215   UBER  EATS | $13.43 | $130.19 |
| 02/19/2019 | VISA DDA PUR 449215   UBER  EATS 23RL | $2.00 | $128.19 |
| 02/19/2019 | VISA DDA PUR 449215   UBER  EATS JAAT | $2.00 | $126.19 |
| 02/20/2019 | ENTERTAINMENT MA DECLUTTR | $332.00 | $458.19 |
| 02/20/2019 | VISA DDA PUR 469216   SHOPRITE WASHIN | $26.83 | $431.36 |
| 02/21/2019 | VISA DDA PUR 449215   DOORDASH | $21.31 | $410.05 |
| 02/21/2019 | MINISTMT PREAUTH TW04B095   284 EGG H | | $0.00 |
| 02/22/2019 | ATM CASH DEPOSIT TW04B095   284 EGG H | $300.00 | $710.05 |
| 02/22/2019 | VISA DDA PUR 469216   FAIRFIELD INN  S | $90.28 | $619.77 |
| 02/25/2019 | VISA DDA PUR 444500   DOMINO S 4562 | $35.00 | $584.77 |
| 02/25/2019 | VISA DDA PUR 444500   4562 DOMINOS PIZ | $28.75 | $556.02 |
| 02/25/2019 | VISA DDA PUR 449215   UBER  EATS | $23.44 | $532.58 |
| 02/25/2019 | VISA DDA PUR 449215   DOORDASH MCDO | $20.95 | $511.63 |
| 02/25/2019 | VISA DDA PUR 449215   DOORDASH WEND | $18.79 | $492.84 |
| 02/25/2019 | VISA DDA PUR 469216   STARBUCKS STOR | $10.56 | $482.28 |
| 02/25/2019 | VISA DDA PUR 449215   UBER  EATS JS7JC | $2.00 | $480.28 |
| 02/26/2019 | VISA DDA PUR 449215   DOORDASH KFC | $51.81 | $428.47 |
| 02/26/2019 | DDA PURCHASE 01440901   WAWA 499 | $24.40 | $404.07 |
| 02/27/2019 | VISA DDA PUR 449215   DOORDASH RUBY | $31.16 | $372.91 |
| 02/27/2019 | DDA PURCHASE 01440901   WAWA 499 | $25.06 | $347.85 |
| 02/27/2019 | DDA PURCHASE 01477801   WAWA 970 | $9.44 | $338.41 |
| 02/28/2019 | VISA DDA PUR 469216   PARKING 06011 W/ | $30.00 | $308.41 |
| 02/28/2019 | DDA PURCHASE 13408601   OAKTREE SERV | $22.84 | $285.57 |
| 03/01/2019 | VISA DDA PUR 444500   DOMINO S 4562 | $32.80 | $252.77 |
| 03/01/2019 | VISA DDA PUR 449215   DOORDASH | $31.66 | $221.11 |
| 03/01/2019 | VISA DDA PUR 449215   DOORDASH MCDO | $19.80 | $201.31 |
| 03/01/2019 | VISA DDA PUR 469216   STARBUCKS STOR | $10.24 | $191.07 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 03/04/2019 | ATM CASH DEPOSIT TW04B095 284 EGG H | | $650.00 | $691.07 |
| 03/04/2019 | VISA DDA PUR 449215 | DOORDASH | $22.73 | $668.34 |
| 03/04/2019 | VISA DDA PUR 443106 | ACE HDWE | $17.68 | $650.66 |
| 03/04/2019 | DDA PURCHASE 01440901 | WAWA 499 | $13.25 | $637.41 |
| 03/04/2019 | VISA DDA PUR 442733 | MCDONALD S F10 | $12.46 | $624.95 |
| 03/04/2019 | VISA DDA PUR 416405 | EXXONMOBIL 47 | $10.48 | $614.47 |
| 03/04/2019 | VISA DDA PUR 469216 | APL ITUNES COM I | $2.99 | $611.48 |
| 03/04/2019 | VISA DDA PUR 416405 | EXXONMOBIL 47 | $0.03 | $611.45 |
