UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____    NEW JERSEY

IN RE DAVID RISTICK    Case No. _____ 17-19196
    Reporting Period: 03/01/19-03/31/19

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | yes | |
| Copies of bank statements | | yes | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    Date  04/14/19
Signature of Debtor

_____    Date
Signature of Joint Debtor

_____    Date
Signature of Authorized Individual*

_____    Title of Authorized Individual
Printed Name of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: __DAVID RISTICK_____  Case No. _17-19196_____
        Debtor  Reporting Period __0 03/01/19-03/31/19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 285.57 | 285.57 |
| **RECEIPTS** | | |
| Wages (Net) | 0.00 | 57,845.36 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 5,237.00 | 101,309.19 |
| **Total Receipts** | 5,237.00 | 159,154.55 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1,401.95 | 20,375.00 |
| Insurance | 80.43 | 3,609.05 |
| Auto Expense | 75.88 | 5,867.63 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | 20,053.37 |
| Medical Expenses | | 1,202.85 |
| Household Expenses | 2,367.41 | 92,847.76 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | 46.47 |
| Travel and Entertainment | 217.78 | 5,839.75 |
| TCA | | 200.00 |
| Gifts | | 105.19 |
| reimbursible business expenses | | 6,650.69 |
| **Total Ordinary Disbursements** | 4,143.45 | 156,797.76 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | 975 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | 975 |
| **Total Disbursements (Ordinary + Reorganization)** | | 157773.76 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | 1093.55 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | 1379.12 |

FORM MOR-1(INDV)
(9/99)

In re __DAVID RISTICK_____  Case No. __17-19196_____
　　　　Debtor　　　　　　　　　　　03/01/19-03/31/19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| old account | 0.00 | 200.00 |
| BOUNCED PAYMENTS | | 439.31 |
| TAX REFUND | | 1,059.00 |
| STORE REFUND | | 1,057.80 |
| INSURANCE REFUND | | 44,950.25 |
| CORRECTION | | 93.58 |
| GIFT | 5,237.00 | 27,355.75 |
| UNEMPLOYMENT | | 14,982.00 |
| TRAVEL EXPENSE REIMBURSEMENT | | 5,004.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

