UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>David Ristick | Case No.: 17-19196 |
| | Hearing Date: May 23, 2019 |
| | Judge: Altenburg |
| | Chapter: 11 |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by _____Debtor_____ on ___April 18, 2019___ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The disclosure statement, dated ___April 18, 2019___ is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. ___June 27, 2019___ at ___10 am___ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-19196-ABA
David Ristick                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: May 23, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db             +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty            +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
                 Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
               bschwartz@css-pc.com,    suzanne.marcela@css-pc.com
              David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
               ciarkowski@wilentz.com
              David H. Stein    on behalf of Plaintiff    TCA Global Credit Master Fund, LP dstein@wilentz.com,
               ciarkowski@wilentz.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jerrold S. Kulback    on behalf of Defendant David  Ristick jkulback@archerlaw.com
              Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC.
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
               Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Creditor    OceanFirst Bank email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
              Warren S. Jones, Jr.    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust,  not in its individual capacity but solely in its capacity as Owner Trustee of
               Matawin Ventures  Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                                 TOTAL: 17