| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JERROLD S. KULBACK, ESQUIRE<br>ARCHER & GREINER<br>A Professional Corporation<br>Three Logan Square, 35th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone: (215) 246-3162<br>Fax: (215) 963-9999<br>*Attorneys for Debtor* | **Order Filed on October 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>DAVID RISTICK,<br><br>                Debtor. | Chapter 11<br><br>Case No. 17-19196 (ABA) |

## ORDER CONFIRMING CHAPTER 11 PLAN

    The relief set forth on the following pages, numbered two (2) through two (2) is

**ORDERED.**

**DATED: October 29, 2019**

/s/ Andrew B. Altenburg, Jr.

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: David Ristick
Case No.: 17-19196 (ABA)
Caption: Order Confirming Chapter 11 Plan

The Plan of Liquidation (the "Plan") under Chapter 11 of the Bankruptcy Code filed by the above captioned Debtors on April 18, 2019 [Docket No. 160], having been transmitted to creditors and equity holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) and (b) have been satisfied, and for the reasons set forth at the hearing conducted on October 10, 2019;

IT IS ORDERED that the Plan is confirmed subject to the following:

1. The Debtor shall pay all sums outstanding to the Office of the United States Trustee within seven (7) days of the date of this Order.

2. Notwithstanding anything to the contrary in the Plan, the Debtor shall have three (3) months from the Effective Date to sell the 5 Nottingham Way Property (as defined in the Plan). During that period, Debtor shall maintain property taxes and insurance. If the 5 Nottingham Way Property is not sold in that period, the first-mortgage holder, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (together with any assignee or successor, the "Secured Creditor"), shall be entitled to proceed with all non-bankruptcy remedies allowed by law and/or the loan documents, including but not limited to foreclosure of the 5 Nottingham Way Property, to obtain title to and possession of same, without further Order of the Bankruptcy Court or any interference from the Debtor.

217471152v1

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
    Debtor

Case No. 17-19196-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Oct 29, 2019  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db          +David Ristick,   5 Samantha Court,   Sewell, NJ 08080-3151  
aty         +Jerrold Kulback,   Archer & Greiner, PC,   Three Logan Square,   35th Floor,   1717 Arch Street,    Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:

       Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC bschwartz@css-pc.com, suzanne.marcela@css-pc.com  
       David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com, ciarkowski@wilentz.com  
       David H. Stein    on behalf of Plaintiff    TCA Global Credit Master Fund, LP dstein@wilentz.com, ciarkowski@wilentz.com  
       Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
       Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com, mdepietro@stark-stark.com  
       Jerrold S. Kulback    on behalf of Defendant David Ristick jkulback@archerlaw.com  
       Jerrold S. Kulback    on behalf of Debtor David Ristick jkulback@archerlaw.com  
       John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Laura M. Egerman    on behalf of Creditor    NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com  
       Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC dnj@pbslaw.org  
       Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       Warren S. Jones, Jr.    on behalf of Creditor    OceanFirst Bank email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com  
       Warren S. Jones, Jr.    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com  
                                                                                       TOTAL: 18