Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–19196–ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Ristick
   5 Samantha Court
   Sewell, NJ 08080

Social Security No.:
   xxx–xx–2186

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     1/9/20
Time:     02:00 PM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Archer & Greiner, P.C., Debtor's Attorney,

COMMISSION OR FEES
$42,964.50

EXPENSES
$1,398.89.

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 25, 2019
JAN:

                                                                                                      Jeanne Naughton
                                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 17-19196-ABA
David Ristick                                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 4              Date Rcvd: Nov 25, 2019
                                Form ID: 137             Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.

```
db            +David Ristick,    5 Samantha Court,    Sewell, NJ 08080-3151
aty           +Jerrold Kulback,    Archer & Greiner, PC,    Three Logan Square,    35th Floor,    1717 Arch Street,
                Philadelphia, PA 19103-2739
acc            Curchin Group, LLC,    200 Schulz Drive, Suite 400,    Red Bank, NJ 07701-6745
cr            +Ditech Financial LLC FKA Green Tree Servicing LLC.,    Robertson, Anschutz & Schneid, P. L.,
                6409 Congress Avenue, suite 100,    6409 Congress Avenue, suite 100,
                Boca Raton, FL 33487-2853
cr            +Harrah's Atlantic City Operating Company, LLC,    c/o Craner Satkin Scheer Schwartz & Hann,
                320 Park Avenue, PO Box 367,    Scotch Plains, NJ 07076-0367
r             +Michelle Basmajian,    Weichert Realtors,    107 Taunton Boulevard,    Medford,, NJ 08055-3475
cr            +NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE S,    RAS Citron, LLC,
                130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
cr            +Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mor,    P.O. Box 619096,    Dallas, TX 75261-9096
cr             OceanFirst Bank,    Toms River, NJ  08753
cr            +TCA Global Credit Master Fund, L.P.,    c/o Wilentz, Goldman & Spitzer, P.A.,
                90 Woodbridge Center Drive,    Suite 900, Box 10,    Attn: David H. Stein, Esq.,
                Woodbridge, NJ 07095-1155
cr            +Vermeer Corporation,    Stark & Stark, P.C.,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
516862887     +Advocare Lerch and Amato Peds,    PO Box 3001,    Voorhees, NJ 08043-0598
516807771     +Alice Maglio,    109 East Memphia Avenue,    Wildwood, NJ 08260-3317
516807772     +Alice Maglio,    109 East Memphis Avenue,    Wildwood, NJ 08260-3317
516862932     +Allison J. Snyder, Esquire,    Porter Hedges LLP,    1000 Main Street, 26th Floor,
                Houston, TX 77002-6341
516862888     +American Express,    PO Box 981535,    El Paso, TX 79998-1535
516841855      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516862889      Amerihealth Insurance Company of NJ,    1901 Market Street,    Philadelphia, PA  19103-1480
516862891      Barclaycard,    Card Services,    PO Box 8802,    Wilmington, DE  19899-8802
516807773     +Carl F. Schoeppl, Esquire,    Schoeppl Law, P.A.,    4651 North Federal Highway,
                Boca Raton, FL 33431-5133
518045530     +DLI Assets Bravo, LLC,    c/o Thomas J. Kokolis (Lim. Participant),    110 N. Washington St. #500,
                Rockville, MD 20850-2230
516807774     +Danny Ristick,    3 Samantha Court,    Sewell, NJ 08080-3151
516862894      GM Financial,    PO Box 18384,    Arlington TX  76096-3834
516807776     +Glia Group, LLC,    1662 E. 24th Street,    Brooklyn, NY 11229-2402
516848677     +HARRAH'S ATLANTIC CITY OPER CO,    Craner Satkin Scheer Schwartz & Hanna PC,
                320 Park Avenue, PO Box 367,    Scotch Plains, NJ 07076-0367
516977594     +Harrah's Atlantic City Operating Co., LLC,    dba Harrah's Resort Atlantic City,
                Adam J. Pernsteiner - Lewis Brisbois,    6385 S. Rainbow Blvd., Suite 600,
                Las Vegas, NV 89118-3201
516862895     +Harrah's Atlantic City Operating Company,    c/o Cranmer Satkin Scheer,    Schwartz & Han,
                320 Park Ave.,    PO Box 367,    Scotch Plains, NJ 07076-0367
516862896     +Integral Receivables, Inc.,    PO Box 1388,    Englewood CO 80150-1388
516821095      JPMorgan Chase Bank, N.A.,    po box 29505   Phx, AZ 85038
516807778     +Jennifer D. Gould, Esquire,    Stark & Stark,    777 Township Line Road, Suite 120,
                Yardley, PA 19067-5559
516807779     +Joy Leo,    5 Samantha Court,    Sewell, NJ 08080-3151
516862897     +Knight Capital Funding,    attn: Jared Gaitan,    9 East Loockerman Street,    Suite 3A -543,
                Dover, DE 19901-8306
517216096     +Kondaur Capital Corporation,    Prober & Raphael A Law Corporation,
                20750 Ventura Blvd., Ste. 100,    Woodland Hills, CA 91364-6207
516862898     +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
516807780     +Leonard J. Wood, Esquire,    Wade, Long, Wood & Long, LLC,    1250 Chews Landing Road, Suite 1,
                Laurel Springs, NJ 08021-2816
516862933     +Louis A. DeLollis, Esquire,    Monzo Catanese Hillegass PC,    211 Bayberry Drive, Suite 2A,
