| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) JERROLD S. KULBACK, ESQUIRE ARCHER & GREINER A Professional Corporation Three Logan Square, 35th Floor 1717 Arch Street Philadelphia, PA 19103 Phone: (215) 246-3162 Fax: (215) 963-9999 *Attorneys for Debtor* | **Order Filed on January 9, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: DAVID RISTICK, Debtor. | Chapter 11 Case No. 17-19196 (ABA) |

**ORDER APPROVING FINAL APPLICATION FOR ATTORNEY FEES AND COSTS TO ARCHER & GREINER, P.C. AS COUNSEL TO THE DEBTOR**

The relief set forth on the following pages, numbered two (2) through __2__ is hereby ORDERED.

**DATED: January 9, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:     David Ristick
Case No:    17-19196 (ABA)
Caption:    Order Approving Final Application for Attorney Fees and Costs to
            Archer & Greiner, PC as Counsel to the Debtor

THIS MATTER coming before the Court upon the Final Application of Archer & Greiner, P.C., seeking attorney fees and costs for services rendered and the reimbursement of disbursements for the period August 1, 2017 through October 31, 2019, and notice having been provided to creditors and other parties in interest, and the Court having reviewed said Application and having determined that good and sufficient cause exists for the entry of the within Order;

IT IS HEREBY ORDERED, as follows:

1.  Archer & Greiner, P.C. is hereby awarded attorney fees and costs as follows:

| | |
|---|---:|
| FEES TOTALS | $41,000.00 |
| DISBURSEMENTS TOTALS | $1,398.89 |
| TOTAL THIS FEE APPLICATION | $42,398.89 |

213798851v3