| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JERROLD S. KULBACK, ESQUIRE<br>ARCHER & GREINER<br>A Professional Corporation<br>Three Logan Square, 35th Floor<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Phone: (215) 246-3162<br>Fax: (215) 963-9999<br>*Attorneys for Debtor* | **Order Filed on January 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>DAVID RISTICK,<br><br>                         Debtor. | Chapter 11<br><br>Case No. 17-19196 (ABA) |

### ORDER APPROVING FINAL APPLICATION FOR ATTORNEY FEES AND COSTS TO ARCHER & GREINER, P.C. AS COUNSEL TO THE DEBTOR

      The relief set forth on the following pages, numbered two (2) through __2__ is hereby

ORDERED.

**DATED: January 9, 2020**

                                                          Honorable Andrew B. Altenburg, Jr.
                                                          United States Bankruptcy Court

Debtor: David Ristick
Case No: 17-19196 (ABA)
Caption: Order Approving Final Application for Attorney Fees and Costs to Archer & Greiner, PC as Counsel to the Debtor

THIS MATTER coming before the Court upon the Final Application of Archer & Greiner, P.C., seeking attorney fees and costs for services rendered and the reimbursement of disbursements for the period August 1, 2017 through October 31, 2019, and notice having been provided to creditors and other parties in interest, and the Court having reviewed said Application and having determined that good and sufficient cause exists for the entry of the within Order;

IT IS HEREBY ORDERED, as follows:

1. Archer & Greiner, P.C. is hereby awarded attorney fees and costs as follows:

| | |
|---|---|
| FEES TOTALS | $41,000.00 |
| DISBURSEMENTS TOTALS | $1,398.89 |
| TOTAL THIS FEE APPLICATION | $42,398.89 |

213798851v3

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
    Debtor

Case No. 17-19196-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 09, 2020  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
db         +David Ristick,   5 Samantha Court,   Sewell, NJ 08080-3151
aty        +Jerrold Kulback,   Archer & Greiner, PC,   Three Logan Square,   35th Floor,   1717 Arch Street,
             Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com,
      nj-ecfmail@ecf.courtdrive.com
      Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC
      bschwartz@css-pc.com,   smarcela@shoattorneys.com
      David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,
      ciarkowski@wilentz.com
      David H. Stein    on behalf of Plaintiff    TCA Global Credit Master Fund, LP dstein@wilentz.com,
      ciarkowski@wilentz.com
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
      jeffrey.m.sponder@usdoj.gov
      Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,
      mdepietro@stark-stark.com
      Jerrold S. Kulback    on behalf of Defendant David  Ristick jkulback@archerlaw.com
      Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com
      John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
      Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Laura M. Egerman    on behalf of Creditor    NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE
      SERVICING bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC.
      bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
      Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com
      Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar
      Mortgage LLC dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Warren S. Jones, Jr.    on behalf of Creditor    OceanFirst Bank email@warrensjones.com,
      r46134@notify.bestcase.com;robert@warrensjones.com
      Warren S. Jones, Jr.    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
      Christiana Trust,  not in its individual capacity but solely in its capacity as Owner Trustee of
      Matawin Ventures  Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com,
      r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                          TOTAL: 18