UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Santander Consumer USA Inc.
Our File No.: 50759
JM-5630

Order Filed on March 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

David Ristick

Case No.:  17-19196

Hearing Date:  3-10-2020

Judge:  ABA

Chapter:  11

Recommended Local Form:   ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 10, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____ Santander Consumer USA Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2013 Chevrolet Traverse
    Vehicle Identification Number
    1GNKRGKDXDJ243877

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
David Ristick  
    Debtor

Case No. 17-19196-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 10, 2020  
                 Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.  
db           +David Ristick,   5 Samantha Court,   Sewell, NJ 08080-3151  
aty          +Jerrold Kulback,   Archer & Greiner, PC,   Three Logan Square,   35th Floor,   1717 Arch Street,    Philadelphia, PA 19103-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:

            Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com,     nj-ecfmail@ecf.courtdrive.com  
            Brian D. Schwartz    on behalf of Creditor    Harrah's Atlantic City Operating Company, LLC     BSCHWARTZ@SHOATTORNEYS.COM,    smarcela@shoattorneys.com  
            David H. Stein    on behalf of Plaintiff    TCA Global Credit Master Fund, LP dstein@wilentz.com,     ciarkowski@wilentz.com  
            David H. Stein    on behalf of Creditor    TCA Global Credit Master Fund, L.P. dstein@wilentz.com,     ciarkowski@wilentz.com  
            Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com  
            Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,     jeffrey.m.sponder@usdoj.gov  
            Jennifer D. Gould    on behalf of Creditor    Vermeer Corporation jgould@stark-stark.com,     mdepietro@stark-stark.com  
            Jerrold S. Kulback    on behalf of Defendant David  Ristick jkulback@archerlaw.com  
            Jerrold S. Kulback    on behalf of Debtor David  Ristick jkulback@archerlaw.com  
            John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,     mortoncraigecf@gmail.com  
            John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM     Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
            John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc ecfmail@mortoncraig.com,     mortoncraigecf@gmail.com  
            Laura M. Egerman    on behalf of Creditor    NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE     SERVICING bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
            Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC.     bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
            Neal M. Ruben    on behalf of Creditor    OceanFirst Bank rubes13@aol.com  
            Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC FHA/VA/RHS: Nationstar     Mortgage LLC dnj@pbslaw.org  
            Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
            Warren S. Jones, Jr.    on behalf of Creditor    OceanFirst Bank email@warrensjones.com,     r46134@notify.bestcase.com;robert@warrensjones.com  
            Warren S. Jones, Jr.    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a     Christiana Trust,  not in its individual capacity but solely in its capacity as Owner Trustee of     Matawin Ventures  Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com,     r46134@notify.bestcase.com;robert@warrensjones.com  
                                                                                                                                TOTAL: 20