UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | : Case No. 17-19196 (ABA) |
| David Ristick, | : Chapter 11 |
| Debtor. | : Judge Andrew B. Altenburg Jr. |
|  | : Hearing Date: May 14, 2020 @ 10am |

**OBJECTION OF THE UNITED STATES TRUSTEE TO NOTICE OF
INTENTION TO CLOSE CASE PURSUANT TO D.N.J. LBR 3022-1(a)**

The United States Trustee (the "U.S. Trustee"), by and through counsel, in furtherance of his duties and responsibilities under 28 U.S.C. §§ 586(a)(3) and (5), hereby respectfully submits this Objection to the Clerk's Notice of Intention to Close Case Pursuant to D.N.J. LBR 3022-1(a) (the "Objection"). In support of the Objection, the U.S. Trustee respectfully represents as follows:

1. On May 3, 2017 (the "Petition Date"), David Ristick (the "Debtor") filed a voluntary petition for relief under Chapter 11 of title 11, United States Code (the "Bankruptcy Code"). *See* ECF No. 1.

2. On October 29, 2019, the Court entered an Order Confirming Chapter 11 Plan. *See* ECF No. 189.

3. On March 30, 2020, the Clerk filed a Notice of Intention to Close Case (the "Notice"). *See* ECF Nos. 202 and 203.

4. In order for a case to close, the Court must determine that the estate has been fully administered:

> After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

*See* 11 U.S.C. § 350(a).

5. If the Court determines that the estate is fully administered, the Court is required to enter a final decree closing the case:

> After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.

*See* Fed. R. Bankr. P. 3022.

6. The Debtor is obligated to file post-confirmation quarterly reports and to pay statutory quarterly fees under 28 U.S.C. § 1930(a)(6):

> ... a quarterly fee shall be paid to the United States trustee, for deposit in the Treasury, in each case under chapter 11 of title 11 for each quarter (including any fraction thereof) until the case is converted or dismissed, whichever occurs first...

*See* 28 U.S.C. § 1930(a)(6).

7. This case can only be fully administered pursuant to 11 U.S.C. § 350 if all reports are filed, including an initial distribution report, and all statutory quarterly fees are paid up to the date the Court closes this case.

8. Here, the Debtor has not filed a quarterly operating report for the fourth quarter of 2019 and the first quarter of 2020. In addition, the Debtor must provide disbursements for the

second quarter of 2020.

9. Without the filing of the fourth quarter 2019 and first quarter 2020 operating reports, and without providing the disbursement information for the second quarter of 2020, the amount of statutory fees outstanding, if any, cannot be determined to finality.

10. It is respectfully asserted that the fourth quarter of 2019 and the first quarter 2020 reports must be filed, that the disbursement information for the second quarter 2020 must be provided, and such fees must be paid prior to closure of the case.

11. Further, the Debtor has not filed an initial disbursement report.

Wherefore, for the foregoing reasons, the U.S. Trustee respectfully requests that the above-captioned case not be closed until the case is fully administered including the Debtor filing quarterly operating reports, providing disbursement information, paying all attendant statutory fees as required by 28 U.S.C. § 1930(a)(6), and granting such other and further relief that is deemed just and equitable.

                                      ANDREW R. VARA
                                      UNITED STATES TRUSTEE
                                      REGIONS 3 & 9

                              By:   /s/ Jeffrey M. Sponder
                                      Jeffrey M. Sponder
                                      Trial Attorney

Dated: April 14, 2020