Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–19196–ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  David Ristick
  5 Samantha Court
  Sewell, NJ 08080

Social Security No.:
  xxx–xx–2186

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              May 14, 2020
Time:             10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*205* – Objection to Clerk's Notice of Intention to Close Case (related document:203 Notice of Intention to Close Case. Hearing date if Objection filed: 5/14/2020. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 4/23/2020.Deadline to close chapter 11 case is 4/29/2020. (bc)) filed by Jeffrey M. Sponder on behalf of U.S. Trustee. (Sponder, Jeffrey)

and transact such other business as may properly come before the meeting.

Dated: April 15, 2020
JAN: bed

                                                            Jeanne Naughton
                                                            Clerk