

Jerrold S. Kulback
*Also Member of New Jersey Bar*
jkulback@archerlaw.com
215-246-3162 (Ext. 5162) Direct
215-963-9999 Direct Fax

Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
(215) 963-3300 Main
(215) 963-9999 Fax
www.archerlaw.com

May 12, 2020

**VIA CM/ECF ONLY**

Honorable Andrew B. Altenburg, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, NJ 08101

  Re: David Ristick, Debtor
     Chapter 11, Case No. 17-19196 (ABA)

Dear Judge Altenburg:

  Our firm is counsel to David Ristick (the "Debtor") in the above referenced case. We are writing in response to the Court's notice to close the case, and the U.S. Trustee's objection.

  The Plan that was confirmed is dependent upon the sale of the Debtor's real estate. The Plan does not become effective until the real estate is sold. The Debtor's realtor has been actively marketing the property. While there has been interest in the property, the realtor has yet to procure a contract of sale. The listing price has been dropped. However, the pandemic has not helped the situation.

  The case should not be closed at this time. Instead, it is respectfully requested that the hearing be adjourned for a period of 90 days so the parties can revisit the status of the sale at that time. The US Trustee's office consents to this request.

  Thank you.

               Respectfully,

               */S/ Jerrold S. Kulback*

               JERROLD S. KULBACK

JSK/
cc. Jeffrey Sponder, Esquire (via email)
213024454v3