UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov

**Order Filed on October 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

David Ristick,

Debtor.

Case No.: 17-19196 (ABA)

Chapter 11

Hearing Date: October 8, 2020 @ 10:00 a.m.

Judge: Andrew B. Altenburg Jr.

## ORDER CLOSING CASE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: David Ristick
Chapter 11 Case No.: 17-19196 (ABA)
**Order Closing Case**

_____

     **THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the Clerk of the Bankruptcy Court, and the United States Trustee having objected to the closing of the case; and the parties having resolved the objection; and for other good cause shown, it is hereby;

     **ORDERED** that the case be and hereby is closed; and it is further

     **ORDERED** that within 20 days following the entry of this Order, the Debtor shall provide disbursement information for the fourth quarter of 2020 to the Office of the United States Trustee, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

     **ORDERED** that to the extent the Debtor does not comply with the above paragraph, the case will be reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case pursuant to the procedures set forth herein.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 17-19196-ABA

David Ristick                                                                                    Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Ristick, 5 Samantha Court, Sewell, NJ 08080-3151 |
| aty | + | Jerrold Kulback, Archer & Greiner, PC, Three Logan Square, 35th Floor, 1717 Arch Street Philadelphia, PA 19103-2739 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Nationstar Mortgage LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Brian D. Schwartz | on behalf of Creditor Harrah's Atlantic City Operating Company  LLC BSCHWARTZ@SHOATTORNEYS.COM, smarcela@shoattorneys.com |
| David H. Stein | on behalf of Plaintiff TCA Global Credit Master Fund  LP dstein@wilentz.com, ciarkowski@wilentz.com |
| David H. Stein | on behalf of Creditor TCA Global Credit Master Fund  L.P. dstein@wilentz.com, ciarkowski@wilentz.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf903 | Total Noticed: 2 |

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jennifer D. Gould
    on behalf of Creditor Vermeer Corporation jgould@stark-stark.com mdepietro@stark-stark.com

Jerrold S. Kulback
    on behalf of Defendant David Ristick jkulback@archerlaw.com chansen@archerlaw.com

Jerrold S. Kulback
    on behalf of Debtor David Ristick jkulback@archerlaw.com chansen@archerlaw.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Laura M. Egerman
    on behalf of Creditor NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
    on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC. bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Neal M. Ruben
    on behalf of Creditor OceanFirst Bank rubes13@aol.com

Robert P. Saltzman
    on behalf of Creditor Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor Nationstar Mortgage LLC dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.
    on behalf of Creditor OceanFirst Bank email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com

Warren S. Jones, Jr.
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 20