

Order Filed on October 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

David Ristick

Case No.: _____17-19196_____

Chapter: _____11_____

Hearing Date: _____

Judge: _____Altenburg_____

**ORDER VACATING**

<u>                              Order Closing Case                              </u>

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 8, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Order Closing Case

was entered in this case xxxxxx and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____10/7/20_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

In re:  
David Ristick  
    Debtor(s)

Case No. 17-19196-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Oct 08, 2020      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Ristick, 5 Samantha Court, Sewell, NJ 08080-3151 |
| aty | + | Jerrold Kulback, Archer & Greiner, PC, Three Logan Square, 35th Floor, 1717 Arch Street Philadelphia, PA 19103-2739 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**      **Email Address**

Alexandra T. Garcia  
    on behalf of Creditor Nationstar Mortgage LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Brian D. Schwartz  
    on behalf of Creditor Harrah's Atlantic City Operating Company  LLC BSCHWARTZ@SHOATTORNEYS.COM, smarcela@shoattorneys.com

David H. Stein  
    on behalf of Plaintiff TCA Global Credit Master Fund  LP dstein@wilentz.com, ciarkowski@wilentz.com

David H. Stein  
    on behalf of Creditor TCA Global Credit Master Fund  L.P. dstein@wilentz.com, ciarkowski@wilentz.com

Denise E. Carlon  
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Case 17-19196-ABA    Doc 222    Filed 10/10/20    Entered 10/11/20 00:36:36    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer D. Gould | on behalf of Creditor Vermeer Corporation jgould@stark-stark.com mdepietro@stark-stark.com |
| Jerrold S. Kulback | on behalf of Defendant David Ristick jkulback@archerlaw.com chansen@archerlaw.com |
| Jerrold S. Kulback | on behalf of Debtor David Ristick jkulback@archerlaw.com chansen@archerlaw.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC. bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Neal M. Ruben | on behalf of Creditor OceanFirst Bank rubes13@aol.com |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Creditor OceanFirst Bank email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com |
| Warren S. Jones, Jr. | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 20