UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov

**Order Filed on January 29, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 17-19196 (ABA) |
| David Ristick, | Chapter 11 |
| Debtor. | Judge: Andrew B. Altenburg Jr. |

**ORDER CLOSING CASE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 29, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: David Ristick
Chapter 11 Case No.:  17-19196 (ABA)
**Order Closing Case**

_____

**THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the

Clerk of the Bankruptcy Court, and for good cause shown, it is hereby;

**ORDERED** that the case be and hereby is closed; and it is further

**ORDERED** that within 20 days following the entry of this Order, the Debtor shall provide disbursement

information for the fourth quarter of 2020 and the first quarter of 2021 through the date of this Order to the

Office of the United States Trustee, and shall pay any and all statutory fees due and owing pursuant to 28

U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that to the extent the Debtor does not comply with the above paragraph, the case will be

reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the

United States Trustee, by and through counsel, on five (5) days' notice to the Debtor and the Debtor's counsel,

without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this

case pursuant to the procedures set forth herein.

220058570v1