| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David Ristick**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2186<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–19196–ABA | | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

David Ristick

<u>1/29/21</u>                                                                       **By the court:**   <u>Andrew B. Altenburg Jr.</u>
                                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 17-19196-ABA
David Ristick                                                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                    Page 1 of 5
Date Rcvd: Jan 29, 2021                     Form ID: 3180RI                                 Total Noticed: 96

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Ristick, 5 Samantha Court, Sewell, NJ 08080-3151 |
| aty | + | Jerrold Kulback, Archer & Greiner, PC, Three Logan Square, 35th Floor, 1717 Arch Street Philadelphia, PA 19103-2739 |
| acc | | Curchin Group, LLC, 200 Schulz Drive, Suite 400, Red Bank, NJ 07701-6745 |
| cr | + | Ditech Financial LLC FKA Green Tree Servicing LLC., Robertson, Anschutz & Schneid, P. L., 6409 Congress Avenue, suite 100, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Harrah's Atlantic City Operating Company, LLC, c/o Craner Satkin Scheer Schwartz & Hann, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| r | + | Michelle Basmajian, Weichert Realtors, 107 Taunton Boulevard, Medford,, NJ 08055-3475 |
| cr | + | NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE S, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mor, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | | OceanFirst Bank, Toms River, NJ 08753 |
| cr | + | TCA Global Credit Master Fund, L.P., c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: David H. Stein, Esq. Woodbridge, NJ 07095-1155 |
| cr | + | Vermeer Corporation, Stark & Stark, P.C., 993 Lenox Drive, Lawrenceville, NJ 08648-2389 |
| 516862887 | + | Advocare Lerch and Amato Peds, PO Box 3001, Voorhees, NJ 08043-0598 |
| 516807771 | + | Alice Maglio, 109 East Memphia Avenue, Wildwood, NJ 08260-3317 |
| 516807772 | + | Alice Maglio, 109 East Memphis Avenue, Wildwood, NJ 08260-3317 |
| 516862932 | + | Allison J. Snyder, Esquire, Porter Hedges LLP, 1000 Main Street, 26th Floor, Houston, TX 77002-6341 |
| 516862889 | | Amerihealth Insurance Company of NJ, 1901 Market Street, Philadelphia, PA 19103-1480 |
| 516807773 | + | Carl F. Schoeppl, Esquire, Schoeppl Law, P.A., 4651 North Federal Highway, Boca Raton, FL 33431-5133 |
| 518045530 | + | DLI Assets Bravo, LLC, c/o Thomas J. Kokolis (Lim. Participant), 110 N. Washington St. #500, Rockville, MD 20850-2230 |
| 516807774 | + | Danny Ristick, 3 Samantha Court, Sewell, NJ 08080-3151 |
| 516862880 | | Dietch, PO Box 6172, Rapid City, SD 57709-6172 |
| 516877756 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516862894 | | GM Financial, PO Box 18384, Arlington TX 76096-3834 |
| 516807776 | + | Glia Group, LLC, 1662 E. 24th Street, Brooklyn, NY 11229-2402 |
| 516848677 | + | HARRAH'S ATLANTIC CITY OPER CO, Craner Satkin Scheer Schwartz & Hanna PC, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 516977594 | + | Harrah's Atlantic City Operating Co., LLC, dba Harrah's Resort Atlantic City, Adam J. Pernsteiner - Lewis Brisbois, 6385 S. Rainbow Blvd., Suite 600, Las Vegas, NV 89118-3201 |
| 516862895 | + | Harrah's Atlantic City Operating Company, c/o Cranmer Satkin Scheer, Schwartz & Han, 320 Park Ave., PO Box 367 Scotch Plains, NJ 07076-0367 |
| 516862896 | + | Integral Receivables, Inc., PO Box 1388, Englewood CO 80150-1388 |
| 516821095 | | JPMorgan Chase Bank, N.A., po box 29505 Phx, AZ 85038 |
| 516807778 | + | Jennifer D. Gould, Esquire, Stark & Stark, 777 Township Line Road, Suite 120, Yardley, PA 19067-5559 |
| 516807779 | + | Joy Leo, 5 Samantha Court, Sewell, NJ 08080-3151 |
| 516862897 | + | Knight Capital Funding, attn: Jared Gaitan, 9 East Loockerman Street, Suite 3A -543, Dover, DE 19901-8306 |
| 517216096 | + | Kondaur Capital Corporation, Prober & Raphael A Law Corporation, 20750 Ventura Blvd., Ste. 100, Woodland Hills, CA 91364-6207 |
| 516862898 | + | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 516807780 | + | Leonard J. Wood, Esquire, Wade, Long, Wood & Long, LLC, 1250 Chews Landing Road, Suite 1, Laurel Springs, NJ 08021-2816 |
| 516862933 | + | Louis A. DeLollis, Esquire, Monzo Catanese Hillegass PC, 211 Bayberry Drive, Suite 2A, Cape May Courthouse, NJ 08210-2460 |
| 516862939 | + | MPI Industries, LLC, 731 Route 168, Blackwood, NJ 08012-1470 |
| 516862934 | + | Matthew Lakind, Esquire, Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5136 |
| 516952264 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 3180RI | Total Noticed: 96 |