| 03/05/2019 | NORTHWESTERN MU ISA PAYMNT | | $80.43 | $531.02 |
| 03/05/2019 | DDA PURCHASE 01482001 | WAWA 981 | $54.92 | $476.10 |
| 03/05/2019 | VISA DDA PUR 449215 | DOORDASH | $49.18 | $426.92 |
| 03/05/2019 | VISA DDA PUR 475542 | AVERSAS ITALIA | $28.63 | $398.29 |
| 03/05/2019 | VISA DDA PUR 469216 | AMAZON COM MI1 | $3.19 | $395.10 |
| 03/06/2019 | VISA DDA PUR 469216 | APL ITUNES COM I | $26.65 | $368.45 |
| 03/06/2019 | VISA DDA PUR 449215 | DOORDASH WEND | $19.79 | $348.66 |
| 03/06/2019 | VISA DDA PUR 469216 | APL ITUNES COM I | $14.99 | $333.67 |
| 03/07/2019 | VISA DDA PUR 444500 | MSB NJSVS | $71.00 | $262.67 |
| 03/07/2019 | VISA DDA PUR 444500 | UNO S CHICAGO G | $70.67 | $192.00 |
| 03/08/2019 | VISA DDA PUR 449215 | DOORDASH MCDO | $21.63 | $170.37 |
| 03/08/2019 | VISA DDA PUR 443106 | DUNKIN 349202 Q3 | $14.08 | $156.29 |
| 03/11/2019 | VISA DDA PUR 402207 | SUNOCO 0282533 | $35.00 | $121.29 |
| 03/11/2019 | VISA DDA PUR 402207 | SUNOCO 0204081 | $30.40 | $90.89 |
| 03/11/2019 | VISA DDA PUR 469216 | SXM SIRIUSXM CO | $27.17 | $63.72 |
| 03/11/2019 | VISA DDA PUR 469216 | AMZN MKTP US MI | $23.99 | $39.73 |
| 03/11/2019 | VISA DDA PUR 449215 | DOORDASH MCDO | $18.45 | $21.28 |
| 03/11/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $14.92 | $6.36 |
| 03/12/2019 | VISA DDA PUR 444500 | 4562 DOMINOS PIZ | $34.07 | ($27.71) |
| 03/12/2019 | VISA DDA PUR 449215 | DOORDASH | $22.66 | ($50.37) |
| 03/13/2019 | ATM CASH DEPOSIT TW04B095 284 EGG H | | $200.00 | $149.63 |
| 03/15/2019 | VISA DDA PUR 469216 | APL ITUNES COM I | $26.63 | $123.00 |
| 03/18/2019 | VISA DDA PUR 449215 | DOORDASH | $55.64 | $67.36 |
| 03/18/2019 | VISA DDA PUR 422899 | PIZZA BOX TURNE | $36.63 | $30.73 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/18/2019 | VISA DDA PUR 449215    UBER  EATS | $24.50 | $6.23 |
| 03/18/2019 | VISA DDA PUR 449215    UBER  EATS EO5D | $2.00 | $4.23 |
| 03/19/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | $1,000.00 | $1,004.23 |
| 03/20/2019 | VISA DDA PUR 449215    DOORDASH TGI FR | $38.87 | $965.36 |
| 03/20/2019 | VISA DDA PUR 449215    DOORDASH | $34.69 | $930.67 |
| 03/21/2019 | DDA PURCHASE 403482    SHOPRITE WSHN | $71.84 | $858.83 |
| 03/21/2019 | VISA DDA PUR 469216    AMAZON PRIME | $13.85 | $844.98 |
| 03/22/2019 | ATM CHECK DEPOSI TW04B095  284 EGG H | $1,317.00 | $2,161.98 |
| 03/22/2019 | DEPOSIT | $1,500.00 | $3,661.98 |
| 03/22/2019 | VISA DDA PUR 444500    NORDSTROM DIR | $85.00 | $3,576.98 |
| 03/22/2019 | MINISTMT PREAUTH TW04B095  284 EGG H | | $0.00 |