DAVID RISTICK BANK RECONCILIATION
3/31/2019

| | |
|---|---:|
| beginning balance | 285.57 |
| total deposits | 5,237.00 |
| total withdrawals | 4,143.45 |
| ending balance | 1,379.12 |
| outstanding checks | 0.00 |
| register balance | 1,379.12 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 02/19/2019 | VISA DDA PUR 444573   MACYS   COM | $38.08 | $225.74 |
| 02/19/2019 | VISA DDA PUR 444573   MACYS   COM | $37.79 | $187.95 |
| 02/19/2019 | VISA DDA PUR 469216   AMZN MKTP US MI | $17.05 | $170.90 |
| 02/19/2019 | VISA DDA PUR 469216   AMAZON PRIME | $13.85 | $157.05 |
| 02/19/2019 | VISA DDA PUR 449215   UBER   EATS | $13.43 | $143.62 |
| 02/19/2019 | VISA DDA PUR 449215   UBER   EATS | $13.43 | $130.19 |
| 02/19/2019 | VISA DDA PUR 449215   UBER   EATS 23RL | $2.00 | $128.19 |
| 02/19/2019 | VISA DDA PUR 449215   UBER   EATS JAAT | $2.00 | $126.19 |
| 02/20/2019 | ENTERTAINMENT MA DECLUTTR | $332.00 | $458.19 |
| 02/20/2019 | VISA DDA PUR 469216   SHOPRITE WASHIN | $26.83 | $431.36 |
| 02/21/2019 | VISA DDA PUR 449215   DOORDASH | $21.31 | $410.05 |
| 02/21/2019 | MINISTMT PREAUTH TW04B095   284 EGG H | | $0.00 |
| 02/22/2019 | ATM CASH DEPOSIT TW04B095   284 EGG H | $300.00 | $710.05 |
| 02/22/2019 | VISA DDA PUR 469216   FAIRFIELD INN  S | $90.28 | $619.77 |
| 02/25/2019 | VISA DDA PUR 444500   DOMINO S 4562 | $35.00 | $584.77 |
| 02/25/2019 | VISA DDA PUR 444500   4562 DOMINOS PIZ | $28.75 | $556.02 |
| 02/25/2019 | VISA DDA PUR 449215   UBER   EATS | $23.44 | $532.58 |
| 02/25/2019 | VISA DDA PUR 449215   DOORDASH MCDO | $20.95 | $511.63 |
| 02/25/2019 | VISA DDA PUR 449215   DOORDASH WEND | $18.79 | $492.84 |
| 02/25/2019 | VISA DDA PUR 469216   STARBUCKS STOR | $10.56 | $482.28 |
| 02/25/2019 | VISA DDA PUR 449215   UBER   EATS JS7JC | $2.00 | $480.28 |
| 02/26/2019 | VISA DDA PUR 449215   DOORDASH KFC | $51.81 | $428.47 |
| 02/26/2019 | DDA PURCHASE 01440901   WAWA 499 | $24.40 | $404.07 |
| 02/27/2019 | VISA DDA PUR 449215   DOORDASH RUBY | $31.16 | $372.91 |
| 02/27/2019 | DDA PURCHASE 01440901   WAWA 499 | $25.06 | $347.85 |
| 02/27/2019 | DDA PURCHASE 01477801   WAWA 970 | $9.44 | $338.41 |
| 02/28/2019 | VISA DDA PUR 469216   PARKING 06011 W/ | $30.00 | $308.41 |
| 02/28/2019 | DDA PURCHASE 13408601   OAKTREE SERV | $22.84 | $285.57 |
| 03/01/2019 | VISA DDA PUR 444500   DOMINO S 4562 | $32.80 | $252.77 |
| 03/01/2019 | VISA DDA PUR 449215   DOORDASH | $31.66 | $221.11 |
| 03/01/2019 | VISA DDA PUR 449215   DOORDASH MCDO | $19.80 | $201.31 |
| 03/01/2019 | VISA DDA PUR 469216   STARBUCKS STOR | $10.24 | $191.07 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/04/2019 | ATM CASH DEPOSIT TW04B095 284 EGG H | $500.00 | $691.07 |
| 03/04/2019 | VISA DDA PUR 449215  DOORDASH | $22.73 | $668.34 |
| 03/04/2019 | VISA DDA PUR 443106  ACE HDWE | $17.68 | $650.66 |
| 03/04/2019 | DDA PURCHASE 01440901  WAWA 499 | $13.25 | $637.41 |
| 03/04/2019 | VISA DDA PUR 442733  MCDONALD S F10 | $12.46 | $624.95 |
| 03/04/2019 | VISA DDA PUR 416405  EXXONMOBIL  47 | $10.48 | $614.47 |
| 03/04/2019 | VISA DDA PUR 469216  APL ITUNES COM I | $2.99 | $611.48 |
| 03/04/2019 | VISA DDA PUR 416405  EXXONMOBIL  47 | $0.03 | $611.45 |
| 03/05/2019 | NORTHWESTERN MU  ISA PAYMNT | $80.43 | $531.02 |
| 03/05/2019 | DDA PURCHASE 01482001  WAWA 981 | $54.92 | $476.10 |
| 03/05/2019 | VISA DDA PUR 449215  DOORDASH | $49.18 | $426.92 |
| 03/05/2019 | VISA DDA PUR 475542  AVERSAS ITALIA | $28.63 | $398.29 |
| 03/05/2019 | VISA DDA PUR 469216  AMAZON COM MI1 | $3.19 | $395.10 |
| 03/06/2019 | VISA DDA PUR 469216  APL ITUNES COM I | $26.65 | $368.45 |
| 03/06/2019 | VISA DDA PUR 449215  DOORDASH WEND | $19.79 | $348.66 |
| 03/06/2019 | VISA DDA PUR 469216  APL ITUNES COM I | $14.99 | $333.67 |
| 03/07/2019 | VISA DDA PUR 444500  MSB NJSVS | $71.00 | $262.67 |
| 03/07/2019 | VISA DDA PUR 444500  UNO S CHICAGO G | $70.67 | $192.00 |
| 03/08/2019 | VISA DDA PUR 449215  DOORDASH MCDO | $21.63 | $170.37 |
| 03/08/2019 | VISA DDA PUR 443106  DUNKIN  349202 Q3 | $14.08 | $156.29 |
| 03/11/2019 | VISA DDA PUR 402207  SUNOCO 0282533 | $35.00 | $121.29 |
| 03/11/2019 | VISA DDA PUR 402207  SUNOCO 0204081 | $30.40 | $90.89 |
| 03/11/2019 | VISA DDA PUR 469216  SXM SIRIUSXM CO | $27.17 | $63.72 |
| 03/11/2019 | VISA DDA PUR 469216  AMZN MKTP US MI | $23.99 | $39.73 |
| 03/11/2019 | VISA DDA PUR 449215  DOORDASH MCDO | $18.45 | $21.28 |
| 03/11/2019 | VISA DDA PUR 469216  AMZN MKTP US M' | $14.92 | $6.36 |
| 03/12/2019 | VISA DDA PUR 444500  4562 DOMINOS PIZ | $34.07 | ($27.71) |
| 03/12/2019 | VISA DDA PUR 449215  DOORDASH | $22.66 | ($50.37) |
| 03/13/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | $200.00 | $149.63 |
| 03/15/2019 | VISA DDA PUR 469216  APL ITUNES COM I | $26.63 | $123.00 |
| 03/18/2019 | VISA DDA PUR 449215  DOORDASH | $55.64 | $67.36 |
| 03/18/2019 | VISA DDA PUR 422899  PIZZA BOX TURNE | $36.63 | $30.73 |