                Cape May Courthouse, NJ 08210-2460
516862939     +MPI Industries, LLC,    731 Route 168,    Blackwood, NJ 08012-1470
516862899      Macy's,    PO Box 8052,    Mason, OH  45040-8052
516862934     +Matthew Lakind, Esquire,    Tesser & Cohen,    946 Main Street,    Hackensack, NJ 07601-5136
516952264    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,      ATTN: Bankruptcy Department,
                P.O. Box 619096,    Dallas, TX 75261-9741)
516862900     +NJ Skylands Insurance,    550 Essjay Road,    Buffalo, NY 14221-8223
516807781     +Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
518187815     +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518187816     +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0675,
                NewRez LLC DBA Shellpoint Mortgage Servi,    P.O. Box 10826,    Greenville, SC 29603-0826
516862901     +Northeast Communications Group, Inc.,    242 Route 156,    Trenton, NJ 08620-1724
516862935     +Nortwestern Mutual,    PO Box 3009,    Milwaukee, WI 53201-3009
516862936     +Pioneer Credit Recovery, Inc.,    PO Box 1018,    Moorestown, NJ 08057-0018
516862924     +QuaterSpot,    82 Wall Street, Ste 200,    New York, NY 10005-3685
516862937     +Rebecca Hicks, Esquire,    Hicks Law Group,    325 N. Saint Paul Street, Ste. 4400,
                Dallas TX 75201-3880
```

```
District/off: 0312-1              User: admin              Page 2 of 4              Date Rcvd: Nov 25, 2019
                                  Form ID: 137             Total Noticed: 95


516807782      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
                 Compliance and Enforcement - Bankruptcy,    50 Barrack Street, 9th Floor,    P.O. Box 245,
                 Trenton, NJ 08695-0267)
516900093      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516862884       Santander USA,    Attn: Bankruptcy Dept.,    PO Box 560284,    Dallas, TX   75356-0284
516807783      +Seth Brookman, Esquire,    Lucosky Brookman, LLP,    101 Wood Avenue South, 5th Floor,
                 Woodbridge, NJ 08830-2755
516807784      +Shapiro & DeNardo, LLC,    14000 Commerce PArkway, Suite B,    Mount Laurel, NJ 08054-2242
516807785      +South Jersey Adjustment Bureau,    PO Box 1919,    142 West Rio Grande Avenue,
                 Wildwood, NJ 08260-1518
516862925       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ   08099-6091
516807786      +Steven A. Jayson, Esquire,    Law Offices of Alan R. Ackerman,    1719 Route 10 East, Suite 106,
                 Parsippany, NJ 07054-4519
516807787      +Susie Ristick,    3 Samantha Court,    Sewell, NJ 08080-3151
516807788      +TCA Global Credit Master Fund, L.P.,    Attn:  Robert PRess, Director,
                 3960 Howard Hughes Parkway, Suite 500,    Las Vegas, NV 89169-5988
517017918      +TCA Global Credit Master Fund, LP,     c/o Wilentz, Goldman & Spitzer, P.A.,
                 90 Woodbridge Center Drive, Suite 900, B,    Woodbridge, NJ 07095-1146,
                 Attn: David H. Stein, Esq.
516807789      +Township of Washington Tax Collector,    523 Egg Harbor Road,    Sewell, NJ 08080-2335
516807790      +US Bk-Cust/Pro Cap II, LLC,    50 S. 16th Street, Suite 1950,    Philadelphia, PA 19102-2516
516862928      +United Rentals,    100 Stamford Place, Suite 700,    Stamford, CT 06902-9200
516862929      +Utah State Tax Commission,    GC Services Limited Partnership,    6330 Gulfton,
                 Houston, TX 77081-1198
516980890      +Vermeer Corporation,    c/o Stark & Stark, P.C.,    P.O. Box 5315,    Princeton, NJ   08543,
                 Attention:  Jennifer D. Gould, Equire 08543-5315
516862885      +WTMUA,    152 Whitman Drive,    Turnersville, NJ 08012-1048
517343539      +Wilmington Savings Fund Society FSB,    c/o Kondaur Capital Corporation,
                 333 South Anita Drive, ste 400,    Orange CA 92868-3314
517343540      +Wilmington Savings Fund Society FSB,    c/o Kondaur Capital Corporation,
                 333 South Anita Drive, ste 400,    Orange CA 92868,    Wilmington Savings Fund Society FSB,
                 c/o Kondaur Capital Corporation 92868-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Nov 26 2019 00:10:01      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 26 2019 00:10:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 26 2019 00:10:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2019 00:10:08
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
516862886      +E-mail/Text: amscbankruptcy@adt.com Nov 26 2019 00:11:20      ADT Security Services,
                 3190 S. Vaughn Way,    Aurora, CO 80014-3512
516862879      +E-mail/Text: ally@ebn.phinsolutions.com Nov 26 2019 00:09:41      Ally Capital,    PO Box 951,
                 Horsham, PA 19044-0951
516847514       E-mail/Text: ally@ebn.phinsolutions.com Nov 26 2019 00:09:41      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516849665      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2019 00:10:08
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516933148      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2019 00:10:08
                 AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
                 Arlington, TX 76096-3853
516862890      +E-mail/Text: bankruptcy@pepcoholdings.com Nov 26 2019 00:10:10      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516903472       E-mail/Text: bankruptcy@pepcoholdings.com Nov 26 2019 00:10:10