|  |  |  |
|---|---|---|
|  |  | ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 516862900 | + | NJ Skylands Insurance, 550 Essjay Road, Buffalo, NY 14221-8223 |
| 516807781 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 518187815 | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518187816 | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516862901 | + | Northeast Communications Group, Inc., 242 Route 156, Trenton, NJ 08620-1724 |
| 516862923 | + | Nortwestern Mutual, PO Box 3009, Milwaukee, WI 53201-3009 |
| 516862936 | + | Pioneer Credit Recovery, Inc., PO Box 1018, Moorestown, NJ 08057-0018 |
| 516862924 | + | QuaterSpot, 82 Wall Street, Ste 200, New York, NY 10005-3685 |
| 516862937 | + | Rebecca Hicks, Esquire, Hicks Law Group, 325 N. Saint Paul Street, Ste. 4400, Dallas TX 75201-3880 |
| 516807782 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 516807783 | + | Seth Brookman, Esquire, Lucosky Brookman, LLP, 101 Wood Avenue South, 5th Floor, Woodbridge, NJ 08830-2755 |
| 516807784 | + | Shapiro & DeNardo, LLC, 14000 Commerce PArkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 516807785 | + | South Jersey Adjustment Bureau, PO Box 1919, 142 West Rio Grande Avenue, Wildwood, NJ 08260-1518 |
| 516862925 |  | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 516807786 | + | Steven A. Jayson, Esquire, Law Offices of Alan R. Ackerman, 1719 Route 10 East, Suite 106, Parsippany, NJ 07054-4519 |
| 516807787 | + | Susie Ristick, 3 Samantha Court, Sewell, NJ 08080-3151 |
| 516807788 | + | TCA Global Credit Master Fund, L.P., Attn: Robert PRess, Director, 3960 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169-5988 |
| 517017918 | + | TCA Global Credit Master Fund, LP, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, B, Woodbridge, NJ 07095-1146, Attn: David H. Stein, Esq. |
| 516807789 | + | Township of Washington Tax Collector, 523 Egg Harbor Road, Sewell, NJ 08080-2335 |
| 516807790 | + | US Bk-Cust/Pro Cap II, LLC, 50 S. 16th Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 516862928 | + | United Rentals, 100 Stamford Place, Suite 700, Stamford, CT 06902-9200 |
| 516862929 | + | Utah State Tax Commission, GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081-1198 |
| 516980890 | + | Vermeer Corporation, c/o Stark & Stark, P.C., P.O. Box 5315, Princeton, NJ 08543, Attention: Jennifer D. Gould, Equire 08543-5315 |
| 516862931 |  | Vermeer Equipment of Texas, Inc., 707 Access Road, Kilgore, TX 75662-0517 |
| 516862885 | + | WTMUA, 152 Whitman Drive, Turnersville, NJ 08012-1048 |
| 517343539 | + | Wilmington Savings Fund Society FSB, c/o Kondaur Capital Corporation, 333 South Anita Drive, ste 400, Orange CA 92868-3314 |
| 517343540 | + | Wilmington Savings Fund Society FSB, c/o Kondaur Capital Corporation, 333 South Anita Drive, ste 400, Orange CA 92868, Wilmington Savings Fund Society FSB c/o Kondaur Capital Corporation 92868-3314 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg |  EDI: IRS.COM | Jan 30 2021 02:13:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg |  Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: PHINAMERI.COM | Jan 30 2021 02:13:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + EDI: DRIV.COM | Jan 30 2021 02:13:00 | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 516862886 | + Email/Text: amscbankruptcy@adt.com | Jan 29 2021 21:55:00 | ADT Security Services, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 518308578 |  EDI: ATLASACQU | Jan 30 2021 02:08:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 516862879 | + EDI: GMACFS.COM | Jan 30 2021 02:08:00 | Ally Capital, PO Box 951, Horsham, PA 19044-0951 |
| 516847514 |  EDI: GMACFS.COM | Jan 30 2021 02:08:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |