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| 03/18/2019 | VISA DDA PUR 449215  UBER EATS | $24.50 | | $6.23 |
| 03/18/2019 | VISA DDA PUR 449215  UBER EATS EO5D | $2.00 | | $4.23 |
| 03/19/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $1,000.00 | $1,004.23 |
| 03/20/2019 | VISA DDA PUR 449215  DOORDASH TGI FR | $38.87 | | $965.36 |
| 03/20/2019 | VISA DDA PUR 449215  DOORDASH | $34.69 | | $930.67 |
| 03/21/2019 | DDA PURCHASE 403482  SHOPRITE WSHN | $71.84 | | $858.83 |
| 03/21/2019 | VISA DDA PUR 469216  AMAZON PRIME | $13.85 | | $844.98 |
| 03/22/2019 | ATM CHECK DEPOSI TW04B095  284 EGG H | | $1,317.00 | $2,161.98 |
| 03/22/2019 | DEPOSIT | | $1,500.00 | $3,661.98 |
| 03/22/2019 | VISA DDA PUR 444500  NORDSTROM DIR | $85.00 | | $3,576.98 |
| 03/22/2019 | MINISTMT PREAUTH TW04B095  284 EGG H | | | $0.00 |

**TD Bank**
America's Most Convenient Bank®

DAVID RISTICK
DIP CASE 17-19196 DIST NJ
5 NOTTINGHAM WAY
TURNERSVILLE NJ     08012

039 / Chapter 11 Checking

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 3/24/2019 | | | $3,576.98 |
| Plus | 7 | Deposits and Other Credits | $7,541.00 |
| Less | 93 | Checks and Other Debits | $10,471.05 |
| Statement Balance As Of: 04/23/2019 | | | $646.93 |