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
518308578      +E-mail/Text: bnc@atlasacq.com Nov 26 2019 00:09:46      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517058552      +E-mail/Text: bankruptcy@cavps.com Nov 26 2019 00:11:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516862892      +E-mail/PDF: dor_tac_bankruptcy@state.co.us Nov 26 2019 00:28:42      Colorado Dept of Revenue,
                 1375 Sherman St., Rm 504,    Denver CO 80261-2200
516862893       E-mail/Text: documentfiling@lciinc.com Nov 26 2019 00:09:36      Comcast,    PO Box 211008,
                 Eagan MN  55121-2408
516807775      +E-mail/Text: litigation.recoverybkmailbox@dllgroup.com Nov 26 2019 00:09:39
                 DeLage Landen Financial Services, Inc.,    1111 Old Eagle School Road,    Wayne, PA 19087-1453
516862880       E-mail/Text: bankruptcy.bnc@ditech.com Nov 26 2019 00:10:12      Dietch,    PO Box 6172,
                 Rapid City, SD  57709-6172
516877756       E-mail/Text: bankruptcy.bnc@ditech.com Nov 26 2019 00:10:12
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
```

```
District/off: 0312-1          User: admin              Page 3 of 4                Date Rcvd: Nov 25, 2019
                              Form ID: 137             Total Noticed: 95
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516880196      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2019 00:10:08      GM Financial,
                801 Cherry Street,    Ste. 3600,    Fort Worth, TX 76102-6855
516862882       E-mail/Text: bk.notifications@jpmchase.com Nov 26 2019 00:10:28      JP Morgan Chase Bank, NA,
                PO Box 29505 AZ1-1191,    Phoenix, AZ  85038-9505
516862883      +E-mail/Text: collectionbankruptcy@oceanfirst.com Nov 26 2019 00:11:09      Ocean First Bank,
                975 Hooper Ave.,    Toms River, NJ 08753-8320
516862926       E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:16:44      Sychrony Bank,   Mohawk,
                PO Box 96061,    Orlando, FL  32896-0061
516809606      +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:16:44      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516862927       E-mail/Text: collections@tdameritrade.com Nov 26 2019 00:11:32      TD Ameritrade,   PO Box 2209,
                Omaha, NE  68103-2209
517063689       E-mail/Text: TXBANKRUPT@UTAH.GOV Nov 26 2019 00:09:29      Utah State Tax Commission,
                210 N 1950 W,    Salt Lake City, UT 84134-9000
516862930      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 26 2019 00:09:32
                Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
516862931       E-mail/Text: crystale@vermeertexas.com Nov 26 2019 00:11:13
                Vermeer Equipment of Texas, Inc.,    707 Access Road,    Kilgore, TX  75662-0517
                                                                                               TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516847238*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                Philadelphia, PA 19101-7346
516862881*     +Glia Group LLC,    1662 E. 24th Street,    Brooklyn, NY 11229-2402
516807777*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517047322*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516862938*     +Seth Brookman, Esquire,    Lucosky Brookman, LLP,    101 Wood Avenue, South 5th floor,
                Woodbridge, NJ 08830-2755
516862935     ##+Myles Scheer, Esquire,    Craner, Satkin, Scheer, Schwartz & Hanna,    320 Park Avenue,
                Scotch Plains, NJ 07076-1100
                                                                                 TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor   Nationstar Mortgage LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Brian D. Schwartz    on behalf of Creditor   Harrah's Atlantic City Operating Company, LLC
               bschwartz@css-pc.com, suzanne.marcela@css-pc.com
              David H. Stein    on behalf of Plaintiff   TCA Global Credit Master Fund, LP dstein@wilentz.com,
               ciarkowski@wilentz.com
              David H. Stein    on behalf of Creditor   TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
               ciarkowski@wilentz.com
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov

```
District/off: 0312-1          User: admin              Page 4 of 4             Date Rcvd: Nov 25, 2019
                              Form ID: 137             Total Noticed: 95


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com
              Jerrold S. Kulback    on behalf of Defendant David  Ristick jkulback@archerlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC.
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE
               SERVICING bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
               Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Creditor    OceanFirst Bank email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
              Warren S. Jones, Jr.    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust,  not in its individual capacity but solely in its capacity as Owner Trustee of
               Matawin Ventures  Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                             TOTAL: 18
```