Case 17-19196-ABA   Doc 230   Filed 01/31/21   Entered 02/01/21 00:21:00   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 3180RI | Total Noticed: 96 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 516849665 | + | EDI: PHINAMERI.COM | Jan 30 2021 02:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 516933148 | + | EDI: PHINAMERI.COM | Jan 30 2021 02:13:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 516862888 | + | EDI: AMEREXPR.COM | Jan 30 2021 02:13:00 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 516841855 | | EDI: BECKLEE.COM | Jan 30 2021 02:08:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516862890 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 29 2021 21:54:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516903472 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 29 2021 21:54:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516862891 | | EDI: TSYS2.COM | Jan 30 2021 02:13:00 | Barclaycard, Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 517058552 | + | Email/Text: bankruptcy@cavps.com | Jan 29 2021 21:55:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516862892 | + | EDI: CODEPREV.COM | Jan 30 2021 02:08:00 | Colorado Dept of Revenue, 1375 Sherman St., Rm 504, Denver CO 80261-2200 |
| 516862893 | | EDI: COMCASTCBLCENT | Jan 30 2021 02:08:00 | Comcast, PO Box 211008, Eagan MN 55121-2408 |
| 516862899 | | EDI: CITICORP.COM | Jan 30 2021 02:13:00 | Macy's, PO Box 8052, Mason, OH 45040-8052 |
| 516807775 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jan 29 2021 21:52:00 | DeLage Landen Financial Services, Inc., 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 516880196 | + | EDI: PHINAMERI.COM | Jan 30 2021 02:13:00 | GM Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 516862882 | | EDI: CHASEAUTO | Jan 30 2021 02:13:00 | JP Morgan Chase Bank, NA, PO Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 516862883 | + | Email/Text: collectionbankruptcy@oceanfirst.com | Jan 29 2021 21:55:00 | Ocean First Bank, 975 Hooper Ave., Toms River, NJ 08753-8320 |
| 516900093 | + | EDI: DRIV.COM | Jan 30 2021 02:13:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516862884 | | EDI: DRIV.COM | Jan 30 2021 02:13:00 | Santander USA, Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 516862926 | | EDI: RMSC.COM | Jan 30 2021 02:08:00 | Sychrony Bank, Mohawk, PO Box 96061, Orlando, FL 32896-0061 |
| 516809606 | + | EDI: RMSC.COM | Jan 30 2021 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516862927 | | Email/Text: collections@tdameritrade.com | Jan 29 2021 21:56:00 | TD Ameritrade, PO Box 2209, Omaha, NE 68103-2209 |
| 517063689 | | EDI: UTAHTAXCOMM.COM | Jan 30 2021 02:08:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 516862930 | + | EDI: VERIZONCOMB.COM | Jan 30 2021 02:08:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 31

# BYPASSED RECIPIENTS

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 3180RI | Total Noticed: 96 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 516847238 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 516862881 | *+ | Glia Group LLC, 1662 E. 24th Street, Brooklyn, NY 11229-2402 |
| 516807777 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517047322 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516862938 | *+ | Seth Brookman, Esquire, Lucosky Brookman, LLP, 101 Wood Avenue, South 5th floor, Woodbridge, NJ 08830-2755 |
| 516862935 | ##+ | Myles Scheer, Esquire, Craner, Satkin, Scheer, Schwartz & Hanna, 320 Park Avenue, Scotch Plains, NJ 07076-1100 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Nationstar Mortgage LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Brian D. Schwartz | on behalf of Creditor Harrah's Atlantic City Operating Company  LLC BSCHWARTZ@SHOATTORNEYS.COM, smarcela@shoattorneys.com |
| David H. Stein | on behalf of Plaintiff TCA Global Credit Master Fund  LP dstein@wilentz.com, ciarkowski@wilentz.com |
| David H. Stein | on behalf of Creditor TCA Global Credit Master Fund  L.P. dstein@wilentz.com, ciarkowski@wilentz.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jennifer D. Gould | on behalf of Creditor Vermeer Corporation jgould@stark-stark.com mdepietro@stark-stark.com |
| Jerrold S. Kulback | on behalf of Debtor David Ristick jkulback@archerlaw.com chansen@archerlaw.com |
| Jerrold S. Kulback | on behalf of Defendant David Ristick jkulback@archerlaw.com chansen@archerlaw.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 29, 2021 | Form ID: 3180RI | Total Noticed: 96 |

    mortoncraigecf@gmail.com

Laura M. Egerman

    on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC. bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman

    on behalf of Creditor NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

Neal M. Ruben

    on behalf of Creditor OceanFirst Bank rubes13@aol.com

Robert P. Saltzman

    on behalf of Creditor Nationstar Mortgage LLC FHA/VA/RHS: Nationstar Mortgage LLC dnj@pbslaw.org

Robert P. Saltzman

    on behalf of Creditor Nationstar Mortgage LLC dnj@pbslaw.org

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.

    on behalf of Creditor OceanFirst Bank email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com

Warren S. Jones, Jr.

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its
    capacity as Owner Trustee of Matawin Ventures Trust Series 2017-3, c/o Kondaur Capital email@warrensjones.com,
    r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 20