## Transactions By Date

| Date | Description | | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 03/25/2019 | VISA DDA PUR 469216 | ATLCITYELECT SP | | $1,401.95 | | $2,175.03 |
| 03/25/2019 | VISA DDA PUR 469216 | AMAZON COM MW | | $231.93 | | $1,943.10 |
| 03/25/2019 | VISA DDA PUR 444500 | NORDSTROM DIR | | $150.00 | | $1,793.10 |
| 03/25/2019 | VISA DDA PUR 469216 | DIS WDW PASS PA | | $129.20 | | $1,663.90 |
| 03/25/2019 | VISA DDA PUR 469216 | AMAZON COM MW | | $99.95 | | $1,563.95 |
| 03/25/2019 | VISA DDA PUR 449215 | DOORDASH KFC | | $64.90 | | $1,499.05 |
| 03/25/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | | $47.94 | | $1,451.11 |
| 03/25/2019 | VISA DDA PUR 449215 | DOORDASH MCDO | | $38.06 | | $1,413.05 |
| 03/25/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | | $33.90 | | $1,379.15 |
| 03/25/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | | $26.66 | | $1,352.49 |
| 03/25/2019 | VISA DDA PUR 449215 | DOORDASH MCDO | | $23.89 | | $1,328.60 |
| 03/25/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | | $15.33 | | $1,313.27 |
| 03/26/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | | $113.01 | | $1,200.26 |
| 03/26/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | | $61.40 | | $1,138.86 |
| 03/26/2019 | VISA DDA PUR 444500 | 4562 DOMINOS PIZ | | $54.30 | | $1,084.56 |
| 03/26/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | | $22.38 | | $1,062.18 |
| 03/26/2019 | VISA DDA PUR 443106 | AMZN MKTP US M' | | $22.38 | | $1,039.80 |
| 03/27/2019 | VISA DDA PUR 443186 | BLUCIGS | | $72.43 | | $967.37 |

Case 17-19196-ABA    Doc 168    Filed 05/10/19    Entered 05/10/19 11:06:58    Desc Main
Document      Page 9 of 9

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 03/27/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $10.09 | $927.28 |
| 03/27/2019 | VISA DDA PUR 449215 | DOORDASH | $31.98 | $895.30 |
| 03/27/2019 | VISA DDA PUR 449215 | UBER EATS | $21.06 | $874.24 |
| 03/27/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $11.52 | $862.72 |
| 03/27/2019 | VISA DDA PUR 449215 | UBR PENDING UBE | $2.00 | $860.72 |
| 03/28/2019 | DDA PURCHASE 319387 | GNC 9283 GNC 0 | $74.97 | $785.75 |
| 03/28/2019 | VISA DDA PUR 449215 | FANDANGO | $71.54 | $714.21 |
| 03/28/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $23.06 | $691.15 |
| 03/28/2019 | VISA DDA PUR 469216 | APL ITUNES COM I | $17.04 | $674.11 |
| 03/29/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $720.00 | $1,394.11 |
| 03/29/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $14.99 | $1,379.12 |
| 04/01/2019 | VISA DDA PUR 471705 | CHAMPS SPORTS | $202.98 | $1,176.14 |
| 04/01/2019 | DDA PURCHASE 47220006 | SAMS CLUB SA | $83.33 | $1,092.81 |
| 04/01/2019 | VISA DDA PUR 408342 | HERAHOME STOR | $79.99 | $1,012.82 |
| 04/01/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $76.76 | $936.06 |
| 04/01/2019 | VISA DDA PUR 449215 | DOORDASH KFC | $64.90 | $871.16 |
| 04/01/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $28.98 | $842.18 |
| 04/01/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $28.98 | $813.20 |
| 04/01/2019 | VISA DDA PUR 449215 | DOORDASH MCDO | $27.79 | $785.41 |
| 04/01/2019 | VISA DDA PUR 449215 | DOORDASH MCDO | $22.93 | $762.48 |
| 04/01/2019 | VISA DDA PUR 443106 | AMZN MKTP US M' | $18.90 | $743.58 |
| 04/01/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $18.13 | $725.45 |
| 04/01/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $17.47 | $707.98 |
| 04/01/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $17.05 | $690.93 |
| 04/01/2019 | VISA DDA PUR 443106 | AMZN MKTP US M' | $10.99 | $679.94 |
| 04/01/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $10.65 | $669.29 |
| 04/01/2019 | MINISTMT PREAUTH TW04B095  284 EGG H | | | $669.29 |
| 04/02/2019 | VISA DDA PUR 469216 | AMZN MKTP US M' | $14.93 | $654.36 |
| 04/02/2019 | VISA DDA PUR 469216 | APL ITUNES COM I | $2.99 | $651.37 |
| 04/03/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $700.00 | $1,351.37 |
| 04/03/2019 | ATM CASH DEPOSIT TW04B095  284 EGG H | | $500.00 | $1,851.37 |
| 04/03/2019 | WIRE TRANSFER OUTGOING Tca Fund Man | | $200.00 | $1,651.37 |